Peter J. Drivas
July 10, 2009

Page 1

EXHS: PX-1 ~ 14 and DX-1                    PAGES 1 - 151

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

```
* * * * * * * * * * * * * *
Lewis E. Knapper and         *
Linda Knapper                *
                             *
v.                           *   Civil Action
                             *   No. 9:08-CV-84
Safety-Kleen Systems, Inc.   *
et al.                       *
                             *
* * * * * * * * * * * * * *
```

Deposition of Peter J. Drivas, Ph.D.

Friday, July 10, 2009

Westin Waterfront Hotel

425 Summer Street

Boston, Massachusetts 02210


----------    J. Edward Varallo, RMR, CRR   ---------
Registered Professional Reporter
STRATOS LEGAL SERVICES LP ~ HOUSTON, TEXAS
800.971.1127

EXHIBIT

Stratos Legal Services
800-971-1127

Peter J. Drivas
July 10, 2009

Page 73

1  half-lives range from -- Well, let me just read them
2  off.  3.05 minutes, 2.76 minutes, 2.67 minutes, 2.79
3  minutes, 3.46 minutes, 1.76 minutes, 2.67 minutes,
4  1.99 minutes, 1.94 minutes.
5      Q.   And that's where you got your range of two
6  to five minutes?
7      A.   This is actually specifically about two to
8  three minutes.
9      Q.   And do you know whether this test -- So
10 this is essentially Mr. Spencer took some Liquid
11 Wrench and wanted to calculate the half-life of
12 benzene, the half-life of benzene evaporation in
13 Liquid Wrench.  Is that correct?
14     A.   He didn't calculate it; he actually
15 measured it.
16     Q.   He measured it, okay.  And this is
17 something that is part of his report in the Knapper
18 case, his expert report in the Knapper case.  Is
19 that correct?
20     A.   That's correct.
21     Q.   Do you know if he plans on publishing this
22 data?
23     A.   I believe he does plan to do that.
24     Q.   Do you know how he reformulated the
25 benzene -- I'm sorry -- how he reformulated the