**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| **LEWIS E. KNAPPER and** | § | |
| **LINDA KNAPPER,** | § | |
| | § | |
| **Plaintiffs,** | § | **CIVIL ACTION FILE NO. 9:08-CV-0084** |
| | § | |
| **v.** | § | **JURY DEMANDED** |
| | § | |
| **SAFETY KLEEN SYSTEMS, INC.,** | § | |
| **et al.** | § | |
| | § | |
| **Defendants.** | § | |

**DEFENDANTS UNITED STATES STEEL CORPORATION, USX CORPORATION,**
**ARISTECH CHEMICAL CORPORATION, SUNOCO, INC. (R&M), AND**
**RADIATOR SPECIALTY COMPANY'S UNOPPOSED MOTION FOR LEAVE**
**TO FILE THEIR RESPONSE TO PLAINTIFFS' *DAUBERT* MOTION TO STRIKE**
**EXPERT JOHN SPENCER IN EXCESS OF FIFTEEN PAGES**

**TO THE HONORABLE JUDGE HEARTFIELD:**

Defendants United States Steel Corporation, USX Corporation, Aristech Chemical

Corporation, Sunoco, Inc. (R&M), and Radiator Specialty Company (collectively "Defendants" or

"US Steel") file this Unopposed Motion for Leave to File their Response to Plaintiffs' *Daubert*

Motion to Strike Expert John Spencer in Excess of Fifteen Pages.

**I.**

This is an alleged benzene exposure case. For the following reasons, US Steel respectfully

requests that this Court allow it to file its response to plaintiffs' *Daubert* motion to strike expert John

Spencer in excess of fifteen pages:

> ➤   US Steel's expert on industrial hygiene issues is John Spencer, CIH. His
> opinions involve the determination of the evaporation rate of benzene from
> a product called Liquid Wrench, which plaintiff Lewis Knapper allegedly
> used.

> ➤   In his written report in this case, Mr. Spencer opined that the cumulative
> exposure estimate supplied by plaintiffs' expert, Stephen Petty, was incorrect
> because Petty assumed an overly prolonged evaporation rate of benzene. To

support this opinion, Mr. Spencer conducted a study to determine the evaporation rate of benzene from Liquid Wrench ("Evaporation Rate Study").

➢    In its response to plaintiffs' motion to strike Spencer, US Steel fully explains the Evaporation Rate Study and its applicability in this case under *Daubert*, as well as clarifying plaintiffs' misstatements about the reliability of the study and Mr. Spencer's opinions.

➢    In addressing these complicated issues, US Steel's response exceeds the 15-page limit by only ⅔ of a page.

## II.

The Evaporation Rate Study and its components are not easily explained.  Nevertheless, US Steel's response addresses these issues with clarity and with as much brevity as possible.  US Steel respectfully asks this Court allow it the opportunity to present a complete response to plaintiffs' arguments against the evaporation study and Mr. Spencer's opinions.

## III.

Contemporaneous with this motion for leave, US Steel is filing its response, which is attached as Exhibit A for the Court's convenience.

## IV.

Plaintiffs are unopposed to the relief requested in this Motion for Leave.

## <u>PRAYER</u>

ACCORDINGLY, Defendants United States Steel Corporation, USX Corporation, Aristech Chemical Corporation, Sunoco, Inc. (R&M), and Radiator Specialty Company respectfully ask this Court to grant their Unopposed Motion for Leave to File their Response to Plaintiffs' *Daubert* Motion to Strike Expert John Spencer in Excess of Fifteen Pages, and for such other and further relief, both general and special, at law or in equity, to which they may show themselves justly entitled.

Respectfully submitted,

By: _____

**TIM GRAY**
State Bar No. 24030230
**PHILLIP S. SYKES**
*Pro Hac Vice*
**LEA ANN SMITH**
*Pro Hac Vice*
**PATRICE PUJOL**
State Bar No. 00794488

**OF COUNSEL:**
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
1717 St. James Place, Suite 600
Houston, Texas 77056
Telephone: (713) 402-1717
Facsimile: (713) 621-6746
GrayT@fpwk.com
PujolP@fpwk.com

FORMAN PERRY WATKINS KRUTZ & TARDY LLP
200 South Lamar Street, Suite 100
Jackson, Mississippi 39201
Telephone: (601) 960-8600
Facsimile: (601) 960-8613
PSykes@fpwk.com

*– And –*

By: _____

**JAMES RILEY**
State Bar No. 16931800
COATS | ROSE, LLP
3 Greenway Plaza, Suite 2000
Houston, Texas 77046-0307
(713) 651-0111
(713) 651-0220 (Facsimile)

**ATTORNEY IN CHARGE FOR DEFENDANT
RADIATOR SPECIALTY COMPANY**

- 3 -

ORGAIN, BELL & TUCKER, L.L.P.
**GILBERT I. LOW**
State Bar No. 12619000
**S. DONEAN SURRATT**
State Bar No.  01720400
470 Orleans Street
P.O. Box 1751
Beaumont, Texas 77704-1751
Telephone: 409-838-6412
Facsimile: 409-838-6959
sds@obt.com

**ATTORNEYS FOR DEFENDANTS**
**UNITED STATES STEEL CORPORATION**
**USX CORPORATION, ARISTECH CHEMICAL**
**CORPORATION, SUNOCO, INC. (R&M) AND**
**RADIATOR SPECIALTY COMPANY**

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with plaintiffs' attorney, Mr. Robert Black, via email on August 7, 2009 about this Motion for Leave to File a Response to Plaintiffs' *Daubert* Motion to Strike Expert John Spencer in Excess of Fifteen Pages, and that Mr. Black responded via email stating plaintiffs were not opposed to the relief sought in this motion for leave.

**PATRICE PUJOL**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served on plaintiffs' lead counsel listed below and on all other counsel of record via the CM/ECF system or other means in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this the 7th day of August 2009.

Messrs. Lance Lubel, John M. Black, and J. Robert Black (*Via CM/ECF*)
HEARD ROBINS CLOUD & LUBEL, LLP
3800 Buffalo Speedway, 5th Floor
Houston, Texas  77098
*Lead Counsel for Plaintiffs*

**PATRICE PUJOL**

- 4 -