# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | | |
|---|---|---|
| **LEWIS E. KNAPPER** and **LINDA KNAPPER,** | § § § | |
| Plaintiffs, | § § | CIVIL ACTION FILE NO. 9:08-CV-84 |
| v. | § § | |
| **SAFETY KLEEN SYSTEMS, INC.,** et al. | § § § | |
| Defendants. | § | |

## ORDER

It is ordered that Defendants United States Steel Corporation, USX Corporation, Aristech Chemical Corporation, Sunoco, Inc. (R&M), and Radiator Specialty Company's Unopposed Motion for Leave to File their Response to Plaintiffs' *Daubert* Motion to Strike Expert John Spencer in Excess of Fifteen Pages is granted.