IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| **LEWIS E. KNAPPER and** § | | |
| **LINDA KNAPPER,** § | | |
| § | | |
| Plaintiffs, § | | CIVIL ACTION FILE NO. 9:08-CV-84 |
| § | | |
| v. § | | |
| § | | |
| **SAFETY KLEEN SYSTEMS, INC.,** § | | |
| **et al.** § | | |
| § | | |
| Defendants. § | | |

**ORDER**

It is ordered that Plaintiffs' Motion to Exclude John Spencer's is denied in its entirety.