# APPENDIX A

# DATA TABLES

# DATA TABLES

### Table 3.  Worker Exposure at 1% Benzene in Liquid Wrench

| Sample No. | Sampling Time (min.) | Air Sample Volume (liters) | Benzene in Air Concentration (ppm) | Calculated 8-hr. TWA (ppm) |
|---|---|---|---|---|
| BC-1 | 120 | 23.4 | 0.762 | 0.179 |
| BC-2 | 120 | 23.76 | 0.670 | |
| | | | | 15 Minute STEL (ppm) |
| BC-6 | 15 | 2.97 | 1.0 | 0.93 |
| BC-7 | 15 | 2.95 | 0.85 | |
| BC-9 | 15 | 2.97 | 1.1 | 1.1 |
| BC-10 | 15 | 2.95 | 1.1 | |
| BC-12 | 15 | 2.97 | 0.90 | 0.87 |
| BC-13 | 15 | 2.95 | 0.84 | |

### Table 4.  Helper Exposure at 1% Benzene in Liquid Wrench

| Sample No. | Sampling Time (min.) | Air Sample Volume (liters) | Benzene in Air Concentration (ppm) | Calculated 8-hr. TWA (ppm) |
|---|---|---|---|---|
| BC-3 | 120 | 23.04 | 0.14 | 0.035 |
| | | | | 15 Minute STEL (ppm) |
| BC-8 | 15 | 2.98 | 0.27 | 0.27 |
| BC-11 | 15 | 2.98 | 0.24 | 0.24 |
| BC-14 | 15 | 2.98 | 0.24 | 0.24 |

### Table 5.  Area Samples at 1% Benzene

| Sample No. | Sampling Time (min.) | Air Sample Volume (liters) | Benzene in Air Concentration (ppm) |
|---|---|---|---|
| BC-4 | 120 | 23.28 | 0.11 |
| BC-5 | 120 | 23.52 | 0.10 |

**Table 6.  Worker Exposure at 7% Benzene in Liquid Wrench**

| Sample No. | Sampling Time (min.) | Air Sample Volume (liters) | Benzene in Air Concentration (ppm) | Calculated 8-hr. TWA (ppm) |
|---|---|---|---|---|
| BC-15 | 120 | 23.4 | 1.51 | 0.351 |
| BC-16 | 120 | 23.76 | 1.30 | |
| | | | | 15 Minute STEL (ppm) |
| BC-20 | 16 | 3.17 | 5.03 | 4.87 |
| BC-21 | 16 | 3.15 | 4.70 | |
| BC-23 | 15 | 2.97 | 1.3 | 1.15 |
| BC-24 | 15 | 2.95 | 1.0 | |
| BC-26 | 15 | 2.97 | 1.3 | 1.25 |
| BC-27 | 15 | 2.95 | 1.2 | |

**Table 7.  Helper Exposure at 7% Benzene in Liquid Wrench**

| Sample No. | Sampling Time (min.) | Air Sample Volume (liters) | Benzene in Air Concentration (ppm) | Calculated 8-hr. TWA (ppm) |
|---|---|---|---|---|
| BC-17 | 120 | 23.04 | 0.24 | 0.060 |
| | | | | 15 Minute STEL (ppm) |
| BC-22 | 16 | 3.18 | 0.92 | 0.92 |
| BC-25 | 15 | 2.98 | 0.24 | 0.24 |
| BC-28 | 15 | 2.98 | 0.24 | 0.24 |

**Table 8.  Area Samples at 7% Benzene**

| Sample No. | Sampling Time (min.) | Air Sample Volume (liters) | Benzene in Air Concentration (ppm) |
|---|---|---|---|
| BC-18 | 120 | 23.28 | 0.301 |
| BC-19 | 120 | 23.52 | 0.319 |

Table 9.  Worker Exposure at 30% Benzene in Liquid Wrench

| Sample No. | Sampling Time (min.) | Air Sample Volume (liters) | Benzene in Air Concentration (ppm) | Calculated 8-hr. TWA (ppm) |
|---|---|---|---|---|
| BC-29 | 121 | 23.56 | 2.72 | 0.585 |
| BC-30 | 121 | 23.96 | 1.92 | |
| | | | | 15 Minute STEL (ppm) |
| BC-34 | 15 | 2.97 | 2.36 | 1.88 |
| BC-35 | 15 | 2.95 | 1.4 | |
| BC-37 | 15 | 2.97 | 2.0 | 1.95 |
| BC-38 | 15 | 2.95 | 1.9 | |
| BC-40 | 15 | 2.97 | 3.53 | 3.51 |
| BC-41 | 15 | 2.95 | 3.49 | |

Table 10.  Helper Exposure at 30% Benzene in Liquid Wrench

| Sample No. | Sampling Time (min.) | Air Sample Volume (liters) | Benzene in Air Concentration (ppm) | Calculated 8-hr. TWA (ppm) |
|---|---|---|---|---|
| BC-31 | 120 | 23.04 | 0.638 | 0.160 |
| | | | | 15 Minute STEL (ppm) |
| BC-36 | 15 | 2.98 | 0.23 | 0.23 |
| BC-39 | 16 | 3.18 | 0.51 | 0.51 |
| BC-42 | 15 | 2.98 | 2.1 | 2.1 |

Table 11.  Area Samples at 30% Benzene

| Sample No. | Sampling Time (min.) | Air Sample Volume (liters) | Benzene in Air Concentration (ppm) |
|---|---|---|---|
| BC-32 | 63 | 12.22 | 0.14 |
| BC-33 | 63 | 12.35 | 0.14 |

# APPENDIX B

# Assessment Protocol

**Protocol for Assessing Benzene Exposure During Actual and Simulated
Mechanical Tasks Utilizing Liquid Wrench**

1. Prepare representative Liquid Wrench aliquots for use in this exposure study
   that contain differing concentrations by weight of benzene to mimic the
   concentrations of benzene that were allegedly produced in the Liquid Wrench
   product.  EPI will use benzene/Liquid Wrench concentrations (w/w) of 1%, 7%
   and 30% for this exposure study.  The Liquid Wrench/benzene solution will be
   applied over a 2-hour period in quantities necessary for the removal of the
   nuts/bolts.  Approximately 8 liquid ounces (236 ml) of each weight percentage
   solution will be made for use during the study.

2. Obtain three typical valve assemblies containing a minimum of three flange
   assemblies each that include rusted bolts and nuts that must be removed in order
   to perform work on that valve assembly.  One valve assembly containing the
   three flanges will be used for each concentration of benzene prepared.

3. The test location will be inside a warehouse-type structure that is typical in size
   of most industrial environments.  The workplace environment will be
   established as static conditions, nominally, no measurable air movement.  The
   complete description of the setting will be documented in the report of findings.

4. The test method used will be the benzene in air sampling and analysis protocol
   as described in NIOSH 1501.  Constant monitoring of the work task resulting in
   the calculated 8-hr time weighted average (TWA) and repeated 15-minute short-
   term exposure limit (STEL) samples will be collected and analyzed during each
   two-hour period.  The STEL samples are collected because Liquid Wrench is
   typically applied only in brief periods of time during the course of a worker's
   day and during this period of time the concentration of benzene is expected to be
   at its highest.  The worker will have two dual port sampling devices driven by
   two personal pumps during the sampling phase.  One of the ports in each of the
   dual sampling devices will be used to collect the two-hour samples that will be
   used for 8-hour TWA calculations.  The other port on each of the worker's
   sampling devices will be used for the collection of three 15-minute STEL
   samples collected during active use of the Liquid Wrench/benzene solution.  The
   helper will wear one dual port sampling device driven by one personal sampling
   pump.  One of the ports will be used for 2-hour sample collection for 8-hour
   TWA determination.  The other sampling port will be for the collection of three
   15-minute STEL samples collected during active use of the Liquid
   Wrench/benzene solution.  A dual port sampler driven by a personal sampling
   pump will be used for area sample collection.  Both ports will be used for the
   collection of two samples used for area monitoring during the study.

5. Set up and calibrate sampling equipment for background (ambient) air
   monitoring, personal breathing zone monitoring, and area air sampling.  Two

personnel in the test area shall be equipped with a personal sampling pumps and sampling media for sample collection as described in No. 4 above during the work task. Benzene in air samples will be collected using the charcoal tube methodology as referenced in NIOSH 1501.

Direct-read colorimetric tube monitoring may be used in conjunction with NIOSH sampling protocols. The direct-read tubes will provide immediate result readings for benzene during the performed tasks.

6. Perform the simulated tasks. The mechanic will apply Liquid Wrench to the rusted nuts and bolts on the valve assembly, wait for it to take effect (approximately 3 to 10 minutes) including tapping on the parts with a hammer, loosen and then re-tighten the rusted nuts on the bolts. (As appropriate, the Liquid Wrench may be reapplied until the nut and bolt assemblies are loosened.) Once the nuts and bolts have been loosened, the mechanic will wait in the vicinity of valve assembly for at least 2 hours, which is deemed to sufficient to have carried out a typical repair activity (e.g., change packing or gasket). The bolts and the nuts will be re-tightened to conclude the simulated mechanical task. The task will be repeated three times for each concentration of benzene. The exposure assessment will be carried out over a two-hour period for each of the Liquid Wrench/benzene concentration solutions.

7. Provide photographic/video recording devices and media to record the task simulations.

8. Considerations:

   - Ambient (background) benzene sampling will be conducted to determine the background contribution of benzene from the test location.

   - The area air sampling location will be set approximately 5 feet from the work task in the test area to evaluate potential bystander exposures. Also, the sampling media will be placed approximately five feet (5') above the floor surface.

# APPENDIX C

## Material Safety Data Sheet
## for Liquid Wrench Part No. L-104

L-1pour

# MATERIAL SAFETY DATA SHEET

## Radiator Specialty Company

### 1900 WILKINSON BLVD. CHARLOTTE, NC 28208 (704) 377-6555
POISON INFORMATION & EMERGENCY: 303-623-5716

| | |
|---|---|
| **MATERIAL SAFETY DATA SHEET**<br>May be used to comply with OSHA's Hazard Communication Standard 29 CFR 1910.1200. Standard must be consulted for specific requirements. | **US DEPARTMENT OF LABOR**<br>Occupational Safety and Health Administration.<br>(Non-Mandatory Form) Form Approved OMB No.<br>1218-0072 |

## SECTION I GENERAL INFORMATION

| PRODUCT NAME | LIQUID WRENCH® SUPER PENETRANT (POUR) |
|---|---|
| PART NUMBER | L1 04, 04V, 04N, 08, 16, 32, 34, 40, 49 |

NOTE: Blank spaces are not permitted. If any item is not applicable or no information is available, the space must be marked to indicate that.

## SECTION II HAZARDOUS INGREDIENTS/IDENTITY INFORMATION

| COMPONENT | WT% | C.A.S. NO. | TLV (ACGIH------OSHA-------) |
|---|---|---|---|
| Aliphatic Petroleum Distillate | 89-90 | 8008-20-6 | 100 ppm (Air) |
| Petroleum Mineral Oil | 9-11 | 64742-06-9 | 5 mg/m3 |

Warning:  This product contains a chemical known to the State of California to cause cancer and birth defects or other reproductive harm.

Comments:

Components not identified are non-hazardous according to 29 CFR 1910.1200

## SECTION III PHYSICAL/CHEMICAL CHARACTERISTICS

| | | | |
|---|---|---|---|
| Specific Gravity (H$_2$O=1) | 0.805 | pH    Not applicable | |
| Solubility in Water | Insoluble | Solubility in Solvent | Petroleum |
| Flash Point (Method) - F$^0$ | 132$^0$ (TCC) | % Volatiles By Wt. | 90% |
| Melting Point - F$^0$ | N/A | Boiling Point - F$^0$ | 320$^0$ |
| Vapor Pressure (mmHg) | N/A | Vapor Density (Air=1) | N/A |
| Evaporation Rate (Butyl Acetate=1) | N/A | | |
| Appearance and Odor | Dark liquid with petroleum odor. | | |

## SECTION IV FIRE AND EXPLOSION HAZARD DATA

| EXTINGUISHING MEDIA:  COMBUSTIBLE! | | | |
|---|---|---|---|
| Water Fog | Foam  xx | CO$_2$  xx | Dry Chemical    xx |

SPECIAL FIRE FIGHTING PROCEDURES. Wear self-contained, positive pressure breathing apparatus and protective clothes.

UNUSUAL FIRE AND EXPLOSION HAZARDS KEEP AWAY FORM IGNITION SOURCES AND OPEN FLAME.

L-1pour

## SECTION V REACTIVITY DATA

| Stable   xx | Unstable | Corrosive NO | Hazardous Polymerization? Yes | No   xx |
|---|---|---|---|---|

Incompatibilities Strong oxidizers

Hazardous Decomposition or Byproducts  Fire: normal products of combustion, smoke, carbon dioxide, carbon monoxide and Sulfur Trioxides.

## SECTION VI HEALTH HAZARD INFORMATION

Recommended TLV of Product        100 ppm (Air) Aliphatic Petroleum Distillate

| EYE CONTACT   Irritant | SKIN CONTACT Irritant. Prolonged exposure can cause dermatitis. |
|---|---|
| INHALATION      Excessive inhalation can cause dizziness, respiratory and lung irritation. | INGESTION        HARMFUL OR FATAL IF SWALLOWED! Can cause gastric disturbances, nausea. Aspiration can lead to lung irritation. |
| OTHER        N/A | |

## SECTION VII EMERGENCY AND FIRST AID PROCEDURES

EYE CONTACT Flush with water for 15 minutes thoroughly, while lifting the eyelids. If adverse effects persist, get medical attention immediately.

SKIN CONTACT  Wash with soap and water thoroughly. Remove contaminated clothing and launder before reuse.

INHALATION Remove to fresh air. If breathing is difficult, administer oxygen. If breathing has stopped . apply  artificial respiration. Get medical attention.

INGESTION DO NOT INDUCE VOMITING! Get medical attention immediately.   DO NOT ADMINISTER EPINEPHRINE OR ADRENALINE!

## SECTION VIII SPECIAL PROTECTION INFORMATION

| | CONSUMER | BULK HANDLING (Prolonged Exposure) |
|---|---|---|
| RESPIRATORY PROTECTION | N/A | Use NIOSH approved self-contained respirator. |
| VENTILATION | Use with adequate ventilation. | General |
| EYE PROTECTION | N/A | Wear fully protective goggles or face shield. |
| PROTECTIVE CLOTHING | N/A | Solvent resistant gloves and apron. |

## SECTION IX PRECAUTIONS FOR SAFE HANDLING AND USE

SPILL OR LEAK PROCEDURE  Observing health hazards described above, ventilate area, remove ignition sources, confine spill, wipe with rags and transfer to waste drum.

WASTE DISPOSAL METHOD  *Dispose of in accordance with all applicable government laws and regulations.*

STORAGE AND HANDLING PRECAUTIONS KEEP AWAY FROM IGNITION SOURCES AND OXIDIZERS!! Store in a cool place.

OTHER PRECAUTIONS WEARING CONTACT LENSES IS INADVISABLE! KEEP AWAY FROM CHILDREN AND ANIMALS!

HAZARD INFORMATION LABEL DATA

HAZARD CODE  FLAMMABILITY      REACTIVITY
4- Extreme
3- High
2- Moderate
1- Slight        HEALTH    2     0
0- Negligible                 SPECIAL

2

Supersedes  NOV 1998                    OSHA Revised  OCTOBER 2001

Title  R. GEER - CHEMIST

While Radiator Specialty Company believes this data is accurate
as of the revision date, we make no warranty with respect to the data
and we expressly disclaim all liability for reliance thereon. The data
is offered solely for information, investigation, and verification.

# APPENDIX D

# NIOSH 1501 Sampling & Analytical Method

# HYDROCARBONS, AROMATIC

**1501**

FORMULA: Table 1        MW: Table 1        CAS: Table 1        RTECS: Table 1

METHOD: 1501, Issue 2        EVALUATION: PARTIAL        Issue 1: 15 February 1984
Issue 2: 15 August 1994

OSHA : Table 2        PROPERTIES: Table 1
NIOSH: Table 2
ACGIH: Table 2

COMPOUNDS: benzene        cumene        α-methylstyrene        styrene        vinyltoluene
(Synonyms        p-tert-butyltoluene        ethylbenzene        naphthalene        toluene        xylene
in Table 1)

## SAMPLING

SAMPLER: SOLID SORBENT TUBE
(coconut shell charcoal, 100 mg/50 mg)

FLOW RATE, VOLUME:        Table 3

SHIPMENT: routine

SAMPLE
STABILITY: not determined

BLANKS: 2 to 10 field blanks per set

BULK
SAMPLE: desirable, 1 to 10 mL; ship in separate
containers from samples

### ACCURACY

RANGE STUDIED:        Table 3

BIAS:        Table 3

OVERALL PRECISION (Ŝ$_{rT}$): Table 3

ACCURACY:        Table 3

## MEASUREMENT

TECHNIQUE:        GAS CHROMATOGRAPHY, FID

ANALYTE:        hydrocarbons listed above

DESORPTION:        1 mL CS$_2$; stand 30 min

INJECTION
VOLUME:        5 µL

TEMPERATURE-INJECTION:        225 °C
-DETECTOR:        225 °C
-COLUMN:        see step 11

CARRIER GAS:  N$_2$ or He, 25 mL/min

COLUMN:        glass, 3.0 m x 2-mm, 10% OV-275 on
100/120 mesh Chromosorb W-AW or
equivalent (Table 4)

CALIBRATION:        analytes in CS$_2$

RANGE AND
PRECISION (Ŝ$_r$): Table 4

ESTIMATED LOD: 0.001 to 0.01 mg per sample with
capillary column [1]

APPLICABILITY: This method is for peak, ceiling and TWA determinations of aromatic hydrocarbons.
It may be used for simultaneous measurements, though there is the possibility that interactions between analytes may red uce the
breakthrough volumes and change desorption efficiencies.

