**Personal Information**

**Black n' Red**

Name    Dale Johnson

Dates of use    Evaporation Rate Study Notes

If found please contact

**Guide to book contents**

**Important contact details**

Use this page as a quick reference to the book's contents during use and for archiving purposes

www.BlacknRed.com

A John Dickinson product

EPI00091

5/29/09

Mix of 20 ml of similar mixture to original LW w/raffinate

Start 20 ml total qty

12% oil leave 17.6 ml of solvent

5% benzene = 1 ml ⇒ 16.6 ml of solvent less benzene

| | | |
|---|---|---|
| 1 ml benzen | 100/67 = 1.50 faster | 15% Toluene |
| 2.4 ml oil | | 12% Ethyl benzene |
| 2.5 ml Tol | | 6% p-xylene |
| 2.0 ml Ethyl benzen | | 16% m-xylene |
| 1.0 ml p-xylene | | 3% o-xylene |
| 2.7 ml m-xylene | | 30% cyclohexane |
| 0.5 ml o-xylene ~~delete~~ | | 18% methylcyclohexane |
| 5 ml cyclohexane | | |
| 1 ml methylcyclohexane | | |
| 20.10 ml in mixture | | |

| | | |
|---|---|---|
| 2:44 ~ 55 sec pour | 77.0 °F liquid | |
| | 78.5 F plate | |
| 2:45 | 77.5 °F liquid | |
| | 77.0 Air temp | |
| 2:46 | 76.5 liq / 78.5 plate | |
| 2:47 | 75.5 °F liq | 78.5 plate |
| 2:48 | 75.0 liq | 78.0 " |

EPI00092

|       | LIQ  | GLASS |
|-------|------|-------|
| 2:49  | 74.5 | 78.5  |
| 2:50  | 74   | 78.5  |
| 2:51  | 73.5 | 78.5  |
| 2:52  | 73.5 | 78.0  |
| 2:54  | 73.5 | 78.5  |
| 2:55  | 73.5 | 78.5  |
| 2:58  | 73.5 | 78.0  |
| 3:04  | 73.5 | 77.5  |
| 3:11  | 74.5 | 77.5  |

Observation after solvents evaporated — oil left a
sheen on the glass in the pattern of the original
liquid spread. This will make quantifying surface
area difficult after initial pour.

EPI00093

6/8/09    Velocity Verification

up stream

air velocity   2'×2' duct          air volume

| 1 | 26 | 27 | 31 | 28 |
| 2 | 30 | 34 | 32 | 27 |
| 3 | 24 | 34 | 31 | 23 |
| 4 | 13 | 30 | 25 | 20 |

D   C   B   A

| 6.5 | 6.75 | 7.75 | 7.0 |
| 7.5 | 8.5 | 8.0 | 6.75 |
| 6 | 8.5 | 7.75 | 5.75 |
| 3.25 | 7.5 | 6.25 | 5.0 |

= 108.75
cfm

Down stream
8.5" × 8.5" duct

| 1 | 205 | 220 | 215 |
| 2 | 220 | 225 | 220 |
| 3 | 200 | 210 | 205 |

C   B   A

| 11.42 | 12.26 | 11.99 |
| 12.26 | 12.54 | 12.26 |
| 11.15 | 11.70 | 11.42 |

107.01
cfm

Dial in

| 3 | 23 | 30 | 31 | 30 |
| 4 | 24 | 28 | 29 | 30 |

28

29  30   30

248-344-1770 ask Jeff Cooper
                    Tim Fields

Bureau Veritas Lab results on bulk liquid   6/8/09

GC-FID

cyclohexane   197,000 mg/kg

benzene   42,800 mg/kg

density   777

toluene   100,000 mg/kg

By mass benzene

Raff   668.1 ml × .777 g/ml = 519.1 g

oil   80.0 ml × .863 g/ml = 69.0 g
                          588.1 g

31.9 ml × .929 g/ml

EPI00095

6/8/09

Final mix for original LW formulation

| Lab analysis – previous page 30 ml mix | | Now mix |
|---|---|---|
| Benzene ~~3.3 ml~~ 3.5 ml | | 31.9 ml |
| Toluene | 8.3 ml | 55.3 ml |
| Ethyl benzene | 8.0 ml | 53.3 ml |
| p-xylene | 4.0 ml | 27.7 ml |
| m-xylene | 11.0 ml | 73.3 ml |
| o-xylene | 2.0 ml | 13.3 ml |
| cyclohexane | 20.0 ml | 133.3 ml |
| methyl cyclohexane | 12.0 ml | 80.0 ml |
| raffinate from P | 30 ml | 200 ml |
| | multiplied value by $\frac{200}{30}$ | ~~637.1~~ 668.1 ml |
| 668.1 ml × 0.777 g/ml = 519.1 g | | + 81.0 ml oil |
| | | 749.1 ml |

88% of ~~refined~~ mix is raffinate

$\frac{519.1 g}{.88}$ = 589.9 g

589.9 g − 519.1 g ≅ 70.8 g of oil / actual added 69.9 g

Benzene by volume est. $\frac{31.9 ml}{749.1 ml}$ × 100 = 4.3%

EPI00096

6/8/09

Mixed raffinate w/oil for 7 minutes
Filled 14 - 40 ml vials with exactly 20 ml of LW
using 20 ml calibrated pipette. Lids is teflon/silicone septum
Balance of liquid wrench formula - poured into 2 liter glass jar.
Labeled bottles
        "Liquid Wrench Reform"
Returned to office — placed all mixed chemical
products in refrigerator.


6/9/09   Tested Windex on duct on glass while sampling.
        No interferences on ChemSense 600 data collection.