INTERFERENCES: Use of the recommended column will prevent interference by alkanes ( ≤C$_{10}$).  Under conditions of high
humidity, the breakthrough volumes may be reduced by as much as 50%.  Other volatile organic solvents, e.g., alcohols, ke tones,
ethers, and halogenated hydrocarbons, are possible interferences. If interference is suspected, use a less polar column  or change
column temperature.

OTHER METHODS: This method is based on and supercedes Methods P&CAM 127, benzene, styrene, toluene and xylene [2];
S311, benzene [4]; S22, p-tert-butyltoluene [3]; S23, cumene [3]; S29, ethylbenzene [3]; S26,  α-methylstyrene [3]; S292,
naphthalene [4]; S30, styrene [3]; S343, toluene [4]; S25, vinyltoluene [3]; S318, xylene [4].

HYDROCARBONS, AROMATIC:  METHOD 1501, Issue 2, dated 15 August 1994 - Page 2 of 7

**REAGENTS:**

1. Eluent: Carbon disulfide*, chromatographic quality containing (optional) suitable internal standard.
2. Analytes, reagent grade.*
3. Nitrogen or helium, purified.
4. Hydrogen, prepurified.
5. Air, filtered.
6. Naphthalene calibration stock solution, 0.40 g/mL in $CS_2$.

    * See SPECIAL PRECAUTIONS.

**EQUIPMENT:**

1. Sampler: glass tube, 7 cm long, 6-mm OD, 4-mm ID, flame-sealed ends, containing two sections of activated (600 °C) coconut shell charcoal (front = 100 mg, back = 50 mg) separated by a 2-mm urethane foam plug. A silylated glass wool plug precedes the front section and a 3-mm urethane foam plug follows the back section. Pressure drop across the tube at 1 L/min airflow must be less than 3.4 kPa. Tubes are commercially available.
2. Personal sampling pumps, 0.01 to 1 L/min (Table 3), with flexible connecting tubing.
3. Gas chromatograph, FID, integrator, and column (page 1501-1).
4. Vials, glass, 1-mL, with PTFE-lined caps.
5. Pipet, 1-mL, and pipet bulb.
6. Syringes, 5-, 10-, 25- and 100-µL.
7. Volumetric flasks, 10-mL.

---

**SPECIAL PRECAUTIONS:** Carbon disulfide is toxic and extremely flammable (flash point = -30 °C); benzene is a suspect carcinogen.  Prepare samples and standards in a well-ventilated hood.

**SAMPLING:**

1. Calibrate each personal sampling pump with a representative sampler in line.
2. Break the ends of the sampler immediately before sampling.  Attach sampler to personal sampling pump with flexible tubing.
3. Sample at an accurately known flow rate between 0.01 and 0.2 L/min (to 1 L/min for naphthalene or styrene) for a total sample size as shown in Table 3.
4. Cap the samplers with plastic (not rubber) caps and pack securely for shipment.

**SAMPLE PREPARATION:**

5. Place the front and back sorbent sections of the sampler tube in separate vials.  Discard the glass wool and foam plugs.
6. Add 1.0 mL eluent to each vial.  Attach crimp cap to each vial immediately.
7. Allow to stand at least 30 min with occasional agitation.

**CALIBRATION AND QUALITY CONTROL:**

8. Calibrate daily with at least six working standards over the appropriate range (ca. 0.01 to 10 mg analyte per sample; see Table 4).
   a. Add known amounts of analyte (calibration stock solution for naphthalene) to eluent in 10-mL volumetric flasks and dilute to the mark.
   b. Analyze together with samples and blanks (steps 11 through 13).
   c. Prepare calibration graph (peak area of analyte vs. mg analyte per sample).
9. Determine desorption efficiency (DE) at least once for each batch of charcoal used for sampling in the calibration range (step 8).  Prepare three tubes at each of five levels plus three media blanks.

NIOSH Manual of Analytical Methods (NMAM), Fourth Edition, 8/15/94

HYDROCARBONS, AROMATIC: METHOD 1501, Issue 2, dated 15 August 1994 - Page 3 of 7

    a. Remove and discard back sorbent section of a media blank sampler.
    b. Inject a known amount of analyte (calibration stock solution for naphthalene) directly onto front sorbent section with a microliter syringe.
    c. Cap the tube. Allow to stand overnight.
    d. Desorb (steps 5 through 7) and analyze together with working standards (steps 11 through 13).
    e. Prepare a graph of DE vs. mg analyte recovered.
10. Analyze three quality control blind spikes and three analyst spikes to insure that the calibration graph and DE graph are in control.

**MEASUREMENT:**

11. Set gas chromatograph according to manufacturer's recommendations and to conditions given on page 1501-1. Select appropriate column temperature:

| Substance[a] | Approximate Retention Time (min), at Indicated Column Temperature | | | |
|---|---|---|---|---|
| | 50 °C | 100 °C | 150 °C | Programmed[b] |
| benzene | 2.5 | | | 2.5 |
| toluene | 4.3 | 1.1 | | 4.2 |
| xylene (para) | 7.0 | 1.4 | | 5.2 |
| ethylbenzene | 7.0 | 1.4 | | 5.5 |
| xylene (meta) | 7.2 | 1.5 | | 5.6 |
| cumene | 8.3 | 1.6 | | 6.0 |
| xylene (ortho) | 10 | 1.9 | | 6.5 |
| styrene | 16 | 2.6 | | 7.6 |
| α-methylstyrene | | 3.2 | 1.0 | 8.1 |
| vinyltoluene (meta) | | 3.8 | 1.2 | 8.5 |
| naphthalene | | 25 | 4.3 | 12 |

[a] Data not available for p-tert-butyltoluene and p-vinyltoluene.
[b] Temperature program: 50 °C for 3 min, then 15 °C/min to 200 °C.

    NOTE: Alternatively, column and temperature may be taken from Table 4.

12. Inject sample aliquot manually using solvent flush technique or with autosampler.
    NOTE: If peak area is above the linear range of the working standards, dilute with eluent, reanalyze and apply the appropriate dilution factor in calculations.
13. Measure peak area.

**CALCULATIONS:**

14. Determine the mass, mg (corrected for DE) of analyte found in the sample front ($W_f$) and back ($W_b$) sorbent sections, and in the average media blank front ($B_f$) and back ($B_b$) sorbent sections.
    NOTE: If $W_b > W_f/10$, report breakthrough and possible sample loss.
15. Calculate concentration, C, of analyte in the air volume sampled, V (L):

$$C = \frac{(W_f + W_b - B_f - B_b) \cdot 10^3}{V}, \text{ mg/m}^3.$$

NIOSH Manual of Analytical Methods (NMAM), Fourth Edition, 8/15/94

HYDROCARBONS, AROMATIC:  METHOD 1501, Issue 2, dated 15 August 1994 - Page 4 of 7

## EVALUATION OF METHOD:

Precisions and biases listed in Table 3 were determined by analyzing generated atmospheres containing one-half, one, and two times the OSHA standard.  Generated concentrations were independently verified.  Breakthrough capacities were determined in dry air.  Storage stability was not assessed.  Measurement precisions given in Table 4 were determined by spiking sampling media with amounts corresponding to one-half, one, and two times the OSHA standard for nominal air volumes.  Desorption efficiencies for spiked samplers containing only one compound exceeded 75%.  Reference [9] provides more specific information.

## REFERENCES:

[1]     User check, UBTL, NIOSH Sequence #4121-S (unpublished, December 7, 1983).
[2]     NIOSH Manual of Analytical Methods, 2nd. ed., V. 1, P&CAM 127, U.S. Department of Health, Education, and Welfare, Publ. (NIOSH) 77-157-A (1977).
[3]     Ibid, V. 2, S22, S23, S25, S26, S29, S30, U.S. Department of Health, Education, and Welfare, Publ. (NIOSH) 77-157-B (1977).
[4]     Ibid, V. 3, S292, S311, S318, S343, U.S. Department of Health, Education, and Welfare, Publ. (NIOSH) 77-157-C (1977).
[5]     R. D. Dreisbach. "Physical Properties of Chemical Compounds"; Advances in Chemistry Series, No. 15; American Chemical Society, Washington (1955).
[6]     Code of Federal Regulations; Title 29 (Labor), Parts 1900 to 1910; U.S. Government Printing Office, Washington (1989); 29 CFR 1910.1000.
[7]     NIOSH Recommendations for Occupational Safety and Health.  U.S. Department of Health and Human Services.  DHHS (NIOSH) Publication No. 92-100 (1992).
[8]     1992-1993 Threshold Limit Values for Chemical Substances and Physical Agents and Biological Exposure Indices, ACGIH, Cincinnati, OH (1992).
[9]     Documentation of the NIOSH Validation Tests, S22, S23, S25, S26, S29, S30, S292, S311, S318, S343, U.S. Department of Health, Education, and Welfare; Publ. (NIOSH) 77-185 (1977).

## METHOD REVISED BY:

R. Alan Lunsford, Ph.D., based on results of NIOSH Contract CDC-99-74-45.

HYDROCARBONS, AROMATIC:  METHOD 1501, Issue 2, dated 15 August 1994 - Page 5 of 7

## TABLE 1.  SYNONYMS, FORMULA, MOLECULAR WEIGHT, PROPERTIES [5].

| Name/Synonyms | Empirical Formula | Molec- ular Weight | Boiling Point (°C) | Vapor Pressure @ 25 °C (mm Hg) | (kPa) | Density @ 20 °C (g/mL) |
|---|---|---|---|---|---|---|
| benzene<br>CAS #71-43-2<br>RTECS CY1400000 | $C_6H_6$ | 78.11 | 80.1 | 95.2 | 12.7 | 0.879 |
| p-tert-butyltoluene<br>CAS #98-51-1<br>1-tert-butyl-4-methylbenzene<br>RTECS XS8400000 | $C_{11}H_{16}$ | 148.25 | 192.8 | 0.7 | 0.09 | 0.861 |
| cumene<br>CAS #98-82-8<br>isopropylbenzene<br>RTECS GR8575000 | $C_9H_{12}$ | 120.20 | 152.4 | 4.7 | 0.63 | 0.862 |
| ethylbenzene<br>CAS #100-41-4<br>RTECS DA0700000 | $C_8H_{10}$ | 106.17 | 136.2 | 9.6 | 1.28 | 0.867 |
| α-methylstyrene<br>CAS #98-83-9<br>isopropenylbenzene<br>(1-methylethenyl)-benzene<br>RTECS WL5075300 | $C_9H_{10}$ | 118.18 | 165.4 | 2.5 | 0.33 | 0.911 |
| naphthalene<br>CAS #91-20-3<br>RTECS QJ0525000 | $C_{10}H_8$ | 128.16 | 80.2[a] | 0.2 | 0.03 | 1.025 |
| styrene<br>CAS #100-42-5<br>vinylbenzene<br>RTECS WL3675000 | $C_8H_8$ | 104.15 | 145.2 | 6.1 | 0.81 | 0.906 |
| toluene<br>CAS #108-88-3<br>methylbenzene<br>RTECS XS5250000 | $C_7H_8$ | 92.14 | 110.6 | 28.4 | 3.79 | 0.867 |
| vinyltoluene[b]<br>CAS #25013-15-4            (meta)<br>methylstyrene (p-vinyltoluene)   (para)<br>methylvinylbenzene       (ortho)<br>RTECS WL5075000 | $C_9H_{10}$ | 118.18 | 167.7<br>171.6<br>172.8<br>189.8 | 1.6<br>1.9<br>1.8<br>1.8 | 0.22<br>0.26<br>0.24<br>0.24 | 0.898<br>0.911<br>0.911<br>0.904 |
| xylene[c]<br>CAS #1330-20-7            (ortho)<br>dimethylbenzene (p-xylene)   (meta)<br>RTECS ZE2100000       (para) | $C_8H_{10}$ | 106.17 | 144.4<br>139.1<br>138.4 | 6.7<br>8.4<br>8.8 | 0.89<br>1.12<br>1.16 | 0.880<br>0.864<br>0.861 |

[a] Melting point.
[b] Commercial mixture of meta and para isomers.
[c] Mixture of isomers.

HYDROCARBONS, AROMATIC:  METHOD 1501, Issue 2, dated 15 August 1994 - Page 6 of 7

TABLE 2.  PERMISSIBLE EXPOSURE LIMITS, PPM [6-8].

| Substance | OSHA TWA | NIOSH TWA | C | STEL | ACGIH TLV | STEL | mg/m³ per ppm | |
|---|---|---|---|---|---|---|---|---|
| benzene | 1 | 0.1[c] | 1 | | 10[f] | | 3.19 | |
| p-tert-butyltoluene | 10 | 10 | | 20 | 1 | | 6.06 | |
| cumene | 50 (skin) | 50 (skin) | | | 50 (skin) | | 4.91 | |
| ethylbenzene | 100 | 100 | | 125 | 100 | 125 | 4.34 | |
| α-methylstyrene | 100 | | 50 | | | 100 | 50 | 100 |
| | | | | | | | 4.83 | |
| naphthalene | 10 | 10[d] | | 15 | 10 | 15 | 5.24 | |
| styrene | 100 | 50 | | 100 | 50[a] | 100 (skin) | 4.26 | |
| toluene | 200 | 100 | | 150 | 50 (skin) | | 3.77 | |
| vinyltoluene | 100 | 100 | | | 50 | 100 | 4.83 | |
| xylene | 100 | 100[c] | | 150 | 100 | 150 | 4.34 | |

[a] Maximum duration 10 min in 8 h.           [f] Suspect carcinogen
[b] Maximum duration 5 min in any 3 h.
[c] Potential carcinogen
[d] Group III Pesticide
[e] Group I Pesticide

TABLE 3.  SAMPLING FLOWRATE, VOLUME, CAPACITY, RANGE, OVERALL BIAS AND PRECISION [3,4,9].

| Substance | Sampling Flowrate (L/min) | Volume[b] (L) MIN | MAX | Breakthrough Volume @ Concentration (L) | (mg/m³) | Range at VOL-MIN (mg/m³) | Overall Bias (%) | Precision ($\hat{S}_{rT}$) | Accuracy (±%) |
|---|---|---|---|---|---|---|---|---|---|
| benzene | ≤0.20 | 5 | 30 | >45 | 149 | 42- 165 | -0.4 | 0.059 | 11.4 |
| p-tert-butyltoluene | ≤0.20 | 1 | 29 | 44 | 112 | 29- 119 | -10.3 | 0.071[d] | 20.7 |
| cumene | ≤0.20 | 1 | 30 | >45 | 480 | 120- 480 | 5.6 | 0.059 | 15.2 |
| ethylbenzene | ≤0.20 | 1 | 24 | 35 | 917 | 222- 884 | -7.6 | 0.088[d] | 17.1 |
| α-methylstyrene | ≤0.20 | 1 | 30 | >45 | 940 | 236- 943 | -7.6 | 0.061[d] | 16.9 |
| naphthalene[e] | ≤1.0 | 100 | 200 | >240 | 81 | 19- 83 | -2.6 | 0.055 | 11.5 |
| styrene | ≤1.0 | 1 | 14 | 21 | 1710 | 426-1710 | -7.9 | 0.058[d] | 16.7 |
| toluene | ≤0.20 | 1 | 8 | 12 | 2294 | 548-2190 | 1.8 | 0.052 | 10.9 |
| vinyltoluene | ≤0.20 | 1 | 24 | 36 | 952 | 258- 970 | -7.0 | 0.061[d] | 16.3 |
| xylene | ≤0.20 | 2 | 23 | 35 | 870 | 218- 870 | -1.2 | 0.060 | 12.2 |

[a] Minimum recommended flow is 0.01 L/min.
[b] $V_{min}$ = minimum sample volume @ OSHA TWA;
    $V_{max}$ = maximum sample volume @ OSHA TWA
[c] 10-min sample.
[d] Corrected value, calculated from data in Reference 9.
[e] Naphthalene shows poor desorption efficiency at low loading; 100-L minimum volume is recommended.
[f] 15-min sample.
[g] 5-min sample.

HYDROCARBONS, AROMATIC:  METHOD 1501, Issue 2, dated 15 August 1994 - Page 7 of 7

TABLE 4.  MEASUREMENT RANGE, PRECISION AND CONDITIONS [3,4,9].

| Substance | Desorption Volume (mL) | Measurement Range (mg) | Measurement Precision ($\hat{S}_r$) | Carrier Flow (mL/min) | Column Parameters[b] t (°C) | Column Parameters[b] Length (m) | Column Parameters[b] Packing[c] |
|---|---|---|---|---|---|---|---|
| benzene | 1.0 | 0.09- 0.35 | 0.036 | 50 | 115 | 0.9 | A |
| p-tert-butyltoluene | 0.5 | 0.27- 1.09 | 0.021[d] | 50 | 115 | 3.0 | B |
| cumene | 0.5 | 0.86- 3.46 | 0.010 | 50 | 99 | 3.0 | B |
| ethylbenzene | 0.5 | 2.17- 8.67 | 0.010 | 50 | 85 | 3.0 | B |
| α-methylstyrene | 0.5 | 0.89- 3.57 | 0.011 | 50 | 115 | 3.0 | B |
| naphthalene | 1.0 | 4.96-19.7 | 0.019 | 30 | 125 | 3.0 | C |
| styrene | 0.5 | 2.17- 8.49 | 0.013[d] | 50 | 109 | 3.0 | B |
| toluene | 1.0 | 1.13- 4.51 | 0.011 | 50 | 155 | 0.9 | D |
| vinyltoluene | 0.5 | 2.41- 9.64 | 0.008 | 50 | 120 | 3.0 | B |
| xylene | 1.0 | 2.60-10.4 | 0.010 | 50 | 150 | 0.9 | D |

[a] Injection volume, 5.0 µL; nitrogen carrier gas.
[b] All columns stainless steel, 3.2-mm outside diameter.
[c] A, 50/80 mesh Porapak P; B, 10% FFAP on 80/100 mesh Chromosorb W AW-DMCS;
   C, 10% OV-101 on 100/120 mesh Supelcoport; D, 50/80 mesh Porapak Q.
[d] Corrected value, calculated from data in [9].