6/9/09   Mixed up test trials in vials
        Benzene (6ml), toluene (2.5ml)
        Ethyl benzene (2.0ml), p-xylene (1.0ml) m-xylene (2.7 ml)
    Toluene (2.5ml), Ethyl benzene (2.0ml), p-xylene (1.0ml), m-xylene (2.7ml)
        cyclohexane (5.0ml), methyl cyclohexane (3 ml), oil (2.4ml)

EPI00097

6/9/09 - Sent 300 ml of LW reform to Lanmon & Brown for analysis of liquid initial boiling point, flash point closed cup, and specific gravity.

6/9/09 - Sent 20 ml of LW reform to Brumon Vertas for analysis of arsenic compounds in liquid in weight percentage.

6/10/09 Conducting a mass balance run for benzene using mixture of: ethyl benzene (75l)
m-xylene (90ml)
benzene (50ml)

| Flow rate: (ft/min) | | | | | |
|---|---|---|---|---|---|
| 31 | 31 | 26 | 22 | 1 |
| 28 | 31 | 32 | 32 | 2 |
| 34 | 34 | 33 | 33 | 3 |
| 28 | 28 | 24 | 25 | 4 |

D   C   B   A

Avg 29.5 fpm

29.5 fpm × 4 ft$^2$ = 118 ft$^3$/min

$5 \text{ ml} \times .879 \text{ g/ml} = 4.395 \text{ g} \times \frac{1000 \text{ mg}}{g} = 4395 \text{ mg}$

4173 mg measured on Chem-Sense 600

$\frac{4173 \text{ mg}}{4395 \text{ mg}} \times 100 = 95\% \text{ capture (slight residue)}$

EPI00098

6/11/09   Mixed up 1ml benzene
                    19ml cyclohexane

| 11 | 23 | 18 | 11 | 1 |
|----|----|----|----|---|
| 32 | 31 | 31 | 10 | 2 |
| 33 | 30 | 29 | 32 | 3 |
| 36 | 34 | 29 | 25 | 4 |

   D    C    B    A

2 5.94

6/11/09

Mixed up   3ml cyclohexane 1:1
           3ml benzene

| 15 | 18 | 16 | 17 | 1 |
|----|----|----|----|---|
| 27 | 31 | 32 | 21 | 2 |
| 33 | 29 | 28 | 32 | 3 |
| 31 | 30 | 25 | 34 | 4 |

   D    C    B    A

Then ran split

26.19    pug - one side means
         only 72-71, others all
         hydrocarbons.

Mixed up   6ml cyclohexane   3:1
           2ml benzene

EPI00099

6/11/09

mixed up    9 ml cyclohexene    9 : 1
            1 ml benzene

6/14/09      6 ml benzene
             3 ml cyclohexene

| 31 | 25 | 21 | 31 | 1 |   |
|----|----|----|----|---|---|
| 30 | 30 | 29 | 29 | 2 | 27.2 |
| 21 | 30 | 31 | 22 | 3 |   |
| 31 | 30 | 32 | 22 | 4 |   |

D    C    B    A

6/12/09      19.5 ml cyclohexene
             0.5 ml benzene

| 22 | 27 | 26 | 18 |
|----|----|----|----|
| 29 | 28 | 25 | 25 |
| 31 | 31 | 30 | 13 |
| 14 | 29 | 30 | 23 |

25.1

EPI00100

2nd of oil residue no sufficient to quantify benzene in oil.

Tom Fields        248-344-1762

EPA 8260

EPI00101



7/1/09

Removed the three 40ml vials of residual oil that was scraped from the glass plate from the refrigerator where they had been stored. These vials contained the remaining oil on the glass plate after completion of the evaporation trial.

They were packed in blue ice inside a Playmate cooler with a 1" insulation foam board fitted tightly across the top of the cooler & taped in place.

The vials were shipped to EMSL in N.J. overnight for delivery next day by 10:30 am.

EPI00102

**Personal Information**

**Black n' Red**

Name Adam Kesl

Dates of use 5/27/2009 –

If found please contact adkeil@gmail.com

Guide to book contents

Griffith chemSense setup, calibration,
+ use for measurement of gas phase
benzene during benzene
evaporation rate study

**important contact details**

Use this page as a quick reference to the book's contents during use and for archiving purposes
www.BlacknRed.com                                                                           A John Dickinson product

EPI00103

5/27

Unrated 600 (chemSense)
- no damage
- included unit + power cord

Powered up
- AC booted fine
- no toluene cal. gas
  warning when starting
  GSS (won't use it anyway,
  likely)
- installed cal gas anyway
  for initial time

Unpacked benzene cal + dilutant
air cylinders
221 L air
103 L benzene, 5 ppm in air

EPI00104

data file 40 - 2 m.h direct leak
room air blank
biggest m/z 78 peak at
ca 100 counts

data file 41  room air blank for sorbent
tubes

seems to be some high m/z noise
both files, will likely subside
as unit pumps down

file 42 room air blanks, m/z
50-150 w/ 2 tubes

attached heat tape to sintered
stainless inlet - set controller
to ~20 ± 2 %

EPI00105

file 43 — 2 tube method
w/ heat tape @ ~75°C
- no apparent benzene
coming off filter.

backed heat tape controller
down to 15%

file 44   2 mil direct leak
w/ sintered stainless filter
at ~85°C

backed heat tape to ~10%

file 45 is 2 mil DL
filter @ 91°C

heat tape to ~8% ̶f̶o̶r̶ ᴬᴷ

EPI00106

needle valve / regulator combinations
seem to work well
can control diluent
air from 3 L /m.L to
100 mL / m.L w/ needle
valve w/ regulator set to
3 L /m.L ...

air cyl. reg. set to 6.9 L/m.L
needle valve all the way open
500 mL   22.22 s

file 46   2 m.L DL   (50-425)
   d.I. air cyl.
file 47   tube method   (50-425)
   d.I. air cyl.
aha!  am using tubing I pre-had
prev. run 5 ppm benzene
thru ... do I see it ?