# APPENDIX E

# Laboratory Reports

**AML**
American Medical Laboratories, Inc.®
Industrial Hygiene Department
14225 Newbrook Drive
Chantilly, VA 20153
1-800-348-1590

# Industrial Hygiene Laboratory
## Sample Submittal Form

1) PLEASE TYPE OR USE BALL POINT PEN AND PRINT HARD.
2) THIS IS NOT A CHAIN OF CUSTODY (COC) FORM. A COC FORM IS REQUIRED FOR SAMPLES TO BE PROCESSED AS CHAIN OF CUSTODY.
3) AIR VOLUME, EXPOSURE TIME OR WIPE AREA (FOR DOSIMETERS) MUST BE PROVIDED ON THIS FORM IF CONCENTRATION RESULTS ARE TO BE REPORTED. ANALYTE MASS WILL BE REPORTED IF NO INFORMATION IS FOUND FOR THE SAMPLE.

☐ PRIORITY HANDLING (EXTRA CHARGE WILL BE ASSESSED)

JOB I.D. _22472_

* Date/Time Collected: _2/30/12_

CONTACT: _Bill Campbell_

*Required for drinking water samples

PLEASE NOTE:

CHAIN OF CUSTODY
FORMS AVAILABLE
UPON REQUEST

17279
ENVIRONMENTAL PROFILES
ATTN: JOHN SPENCER
813 FREDERICK RD
BALTIMORE, MD 21228

22 FEB 2012

PEEL OFF LABEL FROM INSIDE CORNER AND PLACE LABEL ON SAMPLE(S)

| Sticker # | Sample ID | Sample Description/Source | 17279-840 | 17279-841 | 17279-842 | 17279-843 | 17279-844 | Air Volume / Time | Exp. Time | Wipe / Area | Analysis Requested | AML Number | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 840 | ENI A | SOLUTION A (C) | 17279-845 | 17279-846 | 17279-847 | 17279-848 | 17279-849 | | | | BENZENE % BY WEIGHT | | |
| 841 | ENI B | SOLUTION B (1) | | | | | | | | | BENZENE % BY WEIGHT | | |
| 842 | ENI C | SOLUTION C (7) | | | | | | | | | BENZENE % BY WEIGHT | | |
| 843 | ENI D | SOLUTION D (30) | | | | | | | | | BENZENE % BY WEIGHT | | |
| 844 | | | | | | | | | | | | | |
| 845 | | | | | | | | | | | | | |
| 846 | | | | | | | | | | | | | |
| 847 | | | | | | | | | | | | | |
| 848 | | | | | | | | | | | | | |
| 849 | | | | | | | | | | | | | |

Special Conditions, Known Interferences, Comments: _ATTN: SEAN PETRIE_

Client Rep. Release/Date: _Clough    2/22/12_

AML Receipt/Date: _____

Condition of Samples: _____

# AML®

**AMERICAN MEDICAL LABORATORIES, INC.®**

P.O. Box 10841 • 14225 Newbrook Drive
Chantilly, VA 20153-0841
(703) 802-6900 • (800) 336-3718 • www.aml.com

## INDUSTRIAL HYGIENE DEPARTMENT

PAGE   1                                             RR

```
RECEIVED  :  08/22/2002      17279 ENVIRONMENTAL PROFILES
RELEASED  :  08/27/2002            ATTN: JOHN SPENCER
REPORTED  :  08/27/2002            813 FREDERICK RD
WORK ORDER:  180089                BALTIMORE      , MD  21228

PROJECT NAME/JOB ID: 22472
```

AML NUMBER-----------------------VALUE-----UNITS---------------------

```
8785232  EPI A                    MISCELLANEOUS
   3230  MISCELLANEOUS (IN-HOUSE)
         SITE/LOCATION:           SOLUTION  A (0)
         DATE OF COLLECTION:      8/20/02
         ANALYTE:                 Benzene
          Concentration:          Less than quantitation limit.
         QUANTITATION LIMIT:      0.029    %
         ANALYST:                 R. Kenneth Petrie

8785233  EPI B                    MISCELLANEOUS
   3230  MISCELLANEOUS (IN-HOUSE)
         SITE/LOCATION:           SOLUTION  B (1)
         DATE OF COLLECTION:      8/20/02
         ANALYTE:                 Benzene
          Concentration:          0.98     %
         QUANTITATION LIMIT:      0.028    %
         ANALYST:                 R. Kenneth Petrie

8785234  EPI C                    MISCELLANEOUS
   3230  MISCELLANEOUS (IN-HOUSE)
         SITE/LOCATION:           SOLUTION  C (7)
         DATE OF COLLECTION:      8/20/02
         ANALYTE:                 Benzene
          Concentration:          6.8      %
         QUANTITATION LIMIT:      0.028    %
         ANALYST:                 R. Kenneth Petrie

8785235  EPI D                    MISCELLANEOUS
   3230  MISCELLANEOUS (IN-HOUSE)
         SITE/LOCATION:           SOLUTION  D (30)
         DATE OF COLLECTION:      8/20/02
         ANALYTE:                 Benzene
          Concentration:          28.0     %
         QUANTITATION LIMIT:      0.028    %
         ANALYST:                 R. Kenneth Petrie

                              *** FINAL REPORT ***
                 CONTINUED ON NEXT PAGE
```

**NATHAN SHERMAN, M.D.**
DIRECTOR OF LABORATORIES



**AMERICAN MEDICAL LABORATORIES, INC.®**

P.O. Box 10841 • 14225 Newbrook Drive
Chantilly, VA 20153-0841
(703) 802-6900 • (800) 336-3718 • www.aml.com

INDUSTRIAL HYGIENE DEPARTMENT

PAGE   2                                              RR

RECEIVED  :  08/22/2002       17279 ENVIRONMENTAL PROFILES
RELEASED  :  08/27/2002             ATTN: JOHN SPENCER
REPORTED  :  08/27/2002             813 FREDERICK RD
WORK ORDER:  180089                 BALTIMORE     , MD  21228

PROJECT NAME/JOB ID: 22472

AML NUMBER———————————————————VALUE—————UNITS———————————————
              CONTINUED FROM PRIOR PAGE
CHRISTOPHER KASE, CAIH
DIRECTOR, IND. HYGIENE


              FOR INDUSTRIAL HYGIENE RELATED QUESTIONS,
              INCLUDING REQUESTS FOR SUPPLIES, CALL
                    1-800-348-1590


                  *** END OF REPORT ***

Age and sex dependent reference ranges are printed when available
if age and sex are designated. Otherwise, adult values are given.
167085 R 09/01  (C-2)

**NATHAN SHERMAN, M.D.**
DIRECTOR OF LABORATORIES

**AML**
American Medical Laboratories, Inc.®
Industrial Hygiene Department
14225 Newbrook Drive
Chantilly, VA 20153
1-800-548-1590

# Industrial Hygiene Laboratory
## Sample Submittal Form

☐ PRIORITY HANDLING  **(EXTRA CHARGE WILL BE ASSESSED)**

JOB I.D. _22472_         CONTACT: _Rick (SAMPSON)_

* Date/Time Collected: _2/19/02_

  *\* Required for drinking water samples*

1) PLEASE TYPE OR USE BALL POINT PEN AND PRINT HARD.
2) THIS IS NOT A CHAIN OF CUSTODY (COC) FORM. A COC FORM IS REQUIRED FOR SAMPLES TO BE PROCESSED AS CHAIN OF CUSTODY.
3) AIR VOLUME, EXPOSURE TIME, OR WIPE AREA (FOR DOSIMETERS) MUST BE PROVIDED ON THIS FORM. IF CONCENTRATION RESULTS ARE TO BE REPORTED. ANALYTE MASS WILL BE REPORTED IF NO INFORMATION IS FOUND FOR THE SAMPLE.

ENVIRONMENTAL PROFILES    17279
ATTN: JOHN SPENCER
813 FREDERICK RD
BALTIMORE, MD 21228

22 FEB 2002

PEEL OFF LABEL FROM INSIDE CORNER AND PLACE LABEL ON SAMPLE(S)

PLEASE NOTE:
**CHAIN OF CUSTODY
FORMS AVAILABLE
UPON REQUEST**

| 17279-790 | 17279-791 | 17279-792 | 17279-793 | 17279-794 |
|---|---|---|---|---|
| 17279-785 | 17279-786 | 17279-787 | 17279-788 | 17279-789 |

| Sticker # | Sample ID | Sample Description/Source | Air Exp. / Wipe Volume / Time / Area | Analysis Requested | AML Number | Type |
|---|---|---|---|---|---|---|
| 780 | 081902-SC01 | AIR | 09.204 | NIOSH 1501-BENZENE | | |
| 781 | 081902-SC02 | AIR | 09.116 | NIOSH 1501-BENZENE | | |
| 782 | 081902-SC03 | AIR | 09.205 | NIOSH 1501-BENZENE | | |
| 783 | 081902-SC04 | AIR | 09.365 | NIOSH 1501-BENZENE | | |
| 784 | 081902-SC05 | AIR | N/A | | | |
| 785 | | | | | | |
| 786 | | | | | | |
| 787 | | | | | | |
| 788 | | | | | | |
| 789 | | | | | | |

Special Conditions, Known Interferences, Comments: _Special Pricing - NO Charge_
_2 Day TAT per Client Chase w/ Chuck Woodruff_

Client Rep. Release/Date: _W. High   1/20/02_

AML Receipt/Date:

Condition of Samples:



AMERICAN MEDICAL LABORATORIES, INC. ®

P.O. Box 10841 • 14225 Newbrook Drive
Chantilly, VA 20153-0841
(703) 802-6900 • (800) 336-3718 • www.aml.com

INDUSTRIAL HYGIENE DEPARTMENT

PAGE    1                                                    RR

RECEIVED  :  08/23/2002      17279 ENVIRONMENTAL PROFILES
RELEASED  :  08/27/2002            ATTN: JOHN SPENCER
REPORTED  :  08/27/2002            813 FREDERICK RD
WORK ORDER:     180121             BALTIMORE      , MD  21228

PROJECT NAME/JOB ID: 22472
                   :

AML NUMBER----------------------------VALUE-----UNITS--------------------

```
8785358   081902-SC 01          CHARCOAL TUBE
   1534   BENZENE (71-43-2)
          MASS:                 Less than quantitation limit.
          QUANTITATION LIMIT:   2.2      ug
          CONCENTRATION:        Less than quantitation limit.
          QUANTITATION LIMIT:   0.024    ppm
          ANALYST:              R. Kenneth Petrie

8785359   081902-SC 02          CHARCOAL TUBE
   1534   BENZENE (71-43-2)
          MASS:                 Less than quantitation limit.
          QUANTITATION LIMIT:   2.2      ug
          CONCENTRATION:        Less than quantitation limit.
          QUANTITATION LIMIT:   0.024    ppm
          ANALYST:              R. Kenneth Petrie

8785360   081902-SC 03          CHARCOAL TUBE
   1534   BENZENE (71-43-2)
          MASS:                 Less than quantitation limit.
          QUANTITATION LIMIT:   2.2      ug
          CONCENTRATION:        Less than quantitation limit.
          QUANTITATION LIMIT:   0.024    ppm
          ANALYST:              R. Kenneth Petrie

8785361   081902-SC 04          CHARCOAL TUBE
   1534   BENZENE (71-43-2)
          MASS:                 Less than quantitation limit.
          QUANTITATION LIMIT:   2.2      ug
          CONCENTRATION:        Less than quantitation limit.
          QUANTITATION LIMIT:   0.024    ppm
          ANALYST:              R. Kenneth Petrie

8785362   081902-SC 05          CHARCOAL TUBE
   1534   BENZENE (71-43-2)
          MASS:                 Less than quantitation limit.
          QUANTITATION LIMIT:   2.2      ug
          ANALYST:              R. Kenneth Petrie
```

NOTATIONS      The calculation of analyte concentrations is based on
               information (i.e. air volumes, exposure times, areas,
               CONTINUED ON NEXT PAGE

Age and sex dependent reference ranges are printed when available
if age and sex are designated.  Otherwise, adult values are given.
147085 R 09/01* (C-2)

NATHAN SHERMAN, M.D.
DIRECTOR OF LABORATORIES



**AML®**
AMERICAN MEDICAL LABORATORIES, INC.®

P.O. Box 10841 • 14225 Newbrook Drive
Chantilly, VA 20153-0841
(703) 802-6900 • (800) 336-3718 • www.aml.com

INDUSTRIAL HYGIENE DEPARTMENT
PAGE   2                                              RR

RECEIVED  :  08/23/2002        17279 ENVIRONMENTAL PROFILES
RELEASED  :  08/27/2002        ATTN: JOHN SPENCER
REPORTED  :  08/27/2002        813 FREDERICK RD
WORK ORDER:  180121            BALTIMORE      , MD  21228

PROJECT NAME/JOB ID: 22472
                        :

AML NUMBER-------------------------VALUE-----UNITS---------------------
CONTINUED FROM PRIOR PAGE
etc.) provided by the client.

Unless otherwise noted in the report above, the results
for the samples have not been corrected for background
contamination, if found, in analysis blanks.

The current OSHA Permissible Exposure Limits (PEL) for
benzene (CAS 71-43-2), (29 CFR 1910.1028):

    Action Level:                              0.5 ppm
    Time Weighted Average, (TWA), limit:       1.0 ppm
    Short-term Exposure Limit (STEL):          5.0 ppm

*** FINAL REPORT ***



CHRISTOPHER KASE, CAIH
DIRECTOR, IND. HYGIENE


FOR INDUSTRIAL HYGIENE RELATED QUESTIONS,
INCLUDING REQUESTS FOR SUPPLIES, CALL
1-800-348-1590


*** END OF REPORT ***

Age and sex dependent reference ranges are printed when available
if age and sex are designated. Otherwise, adult values are given.
197095 R 09 01  [C-2]

NATHAN SHERMAN, M.D.
DIRECTOR OF LABORATORIES

**AML**
American Medical Laboratories, Inc.®
Industrial Hygiene Department
14225 Newbrook Drive
Chantilly, VA 20153
1-800-348-1590

# Industrial Hygiene Laboratory
## Sample Submittal Form

☐ PRIORITY HANDLING (EXTRA CHARGE WILL BE ASSESSED)

JOB I.D. 224772          CONTACT: _John Spencer_

* Date/Time Collected: _05/30/02_
* _Required for drinking water samples_

PLEASE NOTE:
CHAIN OF CUSTODY
FORMS AVAILABLE
UPON REQUEST

1) PLEASE TYPE OR USE BALL POINT PEN AND PRINT HARD.
2) THIS IS NOT A CHAIN OF CUSTODY (COC) FORM. A COC FORM IS REQUIRED FOR SAMPLES TO BE PROCESSED AS CHAIN OF CUSTODY.
3) AIR VOLUME, EXPOSURE TIME OR WPE AREA (FOR DOSIMETERS) MUST BE PROVIDED ON THIS FORM IF CONCENTRATION RESULTS ARE TO BE REPORTED. ANALYTE MASS WILL BE REPORTED IF NO INFORMATION IS FOUND FOR THE SAMPLE.

17279
ENVIRONMENTAL PROFILES
ATTN: JOHN SPENCER
813 FREDERICK RD
BALTIMORE, MD 21228

22 FEB 2000

PEEL OFF LABEL FROM INSIDE CORNER AND PLACE LABEL ON SAMPLE(S)

| 17279-790 | 17279-791 | 17279-792 | 17279-793 | 17279-794 |
| 17279-795 | 17279-796 | 17279-797 | 17279-798 | 17279-799 |

| Sticker # | Sample ID | Sample Description/Source | Air Vol. / Time / Area | Analysis Requested | AML Number | Type |
|---|---|---|---|---|---|---|
| 790 | 080002-BC1.01 | AIR | 23.4 L | NIOSH 1501 BENZENE | | |
| 791 | 080002-BC2.01 | AIR | 23.76 L | NIOSH 1501 BENZENE | | |
| 792 | 080002-BC3.01 | AIR | 23.04 L | NIOSH 1501 BENZENE | | |
| 793 | 080002-BC4.01 | AIR | 23.28 L | NIOSH 1501 BENZENE | | |
| 794 | 080002-BC5.01 | AIR | 23.52 L | NIOSH 1501 BENZENE | | |
| 795 | 080002-BC6.010 | AIR | 2.97 L | NIOSH 1501 BENZENE | | |
| 796 | 080002-BC7.010 | AIR | 2.95 L | NIOSH 1501 BENZENE | | |
| 797 | 080002-BC8.010 | AIR | 2.98 L | NIOSH 1501 BENZENE | | |
| 798 | 080002-BC9.011 | AIR | 2.97 L | NIOSH 1501 BENZENE | | |
| 799 | 080002-BC10.011 | AIR | 2.95 L | NIOSH 1501 BENZENE | | |

Special Conditions, Known Interferences, Comments: _____ 410 L/min f _____

Client Rep. Release/Date: _____

AML Receipt/Date: _____

Condition of Samples: _____

**AML**
American Medical Laboratories, Inc.®
Industrial Hygiene Department
14225 Newbrook Drive
Chantilly, VA 20153
1-800-348-1590

# Industrial Hygiene Laboratory
## Sample Submittal Form

☐ **PRIORITY HANDLING (EXTRA CHARGE WILL BE ASSESSED)**

JOB I.D.: 22472

CONTACT: Bill Chrisman

* Date/Time Collected: 05/30/02
  *Required for drinking water samples*

PEEL OFF LABEL FROM INSIDE CORNER AND PLACE LABEL ON SAMPLE(S)

**PLEASE NOTE:**

CHAIN OF CUSTODY
FORMS AVAILABLE
UPON REQUEST

| Sticker labels |
|---|
| 17279-800 |
| 17279-801 |
| 17279-802 |
| 17279-803 |
| 17279-804 |
| 17279-805 |
| 17279-806 |
| 17279-807 |
| 17279-808 |
| 17279-809 |
| 17279-900 |