EPI00107

file 48    6 min   DL run
       first 2 min, sucking
   from vent (benzene
   cyl OFF)
   after 2 min, turned on benzene
       (0.9 L/min)
   @ 4 min, turned off benzene
       cyl
   @ 4.2 min, unhooked benzene
       line from T
   @ 4.6 min, plugged opening ↓ T
       w/ finger
   @ 5.1 min, removed finger

file 49    1L method 50-150
   1.6 min, connected flowing
   benzene line to T
   w/ 28 sec left, disconnected T

EPI00108



EPI00109

5/29 5/28  AK

file 50   6 mm DL 50-150
room air blank                    } sintered
                                    stainless
file 51   6 m.L DL 80-150          heater
flow box blank                     coil

file 52   6 mm DL 50-150
flow box blank
hot inlet filter ~90°C

file 53   6 mm DL room air
hot inlet

file 54   single tube, 30s sample T2
room air blank

file 55   same as 54, but tube 1 (T1)

file 56   2 tubes
dual alt tubes method
room air blank          AK

EPI00110

Step 5/28 AK

files 57, 58, 59, 60
    dual alt tubes, mth'd
repeated 4 times,
    room air


61  - DL, 10 mL
room air until AK until
20 mL, when I conn. 5 ppm benzene
    to the T
@ 40 mL, dis conn. the benzene


file 62   MS only, detailed data,
    DL   no baseline subtr.
room air until 2.5 mL,
    when I attached 5 ppm benzene to T
removed @ 4.0 mL


dilutant air cyl.
    6.5 Lpm setting, needle valve wide
    open, gives 500mL in 27.34, 27.66,
    27.52 s
                                    AKeil

EPI00111



5/29 AK 5/28

0.9 LPM setting gives 500 mL
, L 16.91 s , 16.54 s , 16.60 s

0.3 LPM setting
500 mL , L 45.71 s , 44.82 , 45.34

5 ppm benzene cyl.
  0.3 LPM setting
     needle wide open
     500 mL in 45.38 s , 45.28 , 45.51
  needle 2 turns open
     500 mL in 47.58
  ½ turn open - 500 mL in 122.88 s
     10 mL in 4.53 s , 4.63 s , 4.56 s
all these 500 mL times are to the 500 mL
label, not the real mark so need
to be consistent there, real volume
displaced is ~250 mL, but if
consistent for both gas streams I'm
ok.

AK

EPI00112

5/28

file 63        DL , 2ml
          1.346 ppm benzene
          122.07 ml/min 5 ppm benzene
          331.2 mc/min of [AK] air

file 64        DL, 2ml
          6.597 ppm benzene
          122.07 ml/min benzene
          899.28 ml/min air

file 65, 66, 67, 68, 70  [AK]
          6.597 ppm benzene, as above
     using dual alt tube method

file 65 does not exist

file 70   2ml DL blank
          cyl. air

file 71   2ml DL
          2.49 ppm benzene
          330 mL/min 5 ppm benzene,
          331 mL/min air
                                   AKeil

EPI00113



5/28
72 - 75   2mL BL
cyl. blank


76 - 79   0.54667 ppm benzene
2 tube alt. method
110.4 mL/min   5ppm benzene
899.28 mL/min   air

80 - 83
0.8416 ppm
2 tube alt method
110.4 mL/min   benzene
545.45 mL/min   air

84 - 87
1.2499 ppm
2 tube alt method
110.4 mL/min   benzene
331 mL/min   air

EPI00114

AK     5/28

88-9↑ 99

2 tube
cyl. blanks

100 - 111
2 tube
cyl. blanks

112 - 115
2 tube
5 ppm benzene

116 - 135    2 tube
room air blanks

136 - 145   2 tube blanks

146    DL 2 mL
room air blank
147  DL room air blank

AK-el

EPI00115

"flow apparatus" = GBTEC

5/28

148   4 mL DL
sampling "blank" flow
apparatus prior to ᴮ ᴬᴷ
Ethyl benzene, toluene, xylene mixture.
- little bit of toluene (~ 91) is
this one - is 7 in my inlet manifold
somehow?
- this was prior to putting in the
large glass slide

149   30 mL DL run.
ᴬᴷ usin₉ "flow apparatus" of ᴬᴷ
Sampling from  -a mixture of toluene,
ethyl benzene, and xylene
(generally equal parts, maybe a bit
more toluene) 25 mL total
~ 12 mL toluene, 7-8 mls of others
spotted on to large glass plate

150   60 mL DL of same sample
as 149, directly (or 1 or 2 minutes)
after 149.
removed inlet from GBTEC @ ᴬᴷ ca. 12 min.

EPI00116

5/29
Swagelok part nos.
SS 1/4" nut
        825-402-1   (1)


set of ten, SS ferrule pairs, 1/4"
        S-400-SET


GR


set nut + ferrule set, they say
    multiples of 5

EPI00117

AK
5/30  5/29

file
082654_1   is 2m.L DL
      room air blank
some slight signal for toluene, still
is .7 .L the PTA inlet line?
this is c/o filter heater on

turned inlet heater on, shooting for 90°C

file 2   room air blank DL
         w/ filter heater hot (90°C)

file 3   DL 2m.L
         position 2B (middle) in the
         GBTEC BLANK (no solvent poured)

for the test, I'll pour ethyl benzene into a
plate (to get constant surface area) + measure
signal @ ~9 points to get an
AK
idea of any differences in cross sectional

AK

EPI00118

5/29

concentration gradient



file 4 is a blank for position 3C

file 5 is 1C blank

file 6 is 1B blank

file 7 is 1A blank

file 8 is 2A blank

file 9 is 3A blank

file 10 is 3B blank.