17279
ENVIRONMENTAL PROFILES
ATTN: JOHN SPENCER
913 FREDERICK RD
BALTIMORE, MD 21228

22 FEB 2010

1) PLEASE TYPE OR USE BALL POINT PEN AND PRINT HARD.
2) THIS IS NOT A CHAIN OF CUSTODY (COC) FORM. A COC FORM IS REQUIRED FOR SAMPLES TO BE PROCESSED AS CHAIN OF CUSTODY.
3) AIR VOLUME, EXPOSURE TIME OR WIPE AREA (FOR DOSIMETERS) MUST BE PROVIDED ON THIS FORM IF CONCENTRATION RESULTS ARE TO BE REPORTED. ANALYTE MASS WILL BE REPORTED IF NO INFORMATION IS FOUND FOR THE SAMPLE.

| Sticker # | Sample ID | Sample Description/Source | Air / Exp. / Time / Area | Wipe / Time / Area | Analysis Requested | AML Number | Type |
|---|---|---|---|---|---|---|---|
| 800 | 082002-BCH.011 | AIR | 2.98 ℓ | | NIOSH 1501 BENZENE | | |
| 801 | 082002-BC12.012 | AIR | 2.97 ℓ | | NIOSH 1501 BENZENE | | |
| 802 | 082002-BC13.012 | AIR | 2.95 ℓ | | NIOSH 1501 BENZENE | | |
| 803 | 082003-BC14.012 | AIR | 2.98 ℓ | | NIOSH 1501 BENZENE | | |
| 804 | 082002-BC15.07 | AIR | 23.4 ℓ | | NIOSH 1501 BENZENE | | |
| 805 | 082002-BC16.07 | AIR | 23.76 ℓ | | NIOSH 1501 BENZENE | | |
| 806 | 082002-BC17.07 | AIR | 23.64 ℓ | | NIOSH 1501 BENZENE | | |
| 807 | 082002-BC18.07 | AIR | 23.08 ℓ | | NIOSH 1501 BENZENE | | |
| 808 | 082002-BC19.07 | AIR | 23.52 ℓ | | NIOSH 1501 BENZENE | | |
| 809 | 082002-BC20.070 | AIR | 3.17 ℓ | | NIOSH 1501 BENZENE | | |

Special Conditions, Known Interferences, Comments: Special specific - 410 (sample) -
3 day TAT per Chris Clapp - Bill (Chrisman)

Client Rep. Release/Date: Bill Chrisman / 21 Aug 2002
AML Receipt/Date:
Condition of Samples:

**AML**
American Medical Laboratories, Inc.®
Industrial Hygiene Department
14225 Newbrook Drive
Chantilly, VA 20153
1-800-345-1590

# Industrial Hygiene Laboratory
## Sample Submittal Form

☐ PRIORITY HANDLING (EXTRA CHARGE WILL BE ASSESSED)

JOB I.D. __23472__          CONTACT: __Bill Cottingham__

* Date/Time Collected: __2/20/02__
  *Required for drinking water samples*

PLEASE NOTE:

CHAIN OF CUSTODY
FORMS AVAILABLE
UPON REQUEST

1) PLEASE TYPE OR USE BALL POINT PEN AND PRINT HARD.
2) THIS IS NOT A CHAIN OF CUSTODY (COC) FORM. A COC FORM IS REQUIRED FOR SAMPLES TO BE PROCESSED AS CHAIN OF CUSTODY.
3) AIR VOLUME, EXPOSURE TIME OR WIPE AREA (FOR DOSIMETERS) MUST BE PROVIDED ON THIS FORM. IF CONCENTRATION RESULTS ARE TO BE REPORTED. ANALYTE MASS WILL BE REPORTED IF NO INFORMATION IS FOUND FOR THIS SAMPLE.

17279
ENVIRONMENTAL PROFILES
ATTN: JOHN SPENCER
813 FREDERICK RD
BALTIMORE, MD 21228

22 FEB 2002

PEEL OFF LABEL FROM INSIDE CORNER AND PLACE LABEL ON SAMPLE(S)

| Sticker # | Sample ID | | Sample Description/Source | | | | | | Air / Exp. / Wipe Volume / Time / Area | Analysis Requested | AML Number | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 | 982002-BC01.070 | AIR | | 17279-810 | 17279-811 | 17279-812 | 17279-813 | 17279-814 | 3.15 | ANIOSH 1501 BENZENE | | |
| 811 | 982002-BC02.070 | AIR | | 17279-811 | | | | | 3.18 | ANIOSH 1501 BENZENE | | |
| 812 | 982002-BC03.071 | AIR | | 17279-812 | | | | | 2.972 | ANIOSH 1501 BENZENE | | |
| 813 | 982002-BC04.071 | AIR | | 17279-813 | | | | | 2.95 | ANIOSH 1501 BENZENE | | |
| 814 | 982002-BC05.071 | AIR | | 17279-814 | | | | | 2.88 | ANIOSH 1501 BENZENE | | |
| 815 | 982002-BC06.072 | AIR | | 17279-815 | 17279-816 | 17279-817 | 17279-818 | 17279-819 | 2.97 | ANIOSH 1501 BENZENE | | |
| 816 | 982002-BC07.072 | AIR | | 17279-816 | | | | | 2.95 | ANIOSH 1501 BENZENE | | |
| 817 | 982002-BC08.072 | AIR | | 17279-817 | | | | | 2.55 | ANIOSH 1501 BENZENE | | |
| 818 | 982000-BC09.30 | AIR | | 17279-818 | | | | | 23.56 | ANIOSH 1501 BENZENE | | |
| 819 | 982000-BC10.30 | AIR | | 17279-819 | | | | | 23.96 | ANIOSH 1501 BENZENE | | |

Special Conditions, Known Interferences, Comments: __Spencer/Price 2/20/02/23G__
__3 day TNT — Chris Chase + Cecil Cunductt__

Client Rep. Release/Date: __Jeff Jensen   21 Aug 2002__

AML Receipt/Date: _____

Condition of Samples: _____

**AML**
American Medical Laboratories, Inc.®
Industrial Hygiene Department
14225 Newbrook Drive
Chantilly, VA 20153
1-800-348-1590

☐ PRIORITY HANDLING (EXTRA CHARGE WILL BE ASSESSED)

JOB I.D.: 22472

* Date/Time Collected: 8/30/02

CONTACT: _Eric Campbell_

* Required for drinking water samples

## Industrial Hygiene Laboratory
## Sample Submittal Form

1) PLEASE TYPE OR USE BALL POINT PEN AND PRINT HARD.
2) THIS IS NOT A CHAIN OF CUSTODY (COC) FORM. A COC FORM IS REQUIRED FOR SAMPLES TO BE PROCESSED AS CHAIN OF CUSTODY.
3) AIR VOLUME, EXPOSURE TIME OR WIPE AREA (FOR DOSIMETERS) MUST BE PROVIDED ON THIS FORM IF CONCENTRATION RESULTS ARE TO BE REPORTED. ANALYTE MASS WILL BE REPORTED OF NO INFORMATION IS FOUND FOR THE SAMPLE.

ENVIRONMENTAL PROFILES
ATTN: JOHN SPENCER
813 FREDERICK RD
BALTIMORE, MD 21228

28 FEB 2006

PLEASE NOTE:

CHAIN OF CUSTODY
FORMS AVAILABLE
UPON REQUEST

PEEL OFF LABEL FROM INSIDE CORNER AND PLACE LABEL ON SAMPLE(S)

| Sticker # | Sample ID | Sample Description/Source | 17279-820 17279-825 | 17279-821 17279-826 | 17279-822 17279-827 | 17279-823 17279-828 | 17279-824 17279-829 | Air Volume / Exp. Time | Dos. / Wipe Area | Analysis Requested | AML Number | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 820 | 062002-BC30-70 | AIR | | | | | | 23.04 ℓ | | NIOSH 1501 BENZENE | | |
| 821 | 062002-BC30-30 | AIR | | | | | | 23.28 ℓ | | NIOSH 1501 BENZENE | | |
| 822 | 062002-BC33-30 | AIR | | | | | | 23.53 ℓ | | NIOSH 1501 BENZENE | | |
| 823 | 062002-BC34-300 | AIR | | | | | | 2.97 ℓ | | NIOSH 1501 BENZENE | | |
| 824 | 062002-BC35-300 | AIR | | | | | | 2.95 ℓ | | NIOSH 1501 BENZENE | | |
| 825 | 062002-BC36-300 | AIR | | | | | | 2.98 ℓ | | NIOSH 1501 BENZENE | | |
| 826 | 062002-BC37-301 | AIR | | | | | | 2.97 ℓ | | NIOSH 1501 BENZENE | | |
| 827 | 062002-BC38-301 | AIR | | | | | | 2.95 ℓ | | NIOSH 1501 BENZENE | | |
| 828 | 062002-BC39-301 | AIR | | | | | | 3.18 ℓ | | NIOSH 1501 BENZENE | | |
| 829 | 062002-BC40-302 | AIR | | | | | | 2.97 ℓ | | NIOSH 1501 BENZENE | | |

Special Conditions, Known Interferences, Comments: _Sampled during - #48 sample -_
_2 hr. TAT - Chris Case + Chris Williams JF_

Client Rep. Release/Date: _D. Gipson / 14 July 2002_

AML Receipt/Date:

Condition of Samples:

**AML**
American Medical Laboratories, Inc.®
Industrial Hygiene Department
14225 Newbrook Drive
Chantilly, VA 20153
1-800-348-1590

# Industrial Hygiene Laboratory
## Sample Submittal Form

☐ PRIORITY HANDLING (EXTRA CHARGE WILL BE ASSESSED)

JOB I.D. 12472     CONTACT: _Ross Cappozoli_

* Date/Time Collected: 2/20/02

*Required for drinking water samples*

PLEASE NOTE:

1) PLEASE TYPE OR USE BALL POINT PEN AND PRINT HARD.
2) THIS IS NOT A CHAIN OF CUSTODY (COC) FORM. A COC FORM IS REQUIRED FOR SAMPLES TO BE PROCESSED AS CHAIN OF CUSTODY.
3) AIR VOLUME, EXPOSURE TIME OR WIPE AREA (FOR DOSIMETERS) MUST BE PROVIDED ON THIS FORM. IF CONCENTRATION RESULTS ARE TO BE REPORTED. ANALYTE MASS WILL BE REPORTED IF NO INFORMATION IS FOUND FOR THE SAMPLE.

CHAIN OF CUSTODY
FORMS AVAILABLE
UPON REQUEST

PEEL OFF LABEL FROM INSIDE CORNER AND PLACE LABEL ON SAMPLE(S)

17279

ENVIRONMENTAL PROFILES
ATTN: JOHN SPENCER
813 FREDERICK RD
BALTIMORE, MD 21228

22 FEB 2002

| Sticker # | Sample ID | Sample Description/Source | Air / Exp. / Wipe Volume / Time / Area | Analysis Requested | AML Number | Type |
|---|---|---|---|---|---|---|
| 930 | 082002-B241.303 | AIR | 2.85 L | NIOSH 1501 Benzene | | |
| 931 | 082002-B2V43.303 | AIR | 2.98 L | NIOSH 1501 Benzene | | |
| 932 | 082002-Blank 1 | | N/A | NIOSH 1501 Benzene | | |
| 933 | 082002-Blank 2 | | N/A | NIOSH 1501 Benzene | | |
| 934 | | | | | | |
| 935 | | | | | | |
| 936 | | | | | | |
| 937 | | | | | | |
| 938 | | | | | | |
| 939 | | | | | | |

17279-     17279-     17279-     17279-     17279-     17279-
935         936         937         938         939         934

17279-     17279-     17279-     17279-     17279-     17279-
835         836         837         838         839         834

Special Conditions, Known Interferences, Comments: Special pricing - 40 samples
2 day TAT   w/ Chris Case (Chris Casedsurt?)

Client Rep. Release/Date: _____
AML Receipt/Date: _____
Condition of Samples: _____



**AML®**

AMERICAN MEDICAL LABORATORIES, INC.®

P.O. Box 10841 • 14225 Newbrook Drive
Chantilly, VA 20153-0841
(703) 802-6900 • (800) 336-3718 • www.aml.con

INDUSTRIAL HYGIENE DEPARTMENT

PAGE   1                                                        RR

RECEIVED   :  08/22/2002        17277 ENVIRONMENTAL PROFILES
RELEASED   :  08/23/2002           ATTN:  JOHN SPENCER
REPORTED   :  08/23/2002           813 FREDERICK RD
WORK ORDER :  180084               BALTIMORE    , MD  21228

PROJECT NAME/JOB ID: 2247Z
                   :

AML NUMBER------------------------VALUE-----UNITS----------------------

    8788188   082002-BC1.01         CHARCOAL TUBE
      1534    BENZENE (71-43-2)
              MASS:                  57.0        ug
              QUANTITATION LIMIT:    2.2         ug
              CONCENTRATION:         0.762       ppm
              ANALYST:               R. Kenneth Petrie

    8757157   082002-BC2.01         CHARCOAL TUBE
      1534    BENZENE (71-43-2)
              MASS:                  50.9        ug
              QUANTITATION LIMIT:    2.2         ug
              CONCENTRATION:         0.670       ppm
              ANALYST:               R. Kenneth Petrie

    8788199   082002-BC3.01         CHARCOAL TUBE
      1534    BENZENE (71-43-2)
              MASS:                  10          ug
              QUANTITATION LIMIT:    2.2         ug
              CONCENTRATION:         0.14        ppm
              ANALYST:               R. Kenneth Petrie

    8757171   082002-BC4.01         CHARCOAL TUBE
      1534    BENZENE (71-43-2)
              MASS:                  8.0         ug
              QUANTITATION LIMIT:    2.2         ug
              CONCENTRATION:         0.11        ppm
              ANALYST:               R. Kenneth Petrie

    8788192   082002-BC5.01         CHARCOAL TUBE
      1534    BENZENE (71-43-2)
              MASS:                  7.7         ug
              QUANTITATION LIMIT:    2.2         ug
              CONCENTRATION:         0.10        ppm
              ANALYST:               R. Kenneth Petrie

    8757173   082002-BC6.010        CHARCOAL TUBE
      1534    BENZENE (71-43-2)
              MASS:                  9.5         ug
              QUANTITATION LIMIT:    2.2         ug
              CONCENTRATION:         1.0         ppm
              CONTINUED ON NEXT PAGE

Age and sex dependent reference ranges are printed when available
if age and sex are designated.  Otherwise, adult values are given.
167055 R 03/01  (C-2)

**NATHAN SHERMAN, M.D.**
DIRECTOR OF LABORATORIES



AMERICAN MEDICAL LABORATORIES, INC.®

P.O. Box 10841 • 14225 Newbrook Drive
Chantilly, VA 20153-0841
(703) 802-6900 • (800) 336-3718 • www.aml.com

INDUSTRIAL HYGIENE DEPARTMENT

PAGE   2                                                    nR

RECEIVED  :  08/22/2002       17277 ENVIRONMENTAL PROFILES
RELEASED  :  08/23/2002       ATTN: JOHN SPENCER
REPORTED  :  08/23/2002       813 FREDERICK RD
WORK ORDER:  180084           BALTIMORE     , MD  21228

PROJECT NAME/JOB ID: 22472
                    :

AML NUMBER----------------------VALUE-----UNITS---- -------------------
            CONTINUED FROM PRIOR PAGE
            ANALYST:            R. Kenneth Petrie

8759174   082002-BC7.010      CHARCOAL TUBE
  1534    BENZENE (71-43-2)
          MASS:                8.0       ug
          QUANTITATION LIMIT:  2.2       ug
          CONCENTRATION:       0.85      ppm
          ANALYST:             R. Kenneth Petrie

8759175   082002-BC8.010      CHARCOAL TUBE
  1534    BENZENE (71-43-2)
          MASS:                2.6       ug
          QUANTITATION LIMIT:  2.2       ug
          CONCENTRATION:       0.27      ppm
          ANALYST:             R. Kenneth Petrie

8759176   082002-BC9.011      CHARCOAL TUBE
  1534    BENZENE (71-43-2)
          MASS:                10        ug
          QUANTITATION LIMIT:  2.2       ug
          CONCENTRATION:       1.1       ppm
          ANALYST:             R. Kenneth Petrie

8759177   082002-BC10.011     CHARCOAL TUBE
  1534    BENZENE (71-43-2)
          MASS:                10        ug
          QUANTITATION LIMIT:  2.2       ug
          CONCENTRATION:       1.1       ppm
          ANALYST:             R. Kenneth Petrie

NOTATIONS
          The calculation of analyte concentrations is based on
          information (i.e. air volumes, exposure times, areas,
          etc.) provided by the client.

          Unless otherwise noted in the report above, the results
          for the samples have not been corrected for background
          contamination, if found, in analysis blanks.