EPI00119



5/29

file 11 — is 2C blank

anemometer flow check
2A - 205
2B - 215-220
2C - 205-210
1A - 200
1B - 200
1C - 196-198
3A - 195-200
3B - 198-200
3C 182-189

file 12 ΔL 90 min (may stop early)
ethyl benzene in the plate for
cross-sectional conc. difference
t = 0 min blank
t = 1:40 opened bottle in glove box, poured
t = 1:53 pouring done, bottle capped
t = 305 finally got hands out of gloves
at t = 0, inlet in position 2B

EPIC0120

5/29

$t = 12:00$ moved inlet to 2C

$t = 14:00$ moved to 2A

$t = 16:00$ moved inlet to 3A

$t = 18:00$ inlet to 3B

$t = 20:00$ to 3C

$t = 22:00$ to 1C

$t = 25:00$ moved to 1B          Note 3 min for 1C

$t = 27:00$ into 1A

$t = 41:00$ removed inlet from GBTEC

EPI00121



5/29

file 13   5 mL DL of ethyl benzene
in GBTEC w/ 25 scans
per average

file 14   5 mL DL eth. benz. in
GBTEC , 25 scans per ave,
no baseline subtr. (still centroid
data, though )

file 15   eth. benz by DL
5 scan ave, baseline subtr. OFF

file 16   junk

file 17   begin with sampling the
ethyl benzene in GBTEC
@ 2.0 min, removed inlet from GBTEC
@ 3 minutes, connected inlet
to 5 ppm flowing benzene
for benzene has much less variance in
the signal

AKeil

EPI00122

5/29

File 18   GBTEC sampling while
Dale is using the flow unit
as of a fume hood to mix
(ethyl benzene plate 3 still in
there, too)

File 19 is continuation of 18,
     after some delay

File 20 continues file 19

~~file 2~~

File 21
     Dale's test mixture in GBTEC
     cap off 38 s
     poured by

EPI00123

6/8

file 22 GBTEC "blank", 2 mil ΔL

try to do 6/9:

benzene by itself - 1 mil
benzene + toluene - same quantities
   as in LW mock test
mock LW (same as 5/29) w/o benzene )

6/9
file 1  room air blank w/ sintered stainless
   filter at ~50°C (warming up )
file 2  same as 1, filter at 60°C
file 3  same, filter ~68°C

file 4  cyl air blank (2 mil ΔL) filter at
   ~75°C - air @ 0.7 LPM using
   regulator, needle valve full
   open

AKil

EPI00124

6/9
~~6/8~~ AK

file 5 — same as 4
file 6 — same as 4

file 7 5ppm benzene from cyl. (flow
    set to 0.9 LPM w/ needle wide open.)
        filter at ~88°C by now + steady
file 8 is same as 7
file 9 is same

benzene cyl flow (set to 0.3 LPM @ reg.)
time to 500 mL mark    45.695
                       45.665
                       45.815

air cyl.    set to 1.2
time to 500 mL mark    12.69
                       12.75
                       12.62

file 10 ~ 1 ppm benzene
    1.086 ppm                    AK

EPI00125

6/8   6/9 AC

file 11   1.086 ppm
file 12      "
file 13      "

file 14   cyl. blank
file 15      "
file 16      "

benzene cyl. to 0.7
time to 500 mL mark   26.84
                      20.84
                      20.79

file 17 benzene 0.7 LPM, air 1.2 LPM
  => 1.893 ppm benzene
file 18   1.893 ppm benzene
file 19      "

tweaked needle valve on benzene
  (reg. @ 0.3 LPM) to get & lower flow
  time to 500 mL mark      159.97
                           1:58.752  AC
AC                         2:00.01

EPI00126

:13
:09

6/8 C9 AK

=> 0.477877 ppm

file 20 is 0.4799 ppm
file 21 "
file 22 "

file 23  junk

file 24  GBTEC sampling
        while Dale uses it as a funehood
        for mixing

file 25
    1 mL benzene in GBTEC
    90 mn DL file (may stop early)
began data collection w/ capped vial
    in glove box
cap off @ 1:47        mass balance
poured @ 1:51         for benzene
                      looks good!

40 mn of data

EPI00127



6/8  6/9  AK

file 26
    cyl. blank

file 27
    cyl. blank

file 28
    ~~watch~~ GBTEC sampling as
it's used as a hood

file 29  junk
    GBTEC sampling, but wanted restart

file 30
    benzene (1 mL) + toluene (2.5 mL toluene)
cap off @ 1:47
    pour @ 1:51
flow through GBTEC was high for
this run –
    measured to be ~~B₂~~          @ B2
                    43 fpm         @ glovebox
AKeil

EPI00128

tchg c/g AK

file 31  cyl. air blank
         w/o cyl. on

file 32  cyl.
         junk

file 33  cyl. air blank

file 34  ethyl benzen + ~~xylenes~~ xylenes  AK
         in C₆BTEC
         first ~10 sec are room air
         cap off @ 1:47
             pour @ 1:51
         (same quantities as LW Mock mixture)
file 35 is junk
file 35  36 AK  same mixture as last fri (5/29)
         LW Mock mixture
open pour AK @ 1:43       mass balance
     pour @ 1:53          for benzene
                          is low

108 f³/min      3.19 mg/m³ = 1 ppm @ STP        AKeil

EPI00129



6/8 – 6/9 AK

36

37   LN stock w/o benzene
      poured @ 2:10


38   2 ml DL   5 ppm benzene
      from cyl.
39          "
40          "

AKeil

EPI00130



EPI00131



6/10

file 1   5ppm benzene
         ΔL  2m.L
file 2      "
file 3      "

file 4   cyl. air blank
   (some leftover benzene signal
    at start )
file 5   cyl air blank
   clean all the way
file 6      "

these were without sintered stainless
  filter hot ⊗
inlet filter at 82°C now
file 7   is  5mL benzene
   + ethyl benzene (7mL) + toluene
   in GBTEC      m-xylenes (9mL)
cap off @ 1:47
dump @ 1:51

EPI00132

6/10

recieved 25 230 ppm ($\pm 2\%$) benzene
cylinder from Argus Group
        1000 psi, 103 L


file 8  cyl. air blank
        (some carry over in first 10 s)
file 9  cyl. air blank
        clean
file 10  cyl. air blank


file 11-15  230 ppm benzene
        from cyl.