          The current OSHA Permissible Exposure Limits (PEL) for
          CONTINUED ON NEXT PAGE

Age and sex dependent reference ranges are printed when available
if age and sex are designated. Otherwise, adult values are given.
167086 R 09/01  (C-2)

NATHAN SHERMAN, M.D.
DIRECTOR OF LABORATORIES



**AMERICAN MEDICAL LABORATORIES, INC.®**

P.O. Box 10841 • 14225 Newbrook Drive
Chantilly, VA 20153-0841
(703) 802-6900 • (800) 336-3718 • www.aml.com

INDUSTRIAL HYGIENE DEPARTMENT

PAGE   3                                                              RR

RECEIVED  :  08/22/2002        17277 ENVIRONMENTAL PROFILES
RELEASED  :  08/23/2002              ATTN: JOHN SPENCER
REPORTED  :  08/23/2002              813 FREDERICK RD
WORK ORDER:   180084                 BALTIMORE      , MD  21228

PROJECT NAME/JOB ID: 22472
                            :

AML NUMBER-----------------------------VALUE-----UNITS------------------------
        CONTINUED FROM PRIOR PAGE
        benzene (CAS 71-43-2), (29 CFR 1910.1028):

             Action Level:                        0.5 ppm
             Time Weighted Average, (TWA), limit: 1.0 ppm
             Short-term Exposure Limit (STEL):    5.0 ppm

                        *** FINAL REPORT ***

        CHRISTOPHER KASE, CAIH
        DIRECTOR, IND. HYGIENE

              FOR INDUSTRIAL HYGIENE RELATED QUESTIONS,
              INCLUDING REQUESTS FOR SUPPLIES, CALL
                      1-800-348-1570

                    *** END OF REPORT ***

Age and sex dependent reference ranges are printed when available
if age and sex are designated.  Otherwise, adult values are given.
167066 R 09/01  [C-2]

                                        **NATHAN SHERMAN, M.D**
                                        DIRECTOR OF LABORATORIES



AMERICAN MEDICAL LABORATORIES, INC.®

P.O. Box 10841 • 14225 Newbrook Drive
Chantilly, VA 20153-0841
(703) 802-6900 • (800) 336-3718 • www.aml.com

## INDUSTRIAL HYGIENE DEPARTMENT

PAGE   1                                                          RR

RECEIVED  :  08/22/2002        17279 ENVIRONMENTAL PROFILES
RELEASED  :  08/23/2002              ATTN: JOHN SPENCER
REPORTED  :  08/23/2002              813 FREDERICK RD
WORK ORDER:  180085                  BALTIMORE      , MD  21228

PROJECT NAME/JOB ID: ZZ47Z

AML NUMBER-----------------------VALUE-----UNITS----------------------

```
878X19B  08200Z-BC11.011      CHARCOAL TUBE
1334     BENZENE (71-43-2)
         MASS:                Less than quantitation limit.
         QUANTITATION LIMIT:  2.2        ug
         CONCENTRATION:       Less than quantitation limit.
         QUANTITATION LIMIT:  0.24       ppm
         ANALYST:             R. Kenneth Petrie

878X199  08200Z-BC12.012      CHARCOAL TUBE
1334     BENZENE (71-43-2)
         MASS:                8.5        ug
         QUANTITATION LIMIT:  2.2        ug
         CONCENTRATION:       0.90       ppm
         ANALYST:             R. Kenneth Petrie

878X200  08200Z-BC13.012      CHARCOAL TUBE
1334     BENZENE (71-43-2)
         MASS:                7.9        ug
         QUANTITATION LIMIT:  2.2        ug
         CONCENTRATION:       0.84       ppm
         ANALYST:             R. Kenneth Petrie

878X201  08200Z-BC14.012      CHARCOAL TUBE
1334     BENZENE (71-43-2)
         MASS:                Less than quantitation limit.
         QUANTITATION LIMIT:  2.2        ug
         CONCENTRATION:       Less than quantitation limit.
         QUANTITATION LIMIT:  0.24       ppm
         ANALYST:             R. Kenneth Petrie

878X202  08200Z-BC15.07       CHARCOAL TUBE
1334     BENZENE (71-43-2)
         MASS:                113        ug
         QUANTITATION LIMIT:  2.2        ug
         CONCENTRATION:       1.51       ppm
         ANALYST:             R. Kenneth Petrie

878X203  08200Z-BC16.07       CHARCOAL TUBE
1334     BENZENE (71-43-2)
         MASS:                98.7       ug
         CONTINUED ON NEXT PAGE
```

Age and sex dependent reference ranges are printed when available
if age and sex are designated. Otherwise, adult values are given.
157086-R 09/01  (C-2)

**NATHAN SHERMAN, M.D.**
DIRECTOR OF LABORATORIES



AMERICAN MEDICAL LABORATORIES, INC.®

P.O. Box 10841 • 14225 Newbrook Drive
Chantilly, VA 20153-0841
(703) 802-6900 • (800) 336-3718 • www.aml.com

INDUSTRIAL HYGIENE DEPARTMENT

```
      PAGE   2                                        nR

RECEIVED  :  08/22/2002       17279 ENVIRONMENTAL PROFILES
RELEASED  :  08/23/2002           ATTN: JOHN SPENCER
REPORTED  :  08/23/2002           813 FREDERICK RD
WORK ORDER:  180085               BALTIMORE      , MD  21228

PROJECT NAME/JOB ID: 22472
                   :

AML NUMBER--------------------------VALUE-----UNITS----------------------
                 CONTINUED FROM PRIOR PAGE
                 QUANTITATION LIMIT:   2.2         ug
                 CONCENTRATION:        1.30        ppm
                 ANALYST:              R. Kenneth Petrie

      0787204   08200Z-BC17.07       CHARCOAL TUBE
       1334     BENZENE (71-43-2)
                 MASS:                18          ug
                 QUANTITATION LIMIT:   2.2         ug
                 CONCENTRATION:        0.24        ppm
                 ANALYST:              R. Kenneth Petrie

      0787205   08200Z-BC18.07       CHARCOAL TUBE
       1334     BENZENE (71-43-2)
                 MASS:                22.4        ug
                 QUANTITATION LIMIT:   2.2         ug
                 CONCENTRATION:        0.301       ppm
                 ANALYST:              R. Kenneth Petrie

      0787206   08200Z-BC19.07       CHARCOAL TUBE
       1334     BENZENE (71-43-2)
                 MASS:                24.0        ug
                 QUANTITATION LIMIT:   2.2         ug
                 CONCENTRATION:        0.319       ppm
                 ANALYST:              R. Kenneth Petrie

      0787207   08200Z-BC20.070      CHARCOAL TUBE
        334     BENZENE (71-43-2)
                 MASS:                50.7        ug
                 QUANTITATION LIMIT:   2.2         ug
                 CONCENTRATION:        5.03        ppm
                 ANALYST:              R. Kenneth Petrie

NOTATIONS
                 The calculation of analyte concentrations is based on
                 information (i.e. air volumes, exposure times, areas,
                 etc.) provided by the client.

                 Unless otherwise noted in the report above, the results
                 for the samples have not been corrected for background
                 contamination; if found, in analysis blanks.
                 CONTINUED ON NEXT PAGE
```

Age and sex dependent reference ranges are printed when available
if age and sex are designated. Otherwise, adult values are given.
167005 R 09/01  [C-2]

NATHAN SHERMAN, M.D.
DIRECTOR OF LABORATORIES



**AMERICAN MEDICAL LABORATORIES, INC.®**

P.O. Box 10841 • 14225 Newbrook Drive
Chantilly, VA 20153-0841
(703) 802-6900 • (800) 336-3718 • www.aml.com

### INDUSTRIAL HYGIENE DEPARTMENT

PAGE   3                                                     nR

```
RECEIVED  :  08/22/2002        17277 ENVIRONMENTAL PROFILES
RELEASED  :  08/23/2002        ATTN: JOHN SPENCER
REPORTED  :  08/23/2002        813 FREDERICK RD
WORK ORDER:    180085          BALTIMORE       , MD  21228

PROJECT NAME/JOB ID: ZZ47Z
                    :

AML NUMBER----------------------------VALUE-----UNITS-----------------------
            CONTINUED FROM PRIOR PAGE

            The current OSHA Permissible Exposure Limits (PEL) for
            benzene (CAS 71-43-2), (29 CFR 1910.1028):

                Action Level:                    0.5 ppm
                Time Weighted Average, (TWA), limit:   1.0 ppm
                Short-term Exposure Limit (STEL):      5.0 ppm

                        *** FINAL REPORT ***
```

```
CHRISTOPHER KASE, CAIH
DIRECTOR, IND. HYGIENE


            FOR INDUSTRIAL HYGIENE RELATED QUESTIONS,
            INCLUDING REQUESTS FOR SUPPLIES, CALL
                        1-800-345-1570


                    *** END OF REPORT ***
```

Age and sex dependent reference ranges are printed when available
if age and sex are designated.  Otherwise, adult values are given.
187086 R 09/01  (C-2)

**NATHAN SHERMAN, M.D.**
DIRECTOR OF LABORATORIES



**AML** ®

**AMERICAN MEDICAL LABORATORIES, INC.** ®

P.O. Box 10841 • 14225 Newbrook Drive
Chantilly, VA 20153-0841
(703) 802-6900 • (800) 336-3718 • www.aml.com

                    INDUSTRIAL HYGIENE DEPARTMENT
        AGE    1                                          RR

    RECEIVED  :  08/22/2002      17279 ENVIRONMENTAL PROFILES
    RELEASED  :  08/27/2002            ATTN: JOHN SPENCER
    REPORTED  :  08/27/2002            813 FREDERICK RD
    WORK ORDER:   180086               BALTIMORE      , MD  21228

    PROJECT NAME/JOB ID: 22472
                           :

    AML NUMBER----------------------VALUE-----UNITS--------------------

    8785208   082002-BC21.070      CHARCOAL TUBE
      1534    BENZENE (71-43-2)
              MASS:                 47.3      ug
              QUANTITATION LIMIT:   2.2       ug
              CONCENTRATION:        4.70      ppm
              ANALYST:              R. Kenneth Petrie

    8785209   082002-BC22.070      CHARCOAL TUBE
      1534    BENZENE (71-43-2)
              MASS:                 9.3       ug
              QUANTITATION LIMIT:   2.2       ug
              CONCENTRATION:        0.92      ppm
              ANALYST:         .    R. Kenneth Petrie

    8785210   082002-BC23.071      CHARCOAL TUBE
      1534    BENZENE (71-43-2)
              MASS:                 12        ug
              QUANTITATION LIMIT:   2.2       ug
              CONCENTRATION:        1.3       ppm
              ANALYST:              R. Kenneth Petrie

    8785211   082002-BC24.071      CHARCOAL TUBE
      1534    BENZENE (71-43-2)
              MASS:                 9.7       ug
              QUANTITATION LIMIT:   2.2       ug
              CONCENTRATION:        1.0       ppm
              ANALYST:              R. Kenneth Petrie

    8785212   082002-BC25.071      CHARCOAL TUBE
      1534    BENZENE (71-43-2)
              MASS:                 Less than quantitation limit.
              QUANTITATION LIMIT:   2.2       ug
              CONCENTRATION:        Less than quantitation limit.
              QUANTITATION LIMIT:   0.24      ppm
              ANALYST:              R. Kenneth Petrie

    8785213   082002-BC26.072      CHARCOAL TUBE
      1534    BENZENE (71-43-2)
              MASS:                 12        ug
              QUANTITATION LIMIT:   2.2       ug
              CONTINUED ON NEXT PAGE

Age and sex dependent reference ranges are printed when available
if age and sex are designated. Otherwise, adult values are given.
187086 R 09/01  (C-2)

**NATHAN SHERMAN, M.D.**
DIRECTOR OF LABORATORIES



**AML** ®

AMERICAN MEDICAL LABORATORIES, INC. ®

P.O. Box 10841 • 14225 Newbrook Drive
Chantilly, VA 20153-0841
(703) 802-6900 • (800) 336-3718 • www.aml.com

INDUSTRIAL HYGIENE DEPARTMENT

PAGE   2                                                    RR

| RECEIVED | : | 08/22/2002 | 17279 ENVIRONMENTAL PROFILES |
| RELEASED | : | 08/27/2002 | ATTN: JOHN SPENCER |
| REPORTED | : | 08/27/2002 | 813 FREDERICK RD |
| WORK ORDER: |  | 180086 | BALTIMORE      , MD   21228 |

PROJECT NAME/JOB ID: 22472
                    :

AML NUMBER---------------------VALUE-----UNITS----------------------

```
                    CONTINUED FROM PRIOR PAGE
                    CONCENTRATION:          1.3       PPM
                    ANALYST:                R. Kenneth Petrie

8785214   082002-BC27.07Z       CHARCOAL TUBE
  1534    BENZENE (71-43-2)
                    MASS:                   11        ug
                    QUANTITATION LIMIT:     2.2       ug
                    CONCENTRATION:          1.2       PPM
                    ANALYST:                R. Kenneth Petrie

8785215   082002-BC28.07Z       CHARCOAL TUBE
  1534    BENZENE (71-43-2)
                    MASS:                   Less than quantitation limit.
                    QUANTITATION LIMIT:     2.2       ug
                    CONCENTRATION:          Less than quantitation limit.
                    QUANTITATION LIMIT:     0.24      PPM
                    ANALYST:                R. Kenneth Petrie

8785216   082002-BC29.30        CHARCOAL TUBE
  1534    BENZENE (71-43-2)
                    MASS:                   205       ug
                    QUANTITATION LIMIT:     2.2       ug
                    CONCENTRATION:          2.72      PPM
                    ANALYST:                R. Kenneth Petrie

8785217   082002-BC30.30        CHARCOAL TUBE
  1534    BENZENE (71-43-2)
                    MASS:                   147       ug
                    QUANTITATION LIMIT:     2.2       ug
                    CONCENTRATION:          1.92      PPM
                    ANALYST:                R. Kenneth Petrie
NOTATIONS
                    The calculation of analyte concentrations is based on
                    information (i.e. air volumes, exposure times, areas,
                    etc.) provided by the client.

                    Unless otherwise noted in the report above, the results
                    for the samples have not been corrected for background
                    contamination, if found, in analysis blanks.
                    CONTINUED ON NEXT PAGE
```

Age and sex dependent reference ranges are printed when available if age and sex are designated. Otherwise, adult values are given.
167068 R 09/01  [C-2] .

**NATHAN SHERMAN, M.D.**
DIRECTOR OF LABORATORIES



**AMERICAN MEDICAL LABORATORIES, INC.®**

P.O. Box 10841 • 14225 Newbrook Drive
Chantilly, VA 20153-0841
(703) 802-6900 • (800) 336-3718 • www.aml.com

```
                    INDUSTRIAL HYGIENE DEPARTMENT
        PAGE   3                                              RR

     RECEIVED  :  08/22/2002      17279 ENVIRONMENTAL PROFILES
     RELEASED  :  08/27/2002            ATTN: JOHN SPENCER
     REPORTED  :  08/27/2002            813 FREDERICK RD
     WORK ORDER:   180086             BALTIMORE      , MD  21228

     PROJECT NAME/JOB ID: 22472

     AML NUMBER----------------------VALUE-----UNITS--------------------
                    CONTINUED FROM PRIOR PAGE

              The current OSHA Permissible Exposure Limits (PEL) for
              benzene (CAS 71-43-2), (29 CFR 1910.1028):

                 Action Level:                         0.5 ppm
                 Time Weighted Average, (TWA), limit:  1.0 ppm
                 Short-term Exposure Limit (STEL):     5.0 ppm

                         *** FINAL REPORT ***
```

```
     CHRISTOPHER KASE, CAIH
     DIRECTOR, IND. HYGIENE


            FOR INDUSTRIAL HYGIENE RELATED QUESTIONS,
             INCLUDING REQUESTS FOR SUPPLIES, CALL
                       1-800-348-1590


                    *** END OF REPORT ***
```

Age and sex dependent reference ranges are printed when available
if age and sex are designated.  Otherwise, adult values are given.
167066 R 09/01  (C-2)

**NATHAN SHERMAN, M.D.**
DIRECTOR OF LABORATORIES

**AML** ®

AMERICAN MEDICAL LABORATORIES, INC.

INDUSTRIAL HYGIENE DEPARTMENT
AGE  1

P.O. Box 10841 • 14225 Newbrook Drive
Chantilly, VA 20153-0841
(703) 802-6900 • (800) 336-3718 • www.aml.com

RR

| | | |
|---|---|---|
| RECEIVED | : 08/22/2002 | 17279 ENVIRONMENTAL PROFILES |
| RELEASED | : 08/29/2002 | ATTN: JOHN SPENCER |
| REPORTED | : 08/29/2002 | 813 FREDERICK RD |
| WORK ORDER: | 180087 | BALTIMORE    , MD  21228 |

PROJECT NAME/JOB ID: 22472
:

ANL NUMBER---------------------------VALUE------UNITS---------------------

| | | | | |
|---|---|---|---|---|
| 8 | 85218 | 082002-BC31.30 | CHARCOAL TUBE | |
| | 1534 | BENZENE (71-43-2) | | |
| | | MASS: | 47.0 | ug |
| | | QUANTITATION LIMIT: | 2.2 | ug |
| | | CONCENTRATION: | 0.638 | ppm |
| | | ANALYST: | R. Kenneth Petrie | |
| | | | | |
| 8 | 85219 | 082002-BC32.30 | CHARCOAL TUBE | |
| | 1534 | BENZENE (71-43-2) | | |
| | | MASS: | 5.6 | ug |
| | | QUANTITATION LIMIT: | 2.2 | ug |
| | | CONCENTRATION: | 0.14 | ppm |
| | | ANALYST: | R. Kenneth Petrie | |
| | | | | |
| 8 | 85220 | 082002-BC33.30 | CHARCOAL TUBE | |
| | 1534 | BENZENE (71-43-2) | | |
| | | MASS: | 5.5 | ug |
| | | QUANTITATION LIMIT: | 2.2 | ug |
| | | CONCENTRATION: | 0.14 | ppm |
| | | ANALYST: | R. Kenneth Petrie | |
| | | | | |
| 8 | 85221 | 082002-BC34.300 | CHARCOAL TUBE | |
| | 1534 | BENZENE (71-43-2) | | |
| | | MASS: | 22.4 | ug |
| | | QUANTITATION LIMIT: | 2.2 | ug |
| | | CONCENTRATION: | 2.36 | ppm |
| | | ANALYST: | R. Kenneth Petrie | |
| | | | | |
| 8 | 85222 | 082002-BC35.300 | CHARCOAL TUBE | |
| | 1534 | BENZENE (71-43-2) | | |
| | | MASS: | 13 | ug |
| | | QUANTITATION LIMIT: | 2.2 | ug |
| | | CONCENTRATION: | 1.4 | ppm |
| | | ANALYST: | R. Kenneth Petrie | |
| | | | | |
| 8 | 85223 | 082002-BC36.300 | CHARCOAL TUBE | |
| | 1534 | BENZENE (71-43-2) | | |
| | | MASS: | 2.2 | ug |
| | | QUANTITATION LIMIT: | 2.2 | ug |
| | | CONCENTRATION: | 0.23 | ppm |
| | | CONTINUED ON NEXT PAGE | | |