                17-21
files 17-20 are 230 ppm benzene
        set to @3 LPm., air at
        1.2 LPm
from yesterday that's $\frac{1.086}{5}$ · 230 ppm
                    $\Rightarrow$ 49.95 ppm

( file 16 junk )


file 17 or 18 may have carryover . . .

                    AKel

EPI00133

:13
:09

10/10

MS status wisldow at 11:07 AM 10/10
   plate voltage 1245
   mult bias 1300

files 22-24   cyl. blanks

file 25   room background
file 26   GBTEC background

file 27   20 ml benzene
   cap off 1:47
   poured 1:51

file 28   room air background          → so, ignore
   (some carryover in first few records)
file 29   GBTEC background

file 30 is junk... false start
file 31 is GBTEC, 20 ml benzene        trial 2
   1:47 uncapped
   1:51 poured

                              AKY

EPI00134

6/10

file 32  GBTEC sampling for fan

file 33  room background 2 min

file 34  GBTEC bkgrd sample 2mL

file 35  GBTEC 20 mL benzene
        cap off @ 1:47        trial 3
        pour @ 1:51


file 36  room air background
        some benzene carryover. L
        first 10 sec
file 37  GBTEC bkgrnd @ elevated
        flow

file 38  20 mL benzene w/ higher
        flow
        uncap @ 1:47
        pour @ 1:51

EPI00135

6/10

files 39, 40, 41
    cyl. air blank
first 0.3 mh of file 39 is me
   turning on the air - ignore data

AK

EPI00136



blank

EPI00137



6/11

low m/z tune to start day

files 1-3  cyl. air blanks, 2mL
(ignore 1st ~20s in file 1, leftover
m/B calibrant, etc.)
[ignore file 3 - I turned off air in ~15 blank]
left heat tape on all last night,
so the ss filter is still @ ~950°C
file 4  cyl. air blank

files 5-8  5ppm benzene
from cylinder

files 8-10  are 49.95 ppm benzene
ala files 17-21 from yesterday
first ~20s of file 8 has some
carryover

files 11-13 are cylinder air
blanks

EPI00138

6/11

file 14   room air blank

file 15 AK   GBTEC blank

file 16   LW,L GBTEC
20 mL
cap off @ 1:47
pour @ 1:51

file 17   cyl. air blank

file 18
18 ms to fixed ionization
time room air blank

file 19
18 ms fixed ion'n time
6 ppm benzene

file 20                        F=72
18 ms fixed ionization time   0⁰
30 ppm benzene
AK

EPI00139



6/11

file 21
   18 ms  room air blank
        F = 22 or so

file 22
   room air blank, ALC on, the
whole bit

file 23   GBTEC blank
file 24 — junk / restart / false start

file 25   GBTEC run with
   LW mixture — Trial 2  Flow 25.07 lpm
                                   ave

file 26   HEADSPACE of residue
   from Day 2 Trial 1 glass plate
room air  to 0.6 mL
0.6 min, inserted inlet into vial
   containing ~1 mL of residue
1.2 mL, removed inlet

        AKerl

EPI00140

6/11

file 27 room air blank

file 28 GBTEC blank

file 29
   Trial 3 LW mixture
cap off @ +:5+ 1:47 AK
    poured @ 1:55

file 30
   HEADSPACE of Trial 3 residue
room air until 0.60 min,
    then headspace until 1.5 mL
certainly volatiles present

file 31
   5 mL of headspace of trial 3
   residue
@ room air until 1 min
   then headspace vapors until 2.1 min
room air 2.1 min - 3.0 min
headspace 3.0 mL - 4.0 min
room air 4.0 min - end                    AKeil

EPI00141

6/"

Conference Call w/ ?

    Pete Drivas, John, Dale + Me at EPI

Pete discussing the testing so far

    benzene, in

      evaporation rates - reports ½ lifes of

        about 3 minutes, that jives well

        with his theory

call w/ Dale next week to see

    how our new number change Pete's report

file 32

    RAW, detailed data of

residue (Trial 3 w) headspace

however, what's labelled

of zero air in this file isn't –

it's nothing - forgot to turn on

cylinder

file 33   room air blank

file 34   GBTEC blank

: AKA

EPI00142

6/11

file 35

    W/ GBTEC

    higher flow

     ~5l dpm flow

cap off @ 1:49

pour at 1:56

    air velocity  26.0 fpm  AK

file 36

    GBTEC blank

file 37

    1 mL benzene  +

    19 mL cyclohexane

file 38

    SIM on 78 , DL , 5 mL  10 AK

    0 - 2.2   230 ppm

    3.6 - 5.2   5 ppm

    5.2 - 6.6   zero air

    6.8 - 9.2   50 ppm

    9.2 - end   zero air

                 AK

EPI00143



6/11

file 39
    alternate between
        SIM for 78
    and full scan 50-150
GBTEC blank

file 40
    3 mL benzene
    3 mL cyclohexane
    in GBTEC
using alternating scans
    ①

file 41
    2 mL benzene
    6 mL cyclohexane
    in GBTEC

file 42
    9 mL cyclohexane
    1 mL benzene
AKal

EPI00144



EPI00145

6/12

tune low m/z
file 1 - junk

files 2-4 cyl. air blanks
        2 mL DL

files 5-7  5 ppm benzene

files 8-10  are 49.95 ppm
        a/a file 17 from 6/10

file 11 is junk

file 12
    6 mL benzene
    3 mL cyclohexane
    in GBTEC
file 13  GBTEC run
    19.5 mL cyclohexane
    0.5 mL benzene
        HKL