Age and sex dependent reference ranges are printed when available
if age and sex are designated. Otherwise, adult values are given.
167086 R 09/01 [C-2]

**NATHAN SHERMAN, M.D.**
DIRECTOR OF LABORATORIES

# AML ®

**AMERICAN MEDICAL LABORATORIES, INC.**
INDUSTRIAL HYGIENE DEPARTMENT
AGE  2

P.O. Box 10841 • 14225 Newbrook Drive
Chantilly, VA 20153-0841
(703) 802-6900 • (800) 336-3718 • www.aml.com

```
RECEIVED  :  08/22/2002        17279 ENVIRONMENTAL PROFILES
RELEASED  :  08/29/2002        ATTN: JOHN SPENCER
REPORTED  :  08/29/2002        813 FREDERICK RD
WORK ORDER:    180087          BALTIMORE      , MD  21228

PROJECT NAME/JOB ID: 2247Z
                         :
AN  NUMBER-------------------------VALUE-----UNITS------------------------
            CONTINUED FROM PRIOR PAGE
            ANALYST:              R. Kenneth Petrie

  & 85224   082002-BC37.301      CHARCOAL TUBE
    1534    BENZENE (71-43-2)
            MASS:                17         ug
            QUANTITATION LIMIT:   2.2        ug
            CONCENTRATION:        2.0        ppm
            ANALYST:              R. Kenneth Petrie

  & 85225   082002-BC38.301      CHARCOAL TUBE
    1534    BENZENE (71-43-2)
            MASS:                18         ug
            QUANTITATION LIMIT:   2.2        ug
            CONCENTRATION:        1.9        ppm
            ANALYST:              R. Kenneth Petrie

  & 85226   082002-BC39.301      CHARCOAL TUBE
    1534    BENZENE (71-43-2)
            MASS:                5.2        ug
            QUANTITATION LIMIT:   2.2        ug
            CONCENTRATION:        0.51       ppm
            ANALYST:              R. Kenneth Petrie

  & 85227   082002-BC40.302      CHARCOAL TUBE
    1534    BENZENE (71-43-2)
            MASS:                33.5       ug
            QUANTITATION LIMIT:   2.2        ug
            CONCENTRATION:        3.53       ppm
            ANALYST:              R. Kenneth Petrie
NOTATIONS
            The calculation of analyte concentrations is based on
            information (i.e. air volumes, exposure times, areas,
            etc.) provided by the client.

            Unless otherwise noted in the report above, the results
            for the samples have not been corrected for background
            contamination, if found, in analysis blanks.

            The current OSHA Permissible Exposure Limits (PEL) for
            CONTINUED ON NEXT PAGE
```

Age and sex dependent reference ranges are printed when available
if age and sex are designated.  Otherwise, adult values are given.
167086 R 03/01  [C-2]

**NATHAN SHERMAN, M.D.**
DIRECTOR OF LABORATORIES

**AML**®

AMERICAN MEDICAL LABORATORIES, INC.

INDUSTRIAL HYGIENE DEPARTMENT
PAGE  3

P.O. Box 10841 • 14225 Newbrook Drive
Chantilly, VA 20153-0841
(703) 802-6900 • (800) 336-3718 • www.aml.com

```
RE EIVED   :   08/22/2002        17279 ENVIRONMENTAL PROFILES
RE EASED   :   08/29/2002              ATTN: JOHN SPENCER
RE ORTED   :   08/29/2002              813 FREDERICK RD
WO K ORDER:      180087                BALTIMORE       , MD   21228

PF JECT NAME/JOB ID: 22472
                             :

AN  NUMBER------------------------VALUE-----UNITS----------------------
                 CONTINUED FROM PRIOR PAGE
                 benzene (CAS 71-43-2), (29 CFR 1910.1028):

                    Action Level:                    0.5 ppm
                    Time Weighted Average, (TWA), limit:   1.0 ppm
                    Short-term Exposure Limit (STEL):      5.0 ppm

                       *** REASON FOR CORRECTION ***

                 corrected for change in air volume


                       *** CORRECTED REPORT ***
```

```
CH ISTOPHER KASE, CAIH
DI ECTOR, IND. HYGIENE


              FOR INDUSTRIAL HYGIENE RELATED QUESTIONS,
                INCLUDING REQUESTS FOR SUPPLIES, CALL
                         1-800-348-1590

                       *** END OF REPORT ***
```

Age and sex dependent reference ranges are printed when available
if age and sex are designated. Otherwise, adult values are given.
187086 R 09/01  [C-2]

NATHAN SHERMAN, M.D.
DIRECTOR OF LABORATORIES



AMERICAN MEDICAL LABORATORIES, INC.®

P.O. Box 10841 • 14225 Newbrook Drive
Chantilly, VA 20153-0841
(703) 802-6900 • (800) 336-3718 • www.aml.com

INDUSTRIAL HYGIENE DEPARTMENT

PAGE    1                                                      RR

RECEIVED  :  08/22/2002      17279 ENVIRONMENTAL PROFILES
RELEASED  :  08/27/2002            ATTN: JOHN SPENCER
REPORTED  :  08/27/2002            813 FREDERICK RD
WORK ORDER:    180088              BALTIMORE      , MD   21228

PROJECT NAME/JOB ID: 22472
                     :

AML NUMBER-------------------------VALUE-----UNITS--------------------

    8785228   082002-BC41.302      CHARCOAL TUBE
    1534      BENZENE (71-43-2)
              MASS:                32.9      ug
              QUANTITATION LIMIT:  2.2       ug
              CONCENTRATION:       3.49      ppm
              ANALYST:             R. Kenneth Petrie

    8785229   082002-BC42.302      CHARCOAL TUBE
    1534      BENZENE (71-43-2)
              MASS:                20        ug
              QUANTITATION LIMIT:  2.2       ug
              CONCENTRATION:       2.1       ppm
              ANALYST:             R. Kenneth Petrie

    8785230   082002-BLANK 1       CHARCOAL TUBE
    1534      BENZENE (71-43-2)
              MASS:                Less than quantitation limit.
              QUANTITATION LIMIT:  2.2       ug
              ANALYST:             R. Kenneth Petrie

    8785231   082002-BLANK 2       CHARCOAL TUBE
    1534      BENZENE (71-43-2)
              MASS:                Less than quantitation limit.
              QUANTITATION LIMIT:  2.2       ug
              ANALYST:             R. Kenneth Petrie

NOTATIONS
        The calculation of analyte concentrations is based on
        information (i.e. air volumes, exposure times, areas,
        etc.) provided by the client.

        Unless otherwise noted in the report above, the results
        for the samples have not been corrected for background
        contamination, if found, in analysis blanks.

        The current OSHA Permissible Exposure Limits (PEL) for
        benzene (CAS 71-43-2), (29 CFR 1910.1028):

              Action Level:                          0.5 ppm
              Time Weighted Average, (TWA), limit:   1.0 ppm
              Short-term Exposure Limit (STEL):      5.0 ppm
        CONTINUED ON NEXT PAGE

Age and sex dependent reference ranges are printed when available
if age and sex are designated. Otherwise, adult values are given.
167088 R 09/01  [C-2]

NATHAN SHERMAN, M.D.
DIRECTOR OF LABORATORIES



AMERICAN MEDICAL LABORATORIES, INC.®

P.O. Box 10841 • 14225 Newbrook Drive
Chantilly, VA 20153-0841
(703) 802-6900 • (800) 336-3718 • www.aml.com

INDUSTRIAL HYGIENE DEPARTMENT

PAGE   2                                            RR

RECEIVED  :  08/22/2002      17279 ENVIRONMENTAL PROFILES
RELEASED  :  08/27/2002      ATTN: JOHN SPENCER
REPORTED  :  08/27/2002      813 FREDERICK RD
WORK ORDER:    180088        BALTIMORE      , MD  21228

PROJECT NAME/JOB ID: 22472
                          :
AML NUMBER------------------------VALUE-----UNITS------------------------
            CONTINUED FROM PRIOR PAGE

*** FINAL REPORT ***

CHRISTOPHER KASE, CAIH
DIRECTOR, IND. HYGIENE

FOR INDUSTRIAL HYGIENE RELATED QUESTIONS,
INCLUDING REQUESTS FOR SUPPLIES, CALL
1-800-348-1590

*** END OF REPORT ***

Age and sex dependent reference ranges are printed when available
if age and sex are designated. Otherwise, adult values are given.
167086 R U9/01  [C-2]

**NATHAN SHERMAN, M.D.**
DIRECTOR OF LABORATORIES

# APPENDIX F

## Assessment Study Field Notes

**ENVIRONMENTAL PROFILES, INC.**
813 Frederick Road
Baltimore, MD 21228
410-744-0700
410-744-2003 FAX

## FIELD REPORT

Project No: 22472

Date: 8/30/02

Client: Nelson Mullins Riley & Scarborough

Temperature: 83°   @0945.

Project: Liquid Wrench

Relative Humidity: 53%

Location: 3900 Vero Rd Baltimore MD

Prepared By: Bud Champion

Work in Progress: Exposure Assessment - Liquid Wrench/Benzene

### OBSERVATIONS AND COMMENTS

Pump Designation - LB - 1 + 2, JS - 3, Area - 4.

0922 - setting up for exposure assessment -

0930 - marking sampling tubes labels, putting on pumps, tubes, etc.

0945 - start time - displaying valves, liquid wrench 1%, product, pumps

0947 - starting pumps - 2 hr samples begin

0948 - JS takes anemometer reading (0 - 1 ft/min)

0949 - LB begins scraping rust from bolts on valve assembly

0952 - LB - Stel (1%) started on P1, P2.

0953 - JS - Stel (1%) started on P3.

0954 - LB - begins applying 1% LW product to the flange on the valve assembly (bolts) - JS is at his elbow (-3ft.

0956 - LB taps bolts on flange, then applies more LW product - JS assists by scraping at a bolt

0956 - LB uses wrenches to attempt to loosen bolts.
   - not loosened enough - LB applies more LW to bolt

1002 - LB continues to work on bolts - very tight

1003 - LB applies LW again to three bolts on same flange.

1004 - LB reapplies LW to bolts and taps with hammer

1007 - JS changes Stel sample tube on LB (P1, ~~P2~~) Stel 2-Stn

1008 - JS changes Stel sample tube on LB (P2) (Stel 2-start)

1009 - JS changes Stel on his sampler (P3) (Stel 2-start)

1011 - put caps on the first 3 Stel sample tubes and placed in envelope.

1011 - LB begins applying LW to 2nd flange assembly

1012 - LB taps bolts with hammer to loosen.

1020 - LB applies more LW + taps bolts.
   - JS gives safety glasses to LB w/

1022 - JS changes Stel sample tube on P1   (Stel 3-start)

1023 - JS changes Stel sample tube on P2 (Stel 3-start)

1024 - JS changes Stel sample tube on P3 (own) (Stel 3-start)

Page 1 of 7



**ENVIRONMENTAL PROFILES, INC.**
813 Frederick Road
Baltimore, MD 21228
410-744-0700
410-744-2003 FAX

## FIELD REPORT

Project No: _8 2472_                          Date: _8/30/02_

Client: _Nelson Mullins Riley & Scarborough_ Temperature: _____

Project: _Liquid Wrench_                     Relative Humidity: _____

Location: _3400 Vero Rd Baltimore MD_        Prepared By: _Bill Campion_

Work in Progress: _Exposure Assessment – Liquid Wrench / Benzene_

### OBSERVATIONS AND COMMENTS

1025 LB begins applying more LW to flanges (all 3 in succession)
1026 JS photo of LB applying LW
1027 LB continues to apply LW - bolts are resisting loosening
     LB scrapes bolts with wire brush and taps w/ hammer
1028 JS moves behind table to assist.
1029 LB allows LW to penetrate
1030 LB applies more LW to bolts (bottle A is nearly empty)
     (each of two bottles of LW for 1%, 7%, 30% is labeled
     either A or B)
1033 LB waits for LW to penetrate
1034 LB taps bolts with hammer
1037 JS stops steel sample tube (P1) on LB
1038 JS stops steel sample tube (P2) on LB
1039 JS stores steel sample tube (P3) (olon)
1040 LB applies more LW to bolts
1041 LB scrapes with wire brush + taps with hammer to
     attempt to loosen bolts.
1044 JS reports that approximately 185 ml LW (1%) was
     used on flanges/bolts during first hour.
1045 LB applies more LW to bolts
     - LB has emptied the 1% bottle A LW preparation
1047 - LB continues to scrape and tap the bolts
1055 - LB waits for LW to penetrate
1057 - LB takes break in same area (sits for one minute)
1059 - LB back at table, puts on glove and tries to loosen
     bolts
Temp - 81.7°F, Humidity - 53%
11:00 LB applies more 1% LW to bolts
     JS collects
11:05 - LB resorts to breaker bar to attempt to loosen bolt

Page _2_ of _7_

**ENVIRONMENTAL PROFILES, INC.**
813 Frederick Road
Baltimore, MD 21228
410-744-0700
410-744-2003 FAX

## FIELD REPORT

Project No: 22472                     Date: 8/30/03

Client: Nelson Mullins Riley + Scarborough Temperature: _____

Project: Benzene Expos. Assessment   Relative Humidity: _____

Location: 3900 Vero Rd Baltimore MD   Prepared By: Bill Campioni

Work in Progress: Exposure Assessment- Liquid Wrench /Benzene

**OBSERVATIONS AND COMMENTS**

1110 - LB Finally Succeeds to remove one bolt.
1111 - LB's pump (P2) comes off his belt - JS helps get it back in
   correct position.
1112 - LB tries to loosen another bolt
   - JS assists by holding flange assembly
1125 - LB + JS continue to work on flange bolts - LB with wrench
   and hammer, JS holding down flange assembly
1132 - LB + JS -continue to work - having some success now at
   loosening bolts using hammer to tap wrench.
1133 - LB reapplies 1½ LW to bolts.
1140 - LB continues to work on bolts - loosening with wrench
   and hammer
1147 - JS shuts off sampling pumps + collects sample tube
   for 2hr samples - (P1, P2, P3, P4).
1150 - tubes capped, clean up, begins of table area and tools.
~1200 - Break for lunch, clean up of table area + tools done
   (STEL samples - tubes + pump + visible - STEL on right)
1220 - Pumps set up, tubes arranged for 7½ LW.
1225 - Start sampling - LB - P1, P2, (+STEL)
1226 - Start sampling - JS - P3 AR- P4 (+ STEL)
1227 - LB applies LW 7½% product to new flange assembly
1229 - LB begins tapping bolts with hammer
1235 - LB tries bolts again w/wrench + ratchet
12:37 - Temp: 82.8° F, Humidity 52.6%, CO₂ 657 ppm
1239 - JS assists from ~5 ft away.
1240 - LB applies more 7½% LW to bolts.
   - LB is having success removing bolts w/ wrench + hammer
12:44 - JS collects sample tube from P1, P2, P3 (STEL) P4, P4?
12:44 - JS starts STEL samples on P1, P2, P3 (STEL²)

Page 3 of 7

**ENVIRONMENTAL PROFILES, INC.**
813 Frederick Road
Baltimore, MD 21228
410-744-0700
410-744-2003 FAX

## FIELD REPORT

Project No: 32472                              Date: 8/30/02

Client: Nelson Mullins Riley + Scarborough    Temperature: _____

Project: Benzene Expos Assess.    Relative Humidity: _____

Location: 3900 Vero Rd Baltimore MD   Prepared By: Bill Campion

Work in Progress: Exposure Assessment - Liquid Wrench / Benzene

### OBSERVATIONS AND COMMENTS

1245 - LB applies more 7½ LW to bolts.
1247 - LB uses hammer and wrench to loosen bolts.
1253 - LB continues working on removing bolts w/ wrench + ratchet + hammer.
1255 - LB continues working on bolts with tools
1259 - JS collects Stel 2 sample tubes from P1, P2, P3.
1300 - LB continues working with wrench + hammer to loosen bolts
     - Stel 2 tubes capped and stored.
1305 - LB pause for cold water
1306 - LB back at work with wrenches removing bolts
1308 - LB tightens bolts that were loosened.
1312 - JS starts Stel 3 sample tubes - (P1, P2) on LB
1313 - JS starts Stel 3 sample tubes (P3) on JS
1313 - LB applies 7½ LW to last flange on this assembly
1314 - LB applies 7½ LW to front of flange (bolts)
1315 - LB + JS wait for LW (7½) to penetrate last bolts - stay
     within 10 ft of flange.
1317 - LB back to flange - begins using wrench and hammer
     to try to loosen bolts.
1318 - first bolts loosens on last flange.
1322 - LB continues to work on loosening bolts.
1328-3 - LB applies 7½ LW to bolts again
1324 - LB uses wrench on bolts, taps with hammer
1327 - JS stops Stel 3 samples on LB (P1, P2)
1328 - JS stops Stel 3 sample on own (P3)
1328 - LB continues working on loosening bolts on last flange
1330 - LB - all bolts loose on flange
1332 - LB breaks for cold water.
1333 - Temp - 82°F   RH 53%
     - JS reports LB used ~ ½ 4 fl oz container to
     loosen bolts on last flange.