EPI00146

6/12

So for the benzene/cyclohexane mixtures, we have:

file 37   6/11   19:1
file 12   6/12   3:6
file 41   6/11   6:2
          3:3
          6/10   0:1        GBTEC runs from 6/13
file 42   6/11   9:1
file 13   6/12   19.5:0.5


Air Velocity Summary Data so far from flake
          (ft/min)
                    6/10
| Trial   | Day 1  | Day 2 |
|---------|--------|-------|
| Trial 1 | 27.63  | 28.88 |
| 2       | 26.06  | 25.07 |
| 3       | 27.50  | 26.34 |
| 4       | 48.88  | 51.94 |

EPI00147



4/12

file 14   room air blank  $\Delta z$, 2ml

file 15  GBTEC  blank

file 16
         working w/ liquid wrench
on rusty bolts  Trial 1
first pour (only a fraction
of the liquid) at 2:05
all poured out by 4:45
at 20 ml, Alesko shook the
jars around after having let them
sit for several minutes

file 17 room air blank
file 18 GBTEC blank w/ parts

file 19  Trial 2 - LW on parts
       first pour @ 2:05
       another pour @ 3:30

EPI00148

file 20   room air blank
file 21   GBTEC blank w/ parts

file 22   LW on parts trial 3.
     glove shaking just after
     15 mL

file 23   room air blank
file 24   GBTEC blank w/ parts

file 25   GBTEC LW w/ parts trial 4
     simulation of soaking gloves

EPI00149

# Support Document 15

## EMSL Plate Glass Residual Oil Analysis

EPI00150

Asbestos • Lead • Environmental • Materials & Indoor Air Analysis

**EMSL**
SM

# EMSL Analytical, Inc.

http://www.emsl.com

3 Cooper St.
Westmont, NJ 08108
Phone: (856) 858-4800
Fax: 8568584571

Attn:  **Dale Johnson**
**Environmental Profiles, Inc.**
**8805 Columbia 100 Parkway**
**Suite 100**
**Columbia, MD 21045**

7/6/2009

Phone (410) 744-0700
Fax:   (410) 744-2003

The following report covers the analysis performed on samples submitted to EMSL
Analytical, Inc. on 7/2/2009. The results are tabulated on the attached data pages for
the following client designated project:

**Project ID: 29125**

The reference  number for these samples is EMSL Order #010903277.  Please use this
reference when calling about these samples.

If you have any questions, please do not hesitate to contact me at (856) 858-4800.

Reviewed and Approved By:

Julie Smith - Laboratory Director or
other approved signatory
NJ-NELAP Accredited:04653



The test results contained within this report meet the requirements of NELAC
and/or the specific certification program that is applicable, unless otherwise noted.

Page 1 of 2

EPI00151



**EMSL Analytical, Inc.**
3 Cooper St., Westmont, NJ 08108
Phone: (856) 858-4800     Fax: (856) 858-4671     Email: jsmith@emsl.com



| | |
|---|---|
| Attn: **Dale Johnson** | Customer ID:  ENPI53 |
| **Environmental Profiles, Inc.** | Customer PO: |
| **8805 Columbia 100 Parkway** | Received:  07/02/09 11:16 AM |
| **Suite 100** | EMSL Order:  010903277 |
| **Columbia, MD 21045** | |
| Fax:  (410) 744-2003     Phone:  (410) 744-0700 | EMSL Proj:  29125 |

---

| *Client Sample Description* | RES-oil-1 | | *Collected:* | 7/1/2009 | *Lab ID:*  0001 | |
|---|---|---|---|---|---|---|
| | Plare Residue day 2, Trial 3 | | | | | |
| *Method* | *Parameter* | *Concentration* | *Reporting Limit Units* | *Analysis Date* | *Analyst* | |
| 8260B-Volatiles | See Attached | | N/A | 7/2/2009 | afalasca | |
| Reporting limits elevated due to low volume received. | | | | | | |

| *Client Sample Description* | RES-oil-2 | | *Collected:* | 7/1/2009 | *Lab ID:*  0002 | |
|---|---|---|---|---|---|---|
| | Plare Residue day 2, Trial 4 | | | | | |
| *Method* | *Parameter* | *Concentration* | *Reporting Limit Units* | *Analysis Date* | *Analyst* | |
| 8260B-Volatiles | See Attached | | N/A | 7/2/2009 | afalasca | |
| Reporting limits elevated due to low volume received. | | | | | | |

| *Client Sample Description* | RES-oil-3 | | *Collected:* | 7/1/2009 | *Lab ID:*  0003 | |
|---|---|---|---|---|---|---|
| | Plate Residue 6152009 | | | | | |
| *Method* | *Parameter* | *Concentration* | *Reporting Limit Units* | *Analysis Date* | *Analyst* | |
| 8260B-Volatiles | See Attached | | N/A | 7/2/2009 | afalasca | |
| Reporting limits elevated due to low volume received. | | | | | | |