Page 4 of 7



**ENVIRONMENTAL PROFILES, INC.**
813 Frederick Road
Baltimore, MD 21228
410-744-0700
410-744-2003 FAX

## FIELD REPORT

Project No: _32472_                          Date: _8/30/02_

Client: _Nelson Mullins Riley Scarborough_ Temperature: _____

Project: _Benzene Expos Assessment_ Relative Humidity: _____

Location: _3910 Vero Rd Baltimore MD_ Prepared By: _Bill Campion_

Work in Progress: _Exposure Assessment - Liquid Wrench / Benzene_

### OBSERVATIONS AND COMMENTS

1333 - LB tightens bolts on last flange.
1340 - LB has finished tightening bolts.                    (3 flanges)
1343 - LB applies more 7% LW to all bolts on whole assembly
1344 - LB + JS wait for LW to penetrate -
B48 - LB brings flange assembly that was used for the 1% LW
      testing back to table to see if the 7% can free up
      the bolts.
1349 - LB scrapes flange with wirebrush, taps bolts w/ hammer
1350 - LB applies 7% LW to bolts
1350 - LB uses wrenches and hammer to work on loosening bolt
1355 - LB applies 7% LW to bolts again, then works to loosen
1402 - LB applies 7% LW to bolts again
1407 - Blank 2 - opened ends, waited 30 seconds - then capped
1408 - Blank 1 - opened ends, waited 30 seconds - then capped
      (Blanks were opened ~ 10 ft from table)
1410 - LB works on bolts with wrench + hammer
1435 - JS stop 2 hr samples (7%), 1426 P3, P4
(48)1425 - Prep for Test 3
1433 1428 - JS starts samples on LB (P1, P2) (Ster-1)
1434 1429 - JS starts sample on own + area (P3, P4) (Ster 1)
1435 - LB applies 30% LW product to new (old) flange assembly
1436 - LB uses hammer to tap flanges + bolts
      Temp - 82°F , RH - 53.2%
1439 - LB uses wrench + hammer to loosen bolts - having success
1442 - LB continues to loosen bolts, JS ~ 2 ft from flange
1446 - LB continues to loosen bolts, JS ~ 2 ft from flange.
'503 1448 - JS changes Ster 1 sample tubes (P1, P2)
1448 - JS starts Ster 2 samples tubes (P1, P2)
1449 - JS changes + started own Ster sample (P3)
1450 - LB applies 30% LW to bolts on flange

Page _5_ of _7_



**ENVIRONMENTAL PROFILES, INC.**
813 Frederick Road
Baltimore, MD 21228
410-744-0700
410-744-2003 FAX

## FIELD REPORT

Project No: _22472_      Date: _8/30/02_

Client: _Nelson Mullins Riley Scarborough_ Temperature: _____

Project: _Benzene Expos. Assessment_   Relative Humidity: _____

Location: _3400 Vero Rd Baltimore MD_   Prepared By: _Bill Campion_

Work in Progress: _Exposure Assessment - Liquid Wrench/Benzene_

### OBSERVATIONS AND COMMENTS

1451 - LB taps bolts with hammer

1452 - LB applies 30% LW to bolts, JS ~ 3ft from flange

1453 - LB continues to loosen bolts with wrench + hammer

1503 - JS stops step 2 (P1,P2)

1504 - JS starts step 3 (P1,P2)

1505 - JS changes down step 2 to step 3 tubes.

1506 - LB applies 30% LW to flange, JS ~ 3ft from flange

1510 - LB applies 30% LW to flange.

- LB uses wrench + hammer to loosen bolts

1514 - LB continues to loosen bolts

1519 - JS stops step 3 on LB (P1, P2)

1520 - JS stops step 3 on own (P3)

1521 - LB applies more 30% LW to bolts

1525 - LB continues to loosen bolts

1528 - LB breaks for cold water

1534 - LB back at work loosening bolts, tapping with hammer

1537 - Pump # 4 shut off - assume battery died.

- Collected samples BC32 + BC33 and capped them.

1543 - LB switches out flange assemblies - brings back first
assembly that was worked on (1% LW assessment)

1544 - LB taps bolts on first flange assembly

1545 - LB breaks for couple of minutes

1552 - LB returns to tapping flange bolts with hammer

1553 - LB scrapes with wire brush

1554 - LB applies 30% LW to first flange assembly bolts.

1556 - JS reports LB has used ½ of 4 fl oz bottle (A) during
this assessment (~63ml)

1557 - LB waiting for LW to penetrate

1559 - LB back at table with wrench + hammer trying to loosen
bolts

Page _6_ of _7_

**ENVIRONMENTAL PROFILES, INC.**
813 Frederick Road
Baltimore, MD 21228
410-744-0700
410-744-2003 FAX

## FIELD REPORT

Project No: _33477_     Date: _8/30/02_

Client: _NELSON MULLINS RILEY & SCARBOROUGH_ Temperature: _____

Project: _BENZENE EXPOS. ASSESSMENT_    Relative Humidity: _____

Location: _3900 VERO RD BALTIMORE MD_   Prepared By: _BILL CAMPION_

Work in Progress: _EXPOSURE ASSESSMENT — LIQUID WRENCH / BENZENE_

### OBSERVATIONS AND COMMENTS

1603 – LB APPLIES MORE 30-40 LW TO FLANGE BOLTS

1604 – LB USES WRENCH + HAMMER TO ATTEMPT TO LOOSEN BOLT.

1605 – JS USES BREAKER BAR IN RESIST TO ASSIST LB IN LOOSENING BOLT

1613 – LB APPLIES MORE 30-40 LW TO FLANGE BOLTS AND THEN WAITS
FOR IT TO WORK.

1618 – LB APPLIES MORE 30-40 LW TO FLANGE BOLTS

1625 – LB TAPS BOLTS WITH HAMMER

1627 – LB USES WRENCHES TO TRY TO LOOSEN BOLTS

1630 – TEMP 80.8° F, RH 53.3 %

1632 – STOPPING WORK

1633 – STOPPING AREA AND 21p SAMPLES.

1634 – JS COLLECTS SAMPLES FROM LB (P1, P2)
— JS COLLECTS OWN SAMPLE (P3)

**APPENDIX IV:**

**Summary Report**
**"Determination of Evaporation Rates for**
**a Benzene-Containing Solvent Mixture"**

# Summary Report

## *Determination of Evaporation Rate for a Benzene-Containing Solvent Mixture*

### EPI Project No. 29125

*Prepared For:*

Mr. Tim Gray, Esquire
Forman, Perry, Watkins, and Krutz & Tardy LLP
200 South Lamar Street
City Centre Building, Suite 100
Jackson, MS 39201-4099

9 July 2009

*Prepared by:*



ENVIRONMENTAL PROFILES, INC.
8805 Columbia 100 Parkway, Suite 100
Columbia, Maryland 21045
(410) 744-0700
(410) 744-2003 Fax

Determination of Evaporation Rate for a Benzene-Containing Solvent Mixture
Summary Report
9 July 2009
page 1

## STUDY OBJECTIVE/PURPOSE

Many of the products used in residential, commercial, and industrial applications contain mixed hydrocarbon solvents and, historically, these hydrocarbon mixtures could have contained benzene at varying concentrations. The rate at which the benzene evaporates from these mixtures is dependant on several factors including the components of the mixture. Raoult's law applied to ideal solutions is used to estimate the rate at which the benzene evaporates out of mixed hydrocarbon solutions. However, as Elkins and Pagnatto (1963) determined in the 1960s, other hydrocarbons in the mixture positively or negatively affect the evaporation rate of benzene from the solution.

The purpose of this study was to determine the evaporation rate of benzene from a penetrating solvent product manufactured and marketed in the 1960 through1978 timeframe. The product that was examined was a historic formulation of Liquid Wrench, which consisted of oil dispersed in a solvent based material designed to assist in the removal of rusted and corroded bolts and fittings. In order to determine the evaporation rate of benzene in a Liquid Wrench formulation, benzene in the Liquid Wrench formulation evaporated under controlled conditions while the airborne concentration of benzene was evaluated over time. The concentration of benzene in a specified volume of air per unit time was then converted to mass of benzene per unit of time, thereby determining the mass loss of benzene from the liquid per unit time.

## METHODOLOGY

The conservation of mass is a fundamental concept of physics, which means the amount of mass remains constant--mass is neither created nor destroyed. If we change the state of material i.e., in this case a liquid to a vapor/gas phase, the overall mass remains the same but the volume that the fluid occupied changed and correspondingly the density must change also. Since mass remains the same, one can take the product of the density (or airborne concentration) and the volume to determine the mass. Therefore, the mass in the liquid form should equal the mass found in the vapor/gas phase.

This fundamental concept of physics was used in determining the benzene evaporation rate from a historic Liquid Wrench formulation. The Liquid Wrench formulation was allowed to evaporate under controlled conditions in an isolated chamber and air transport system. Air velocity, air temperature, liquid temperature, and humidity were controlled and/or monitored. Scientific principles and standard industrial hygiene and Environmental Protection Agency (EPA) methods, including industry accepted procedures and practices were used for the quantification of benzene in air and conversion to the equivalent benzene mass loss from the liquid medium.

### *Glove Box-Type Evaporation Chamber (GBTEC) and Air Transport System*

The GBTEC was designed for air to flow laterally through the chamber at a controlled velocity.  The inlet ducting measured two feet wide by two feet tall to match up with the GBTEC dimensions.  The ducting was made from Dow Super-TUFF-R, a one inch thick polyisocyanurate foam core board with an aluminum foil backing on one side and a plastic backing on the other side.  The duct was constructed so that the foil backing made up the interior of the duct.  Downstream of the GBTEC, the duct tapered down to a 0.708 feet wide by 0.708 feet tall dimension.  Just in front of the taper, a 24 inch square HVAC diffuser was inserted in the reverse direction to collect the air and force it into a 45 degree direction from the incoming air flow and which compressed it through a 12 inch round outlet into the taper.  The smaller duct was connected to a 90 degree right turn.  The diffuser, taper, and 90 degree turn were designed to promote mixing of the evaporation hydrocarbon solvent on obtain a homogeneity of the mixture in the air stream.  The duct continued in a straight line after the 90 degree turn for approximately 14.4 feet.

The GBTEC was constructed of square tubular ¾" steel frame with Plexiglas sides and sheet steel bottom.  The tubular steel was welded together and to the steel plate bottom.  The Plexiglas was secured with screws to the tubular steel.  Once constructed, the Plexiglas was sealed to the steel using silicone.  The removable Plexiglas top section was sealed using soft pliable rubber gasket material.  The top section was held in place with bungee cords to allow quick removal and access to the chamber.  One side of the GBTEC was fitted with eight inch round ports to allow chemically resistant gloves to be inserted into the chamber.

Prior to initiation of the benzene evaporation rate study, testing of the chamber was conducted in order to determine sampling point locations, confirmation of adequate mixing, and to assure laminar flow throughout the system.  Cyclohexane was used to generate a consistent evaporation rate of into the air and measurements were taken with the ChemSense 600 at nine locations in the duct area (the duct cross sectional area was divided up into nine equal sections) and compared these values to determine the standard deviation in values based upon sample location.  This result indicated consistent mixing in the air stream.  Therefore, the center of the duct was selected as the sampling point for the data collected in the Trial runs.

The GBTEC and duct system were designed to produce laminar flow in the duct work prior to and through the GBTEC so that the air flow could be quantified.  A series of holes spaced three inches from the side of the duct and six inches apart were made so that testing of the flow characteristics could be made.  Chemical smoke tubes were used to visually document the flow pattern through the GBTEC.  The flow was near laminar throughout the GBTEC and met design expectations.

The sampling points for the ChemSense 600 (direct read instrument) and Summa canisters (air grab samples) were located approximately 9.6 feet downstream (approximately 13.5 duct diameters) from the 90 angle.  Two viewing windows were inserted to allow positioning of the sampling tubes and for positioning of the thermo-

anemometer for conducting a secondary thermo-anemometer traverse for flow rate and conversion into volume per unit time.  The GBTEC duct system was connected to the air moving device (Abatement Technologies HEPA-AIRE H1000V) and the exhaust from the air moving device was directed to the outside environment.

### *Sampling and Analytical Methodology*

The ICx Analytical Instruments' ChemSense 600 direct sampling mass spectrometer was chosen for this evaluation and positioned to sample downstream from the evaporating benzene or Liquid Wrench mixture.  The ChemSense mass spectrometer collected air from the sample stream directly into the vacuum system of the detector where the glow discharge source resides and creates ions inside the cylindrical ion trap mass analyzer (CIT).  The ChemSense uses a CIT to separate ions according to their mass-to-charge ratios.  Since there is no pre-concentration or distinct sampling event, the resulting data is continuous and, included some averaging, recorded at about 1 Hz.

Summa Canisters were used to obtain air samples of evaporated solvent vapor at the downstream location adjacent to the sampling port used for the direct reading ChemSense 600.  A Summa canister is an airtight, stainless-steel container with an inner surface that has been electropolished and chemically deactivated.  The advantage of the Summa canister is that the air being sampled is "drawn" into the canister by the high vacuum thereby eliminating the need for pumps or other powered equipment.  Two (2) Summa canister samples were obtained for each Trial 1-3 for each day of sampling.  The Summa canisters were analyzed in accordance with EPA Method TO-15 by an independent laboratory.

Background/baseline air samples were collected to determine the cleanliness of the air prior to the start and during each trial run.  Prior to initiating a trial run, the room air was sampled for two minutes using the ChemSense 600 direct reading instrument.  This was then followed by two minutes of air sampled inside the duct while the air moving device was on and set for a laminar flow rate of approximately 25 fpm.

Air samples were also collected at the entrance of the duct system during each trial run using a MSA Escort Elf low volume air sampling pumps drawing air at approximately 0.2 liters per minute through a coconut shell charcoal tube in accordance with NIOSH sampling and analytical method NIOSH 1501.  Ambient air samples for determination of background benzene concentration were obtained throughout the duration of each of the 12 trials.  These air samples were placed approximately 0.5 m from the upstream duct opening and were analyzed in accordance with NIOSH Method 1501 by an independent laboratory.

Residual oils remaining on the plate glass following the test run were collected and submitted to an independent laboratory for benzene analysis.  A razor blade was used to remove any remaining oil from the plate glass and placed into 40 ml bottles with a gas tight silicone/Teflon cap.  The sealed bottles were stored under refrigeration at -1.0 °C until shipped under blue ice packs to the independent laboratory.

Determination of Evaporation Rate for a Benzene-Containing Solvent Mixture
Summary Report
9 July 2009
page 4

The residual oil left on the plate glass after Run 3 was scraped into the bottle eight minutes after the completion of the run.  The residual oil left on the plate glass after Run 4 was scraped into the bottle at 29 minutes after the completion of the run.  The residual oil left on the plate glass after the run was completed on 15 June 2009 was scraped immediately after the completion of the run.

A VelociCheck thermo-anemometer made by TSI was used to conduct duct traverses at the entrance to the GBTEC to determine the laminar air flow speed and determine the volumetric flow rate based on the size of the duct.  The velometer direct reading instrument measures linear air movement across a thermistor sensor detector.
Prior to each trial run, the TSI Q-Trak Model 8550 IAQ meter was set on sampling mode and used to data log the air temperature and humidity during each trial over the three day study.  The Q-Trak utilizes a thermistor sensor detector to measure temperature with an accuracy of ±1°F, a resolution of 0.1°F and range of 32 to 122°F.  Relative humidity was detected with a thin film capacitive sensor, which has an accuracy of ±3% RH, a resolution of 0.1% and range of 5 to 95%. A Kestrel 4200 barometric pressure meter was set on sampling mode and used to data log the barometric pressure during each trial.  The Kestrel contains a monolithic silicon piezoresistive pressure sensor with second-order temperature correction.  Accuracy is ±1.5 hPa/mb.

A Fluke 62 Mini IR Thermometer was used to measure the temperature of the glass and of the liquid during each trial immediately after dispensing the liquid and at one minute intervals until the completion of the test.

Surface area analysis of the liquid phase was conducted through the use of digital photographic imaging and area was calculated using ArchiCAD software.  A template with a grid work of one square centimeter markings was placed beneath the glass surface.  Following the pouring of the liquids, digital photographs were taken of the liquid pool at one-minute intervals until the downstream measurement of evaporated solvent was completed.  The digital photographs were imported into the ArchiCAD program and the surface edge of the liquid was mapped throughout the evaporation period.  Using the template as the calibration guide, the surface of the liquid was calculated in terms of square centimeters ($cm^2$).  Manual adjustments were made on some mapping due to the clipping of a section of the liquid pool.

### *Historic Formula Recreation*

The Liquid Wrench formulation that was manufactured in the 1960 through 1978 timeframe was selected for use in the benzene evaporation rate study.  This product involved a mixture of hydrocarbons identified as "raffinate" and an oil additive.  This raffinate material was a by-product of the coal process.  According to historical records, this "raffinate" material contained various aliphatic and aromatic hydrocarbons in varying amounts, including benzene at concentrations of approximately 3%.

Determination of Evaporation Rate for a Benzene-Containing Solvent Mixture
Summary Report
9 July 2009
page 5

The "raffinate" product is no longer available from the coal process. A product manufactured from the oil production process at Sunoco that was determined by analysis to be similar in chemical composition to the original raffinate produced from the coal process back in the 1960s was secured. Three 125 milliliter (ml) containers of this material were obtained for the reformulation of the Liquid Wrench. A base oil was added to the "raffinate" in order to match the original product formulation.

The composition of the reformulated penetrating solvent was analyzed by GC-FID. Analysis was provided by an AIHA, EPA accredited laboratory. Table 1 below shows the concentrations of the individual compounds in the reformulated penetrating solvent compared to the constituents of the historic product formulation. Additionally, the physical properties of the reformulated product were evaluated for flash point, density, and initial boiling point. The American Society of Testing and Materials (ASTM) methods used to determine the physical properties along with the results are summarized in Table 2.

**Table 1:   Chemical Composition of Reformulated Penetrating Solvent and Original Product**

| Compound | Percent by weight (reformulated) | Avg. Wt. Pct. (original product) |
|---|---|---|
| Cyclohexane | 17.7 | 20 |
| m & p Xylenes | 14.9 | 15 |
| Methyl cyclohexane | 10.9 | 12 |
| Toluene | 8.7 | 10 |
| Ethyl benzene | 8.4 | 8 |
| Benzene | 5.1 | 3 |
| n-Hexane | 4.0 | - |
| o-Xylene | 2.2 | 2 |
| Pentane | 1.5 | - |
| Heptane | 0.76 | - |
| Other hydrocarbons | 14.1 | - |

**Table 2:  Physical Properties of Reformulated Penetrating Solvent (RPS) and Original Product (OP)**

| Parameter | Units | Method | RPS Result | OP Result |
|---|---|---|---|---|
| Flash point | °F | ASTM D56 | 87 | 27 |
| IBP (distillation) | °F | ASTM D86 | 158.0 | 170 |
| Specific Gravity | 60°/60°F | ASTM D1298 | 0.7883 | 0.820 |

Comparing the chemical and physical properties of the RPS and OP showed generally good agreement. Therefore, it can be concluded that data generated during the benzene evaporation rate study using the RPS is representative of how benzene would have evaporated from the OP.