EPI00152

## EMSL Analytical Inc.

### VOLATILE ORGANICS ANALYSIS DATA SHEET

| | | | |
|---|---|---|---|
| | | **Customer Sample#:** | **RES-oil-1** |
| **Lab Name:** | EMSL ANALYTICAL | | |
| **EMSL Sample ID:** | **010903277-0001** | **Project:** | 29125 |
| **Lab File ID:** | V15732.D | **Sample Matrix:** | Organic |
| **Instrument ID:** | VOA MSD-V | **Sampling Date:** | 7/1/2009 |
| **Analyst:** | AF | **Analysis Date** | 7/2/2009 9:46:00 PM |
| **GC Column:** | RTX-VMS X 30m (0.25 mm) | **Level (low/med):** | MED |
| **Sample wt/vol:** | 1 G | **Nominal Amount:** | 100 µL |
| **Extract Vol.** | 10000 (ul) | **Aliquot Analyzed:** | 1 (ul) |
| **Dilution Factor:** | 1 | **Method:** | SW846 8260B |
| **Sample Container:** | Jar (SW-846 5035) | **Moisture(%)** | |
| **Heated Purge (Y/N):** | N | | |

| CAS NO | COMPOUND | Report Limit (µg/Kg) | CONC. (µg/Kg) | Q |
|---|---|---|---|---|
| 71-43-2 | Benzene | 25000 | | U |

Qualifier Definitions
U = Undetected
B = Compound detected in method blank
E = Estimated value
J = Estimated concentration.
D = Dilution

## EMSL Analytical Inc.

### VOLATILE ORGANICS ANALYSIS DATA SHEET

| | | Customer Sample#: | RES-oil-2 |
|---|---|---|---|
| Lab Name: | EMSL ANALYTICAL | | |
| EMSL Sample ID: | 010903277-0002 | Project: | 29125 |
| Lab File ID: | V15733.D | Sample Matrix: | Organic |
| Instrument ID: | VOA MSD-V | Sampling Date: | 7/1/2009 |
| Analyst: | AF | Analysis Date | 7/2/2009 10:14:00 PM |
| GC Column: | RTX-VMS X 30m (0.25 mm) | Level (low/med): | MED |
| Sample wt/vol: | 0.720 G | Nominal Amount: | 100 µL |
| Extract Vol. | 10000 (ul) | Aliquot Analyzed: | 1 (ul) |
| Dilution Factor: | 1 | Method: | SW846 8260B |
| Sample Container: | Jar (SW-846 5035) | Moisture(%) | |
| Heated Purge (Y/N): | N | | |

| CAS NO | COMPOUND | Report Limit (µg/Kg) | CONC. (µg/Kg) | Q |
|---|---|---|---|---|
| 71-43-2 | Benzene | 35000 | | U |

Qualifier Definitions
U = Undetected
B = Compound detected in method blank
E = Estimated value
J = Estimated concentration.
D = Dilution

Printed: 07/06/09 12:57:02 PM
SampleList: 070209VS
ERM: V:\VOAERMS\8260ERMS\BENZENE.erm

FORM1--VOA

1 of 1

EPI00154

## EMSL Analytical Inc.

### VOLATILE ORGANICS ANALYSIS DATA SHEET

| | | |
|---|---|---|
| | Customer Sample#: | **RES-oil-3** |

| | | | |
|---|---|---|---|
| Lab Name: | EMSL ANALYTICAL | | |
| EMSL Sample ID: | **010903277-0003** | Project: | 29125 |
| Lab File ID: | V15734.D | Sample Matrix: | Organic |
| Instrument ID: | VOA MSD-V | Sampling Date: | 7/1/2009 |
| Analyst: | AF | Analysis Date | 7/2/2009 10:41:00 PM |
| GC Column: | RTX-VMS X 30m (0.25 mm) | Level (low/med): | MED |
| Sample wt/vol: | 0.920 G | Nominal Amount: | 100 µL |
| Extract Vol. | 10000 (ul) | Aliquot Analyzed: | 1 (ul) |
| Dilution Factor: | 1 | Method: | SW846 8260B |
| Sample Container: | Jar (SW-846 5035) | Moisture(%) | |
| Heated Purge (Y/N): | N | | |

| CAS NO | COMPOUND | Report Limit (µg/Kg) | CONC. (µg/Kg) | Q |
|---|---|---|---|---|
| 71-43-2 | Benzene | 27000 | | U |

Qualifier Definitions
U = Undetected
B = Compound detected in method blank
E = Estimated value
J = Estimated concentration.
D = Dilution

Printed: 07/06/09 12:57:10 PM
SampleList: 070209VS
ERM: V:\VOAERMS\8260ERMS\BENZENE.erm

FORM1--VOA

1 of 1

EPI00155



010903277

107 Haddon Avenue, Westmont, New Jersey  08108     1-800-220-3675     http://www.emsl.com

## EMSL ANALYTICAL, Inc.     CHAIN OF CUSTODY N.J.

| EMSL Rep: | 09 JUL -2 AM 11: 16 | Third Party Billing requires written authorization from third party |
|---|---|---|

| | | |
|---|---|---|
| Your Name: | Dale Johnson | EMSL Bill to: |
| Company: | Environmental Profiles, Inc. | |
| Street: | 8805 Columbia 100 Parkway | Same address |
| Box #: | Suite 100 | Street: |
| City/State: | Columbia, MO   Zip 21045 | Box #: |
| | | City/State:               Zip |

| | | |
|---|---|---|
| Phone Results to: | | Fax Results to: |
| Name: | Dale Johnson | Name: Dale Johnson |
| Telephone #: | 410-744-0700 | Fax #: 410-744-2003 |
| Project Name/Number: | 29125 | Purchase Order #: |

### TURNAROUND TIME
| ☐ 3 Hours | ☐ 6 Hours | ☐ 12 Hours | ☐ 24 Hours | ☒ 48 Hours | ☐ 72 Hours | ☐ 4 Days | ☐ 5 Days | ☐ 6-10 Days |
|---|---|---|---|---|---|---|---|---|