Determination of Evaporation Rate for a Benzene-Containing Solvent Mixture
Summary Report
9 July 2009
page 6

# RESULTS

## *Background/Baseline Air Samples Results*

Prior to the start of each trial run, a room-air measurement followed by a duct-air measurement for benzene was conducted using the ChemSense 600.  Benzene was not detected by the ChemSense 600 or on any of the charcoal tubes in the room-air at the air duct/chamber intake during any of the subsequent Trials conducted on Day 2 and Day 3. The results of laboratory analysis for ambient benzene sampling are summarized in Table 3.

**Table 3: Results of Laboratory Analysis for Charcoal Tube Air Samples**

| Sample No. | Reported Mass (ug) | Reporting Limit (ug) | Volume (liters) | Concentration (ppm) |
|---|---|---|---|---|
| 061109 CHAR-5 | ND | 1 | 11.7 | <0.027 |
| 061109 CHAR-6 | ND | 1 | 10.6 | <0.030 |
| 061109 CHAR-7 | ND | 1 | 10.4 | <0.030 |
| 061109 CHAR-8 | ND | 1 | 5.7 | <0.055 |
| 061209 CHAR-9 | ND | 1 | 11.6 | <0.027 |
| 061209 CHAR-10 | ND | 1 | 10.6 | <0.030 |
| 061209 CHAR-11 | ND | 1 | 7.7 | <0.041 |
| 061209 CHAR-12 | ND | 1 | 7.3 | <0.043 |

*ND = non-detected.

## *ChemSense 600 Results*

A ChemSense 600 ion-trap mass spectrometer recorded the benzene mass concentration during each evaporation trial, which was subsequently converted to the cumulative mass of benzene evaporated per unit time.  The half-life (time it takes for one-half of the all the mass of benzene to evaporate from the Liquid Wrench) point of the evaporation period was also calculated.

- For Day 2 (evaporation of 20 ml of reformulated product containing 5.1% w/w benzene from a plate glass) the average benzene evaporation time for Trials 1 through 3 was approximately 12 minutes with an average half-life point of less than three minutes.
- For Day 3 (evaporation of 20 ml of reformulated product containing 5.1% w/w benzene from simulated product use) the average evaporation time for Trials 1 through 3 was approximately 11 minutes with an average half-life point of less than three minutes.  Table 4 contains a summary of the evaporation rate data for each trial.

Determination of Evaporation Rate for a Benzene-Containing Solvent Mixture
Summary Report
9 July 2009
page 7

**Table 4: Time for Half and Time for All of the Initial Mass of Benzene to Evaporate**

| Trial Run | Half-life Time (min.) |
|---|---|
| Day 2, Trial 1 (20 ml LW on plate) ~ 27 fpm | 3.05 |
| Day 2, Trial 2 (20 ml LW on plate) ~ 27 fpm | 2.76 |
| Day 2, Trial 3 (20 ml LW on plate) ~ 27 fpm | 2.67 |
| Day 3, Trial 1 (20 ml LW on part) ~ 27 fpm | 2.79 |
| Day 3, Trial 2 (20 ml LW on part) ~ 27 fpm | 3.46 |
| Day 3, Trial 3 (20 ml LW on part) ~ 27 fpm | 1.76 |
| | |
| Day 1, Trial 4 (20 ml benzene) ~ 50 fpm | 5.01 |
| Day 2, Trial 4 (20 ml LW on plate) ~ 50 fpm | 1.99 |
| Day 3, Trial 4 (20 ml LW on gloves) ~ 27 fpm | 1.94 |

Graphic representations of the cumulative mass evaporation and airborne concentration measured by the ChemSense 600 for each day are shown in Figures 1 through 4 below.



Figure 1



Figure 2



Figure 3



Figure 4

Determination of Evaporation Rate for a Benzene-Containing Solvent Mixture
Summary Report
9 July 2009
page 8

Figures 1 and 3 show the cumulative amount of mass evaporated from the Liquid Wrench at time = t in minutes.  Figures 2 and 4 show the measured airborne concentration in parts per million (ppm) in the exhaust stream.

### *Summa Canister Results*

Twelve Summa canisters were used to sample the downstream air for benzene that evaporated from the Liquid Wrench.  The samples were taken at the same location as the ChemSense 600 for comparison of the data obtained by the ChemSense mass spectrometer.  The laboratory reported that canister no.'s 11, and 12 were still under vacuum upon receipt for analysis, and accordingly were not analyzed. Tables 5 and 6 summarize the Summa canister results from days 2 and 3 of the study.

### Table 5: Summa Canister Results for Day 2 – Liquid Wrench Evaporated from Plate Glass

| Can No. | Δt (min) | Airborne Concentration in ppm |
|---------|----------|-------------------------------|
| 7 | 1 | 9.00 |
| 9 | 3 | 15.00 |
| 11 | 5 | Not Analyzed |
| 8 | 7 | 5.00 |
| 10 | 9 | 0.15 |
| 12 | 11 | Not Analyzed |



Figure 5

### Table 6: Summa Canister Results for Day 3 – Liquid Wrench Evaporated from Parts

| Can No. | Δt (min) | Airborne Concentration in ppm |
|---------|----------|-------------------------------|
| 13 | 1 | 11.00 |
| 15 | 3 | 3.00 |
| 17 | 5 | 0.62 |
| 14 | 7 | 1.90 |
| 16 | 9 | 0.58 |
| 18 | 11 | 0.04 |



Figure 6

The Summa canister data were the result of very short term grab samples (i.e. 2-7 seconds).  Based on the raw data from the ChemSense 600, the fluctuations in the concentration which, when averaged out over time, depict a trend lines as seen in Figures 2 and 4 above that are similar to the trend lines obtained from the Summa canister data, Figures 5 and 6.  The Summa canister sample collected at minute 9 of Day 2, Trial 2 showed a concentration of 0.150 ppm.  The Summa canister sample collected at minute 11 of Day 3, Trial 3 showed a concentration in the airstream of 0.04 ppm.  This

Determination of Evaporation Rate for a Benzene-Containing Solvent Mixture
Summary Report
9 July 2009
page 9

demonstrates there are extremely low concentrations of benzene left in the Liquid Wrench residue after 9 and 11 minutes of exposure time to the air.

### Air Flow Through GBTEC Results

The average velocity of air through the GBTEC for the three study days was approximately 27.09 fpm for the first three trials. Trial 4 on Day one and Day two were 48.88 fpm and 51.94 fpm respectively. Trial four on Day three was 27 fpm. Table 7 contains a summary of the average velometer results.

### Table 7: Average of Measured Air Velocity in fpm for Each Trial of Study Days 1-3

|          | Day 1 | Day 2 | Day 3 | mean  |
|----------|-------|-------|-------|-------|
| Trial 1  | 27.63 | 28.88 | 26.44 | 27.65 |
| Trial 2  | 26.06 | 25.07 | 28.69 | 26.61 |
| Trial 3  | 27.50 | 26.34 | 27.22 | 27.02 |
| mean     | 27.06 | 26.76 | 27.45 | 27.09 |
| Trial 4  | 48.88 | 51.94 | 27.00 |       |

### Temperature, Relative Humidity, and Barometric Pressure Results

Over the three days of testing, the average room temperature was 25.5° C and ranged from a low of 24.2° C to a high of 26.2° C. The average temperature of the glass plate inside of the evaporation chamber was 25.4° C and ranged from a low of 23.8° C to a high of 26.4° C. The plate glass temperature tracked closely with the air temperature.

The average relative humidity was 45.7% and ranged from 42.4% to 49.5% over the three day study.

The barometric pressure ranged from 1007.8 millibar (756 mm Hg) to a high of 1013.5 millibar (760.2 mm Hg) over the three days study.

### Residual Oil Analysis

Upon completion of the Liquid Wrench trial runs on Day 2 the remaining oil was scraped off the removed from the plate glass using a razor blade and placed into a 40 ml bottle with a gas tight silicone/Teflon cap. The sealed bottles were stored under refrigeration at -1.0 °C until shipped under blue ice packs to an independent laboratory.

The residual oil left on the plate glass after Run 3 was scraped into the bottle eight minutes after the completion of the run. The residual oil left on the plate glass after Run 4 was scraped into the bottle at 29 minutes after the completion of the run. The residual oil left on the plate glass after the run was completed on 15 June 2009 was scraped immediately following the completion of the run.

Determination of Evaporation Rate for a Benzene-Containing Solvent Mixture
Summary Report
9 July 2009
page 10

Approximately 2 ml of residue was captured for each run above and sent to the laboratory for analysis of benzene content in the oil.  As noted in Table 8, all results were below the limit of analytical detection.

**Table 8:  Residual Oil (RPO)From Plate Glass Analyzed for Benzene Content**

| Oil Sample Number | Results in ppm and percent by weight |
|---|---|
| RES-oil-1 (Day 2, Trial 3) | < 25 ppm or < 0.0025% |
| RES-oil-2 (Day 2, Trial 4 | < 35 ppm or < 0.0035% |
| RES-oil-3 (Trial 6/15/2009) | < 27 ppm or < 0.0027% |

## DISCUSSION

### *ChemSense 600 Confounders and Interferences*

Since the direct inlet mass spectrometric technique on the ChemSense 600 uses no chromatographic separation, all of the chemical compounds present in a mixture are ionized and detected simultaneously.  The National Institute of Science and Technology (NIST) standard reference mass spectra for the compounds anticipated to be detected in the gas phase during the evaporation of Liquid Wrench show that there is a slight contribution to the benzene signal from the ethyl benzene and mixed xylenes.  When these compounds are ionized, approximately 10% (according to NIST) of the ions produced show up as a benzene signal.

To correct for this interference, a mixture of ethyl benzene and m-xylene was evaporated in the evaporation chamber, and the resulting data allowed for an experimental determination of the fraction of the ethyl benzene and xylene molecules that contributed to the benzene signal.  The experimental determination resulted in a ratio that was nearly constant over the entire evaporation episode at 10.38%.  The intensity of the signal for the ethyl benzene and xylenes was multiplied by 0.1038, and the result was subtracted from the intensity of the signal for the benzene at the time the ethyl benzene and xylene signals occurred.

During the evaporation of Liquid Wrench, which contained approximately 5% benzene by weight, it was noted that only about one half of the benzene evaporated was observed at the mass spectrometer, based on mass balance calculations that multiplied observed concentrations by measured volumetric flow rate through the evaporation apparatus.  The evaporation of pure benzene gave very good mass balance values, so it was hypothesized that one or more compounds in the mixture was suppressing the signal attributed to benzene in the mass spectrometer.  Several mixtures of benzene and cyclohexane were evaporated, and the resulting data was used to perform mass balance equations to ascertain if a relationship between the fraction of benzene in a mixture and the fraction of the total mass observed at the mass spectrometer could be obtained.  Such a relationship was found to exist and for mixtures with a low concentration of benzene to cyclohexane, signal suppression is occurring.  The exact mechanism of this signal suppression was not

Determination of Evaporation Rate for a Benzene-Containing Solvent Mixture
Summary Report
9 July 2009
page 11

determined, but it should be noted that there is absolutely no evidence to suggest this signal suppression, or "loss of benzene" is anything other than reduced sensitivity of the mass spectrometer for benzene in the presence of the other organic compounds.  During the cyclohexane/benzene mixture data collection, all liquid evaporated within the evaporation apparatus, suggesting that all the benzene made it into the vapor phase. However, the concentration of benzene measured vapor phase was suppressed due to the ratio of greater than three (3) to one (1) cyclohexane to benzene in the liquid mixture. The "missing mass," then, is the result of the mass spectrometer, not the result of some physical or chemical process that destroys benzene or keeps it from evaporating.

## CONCLUSIONS

The evaporation of the 20 ml of complex mixed benzene-containing hydrocarbon product (5% wt/wt benzene) at standard temperature and pressure (STP) and with an average airflow rate of 27 fpm at the air-surface interface demonstrated an evaporation half-life on average of less than three minutes.

This study demonstrated a plausible process using mass transfer for determining evaporation rates of single volatile constituent in a complex solvent/product mixture.

_____                    _9 July 2009_
John W. Spencer, CIH, CSP                           Date
Environmental Profiles, Inc.


## Support Documents Follow:

| | |
|---|---|
| Support Document 1: | Historic "Raffinate" Formula |
| Support Document 2: | Bureau Veritas Laboratory Results of Sunoco Raffinate GC-MS |
| Support Document 3: | Bureau Veritas Laboratory Results for Preliminary Liquid Wrench Reformulation GC-MS |
| Support Document 4: | Bureau Veritas Laboratory Results for Preliminary Liquid Wrench Reformulation GC-FID |
| Support Document 5: | Bureau Veritas Laboratory Results for Final Liquid Wrench Reformulation GC-FID |
| Support Document 6: | Historic Liquid Wrench Formulation |
| Support Document 7: | James Wells deposition excerpts, Historic Liquid Wrench Oil Additive Document |
| Support Document 8: | Crystal 100 Base Oil Specifications Sheet |
| Support Document 9: | Penniman & Browne Laboratory Analysis for Physical Properties of Reformulated Liquid Wrench |
| Support Document 10: | Dr. Adam Keil's Benzene Evaporation Study, Direct Sampling Mass Spectrometer Method Development and Data Collection Summary |
| Support Document 11: | Surface Area Data of Benzene Poured on Plate Glass |
| Support Document 12: | Surface Area Data of Reformulated Liquid Wrench Poured on Plate Glass |
| Support Document 13: | Chart Depicting Signal Suppression of ChemSense 600 in Mixtures of Cyclohexane and Benzene |
| Support Document 14: | Field Notes |
| Support Document 15: | EMSL Plate Glass Residual Oil Analysis |
| Support Document 16: | MSDSs for Chemicals Used in the Reformulation of Liquid Wrench |
| Support Document 17: | Study Protocol |

# APPENDIX V:

## Comparison of the values Mr. Petty's equation yielded values experimentally derived values

| Source \ Value | Susten | Adami | Adami | Adami | B & McA | B & McA | B & McA | F-B | Hanke |
|---|---|---|---|---|---|---|---|---|---|
| % Benzene in Mixture | 0.5 | 0.39 | 0.74 | 1.06 | 5 | 5 | 5 | 100 | 100 |
| Reported Flux Value | 0.011 | 0.0018 | 0.00271 | 0.00147 | 0.041 | 0.062 | 0.105 | 0.19 | 0.4 |
| Est. Flux[1] | 0.012 | 0.010 | 0.015 | 0.019 | .052 | .052 | .052 | 0.354 | .354 |
| % Error[2] | 9.1 | 455.56 | 453.5 | 1192.5 | 26.8 | 16.1 | 50.5 | 86.3 | 11.5 |

[1] $Flux = 0.183 \ (\% \ benzene \ conc)^{0.6435}$

[2] $Percent \ error = \dfrac{| \ value - value_{approximate} \ |}{|value|}$

# APPENDIX VI:
## Summary of EPI spreadsheets used to calculate Mr. Knapper's estimated cumulative inhalation exposure

| | Summary of Cumulative Inhalation Exposure to Benzene From Use of Liquid Wrench | ppm-years |
|---|---|---|
| Sheet 1 | Repair of Lawn Mowers | 0.03 |
| Sheet 2 | Work on Motorcycles | 0.01 |
| Sheet 3 | New York Home - Restore Lincoln Car | 0.00 |
| Sheet 4 | New York  - Plumber's Helper (Summer) | 0.01 |
| Sheet 5 | New York - Plumber's Helper (School) | 0.02 |
| Sheet 6 | New York - Citgo Service Station | 0.05 |
| Sheet 7 | Florida - Jackson's Garage | 0.03 |
| Sheet 8 | Plumber's Helper/Plumber 1968-1975 | 0.50 |
| Sheet 9 | New York - Plumber | 0.03 |
| Sheet 10 | Texas - Plumber | 0.13 |
| Sheet 11 | Rebuilding Cars in New York and Texas | 0.02 |
| | | |
| | Cumulative Inhalation Dose | 0.83 |

# APPENDIX VII:

## Summary of EPI spreadsheets used to calculate Mr. Knapper's estimated cumulative dermal exposure to Liquid Wrench.

| | Summary of Cumulative Dermal Dose from Use of Liquid Wrench | ppm-years |
|---|---|---|
| Sheet 1 | Repair of Lawn Mowers | 0.21 |
| Sheet 2 | Work on Motorcycles | 0.10 |
| Sheet 3 | New York Home - Restore Lincoln Car | 0.01 |
| Sheet 4 | New York - Plumbers Helper (Summer) | 0.38 |
| Sheet 5 | New York - Plumbers Helper (School Year) | 0.63 |
| Sheet 6 | New York - Citgo Service Station | 0.09 |
| Sheet 7 | Florida - Jackson's Garage | 0.06 |
| Sheet 8 | Plumber's Helper/Plumber 1968-1975 | 0.92 |
| Sheet 9 | New York - Plumber | 0.06 |
| Sheet 10 | Texas - Plumber | 0.24 |
| Sheet 11 | Rebuilding Cars in New York and Texas | 0.04 |
| | | |
| | Cumulative Dermal Dose | 2.72 |

# APPENDIX VIII:

## Summary of EPI spreadsheets used to calculate Mr. Knapper's estimated cumulative dermal exposure to Safety-Kleen solvents.

| | Summary of Cumulative Dermal Dose from use of Safety-Kleen solvent | ppm-years |
|---|---|---|
| Sheet 1 | Colintonio Home Safety Kleen parts washer | 0.02 |
| Sheet 2 | Citgo Service Station | 0.14 |
| Sheet 3 | Jackson's Garage | 0.13 |
| Sheet 4 | Smithtown High School | 0.13 |
| | | |
| | Cumulative Dermal Dose | 0.41 |