### SAMPLE MATRIX
| ☐ Air | ☒ Bulk | ☐ Soil | ☐ Wipe | ☐ Micro-Vac | ☐ Drinking Water | ☐ Wastewater | ☐ Chips | ☐ Other |
|---|---|---|---|---|---|---|---|---|

## ASBESTOS ANALYSIS

**PCM - Air**
☐ NIOSH 7400 (A) Issue 2: August 1994
☐ OSHA w/TWA
**TEM AIR**
☐ AHERA 40 CFR, Part 763 Subpart E
☐ NIOSH 7402 Issue 2
☐ EPA Level II
**PLM - Bulk**
☐ EPA 600/R-93/116
☐ NY Stratified Point Count
☐ California Air Resource Board (CARB) 435
☐ NIOSH 9002
☐ PLM NOB (Gravimetric) NYS 198.1
☐ EPA Point Count (400 Points)
☐ EPA Point Count (1,000 Points)
☐ Standard Addition Point Count
**SOILS**
☐ EPA Protocol Qualitative
☐ EPA Protocol Quantitative
☐ EMSL MSD 9000 Method fibers/gram
☐ Superfund EPA 540-R097-028 (dust generation)
**TEM BULK**
☐ Drop Mount (Qualitative)
☐ Chatfield SOP-1988-02
☐ TEM NOB (Gravimetric) NY 198.4
**TEM MICROVAC**
☐ ASTM D 5755-95 (Quantitative)
**TEM WIPE**
☐ ASTM D-6480-99
☐ Qualitative ☐
**TEM WATER**
☐ EPA 100.1
☐ EPA 100.2
☐ NYS 198.2

OTHER:

## LEAD ANALYSIS

**Flame Atomic Absorption**
☐ Wipe, SW846-7420 ☐ ASTM ☐ non ASTM
☐ Soil, SW846-7420
☐ Air, NIOSH 7082
☐ Chips, SW846-7420 or AOAC 5.009 (974.02)
☐ Wastewater, SW 846-7420
☐ TCLP LEAD SW846-1311/7420
**Graphite Furnace Atomic Absorption**
☐ Air, NIOSH 7105
☐ Wastewater, SW846-7421
☐ Soil, SW846-7421
☐ Drinking Water, EPA 239.2
**ICP – Inductively Coupled Plasma**
☐ Wipe, SW846-6010 ☐ ASTM ☐ non ASTM
☐ Soil, SW846-6010
☐ Air, NIOSH 7300

## MATERIALS ANALYSIS
☐ Full Particle Identification
☐ Optical Particle Identification
☐ Dust Mites and Insect Fragments
☐ Particle Size & Distribution
☐ Product Comparison
☐ Paint Characterizaton
☐ Failure Analysis
☐ Corrosion Analysis
☐ Glove Box Containment Study
☐ Petrographic Examination of Concrete
☒ Portland Cement in Workplace Atmospheres (OSHA ID-143)
☐ Man Made Vitreous Fibers – MMVF's
☐ Synthetic Fiber Identification
☒ Other: Benzene in oil + headspace

## MICROBIAL ANALYSIS

**Air Samples**
☐ Mold & Fungi by Air O Cell
☐ Mold & Fungi by Agar Plate count & id
☐ Bacterial Count and Gram Stain
☐ Bacterial Count and Identification
**Water Samples**
☐ Total Coliforms, Fecal Coliforms
☐ Escherichia Coli, Fecal Streptococcus
☐ Legionella
☐ Salmonella
☐ Giardia and Cryptosporidium
**Wipe and Bulk Samples**
☐ Mold & Fungi – Direct Examination
☐ Mold & Fungi – (Culture follow up to direct examination if necessary)
☐ Mold & Fungi – Culture (Count & ID)
☐ Mold & Fungi – Culture (Count only)
☐ Bacterial Count & Gram Stain
☐ Bacterial Count & Identification (3 most prominent types)
☐ Other:

## IAQ ANALYSIS
☐ Nuisance Dust (NIOSH 0500 & 0600)
☐ Airborne Dust (PM10, TSP)
☐ Silica Analysis by XRD ☐ Niosh 7500
☐ HVAC Efficiency
☐ Carbon Black
☐ Airborne Oil Mist
☐ Other:

| | | | |
|---|---|---|---|
| Client Sample # (S) | RES-OIL-(1-3) three samples | | TOTAL SAMPLE # 3 |
| Relinquished: | Dale Johnson | Date: 7/1/2009 | Time: 4:00 pm |
| Received: | Amy Graham | Date: 7/2/09 | Time: |
| Relinquished: | | Date: | Time: |
| Received: | | Date: | Time: |

Page 1 of 2

EPI00156



107 Haddon Avenue, Westmont, New Jersey  08108        1-800-220-3675        http://www.emsl.com

| SAMPLE NUMBER | SAMPLE DESCRIPTION/LOCATION | VOLUME Air (L) | Area (Inches sq.) |
|---|---|---|---|
| RES-OIL-2 | Plate residue Day 2, Trial 3 | Bulk Liquid | |
| RES-OIL-2 | Plate residue Day 2, Trial 4 | Bulk Liquid | |
| RES-OIL-3 | Plate residue 6152009 | Bulk Liquid | |
| | | | |
| | Sample 1/per VIAII | | |
| | AK96/2 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Date: | 8/1/2009 | Time: | 4:00 pm |
|---|---|---|---|---|---|
| Relinquished: | Dale Johnson | Date: | | Time: | |
| Received: | | Date: | | Time: | |
| Relinquished: | | Date: | | Time: | |
| Received: | | Date: | | Time: | |

EPI00157