# Support Document 16

**MSDSs for Chemicals Used in the Reformulation of Liquid Wrench**

EPI00158

# SIGMA-ALDRICH

## Material Safety Data Sheet

Version 3.2
Revision Date 03/25/2009
Print Date 05/19/2009

### 1. PRODUCT AND COMPANY IDENTIFICATION

Product name : Benzene

Product Number : 270709
Brand : Sigma-Aldrich

Company : Sigma-Aldrich
3050 Spruce Street
SAINT LOUIS MO 63103
USA

Telephone : +1 800-325-5832
Fax : +1 800-325-5052
Emergency Phone # : (314) 776-6555

### 2. COMPOSITION/INFORMATION ON INGREDIENTS

Formula : $C_6H_6$
Molecular Weight : 78.11 g/mol

Benzene

| CAS-No. | EC-No. | Index-No. | Concentration |
|---|---|---|---|
| 71-43-2 | 200-753-7 | 601-020-00-8 | - |

### 3. HAZARDS IDENTIFICATION

Emergency Overview

OSHA Hazards
Flammable Liquid, Target Organ Effect, Irritant, Carcinogen, Mutagen

Target Organs
Blood, Eyes, Female reproductive system, Bone marrow

HMIS Classification
Health Hazard: 2
Chronic Health Hazard: *
Flammability: 3
Physical hazards: 0

NFPA Rating
Health Hazard: 2
Fire: 3
Reactivity Hazard: 0

Potential Health Effects
Inhalation    May be harmful if inhaled. Causes respiratory tract irritation.
Skin          May be harmful if absorbed through skin. Causes skin irritation.

Eyes          Causes eye irritation.
Ingestion     Aspiration hazard if swallowed - can enter lungs and cause damage. May be harmful if swallowed.

### 4. FIRST AID MEASURES

General advice
Consult a physician. Show this safety data sheet to the doctor in attendance. Move out of dangerous area.

If inhaled
If breathed in, move person into fresh air. If not breathing give artificial respiration. Consult a physician.

In case of skin contact
Wash off with soap and plenty of water. Take victim immediately to hospital. Consult a physician.

In case of eye contact
Rinse thoroughly with plenty of water for at least 15 minutes and consult a physician.

If swallowed
Do NOT induce vomiting. Never give anything by mouth to an unconscious person. Rinse mouth with water. Consult a physician.

### 5. FIRE-FIGHTING MEASURES

Flammable properties
Flash point          -11.0 °C (12.2 °F) - closed cup
Ignition temperature    562 °C (1,044 °F)

Suitable extinguishing media
For small (incipient) fires, use media such as "alcohol" foam, dry chemical, or carbon dioxide. For large fires, apply water from as far as possible. Use very large quantities (flooding) of water applied as a mist or spray; solid streams of water may be ineffective. Cool all affected containers with flooding quantities of water.

Specific hazards
Flash back possible over considerable distance. Container explosion may occur under fire conditions.

Special protective equipment for fire-fighters
Wear self contained breathing apparatus for fighting fire if necessary.

Further information
Use water spray to cool unopened containers.

### 6. ACCIDENTAL RELEASE MEASURES

Personal precautions
Use personal protective equipment. Avoid breathing vapors, mist or gas. Ensure adequate ventilation. Remove all sources of ignition. Evacuate personnel to safe areas. Beware of vapors accumulating to form explosive concentrations. Vapors can accumulate in low areas.

Environmental precautions
Prevent further leakage or spillage if safe to do so. Do not let product enter drains.

Methods for cleaning up
Contain spillage, and then collect with non-combustible absorbent material, (e.g. sand, earth, diatomaceous earth, vermiculite) and place in container for disposal according to local / national regulations (see section 13).

### 7. HANDLING AND STORAGE

Handling
Avoid inhalation of vapour or mist. Keep away from sources of ignition - No smoking. Take measures to prevent the build up of electrostatic charge.

EPI00159

**Storage**
Keep container tightly closed in a dry and well-ventilated place. Containers which are opened must be carefully resealed and kept upright to prevent leakage. Store in cool place.

## 8. EXPOSURE CONTROLS/PERSONAL PROTECTION

Components with workplace control parameters

| Components | CAS-No. | Value | Control parameters | Update | Basis |
|---|---|---|---|---|---|
| Benzene | 71-43-2 | TWA | 0.5 ppm | 2007-01-01 | USA. ACGIH Threshold Limit Values (TLV) |
| Remarks | | | Leukemia Substances for which there is a Biological Exposure Index or Indices (see BEI® section) Confirmed human carcinogen. The agent is carcinogenic to humans based on the weight of evidence from epidemiologic studies. Danger of cutaneous absorption | | |
| | | STEL | 2.5 ppm | 2007-01-01 | USA. ACGIH Threshold Limit Values (TLV) |
| | | | Leukemia Substances for which there is a Biological Exposure Index or Indices (see BEI® section) Confirmed human carcinogen. The agent is carcinogenic to humans based on the weight of evidence from epidemiologic studies. Danger of cutaneous absorption | | |
| | | TWA | 1 ppm | 1989-03-01 | USA. OSHA - TABLE Z-1 Limits for Air Contaminants - 1910.1000 |
| | | | See 1910.1028 Benzene. The final benzene standard in 1910.1028 applies to all occupational exposures to benzene except some subsegments of industry where exposures are consistently under the action level (i.e., distribution and sale of fuels, sealed containers and pipelines, coke production, oil and gas drilling and production, natural gas processing, and the percentage exclusion for liquid mixtures); for the excepted subsegments, the benzene limits in Table Z-2 apply. See Table Z-2 for the limits applicable in the operations or sectors excluded in 1910.1028. | | |
| | | STEL | 5 ppm | 1989-03-01 | USA. OSHA - TABLE Z-1 Limits for Air Contaminants - 1910.1000 |
| | | | See Table Z-2 for the limits applicable in the operations or sectors excluded in 1910.1028. The final benzene standard in 1910.1028 applies to all occupational exposures to benzene except some subsegments of industry where exposures are consistently under the action level (i.e., distribution and sale of fuels, sealed containers and pipelines, coke production, oil and gas drilling and production, natural gas processing, and the percentage exclusion for liquid mixtures); for the excepted subsegments, the benzene limits in Table Z-2 apply. See 1910.1028 Benzene. | | |
| | | TWA | 1 ppm | 1993-06-30 | USA. Occupational Exposure Limits (OSHA) - Table Z-1 Limits for Air Contaminants |
| | | STEL | 5 ppm | 1993-06-30 | USA. Occupational Exposure Limits (OSHA) - Table Z-1 Limits for Air Contaminants |
| | | TWA | 10 ppm | 2007-01-01 | USA. Occupational Exposure Limits (OSHA) - Table 22 |
| | | | 237.40-1969 | | |
| | | CEIL | 25 ppm | 2007-01-01 | USA. Occupational Exposure Limits (OSHA) - Table 22 |
| | | | 237.40-1969 | | |
| | | Peak | 50 ppm | 2007-01-01 | USA. Occupational Exposure Limits (OSHA) - Table 22 |
| | | | 237.40-1969 | | |
| | | | See 1910.1028. See Table Z-2 for the limits applicable in the operations or sectors excluded in 1910.1028 The final benzene standard in 1910.1028 applies to all occupational exposures to benzene except some subsegments of industry whose exposure are consistently under the action level (i.e., distribution and sale of fuels, sealed containers and pipelines, coke production, oil and gas drilling and production, natural gas processing, and the percentage exclusion for liquid mixtures); for the excepted subsegments, the benzene limits in Table Z-2 apply. | | |

**Personal protective equipment**

**Respiratory protection**
Where risk assessment shows air-purifying respirators are appropriate use a full-face respirator with multi-purpose combination (US) or type ABEK (EN 14387) respirator cartridges as a backup to engineering controls. If the respirator is the sole means of protection, use a full-face supplied air respirator. Use respirators and components tested and approved under appropriate government standards such as NIOSH (US) or CEN (EU).

**Hand protection**
Handle with gloves.

**Eye protection**
Safety glasses

**Skin and body protection**
Choose body protection according to the amount and concentration of the dangerous substance at the work place.

**Hygiene measures**
Avoid contact with skin, eyes and clothing. Wash hands before breaks and immediately after handling the product.

## 9. PHYSICAL AND CHEMICAL PROPERTIES

**Appearance**
Form      liquid
Colour    colourless

Sigma-Aldrich - 270709
Delivery 0832279941-000010 Purchase Order COEVAPORATION STUDY
Page 3 of 8

Sigma-Aldrich - 270709
Delivery 0832279941-000010 Purchase Order COEVAPORATION STUDY
Page 4 of 8

EPI00160

This is or contains a component that has been reported to be carcinogenic based on its IARC, OSHA, ACGIH, NTP, or EPA classification.

IARC:    1 - Group 1: Carcinogenic to humans (Benzene)

NTP:    Known to be human carcinogen (Benzene)

Genotoxicity in vitro - Human - lymphocyte
Sister chromatid exchange

Genotoxicity in vitro - mouse - lymphocyte
Mutation in mammalian somatic cells.

Genotoxicity in vivo - mouse - Inhalation
Sister chromatid exchange

Laboratory experiments have shown mutagenic effects.

Developmental Toxicity - rat - Inhalation
Effects on Embryo or Fetus: Extra embryonic structures (e.g., placenta, umbilical cord), Effects on Embryo or Fetus: Fetotoxicity (except death, e.g., stunted fetus).

**Developmental Toxicity - mouse - Inhalation**
Effects on Embryo or Fetus: Cytological changes (including somatic cell genetic material), Specific Developmental Abnormalities: Blood and lymphatic system (including spleen and marrow).

**Reproductive toxicity - mouse - Intraperitoneal**
Effects on Fertility: Pre-implantation mortality (e.g., reduction in number of implants per female; total number of implants per corpora lutea), Effects on Embryo or Fetus: Fetal death.

**Signs and Symptoms of Exposure**

Nausea, Dizziness, Headache, narcosis. Inhalation of high concentrations of benzene may have an initial stimulatory effect on the central nervous system characterized by exhilaration, nervous excitation and/or giddiness, depression, drowsiness, or fatigue. The victim may experience tightness in the chest, breathlessness, and loss of consciousness. Tremors, convulsions, and death due to respiratory paralysis or circulatory collapse can occur in a few minutes to several hours following severe exposures. Aspiration of small amounts of liquid immediately causes pulmonary edema and hemorrhage of pulmonary tissue. Direct skin contact may cause erythema. Repeated or prolonged skin contact may result in drying, scaling dermatitis, or development of secondary skin infections. The chief target organ is the hematopoietic system. Bleeding from the nose, gums, or mucous membranes and the development of purpuric spots, pancytopenia, leukopenia, thrombocytopenia, aplastic anemia, and leukemia may occur as the condition progresses. The bone marrow may appear normal, aplastic or hyperplastic, and may not correlate with peripheral blood-forming tissues. The onset of effects of prolonged benzene exposure may be delayed for many months or years after the actual exposure has ceased, Blood disorders

**Potential Health Effects**

| | |
|---|---|
| Inhalation | May be harmful if inhaled. Causes respiratory tract irritation. |
| Skin | May be harmful if absorbed through skin. Causes skin irritation. |
| Eyes | Causes eye irritation. |
| Ingestion | Aspiration hazard if swallowed - can enter lungs and cause damage. May be harmful if swallowed. |

Target Organs    Blood, Eyes, Female reproductive system, Bone marrow,

**Additional Information**
RTECS: CY1400000

## 12. ECOLOGICAL INFORMATION

Elimination Information (persistence and degradability)

Biodegradability    Result: - Readily biodegradable.

---

**Safety data**

| | |
|---|---|
| pH | no data available |
| Melting point | 5.5 °C (41.9 °F) |
| Boiling point | 80 °C (176 °F) |
| Flash point | -11.0 °C (12.2 °F) - closed cup |
| Ignition temperature | 562 °C (1,044 °F) |
| Lower explosion limit | 1.3 %(V) |
| Upper explosion limit | 8 %(V) |
| Vapour pressure | 221.3 hPa (166.0 mmHg) at 37.7 °C (99.9 °F) 99.5 hPa (74.6 mmHg) at 20.0 °C (68.0 °F) |
| Density | 0.874 g/mL at 25 °C (77 °F) |
| Water solubility | no data available |

## 10. STABILITY AND REACTIVITY

**Storage stability**
Stable under recommended storage conditions.

**Conditions to avoid**
Heat, flames and sparks.

**Materials to avoid**
acids, Bases, Halogens, Strong oxidizing agents, Metallic salts

**Hazardous decomposition products**
Hazardous decomposition products formed under fire conditions. - Carbon oxides

**Hazardous reactions**
Vapours may form explosive mixture with air.

## 11. TOXICOLOGICAL INFORMATION

**Acute toxicity**
LD50 Oral - rat - 2,990 mg/kg

LC50 Inhalation - rat - female - 4 h - 44,700 mg/m3

LD50 Dermal - rabbit - 8,263 mg/kg

**Irritation and corrosion**
Skin - rabbit - Skin irritation
Eyes - rabbit - Eye irritation

**Sensitization**
no data available

**Chronic exposure**
Carcinogenicity - Human - rats - Inhalation
Tumorigenic-Carcinogenic by RTECS criteria, Leukaemia Blood:Thrombocytopenia.

Carcinogenicity - rat - Oral
Tumorigenic:Carcinogenic by RTECS criteria, Endocrine:Tumors, Leukaemia

EPI00161

00002122

**Bioaccumulation**
Leuciscus idus (Golden orfe) - 3 d
Bioconcentration factor (BCF): 10

**Ecotoxicity effects**
Toxicity to fish
LC50 - Onchorynchus mykiss (rainbow trout) - 5.90 mg/l - 96 h
LC50 - Pimephales promelas (fathead minnow) - 15.00 - 32.00 mg/l - 96 h
LC50 - Lepomis macrochirus (Bluegill) - 230.00 mg/l - 96 h
NOEC - Pimephales promelas (fathead minnow) - 10.2 mg/l - 7 d
LOEC - Pimephales promelas (fathead minnow) - 17.2 mg/l - 7 d

Toxicity to daphnia and other aquatic invertebrates.
EC50 - Daphnia magna (Water flea) - 22.00 mg/l - 48 h

EC50 - Daphnia magna (Water flea) - 9.20 mg/l - 48 h
Toxicity to algae
EC50 - Pseudokirchneriella subcapitata (green algae) - 29.00 mg/l - 72 h
Further information on ecology
no data available

## 13. DISPOSAL CONSIDERATIONS

**Product**
Burn in a chemical incinerator equipped with an afterburner and scrubber but exert extra care in igniting as this material is highly flammable. Observe all federal, state, and local environmental regulations. Contact a licensed professional waste disposal service to dispose of this material.
**Contaminated packaging**
Dispose of as unused product.

## 14. TRANSPORT INFORMATION

**DOT (US)**
UN-Number: 1114   Class: 3       Packing group: II
Proper shipping name: Benzene
Marine pollutant: No
Poison Inhalation Hazard: No

**IMDG**
UN-Number: 1114   Class: 3       Packing group: II       EMS-No: F-E, S-D
Proper shipping name: BENZENE
Marine pollutant: No

**IATA**
UN-Number: 1114   Class: 3       Packing group: II
Proper shipping name: Benzene

## 15. REGULATORY INFORMATION

**OSHA Hazards**
Flammable Liquid, Target Organ Effect, Irritant, Carcinogen, Mutagen

**DSL Status**
All components of this product are on the Canadian DSL list.

---

**SARA 302 Components**
SARA 302: No chemicals in this material are subject to the reporting requirements of SARA Title III, Section 302.

**SARA 313 Components**

|         | CAS-No. | Revision Date |
|---------|---------|---------------|
| Benzene | 71-43-2 | 2007-07-01    |

**SARA 311/312 Hazards**
Fire Hazard, Acute Health Hazard, Chronic Health Hazard

**Massachusetts Right To Know Components**

|         | CAS-No. | Revision Date |
|---------|---------|---------------|
| Benzene | 71-43-2 | 2007-07-01    |

**Pennsylvania Right To Know Components**

|         | CAS-No. | Revision Date |
|---------|---------|---------------|
| Benzene | 71-43-2 | 2007-07-01    |

**New Jersey Right To Know Components**

|         | CAS-No. | Revision Date |
|---------|---------|---------------|
| Benzene | 71-43-2 | 2007-07-01    |

**California Prop. 65 Components**
WARNING! This product contains a chemical known in the State of California to cause cancer.

|         | CAS-No. | Revision Date |
|---------|---------|---------------|
| Benzene | 71-43-2 | 2004-05-12    |

**California Prop. 65 Components**
WARNING! This product contains a chemical known in the State of California to cause birth defects or other reproductive harm.

|         | CAS-No. | Revision Date |
|---------|---------|---------------|
| Benzene | 71-43-2 | 2004-05-12    |

## 16. OTHER INFORMATION

**Further Information**
Copyright 2009 Sigma-Aldrich Co. License granted to make unlimited paper copies for internal use only.
The above information is believed to be correct but does not purport to be all inclusive and shall be used only as a guide. The information in this document is based on the present state of our knowledge and is applicable to the product with regard to appropriate safety precautions. It does not represent any guarantee of the properties of the product. Sigma-Aldrich Co., shall not be held liable for any damage resulting from handling or from contact with the above product. See reverse side of invoice or packing slip for additional terms and conditions of sale.

EPI00162

SIGMA-ALDRICH

MATERIAL SAFETY DATA SHEET

Date Printed: 03/18/2005
Date Updated: 07/01/2004
Version  1.5

---

## Section 1 - Product and Company Information

Product Name            CYCLOHEXANE, REAGENTPLUS, >=99%
Product Number          C100307
Brand                  ALDRICH

Company               Sigma-Aldrich
Street Address          3050 Spruce Street
City, State, Zip, Country   SAINT LOUIS MO 63103 US
Technical Phone:        314 771 5765
Emergency Phone:        414 273 3850 Ext. 5996
Fax:                   800 325 5052

## Section 2 - Composition/Information on Ingredient

| Substance Name | CAS # | SARA 313 |
|---|---|---|
| CYCLOHEXANE | 110-82-7 | Yes |

Formula        C6H12
Synonyms      Benzene, hexahydro- * Cicloesano (Italian) *
Cyclohexaan (Dutch) * Cyclohexan (German) *
Cyclohexane (ACGIH:OSHA) * Cykloheksan (Polish) *
Hexahydrobenzene * Hexamethylene * Hexanaphthene
* RCRA waste number U056
RTECS Number:    GU6300000

## Section 3 - Hazards Identification

EMERGENCY OVERVIEW
    Flammable (USA) Highly Flammable (EU). Harmful. Dangerous for the
    environment.
    Irritating to skin. Very toxic to aquatic organisms, may cause
    long-term adverse effects in the aquatic environment. Harmful: may
    cause lung damage if swallowed. Vapors may cause drowsiness and
    dizziness.
    Target organ(s): Lungs. Central nervous system.

HMIS RATING
    HEALTH: 2*
    FLAMMABILITY: 3
    REACTIVITY: 0

NFPA RATING
    HEALTH: 2
    FLAMMABILITY: 3
    REACTIVITY: 0

    *additional chronic hazards present.

For additional information on toxicity, please refer to Section 11.

## Section 4 - First Aid Measures

ORAL EXPOSURE
If swallowed, wash out mouth with water provided person is
conscious. Call a physician. Do not induce vomiting.

INHALATION EXPOSURE
If inhaled, remove to fresh air. If not breathing give
artificial respiration. If breathing is difficult, give oxygen.

DERMAL EXPOSURE
In case of skin contact, flush with copious amounts of water for
at least 15 minutes. Remove contaminated clothing and shoes.
Call a physician.

EYE EXPOSURE
In case of contact with eyes, flush with copious amounts of
water for at least 15 minutes. Assure adequate flushing by
separating the eyelids with fingers. Call a physician.

## Section 5 - Fire Fighting Measures

FLAMMABLE HAZARDS
Flammable Hazards: Yes

EXPLOSION HAZARDS
Vapor may travel considerable distance to source of ignition and
flash back. Container explosion can occur under fire conditions.
In advanced or massive fires the area should be evacuated and
the fire should be fought from a remote explosion-resistant
location.

FLASH POINT
-0.4 °F  -18 °C   Method: closed cup

EXPLOSION LIMITS
Lower: 1 %   Upper: 9 %

AUTOIGNITION TEMP
260 °C.

FLAMMABILITY
N/A

EXTINGUISHING MEDIA
Suitable: Carbon dioxide, dry chemical powder, or appropriate
foam.
Unsuitable: Water may be effective for cooling, but may not
effect extinguishment.

FIREFIGHTING
Protective Equipment: Wear self-contained breathing apparatus
and protective clothing to prevent contact with skin and eyes.
Specific Hazard(s): Flammable liquid. Emits toxic fumes under
fire conditions.
Specific Method(s) of Fire Fighting: Use water spray to cool
fire-exposed containers.

## Section 6 - Accidental Release Measures

PROCEDURE TO BE FOLLOWED IN CASE OF LEAK OR SPILL
Evacuate area. Shut off all sources of ignition.

PROCEDURE(S) OF PERSONAL PRECAUTION(S)                    EPI00164

Wear self-contained breathing apparatus, rubber boots, and heavy rubber gloves.

METHODS FOR CLEANING UP
Cover with dry-lime, sand, or soda ash. Place in covered containers using non-sparking tools and transport outdoors. Ventilate area and wash spill site after material pickup is complete.

## Section 7 - Handling and Storage

HANDLING
User Exposure: Do not breathe vapor. Avoid contact with eyes, skin, and clothing. Avoid prolonged or repeated exposure.

STORAGE
Suitable: Keep container closed. Keep away from heat, sparks, and open flame. Store in a cool dry place. Store under nitrogen.

SPECIAL REQUIREMENTS
Store under inert gas.

## Section 8 - Exposure Controls / PPE

ENGINEERING CONTROLS
Safety shower and eye bath. Use nonsparking tools. Mechanical exhaust required.

PERSONAL PROTECTIVE EQUIPMENT
Respiratory: Government approved respirator.
Hand: Compatible chemical-resistant gloves.
Eye: Chemical safety goggles.

GENERAL HYGIENE MEASURES
Wash thoroughly after handling. Wash contaminated clothing before reuse.

EXPOSURE LIMITS, RTECS

| Country | Source | Type | Value |
|---|---|---|---|
| USA | ACGIH | TWA | 300 PPM |
| USA | MSHA Standard-air | TWA | 300 PPM (1050 MG/M3) |
| USA | OSHA. | PEL | 8H TWA 300 PPM (1050 MG/M3) |
| New Zealand OEL | | | |
| Remarks: check ACGIH TLV | | | |
| USA | NIOSH | TWA | 300 PPM |

EXPOSURE LIMITS

| Country | Source | Type | Value |
|---|---|---|---|
| Poland | | NDS | 300 MG/M3 |
| Poland | | NDSCh | 1000 MG/M3 |
| Poland | | NDSP | - |

## Section 9 - Physical/Chemical Properties

| Appearance | Physical State: Liquid Color: Colorless |
|---|---|

| Property | Value | At Temperature or Pressure |
|---|---|---|
| Molecular Weight | 84.16 AMU | |
| pH | N/A | |
| BP/BP Range | 80.7 °C | 760 mmHg |

EPI00165

```
MP/MP Range              6.5 °C
Freezing Point           N/A
Vapor Pressure           77 mmHg              20 °C
Vapor Density            2.9 g/l
Saturated Vapor Conc.    N/A
SG/Density               0.778 g/cm3
Bulk Density             N/A
Odor Threshold           N/A
Volatile%                N/A
VOC Content              N/A
Water Content            N/A
Solvent Content          N/A
Evaporation Rate         N/A
Viscosity                N/A
Surface Tension          N/A
Partition Coefficient    N/A
Decomposition Temp.      N/A
Flash Point              -0.4 °F -18 °C       Method: closed cup
Explosion Limits         Lower: 1 %
                         Upper: 9 %
Flammability             N/A
Autoignition Temp        260 °C
Refractive Index         1.426
Optical Rotation         N/A
Miscellaneous Data       N/A
Solubility               N/A
```

N/A = not available

---

## Section 10 - Stability and Reactivity

STABILITY
    Stable: Stable.
    Materials to Avoid: Strong oxidizing agents.

HAZARDOUS DECOMPOSITION PRODUCTS
    Hazardous Decomposition Products: Carbon monoxide, Carbon dioxide.

HAZARDOUS POLYMERIZATION
    Hazardous Polymerization: Will not occur

---

## Section 11 - Toxicological Information

ROUTE OF EXPOSURE
    Skin Contact: Causes skin irritation.
    Skin Absorption: May be harmful if absorbed through the skin.
    Eye Contact: May cause eye irritation.
    Inhalation: May be harmful if inhaled. Material may be
    irritating to mucous membranes and upper respiratory tract.
    Ingestion: May be harmful if swallowed.

TARGET ORGAN(S) OR SYSTEM(S)
    Lungs. Central nervous system.

SIGNS AND SYMPTOMS OF EXPOSURE
    Exposure can cause CNS depression, drowsiness, light-headedness,
    and irritability. Damage to the lungs. Gastrointestinal
    disturbances. Lung irritation, chest pain, and edema which may
    be fatal.

TOXICITY DATA

EPI00166

Oral
Rat
12705 mg/kg
LD50

Oral
Mouse
813 mg/kg
LD50

Inhalation
Mammal
70,000 mg/m3
LC50

IRRITATION DATA

Skin
Rabbit
1,548 mg
2D
I

## Section 12 - Ecological Information

No data available.

## Section 13 - Disposal Considerations

APPROPRIATE METHOD OF DISPOSAL OF SUBSTANCE OR PREPARATION
Contact a licensed professional waste disposal service to dispose
of this material. Burn in a chemical incinerator equipped with an
afterburner and scrubber but exert extra care in igniting as this
material is highly flammable. Observe all federal, state, and
local environmental regulations.

## Section 14 - Transport Information

DOT
Proper Shipping Name: Cyclohexane
UN#: 1145
Class: 3
Packing Group: Packing Group II
Hazard Label: Flammable liquid
PIH: Not PIH

IATA
Proper Shipping Name: Cyclohexane
IATA UN Number: 1145
Hazard Class: 3
Packing Group: II

## Section 15 - Regulatory Information

EU DIRECTIVES CLASSIFICATION
Symbol of Danger: F Xn N
Indication of Danger: Highly Flammable. Harmful. Dangerous for
the environment.
R: 11 38 50/53 65 67
Risk Statements: Highly flammable. Irritating to skin. Very
toxic to aquatic organisms, may cause long-term adverse effects
in the aquatic environment. Harmful: may cause lung damage if

swallowed. Vapors may cause drowsiness and dizziness.
S: 9 16 33 60 61 62
Safety Statements: Keep container in a well-ventilated place.
Keep away from sources of ignition - no smoking. Take
precautionary measures against static discharges. This material
and its container must be disposed of as hazardous waste. Avoid
release to the environment. Refer to special instructions/safety
data sheets. If swallowed, do not induce vomiting: seek medical
advice immediately and show this container or label.

US CLASSIFICATION AND LABEL TEXT
    Indication of Danger: Flammable (USA) Highly Flammable (EU).
    Harmful. Dangerous for the environment.
    Risk Statements: Irritating to skin. Very toxic to aquatic
    organisms, may cause long-term adverse effects in the aquatic
    environment. Harmful: may cause lung damage if swallowed. Vapors
    may cause drowsiness and dizziness.
    Safety Statements: Keep container in a well-ventilated place.
    Keep away from sources of ignition - no smoking. Take
    precautionary measures against static discharges. This material
    and its container must be disposed of as hazardous waste. Avoid
    release to the environment. Refer to special instructions/safety
    data sheets. If swallowed, do not induce vomiting: seek medical
    advice immediately and show this container or label.
    US Statements: Target organ(s): Lungs. Central nervous system.

UNITED STATES REGULATORY INFORMATION
    SARA LISTED: Yes
    DEMINIMIS: 1 %
    NOTES: This product is subject to SARA section 313 reporting
    requirements.
    TSCA INVENTORY ITEM: Yes

CANADA REGULATORY INFORMATION
    WHMIS Classification: This product has been classified in
    accordance with the hazard criteria of the CPR, and the MSDS
    contains all the information required by the CPR.
    DSL: Yes
    NDSL: No

Section 16 - Other Information

DISCLAIMER
    For R&D use only. Not for drug, household or other uses.

WARRANTY
    The above information is believed to be correct but does not
    purport to be all inclusive and shall be used only as a guide. The
    information in this document is based on the present state of our
    knowledge and is applicable to the product with regard to
    appropriate safety precautions. It does not represent any
    guarantee of the properties of the product. Sigma-Aldrich Inc.,
    shall not be held liable for any damage resulting from handling or
    from contact with the above product. See reverse side of invoice
    or packing slip for additional terms and conditions of sale.
    Copyright 2005 Sigma-Aldrich Co. License granted to make unlimited
    paper copies for internal use only.

EPI00168

# *SIGMA-ALDRICH*

## Material Safety Data Sheet

Version 3.0
Revision Date 12/27/2008
Print Date 05/22/2009

## 1. PRODUCT AND COMPANY IDENTIFICATION

| | | |
|---|---|---|
| Product name | : | **Ethylbenzene** |
| Product Number | : | E12508 |
| Brand | : | Sigma-Aldrich |
| Company | : | Sigma-Aldrich<br>3050 Spruce Street<br>SAINT LOUIS MO  63103<br>USA |
| Telephone | : | +1 800-325-5832 |
| Fax | : | +1 800-325-5052 |
| Emergency Phone # | : | (314) 776-6555 |

## 2. COMPOSITION/INFORMATION ON INGREDIENTS

| | | |
|---|---|---|
| Formula | : | C8H10 |
| Molecular Weight | : | 106.17 g/mol |

| CAS-No. | EC-No. | Index-No. | Concentration |
|---|---|---|---|
| **Ethylbenzene** | | | |
| 100-41-4 | 202-849-4 | 601-023-00-4 | - |

## 3. HAZARDS IDENTIFICATION

**Emergency Overview**

**OSHA Hazards**
Flammable Liquid, Irritant, Carcinogen

**Target Organs**

Central nervous system, Blood

**HMIS Classification**
Health Hazard:                    2
Chronic Health Hazard:     *
Flammability:                        3
Physical hazards:                0

**NFPA Rating**
Health Hazard:        3
Fire:                        3
Reactivity Hazard:   0

**Potential Health Effects**

| | |
|---|---|
| **Inhalation** | May be harmful if inhaled. Causes respiratory tract irritation. |
| **Skin** | May be harmful if absorbed through skin. Causes skin irritation. |

Sigma-Aldrich Corporation
www.sigma-aldrich.com

EPI00169

| | |
|---|---|
| **Eyes** | Causes eye irritation. |
| **Ingestion** | May be harmful if swallowed. |

## 4. FIRST AID MEASURES

**General advice**
Consult a physician. Show this safety data sheet to the doctor in attendance. Move out of dangerous area.

**If inhaled**
If breathed in, move person into fresh air. If not breathing give artificial respiration Consult a physician.

**In case of skin contact**
Wash off with soap and plenty of water. Consult a physician.

**In case of eye contact**
Rinse thoroughly with plenty of water for at least 15 minutes and consult a physician.

**If swallowed**
Do NOT induce vomiting. Never give anything by mouth to an unconscious person. Rinse mouth with water. Consult a physician.

## 5. FIRE-FIGHTING MEASURES

**Flammable properties**
Flash point          15.0 °C (59.0 °F) - closed cup

Ignition temperature    432 °C (810 °F)

**Suitable extinguishing media**
For small (incipient) fires, use media such as "alcohol" foam, dry chemical, or carbon dioxide. For large fires, apply water from as far as possible. Use very large quantities (flooding) of water applied as a mist or spray; solid streams of water may be ineffective. Cool all affected containers with flooding quantities of water.

**Special protective equipment for fire-fighters**
Wear self contained breathing apparatus for fire fighting if necessary.

**Further information**
Use water spray to cool unopened containers.

## 6. ACCIDENTAL RELEASE MEASURES

**Personal precautions**
Use personal protective equipment. Avoid breathing vapors, mist or gas. Ensure adequate ventilation. Remove all sources of ignition. Evacuate personnel to safe areas. Beware of vapours accumulating to form explosive concentrations. Vapours can accumulate in low areas.

**Environmental precautions**
Prevent further leakage or spillage if safe to do so. Do not let product enter drains.

**Methods for cleaning up**
Contain spillage, and then collect with non-combustible absorbent material, (e.g. sand, earth, diatomaceous earth, vermiculite) and place in container for disposal according to local / national regulations (see section 13).

## 7. HANDLING AND STORAGE

**Handling**
Avoid inhalation of vapour or mist.
Keep away from sources of ignition - No smoking. Take measures to prevent the build up of electrostatic charge.

**Storage**
Keep container tightly closed in a dry and well-ventilated place. Containers which are opened must be carefully resealed and kept upright to prevent leakage. Store in cool place.

hygroscopic

EPI00170

## 8. EXPOSURE CONTROLS/PERSONAL PROTECTION

### Components with workplace control parameters

| Components | CAS-No. | Value | Control parameters | Update | Basis |
|---|---|---|---|---|---|
| Ethylbenzene | 100-41-4 | TWA | 100 ppm | 2002-01-01 | US. American Conference of Governmental and Industrial Hygienists Threshold Limit Values for Chemical Substances in the Work Environment; Annual Reports for the Year 2004:Committees on Threshold Limit Values (TLVs ) and Biological Exposure Indices (BEIs) |
| Remarks | | | Confirmed animal carcinogen with unknown relevance to humans. Substances for which there is a Biological Exposure Index or Indices. 2002 Adoption. | | |
| | | STEL | 125 ppm | 2002-01-01 | US. American Conference of Governmental and Industrial Hygienists Threshold Limit Values for Chemical Substances in the Work Environment; Annual Reports for the Year 2004:Committees on Threshold Limit Values (TLVs ) and Biological Exposure Indices (BEIs) |
| | | | Confirmed animal carcinogen with unknown relevance to humans. Substances for which there is a Biological Exposure Index or Indices. 2002 Adoption. | | |
| | | TWA | 100 ppm 435 mg/m3 | 1989-03-01 | US. Department of Labor - Occupational Safety and Health Administration (OSHA) 29 CFR 1910.1000 Z-1-A |
| | | STEL | 125 ppm 545 mg/m3 | 1989-03-01 | US. Department of Labor - Occupational Safety and Health Administration (OSHA) 29 CFR 1910.1000 Z-1-A |
| | | TWA | 100 ppm 435 mg/m3 | 1993-06-30 | US. Department of Labor - Occupational Safety and Health Administration (OSHA) Permissible Exposure Limits (PEL) 29 CFR 1910.1000 Air Contaminants. |

EPI00171

**Personal protective equipment**

**Respiratory protection**
Where risk assessment shows air-purifying respirators are appropriate use a full-face respirator with multi-purpose combination (US) or type ABEK (EN 14387) respirator cartridges as a backup to engineering controls. If the respirator is the sole means of protection, use a full-face supplied air respirator. Use respirators and components tested and approved under appropriate government standards such as NIOSH (US) or CEN (EU).

**Hand protection**
Handle with gloves.

**Eye protection**
Safety glasses

**Skin and body protection**
Choose body protection according to the amount and concentration of the dangerous substance at the work place.

**Hygiene measures**
Handle in accordance with good industrial hygiene and safety practice. Wash hands before breaks and at the end of workday.

## 9. PHYSICAL AND CHEMICAL PROPERTIES

**Appearance**

| | |
|---|---|
| Form | liquid |
| Colour | colourless |

**Safety data**

| | |
|---|---|
| pH | no data available |
| Melting point | -95.0 °C (-139.0 °F) |
| Boiling point | 136.0 - 137.0 °C (276.8 - 278.6 °F) |
| Flash point | 15.0 °C (59.0 °F) - closed cup |
| Ignition temperature | 432 °C (810 °F) |
| Lower explosion limit | 1 %(V) |
| Upper explosion limit | 6.7 %(V) |
| Vapour pressure | 25.3 hPa (19.0 mmHg) at 37.7 °C (99.9 °F) |
| | 13.3 hPa (10.0 mmHg) at 20.0 °C (68.0 °F) |
| Density | 0.87 g/cm3 |
| Water solubility | no data available |
| Partition coefficient: n-octanol/water | log Pow: 2.92 |

## 10. STABILITY AND REACTIVITY

**Storage stability**
Stable under recommended storage conditions.

**Conditions to avoid**
Heat, flames and sparks.

EPI00172

**Materials to avoid**
Strong oxidizing agents

**Hazardous decomposition products**
Hazardous decomposition products formed under fire conditions. - Carbon oxides

**Hazardous reactions**
Vapours may form explosive mixture with air.

## 11. TOXICOLOGICAL INFORMATION

**Acute toxicity**

LD50 Dermal - rabbit - 15,433 mg/kg

**Irritation and corrosion**

Eyes - rabbit - Risk of serious damage to eyes.

**Sensitisation**

no data available

**Chronic exposure**

This product is or contains a component that has been reported to be possibly carcinogenic based on its IARC, ACGIH, NTP, or EPA classification.

IARC:      Group 2B - Possibly carcinogenic to humans (Ethylbenzene)

NTP:       No component of this product present at levels greater than or equal to 0.1% is identified as a known or anticipated carcinogen by NTP.

OSHA:      No component of this product present at levels greater than or equal to 0.1% is identified as a carcinogen or potential carcinogen by OSHA.

**Signs and Symptoms of Exposure**

Central nervous system depression, Nausea, Headache, Vomiting, Ataxia., Tremors

**Potential Health Effects**

| | |
|---|---|
| Inhalation | May be harmful if inhaled. Causes respiratory tract irritation. |
| Skin | May be harmful if absorbed through skin. Causes skin irritation. |
| Eyes | Causes eye irritation. |
| Ingestion | May be harmful if swallowed. |
| Target Organs | Central nervous system, Blood, |

**Additional Information**
RTECS: DA0700000

## 12. ECOLOGICAL INFORMATION

**Elimination information (persistence and degradability)**

no data available

**Ecotoxicity effects**

Toxicity to fish        LC50 - Cyprinodon variegatus (sheepshead minnow) - 88.00 mg/l  - 96 h

LC50 - Lepomis macrochirus (Bluegill) - 80.00 mg/l  - 96 h

NOEC - Cyprinodon variegatus (sheepshead minnow) - 88 mg/l  - 96 h

LC50 - Oncorhynchus mykiss (rainbow trout) - 4.2 mg/l  - 96 h

Toxicity to daphnia        EC50 - Daphnia magna (Water flea) - 2.90 mg/l  - 48 h
and other aquatic
invertebrates.

**Further information on ecology**

no data available

## 13. DISPOSAL CONSIDERATIONS

**Product**
Burn in a chemical incinerator equipped with an afterburner and scrubber but exert extra care in igniting as this material is highly flammable. Observe all federal, state, and local environmental regulations. Contact a licensed professional waste disposal service to dispose of this material.

**Contaminated packaging**
Dispose of as unused product.

## 14. TRANSPORT INFORMATION

**DOT (US)**
UN-Number: 1175   Class: 3            Packing group: II
Proper shipping name: Ethylbenzene
Marine pollutant: No
Poison Inhalation Hazard: No

**IMDG**
UN-Number: 1175   Class: 3            Packing group: II        EMS-No: F-E, S-D
Proper shipping name: ETHYLBENZENE
Marine pollutant: No

**IATA**
UN-Number: 1175   Class: 3            Packing group: II
Proper shipping name: Ethylbenzene

## 15. REGULATORY INFORMATION

**OSHA Hazards**
Flammable Liquid, Irritant, Carcinogen

**DSL Status**
All components of this product are on the Canadian DSL list.

**SARA 302 Components**
SARA 302: No chemicals in this material are subject to the reporting requirements of SARA Title III, Section 302.

**SARA 313 Components**

|  | CAS-No. | Revision Date |
|---|---|---|
| Ethylbenzene | 100-41-4 | 1987-01-01 |

**SARA 311/312 Hazards**
Fire Hazard, Acute Health Hazard, Chronic Health Hazard

**Massachusetts Right To Know Components**

|  | CAS-No. | Revision Date |
|---|---|---|
| Ethylbenzene | 100-41-4 | 1987-01-01 |

**Pennsylvania Right To Know Components**

|  | CAS-No. | Revision Date |
|---|---|---|
| Ethylbenzene | 100-41-4 | 1987-01-01 |

EPI00174

**New Jersey Right To Know Components**

| | CAS-No. | Revision Date |
|---|---|---|
| Ethylbenzene      -- | 100-41-4 | 1987-01-01 |

**California Prop. 65 Components**

| | CAS-No. | Revision Date |
|---|---|---|
| WARNING! This product contains a chemical known in the State of California to cause cancer. | 100-41-4 | 2004-06-11 |
| Ethylbenzene | | |

## 16. OTHER INFORMATION

**Further information**

Copyright 2008 Sigma-Aldrich Co. License granted to make unlimited paper copies for internal use only. The above information is believed to be correct but does not purport to be all inclusive and shall be used only as a guide. The information in this document is based on the present state of our knowledge and is applicable to the product with regard to appropriate safety precautions. It does not represent any guarantee of the properties of the product. Sigma-Aldrich Co., shall not be held liable for any damage resulting from handling or from contact with the above product. See reverse side of invoice or packing slip for additional terms and conditions of sale.

EPI00175

SIGMA-ALDRICH

MATERIAL SAFETY DATA SHEET

Date Printed: 05/22/2009
Date Updated: 05/01/2009
Version  1.12

---

## Section 1 - Product and Company Information

Product Name   METHYLCYCLOHEXANE, REAGENTPLUS,  99%
Product Number   M37889
Brand      SIAL

Company     Sigma-Aldrich
Address     3050 Spruce Street
        SAINT LOUIS MO 63103 US
Technical Phone:  800-325-5832
Fax:       800-325-5052
Emergency Phone:  314-776-6555

---

## Section 2 - Composition/Information on Ingredient

Substance Name        CAS #     SARA 313
METHYLCYCLOHEXANE     108-87-2   No

Formula    C7H14
Synonyms   Cyclohexylmethane * Hexahydrotoluene *
       Methylcyclohexane (ACGIH:OSHA) *
       Metylocykloheksan (Polish) * Sextone B * Toluene
       hexahydride * Toluene, hexahydro- *
       Hexahydrotoluene
RTECS Number:  GV6125000

---

## Section 3 - Hazards Identification

EMERGENCY OVERVIEW
 Flammable (USA) Highly Flammable (EU). Harmful. Dangerous for the
 environment.
 Irritating to skin. Toxic to aquatic organisms, may cause
 long-term adverse effects in the aquatic environment. Harmful: may
 cause lung damage if swallowed. Vapors may cause drowsiness and
 dizziness.

HMIS RATING
 HEALTH: 2
 FLAMMABILITY: 3
 REACTIVITY: 0

NFPA RATING
 HEALTH: 2
 FLAMMABILITY: 3
 REACTIVITY: 0

For additional information on toxicity, please refer to Section 11.

---

## Section 4 - First Aid Measures

ORAL EXPOSURE
 If swallowed, wash out mouth with water provided person is
 conscious. Call a physician.

INHALATION EXPOSURE
    If inhaled, remove to fresh air. If not breathing give
    artificial respiration. If breathing is difficult, give oxygen.

DERMAL EXPOSURE
    In case of contact, immediately wash skin with soap and copious
    amounts of water.

EYE EXPOSURE
    In case of contact, immediately flush eyes with copious amounts
    of water for at least 15 minutes.

## Section 5 - Fire Fighting Measures

FLAMMABLE HAZARDS
    Flammable Hazards: Yes

EXPLOSION HAZARDS
    Vapor may travel considerable distance to source of ignition and
    flash back. Container explosion may occur under fire conditions.

FLASH POINT
    24.8 °F  - 4.0 °C  Method: closed cup

EXPLOSION LIMITS
    Lower: 1.1 %   Upper: 6.7 %

AUTOIGNITION TEMP
    283 °C

FLAMMABILITY
    N/A

EXTINGUISHING MEDIA
    Suitable: For small (incipient) fires, use media such as
    "alcohol" foam, dry chemical, or carbon dioxide. For large
    fires, apply water from as far as possible. Use very large
    quantities (flooding) of water applied as a mist or spray; solid
    streams of water may be ineffective. Cool all affected
    containers with flooding quantities of water.

FIREFIGHTING
    Protective Equipment: Wear self-contained breathing apparatus
    and protective clothing to prevent contact with skin and eyes.
    Specific Hazard(s): Flammable liquid. Emits toxic fumes under
    fire conditions.

## Section 6 - Accidental Release Measures

PROCEDURE TO BE FOLLOWED IN CASE OF LEAK OR SPILL
    Evacuate area. Shut off all sources of ignition.

PROCEDURE(S) OF PERSONAL PRECAUTION(S)
    Wear respirator, chemical safety goggles, rubber boots, and
    heavy rubber gloves.

METHODS FOR CLEANING UP
    Cover with dry-lime, sand, or soda ash. Place in covered
    containers using non-sparking tools and transport outdoors.
    Ventilate area and wash spill site after material pickup is          EPI00177
    complete.

Section 7 - Handling and Storage

HANDLING
    User Exposure: Avoid breathing vapor. Avoid contact with eyes,
    skin, and clothing. Avoid prolonged or repeated exposure.

STORAGE
    Suitable: Keep container closed. Keep away from heat, sparks,
    and open flame.

Section 8 - Exposure Controls / PPE

ENGINEERING CONTROLS
    Safety shower and eye bath. Use nonsparking tools. Mechanical
    exhaust required.

PERSONAL PROTECTIVE EQUIPMENT
    Respiratory: Use respirators and components tested and approved
    under appropriate government standards such as NIOSH (US) or CEN
    (EU). Where risk assessment shows air-purifying respirators are
    appropriate use a full-face respirator with multi-purpose
    combination (US) or type ABEK (EN 14387) respirator cartridges as
    a backup to engineering controls. If the respirator is the sole
    means of protection, use a full-face supplied air respirator.
    Hand: Compatible chemical-resistant gloves.
    Eye: Chemical safety goggles.

GENERAL HYGIENE MEASURES
    Wash thoroughly after handling. Wash contaminated clothing before
    reuse.

EXPOSURE LIMITS, RTECS

| Country | Source | Type | Value |
|---|---|---|---|
| USA | ACGIH | TWA | 400 PPM |
| USA | MSHA Standard-air | TWA | 500 PPM (2000 MG/M3) |
| USA | OSHA. | PEL | 8H TWA 500 PPM (2000 MG/M3) |
| New Zealand OEL | | | |
| Remarks: check ACGIH TLV | | | |
| USA | NIOSH | TWA | 400 PPM |

EXPOSURE LIMITS

| Country | Source | Type | Value |
|---|---|---|---|
| Poland | | NDS | 1600 MG/M3 |
| Poland | | NDSCh | 3000 MG/M3 |
| Poland | | NDSP | - |

Section 9 - Physical/Chemical Properties

Appearance                    Physical State: Liquid
                              Color: Colorless

| Property | Value | At Temperature or Pressure |
|---|---|---|
| Molecular Weight | 98.19 AMU | |
| pH | N/A | |
| BP/BP Range | 101 °C | |
| MP/MP Range | - 126.0 °C | |
| Freezing Point | N/A | |
| Vapor Pressure | 37 mmHg | 20 °C |
| Vapor Density | 3.4 g/l | |
| Saturated Vapor Conc. | N/A | |

EPI00178

```
SG/Density              0.77 g/cm3
Bulk Density            N/A
Odor Threshold          N/A
Volatile%               N/A
VOC Content             N/A
Water Content           N/A
Solvent Content         N/A
Evaporation Rate        N/A
Viscosity               N/A
Surface Tension         N/A
Partition Coefficient   N/A
Decomposition Temp.     N/A
Flash Point             24.8 °F - 4.0 °C     Method: closed cup
Explosion Limits        Lower: 1.1 %
                        Upper: 6.7 %
Flammability            N/A
Autoignition Temp       283 °C
Refractive Index        1.422
Optical Rotation        N/A
Miscellaneous Data      N/A
Solubility              N/A
```

N/A = not available

## Section 10 - Stability and Reactivity

STABILITY
   Stable: Stable.
   Materials to Avoid: Strong oxidizing agents.

HAZARDOUS DECOMPOSITION PRODUCTS
   Hazardous Decomposition Products: Carbon monoxide, Carbon dioxide.

HAZARDOUS POLYMERIZATION
   Hazardous Polymerization: Will not occur

## Section 11 - Toxicological Information

ROUTE OF EXPOSURE
   Skin Contact: Causes skin irritation.
   Skin Absorption: May be harmful if absorbed through the skin.
   Eye Contact: May cause eye irritation.
   Inhalation: Harmful if inhaled. Material may be irritating to
   mucous membranes and upper respiratory tract.
   Ingestion: May be harmful if swallowed.

SIGNS AND SYMPTOMS OF EXPOSURE
   Prolonged exposure can cause: Narcotic effect.

TOXICITY DATA

   Oral
   Mouse
   2250 mg/kg
   LD50

   Inhalation
   Mouse
   41,500 mg/m3
   LC50

   Inhalation

Rabbit
15,227 ppm
LC50
Remarks: Gastrointestinal:Changes in structure or function of
salivary glands. Behavioral:Convulsions or effect on seizure
threshold. Behavioral:General anesthetic.

## Section 12 - Ecological Information

No data available.

## Section 13 - Disposal Considerations

APPROPRIATE METHOD OF DISPOSAL OF SUBSTANCE OR PREPARATION
Contact a licensed professional waste disposal service to dispose
of this material. Burn in a chemical incinerator equipped with an
afterburner and scrubber but exert extra care in igniting as this
material is highly flammable. Observe all federal, state, and
local environmental regulations.

## Section 14 - Transport Information

DOT
Proper Shipping Name: Methylcyclohexane
UN#: 2296
Class: 3
Packing Group: Packing Group II
Hazard Label: Flammable liquid
PIH: Not PIH

IATA
Proper Shipping Name: Methylcyclohexane
IATA UN Number: 2296
Hazard Class: 3
Packing Group: II

## Section 15 - Regulatory Information

EU DIRECTIVES CLASSIFICATION
Symbol of Danger: F-Xn-N
Indication of Danger: Highly Flammable. Harmful. Dangerous for
the environment.
R: 11-38-51/53-65-67
Risk Statements: Highly flammable. Irritating to skin. Toxic to
aquatic organisms, may cause long-term adverse effects in the
aquatic environment. Harmful: may cause lung damage if
swallowed. Vapors may cause drowsiness and dizziness.
S: 9-16-33-61-62
Safety Statements: Keep container in a well-ventilated place.
Keep away from sources of ignition - no smoking. Take
precautionary measures against static discharges. Avoid release
to the environment. Refer to special instructions/safety data
sheets. If swallowed, do not induce vomiting: seek medical
advice immediately and show this container or label.

US CLASSIFICATION AND LABEL TEXT
Indication of Danger: Flammable (USA) Highly Flammable (EU).
Harmful. Dangerous for the environment.
Risk Statements: Irritating to skin. Toxic to aquatic organisms,
may cause long-term adverse effects in the aquatic environment.
Harmful: may cause lung damage if swallowed. Vapors may cause
drowsiness and dizziness.

EP100180

Safety Statements: Keep container in a well-ventilated place.
Keep away from sources of ignition - no smoking. Take
precautionary measures against static discharges. Avoid release
to the environment. Refer to special instructions/safety data
sheets. If swallowed, do not induce vomiting: seek medical
advice immediately and show this container or label.

UNITED STATES REGULATORY INFORMATION
    SARA LISTED: No
    TSCA INVENTORY ITEM: Yes

CANADA REGULATORY INFORMATION
    WHMIS Classification: This product has been classified in
    accordance with the hazard criteria of the CPR, and the MSDS
    contains all the information required by the CPR.
    DSL: Yes
    NDSL: No

## Section 16 - Other Information

DISCLAIMER
    For R&D use only. Not for drug, household or other uses.

WARRANTY
    The above information is believed to be correct but does not
    purport to be all inclusive and shall be used only as a guide. The
    information in this document is based on the present state of our
    knowledge and is applicable to the product with regard to
    appropriate safety precautions. It does not represent any
    guarantee of the properties of the product. Sigma-Aldrich Inc.,
    shall not be held liable for any damage resulting from handling or
    from contact with the above product. See reverse side of invoice
    or packing slip for additional terms and conditions of sale.
    Copyright 2009 Sigma-Aldrich Co. License granted to make unlimited
    paper copies for internal use only.

# SIGMA-ALDRICH

# Material Safety Data Sheet

Version 3.0
Revision Date  12/28/2008
Print Date 05/22/2009

## 1. PRODUCT AND COMPANY IDENTIFICATION

| | | |
|---|---|---|
| Product name | : | *m*-Xylene |
| Product Number | : | 95672 |
| Brand | : | Sigma-Aldrich |
| Company | : | Sigma-Aldrich |
| | | 3050 Spruce Street |
| | | SAINT LOUIS MO  63103 |
| | | USA |
| Telephone | : | +1 800-325-5832 |
| Fax | : | +1 800-325-5052 |
| Emergency Phone # | : | (314) 776-6555 |

## 2. COMPOSITION/INFORMATION ON INGREDIENTS

| | | |
|---|---|---|
| Synonyms | : | 1,3-Dimethylbenzene |
| Formula | : | $C_8H_{10}$ |
| Molecular Weight | : | 106.17 g/mol |

| CAS-No. | EC-No. | Index-No. | Concentration |
|---|---|---|---|
| m-Xylene | | | |
| 108-38-3 | 203-576-3 | 601-022-00-9 | - |

## 3. HAZARDS IDENTIFICATION

### Emergency Overview

#### OSHA Hazards
Flammable Liquid, Irritant, Reproductive hazard

#### Target Organs

Nerves., Liver, Kidney

### HMIS Classification
| | |
|---|---|
| Health Hazard: | 2 |
| Chronic Health Hazard: | * |
| Flammability: | 3 |
| Physical hazards: | 0 |

### NFPA Rating
| | |
|---|---|
| Health Hazard: | 2 |
| Fire: | 3 |
| Reactivity Hazard: | 0 |

### Potential Health Effects

EPi00182

| Inhalation | May be harmful if inhaled. Causes respiratory tract irritation. |
| Skin | May be harmful if absorbed through skin. Causes skin irritation. |
| Eyes | Causes eye irritation. |
| Ingestion | May be harmful if swallowed. |

## 4. FIRST AID MEASURES

**General advice**
Consult a physician. Show this safety data sheet to the doctor in attendance.Move out of dangerous area.

**If inhaled**
If breathed in, move person into fresh air. If not breathing give artificial respiration Consult a physician.

**In case of skin contact**
Wash off with soap and plenty of water. Consult a physician.

**In case of eye contact**
Rinse thoroughly with plenty of water for at least 15 minutes and consult a physician.

**If swallowed**
Do NOT induce vomiting. Never give anything by mouth to an unconscious person. Rinse mouth with water. Consult a physician.

## 5. FIRE-FIGHTING MEASURES

**Flammable properties**
Flash point          25.0 °C (77.0 °F) - closed cup

Ignition temperature    465 °C (869 °F)

**Suitable extinguishing media**
For small (incipient) fires, use media such as "alcohol" foam, dry chemical, or carbon dioxide. For large fires, apply water from as far as possible. Use very large quantities (flooding) of water applied as a mist or spray; solid streams of water may be ineffective. Cool all affected containers with flooding quantities of water.

**Special protective equipment for fire-fighters**
Wear self contained breathing apparatus for fire fighting if necessary.

**Further information**
Use water spray to cool unopened containers.

## 6. ACCIDENTAL RELEASE MEASURES

**Personal precautions**
Use personal protective equipment. Avoid breathing vapors, mist or gas. Ensure adequate ventilation. Remove all sources of ignition. Beware of vapours accumulating to form explosive concentrations. Vapours can accumulate in low areas.

**Environmental precautions**
Do not let product enter drains.

**Methods for cleaning up**
Contain spillage, and then collect with non-combustible absorbent material, (e.g. sand, earth, diatomaceous earth, vermiculite) and place in container for disposal according to local / national regulations (see section 13). Keep in suitable, closed containers for disposal.

## 7. HANDLING AND STORAGE

**Handling**
Avoid contact with skin and eyes. Avoid inhalation of vapour or mist.
Keep away from sources of ignition - No smoking. Take measures to prevent the build up of electrostatic charge.

EPI00183

**Storage**
Keep container tightly closed in a dry and well-ventilated place. Store in cool place.

## 8. EXPOSURE CONTROLS/PERSONAL PROTECTION

**Components with workplace control parameters**

| Components | CAS-No. | Value | Control parameters | Update | Basis |
|---|---|---|---|---|---|
| m-Xylene | 108-38-3 | TWA | 100 ppm 434 mg/m3 | 1996-05-18 | US. American Conference of Governmental and Industrial Hygienists Threshold Limit Values for Chemical Substances in the Work Environment; Annual Reports for the Year 2004:Committees on Threshold Limit Values (TLVs ) and Biological Exposure Indices (BEIs) |
| Remarks | The agent (mixture , or exposure circumstance) is not classifiable as to its carcinogenicity to humans . Substances for which there is a Biological Exposure Index or Indices. 1996 Adoption Refers to Appendix A -- Carcinogens. | | | | |
| | | STEL | 150 ppm 651 mg/m3 | 1996-05-18 | US. American Conference of Governmental and Industrial Hygienists Threshold Limit Values for Chemical Substances in the Work Environment; Annual Reports for the Year 2004:Committees on Threshold Limit Values (TLVs ) and Biological Exposure Indices (BEIs) |
| | The agent (mixture , or exposure circumstance) is not classifiable as to its carcinogenicity to humans . Substances for which there is a Biological Exposure Index or Indices. 1996 Adoption Refers to Appendix A -- Carcinogens. | | | | |
| | | TWA | 100 ppm 435 mg/m3 | 1993-06-30 | US. Department of Labor - Occupational Safety and Health Administration (OSHA) Permissible Exposure Limits (PEL) 29 CFR 1910.1000 Air Contaminants. |
| | | TWA | 100 ppm 435 mg/m3 | 1989-03-01 | US. Department of Labor - Occupational Safety and Health Administration (OSHA) 29 CFR 1910.1000 Z-1-A |

EPI00184

| | | STEL | 150 ppm<br>655 mg/m3 | 1989-03-01 | US. Department of Labor -<br>Occupational Safety and<br>Health Administration<br>(OSHA) 29 CFR 1910.1000<br>Z-1-A |
|---|---|---|---|---|---|
| | | TWA | 100 ppm<br>434 mg/m3 | 1996-05-18 | US. American Conference<br>of Governmental and<br>Industrial Hygienists<br>Threshold Limit Values for<br>Chemical Substances in the<br>Work Environment; Annual<br>Reports for the Year<br>2004:Committees on<br>Threshold Limit Values<br>(TLVs ) and Biological<br>Exposure Indices (BEIs) |
| | The agent (mixture , or exposure circumstance) is not classifiable as to its carcinogenicity to humans .<br>Substances for which there is a Biological Exposure Index or Indices<br>Refers to Appendix A -- Carcinogens.<br>1996 Adoption | | | | |
| | | STEL | 150 ppm<br>651 mg/m3 | 1996-05-18 | US. American Conference<br>of Governmental and<br>Industrial Hygienists<br>Threshold Limit Values for<br>Chemical Substances in the<br>Work Environment; Annual<br>Reports for the Year<br>2004:Committees on<br>Threshold Limit Values<br>(TLVs ) and Biological<br>Exposure Indices (BEIs) |
| | The agent (mixture , or exposure circumstance) is not classifiable as to its carcinogenicity to humans .<br>Substances for which there is a Biological Exposure Index or Indices<br>1996 Adoption<br>Refers to Appendix A -- Carcinogens. | | | | |

**Personal protective equipment**

**Respiratory protection**
Where risk assessment shows air-purifying respirators are appropriate use a full-face respirator with multi-purpose combination (US) or type ABEK (EN 14387) respirator cartridges as a backup to engineering controls. If the respirator is the sole means of protection, use a full-face supplied air respirator. Use respirators and components tested and approved under appropriate government standards such as NIOSH (US) or CEN (EU).

**Hand protection**
Handle with gloves.

**Eye protection**
Safety glasses

**Skin and body protection**
Choose body protection according to the amount and concentration of the dangerous substance at the work place.

EPI00185

**Hygiene measures**
Handle in accordance with good industrial hygiene and safety practice. Wash hands before breaks and at the end of workday.

## 9. PHYSICAL AND CHEMICAL PROPERTIES

**Appearance**

| | |
|---|---|
| Form | liquid |
| Colour | colourless |

**Safety data**

| | |
|---|---|
| pH | no data available |
| Melting point | 48 °C (118 °F) |
| Boiling point | 138 - 139 °C (280 - 282 °F) |
| Flash point | 25.0 °C (77.0 °F) - closed cup |
| Ignition temperature | 465 °C (869 °F) |
| Lower explosion limit | 1.1 %(V) |
| Upper explosion limit | 7 %(V) |
| Vapour pressure | 8.0 hPa (6.0 mmHg) at 20.0 °C (68.0 °F) |
| | 21.3 hPa (16.0 mmHg) at 37.7 °C (99.9 °F) |
| Density | 0.868 g/mL at 25 °C (77 °F) |
| Water solubility | no data available |

## 10. STABILITY AND REACTIVITY

**Storage stability**
Stable under recommended storage conditions.

**Conditions to avoid**
Heat, flames and sparks.

**Materials to avoid**
Strong oxidizing agents

**Hazardous decomposition products**
Hazardous decomposition products formed under fire conditions. - Carbon oxides

**Hazardous reactions**
Vapours may form explosive mixture with air.

## 11. TOXICOLOGICAL INFORMATION

**Acute toxicity**

LD50 Oral - rat - 5,000 mg/kg

LD50 Dermal - rabbit - 12,182 mg/kg

**Irritation and corrosion**

Skin - rabbit - Skin irritation - 24 h

Eyes - rabbit - Severe eye irritation - 24 h

**Sensitisation**

EPI00186

no data available

**Chronic exposure**

This product is or contains a component that is not classifiable as to its carcinogenicity based on its IARC, ACGIH, NTP, or EPA classification.

IARC:        Group 3 - Not classifiable as to carcinogenicity to humans (m-Xylene)

NTP:         No component of this product present at levels greater than or equal to 0.1% is identified as a known or anticipated carcinogen by NTP.

OSHA:        No component of this product present at levels greater than or equal to 0.1% is identified as a carcinogen or potential carcinogen by OSHA.

Overexposure may cause reproductive disorder(s) based on tests with laboratory animals.

**Signs and Symptoms of Exposure**

Liver injury may occur., Kidney injury may occur., Blood disorders, burning sensation, Cough, wheezing, laryngitis, Shortness of breath, Headache, Nausea, Vomiting, narcosis, Lung irritation, chest pain, pulmonary edema, Central nervous system depression, Dermatitis, Gastrointestinal disturbance

**Potential Health Effects**

| | |
|---|---|
| **Inhalation** | May be harmful if inhaled. Causes respiratory tract irritation. |
| **Skin** | May be harmful if absorbed through skin. Causes skin irritation. |
| **Eyes** | Causes eye irritation. |
| **Ingestion** | May be harmful if swallowed. |
| **Target Organs** | Nerves., Liver, Kidney, |

**Additional Information**
RTECS: ZE2275000

## 12. ECOLOGICAL INFORMATION

**Elimination information (persistence and degradability)**

no data available

**Ecotoxicity effects**

| | |
|---|---|
| Toxicity to fish | LC50 - Oncorhynchus mykiss (rainbow trout) - 8.4 mg/l  - 96 h |
| Toxicity to daphnia and other aquatic invertebrates. | Immobilization EC50 - Daphnia magna (Water flea) - 9.55 mg/l  - 48 h |

**Further Information on ecology**

no data available

## 13. DISPOSAL CONSIDERATIONS

**Product**
Burn in a chemical incinerator equipped with an afterburner and scrubber but exert extra care in igniting as this material is highly flammable. This combustible material may be burned in a chemical incinerator equipped with an afterburner and scrubber. Observe all federal, state, and local environmental regulations. Contact a licensed professional waste disposal service to dispose of this material.

**Contaminated packaging**
Dispose of as unused product.

## 14. TRANSPORT INFORMATION

EP!00187

**DOT (US)**
UN-Number: 1307   Class: 3                    Packing group: III
Proper shipping name: Xylenes
Marine pollutant: No
Poison Inhalation Hazard: No

**IMDG**
UN-Number: 1307   Class: 3            Packing group: III        EMS-No: F-E, S-D
Proper shipping name: XYLENES
Marine pollutant: No

**IATA**
UN-Number: 1307   Class: 3            Packing group: III
Proper shipping name: Xylenes

## 15. REGULATORY INFORMATION

**OSHA Hazards**
Flammable Liquid, Irritant, Reproductive hazard

**DSL Status**
All components of this product are on the Canadian DSL list.

**SARA 302 Components**
SARA 302: No chemicals in this material are subject to the reporting requirements of SARA Title III, Section 302.

**SARA 313 Components**

|          | CAS-No.  | Revision Date |
|----------|----------|---------------|
| m-Xylene | 108-38-3 | 1987-01-01    |

**SARA 311/312 Hazards**
Fire Hazard, Acute Health Hazard, Chronic Health Hazard

**Massachusetts Right To Know Components**

|          | CAS-No.  | Revision Date |
|----------|----------|---------------|
| m-Xylene | 108-38-3 | 1987-01-01    |

**Pennsylvania Right To Know Components**

|          | CAS-No.  | Revision Date |
|----------|----------|---------------|
| m-Xylene | 108-38-3 | 1987-01-01    |

**New Jersey Right To Know Components**

|          | CAS-No.  | Revision Date |
|----------|----------|---------------|
| m-Xylene | 108-38-3 | 1987-01-01    |

**California Prop. 65 Components**
This product does not contain any chemicals known to State of California to cause cancer, birth, or any other reproductive defects.

## 16. OTHER INFORMATION

**Further Information**
Copyright 2008 Sigma-Aldrich Co. License granted to make unlimited paper copies for internal use only.
The above information is believed to be correct but does not purport to be all inclusive and shall be used only as a guide. The information in this document is based on the present state of our knowledge and is applicable to the product with regard to appropriate safety precautions. It does not represent any guarantee of the properties of the product. Sigma-Aldrich Co., shall not be held liable for any damage resulting from handling or from contact with the above product. See reverse side of invoice or packing slip for additional terms and conditions of sale.

EPI00188

Sigma-Aldrich Corporation
www.sigma-aldrich.com

EP100189

# SIGMA-ALDRICH

## Material Safety Data Sheet

Version 3.0
Revision Date 01/03/2009
Print Date 05/22/2009

### 1. PRODUCT AND COMPANY IDENTIFICATION

| | | |
|---|---|---|
| Product name | : | o-Xylene |
| Product Number | : | 95662 |
| Brand | : | Sigma-Aldrich |
| Company | : | Sigma-Aldrich |
| | | 3050 Spruce Street |
| | | SAINT LOUIS MO 63103 |
| | | USA |
| Telephone | : | +1 800-325-5832 |
| Fax | : | +1 800-325-5052 |
| Emergency Phone # | : | (314) 776-6555 |

### 2. COMPOSITION/INFORMATION ON INGREDIENTS

| | | |
|---|---|---|
| Synonyms | : | 1,2-Dimethylbenzene |
| Formula | : | $C_8H_{10}$ |
| Molecular Weight | : | 106.17 g/mol |

| CAS-No. | EC-No. | Index-No. | Concentration |
|---|---|---|---|
| o-Xylene | | | |
| 95-47-6 | 202-422-2 | 601-022-00-9 | - |

### 3. HAZARDS IDENTIFICATION

**Emergency Overview**

**OSHA Hazards**
Flammable Liquid

**Target Organs**

Liver, Kidney, Nerves.

**HMIS Classification**
Health Hazard:          1
Chronic Health Hazard:  *
Flammability:           3
Physical hazards:       0

**NFPA Rating**
Health Hazard:          2
Fire:                   3
Reactivity Hazard:      0

**Potential Health Effects**

EPI09190

| | |
|---|---|
| **Inhalation** | May be harmful if inhaled. May cause respiratory tract irritation. |
| **Skin** | May be harmful if absorbed through skin. May cause skin irritation. |
| **Eyes** | May cause eye irritation. |
| **Ingestion** | May be harmful if swallowed. |

## 4. FIRST AID MEASURES

**General advice**
Consult a physician. Show this safety data sheet to the doctor in attendance. Move out of dangerous area.

**If inhaled**
If breathed in, move person into fresh air. If not breathing give artificial respiration Consult a physician.

**In case of skin contact**
Wash off with soap and plenty of water. Consult a physician.

**In case of eye contact**
Rinse thoroughly with plenty of water for at least 15 minutes and consult a physician.

**If swallowed**
Do NOT induce vomiting. Never give anything by mouth to an unconscious person. Rinse mouth with water. Consult a physician.

## 5. FIRE-FIGHTING MEASURES

**Flammable properties**
Flash point          31.0 °C (87.8 °F) - closed cup

Ignition temperature    464 °C (867 °F)

**Suitable extinguishing media**
For small (incipient) fires, use media such as "alcohol" foam, dry chemical, or carbon dioxide. For large fires, apply water from as far as possible. Use very large quantities (flooding) of water applied as a mist or spray; solid streams of water may be ineffective. Cool all affected containers with flooding quantities of water.

**Special protective equipment for fire-fighters**
Wear self contained breathing apparatus for fire fighting if necessary.

**Further information**
Use water spray to cool unopened containers.

## 6. ACCIDENTAL RELEASE MEASURES

**Personal precautions**
Use personal protective equipment. Avoid breathing vapors, mist or gas. Ensure adequate ventilation. Remove all sources of ignition. Beware of vapours accumulating to form explosive concentrations. Vapours can accumulate in low areas.

**Environmental precautions**
Do not let product enter drains.

**Methods for cleaning up**
Contain spillage, and then collect with non-combustible absorbent material, (e.g. sand, earth, diatomaceous earth, vermiculite) and place in container for disposal according to local / national regulations (see section 13). Keep in suitable, closed containers for disposal.

## 7. HANDLING AND STORAGE

**Handling**
Avoid contact with skin and eyes. Avoid inhalation of vapour or mist.
Keep away from sources of ignition - No smoking. Take measures to prevent the build up of electrostatic charge.

EPI00191

**Storage**
Keep container tightly closed in a dry and well-ventilated place. Store in cool place.

## 8. EXPOSURE CONTROLS/PERSONAL PROTECTION

**Components with workplace control parameters**

| Components | CAS-No. | Value | Control parameters | Update | Basis |
|---|---|---|---|---|---|
| o-Xylene | 95-47-6 | TWA | 100 ppm 434 mg/m3 | 1996-05-18 | US. American Conference of Governmental and Industrial Hygienists Threshold Limit Values for Chemical Substances in the Work Environment; Annual Reports for the Year 2004:Committees on Threshold Limit Values (TLVs ) and Biological Exposure Indices (BEIs) |
| Remarks | The agent (mixture , or exposure circumstance) is not classifiable as to its carcinogenicity to humans . Substances for which there is a Biological Exposure Index or Indices. 1996 Adoption Refers to Appendix A -- Carcinogens. | | | | |
| | | STEL | 150 ppm 651 mg/m3 | 1996-05-18 | US. American Conference of Governmental and Industrial Hygienists Threshold Limit Values for Chemical Substances in the Work Environment; Annual Reports for the Year 2004:Committees on Threshold Limit Values (TLVs ) and Biological Exposure Indices (BEIs) |
| | The agent (mixture , or exposure circumstance) is not classifiable as to its carcinogenicity to humans . Substances for which there is a Biological Exposure Index or Indices. 1996 Adoption Refers to Appendix A -- Carcinogens. | | | | |
| | | TWA | 100 ppm 435 mg/m3 | 1993-06-30 | US. Department of Labor - Occupational Safety and Health Administration (OSHA) Permissible Exposure Limits (PEL) 29 CFR 1910.1000 Air Contaminants. |
| | | TWA | 100 ppm 435 mg/m3 | 1989-03-01 | US. Department of Labor - Occupational Safety and Health Administration (OSHA) 29 CFR 1910.1000 Z-1-A |

EP100192

| | | STEL | 150 ppm 655 mg/m3 | 1989-03-01 | US. Department of Labor - Occupational Safety and Health Administration (OSHA) 29 CFR 1910.1000 Z-1-A |
|---|---|---|---|---|---|
| | | TWA | 100 ppm 434 mg/m3 | 1996-05-18 | US. American Conference of Governmental and Industrial Hygienists Threshold Limit Values for Chemical Substances in the Work Environment; Annual Reports for the Year 2004:Committees on Threshold Limit Values (TLVs ) and Biological Exposure Indices (BEIs) |

The agent (mixture , or exposure circumstance) is not classifiable as to its carcinogenicity to humans .
Substances for which there is a Biological Exposure Index or Indices
Refers to Appendix A -- Carcinogens.
1996 Adoption

### Personal protective equipment

#### Respiratory protection
Where risk assessment shows air-purifying respirators are appropriate use a full-face respirator with multi-purpose combination (US) or type ABEK (EN 14387) respirator cartridges as a backup to engineering controls. If the respirator is the sole means of protection, use a full-face supplied air respirator. Use respirators and components tested and approved under appropriate government standards such as NIOSH (US) or CEN (EU).

#### Hand protection
For prolonged or repeated contact use protective gloves.

#### Eye protection
Safety glasses

#### Skin and body protection
Choose body protection according to the amount and concentration of the dangerous substance at the work place.

#### Hygiene measures
Handle in accordance with good industrial hygiene and safety practice. Wash hands before breaks and at the end of workday.

## 9. PHYSICAL AND CHEMICAL PROPERTIES

### Appearance

| | |
|---|---|
| Form | liquid |
| Colour | colourless |

### Safety data

| | |
|---|---|
| pH | no data available |
| Melting point | -26 - -23 °C (-15 - -9 °F) |
| Boiling point | 143 - 145 °C (289 - 293 °F) |

EP100193

| | |
|---|---|
| Flash point | 31.0 °C (87.8 °F) - closed cup |
| Ignition temperature | 464 °C (867 °F) |
| Lower explosion limit | 0.9 %(V) |
| Upper explosion limit | 6.7 %(V) |
| Vapour pressure | 21.3 hPa (16.0 mmHg) at 37.7 °C (99.9 °F)<br>8.8 hPa (6.6 mmHg) at 25.0 °C (77.0 °F) |
| Density | 0.879 g/mL at 20 °C (68 °F) |
| Water solubility | no data available |
| Partition coefficient:<br>n-octanol/water | log Pow: 3.12 |

## 10. STABILITY AND REACTIVITY

**Storage stability**
Stable under recommended storage conditions.

**Conditions to avoid**
Heat, flames and sparks.

**Materials to avoid**
Oxidizing agents

**Hazardous decomposition products**
Hazardous decomposition products formed under fire conditions. - Carbon oxides

**Hazardous reactions**
Vapours may form explosive mixture with air.

## 11. TOXICOLOGICAL INFORMATION

**Acute toxicity**

LD50 Intraperitoneal - mouse - 1,364 mg/kg

**Irritation and corrosion**

no data available

**Sensitisation**

no data available

**Chronic exposure**

This product is or contains a component that is not classifiable as to its carcinogenicity based on its IARC, ACGIH, NTP, or EPA classification.

IARC:        Group 3 - Not classifiable as to carcinogenicity to humans (o-Xylene)

NTP:         No component of this product present at levels greater than or equal to 0.1% is identified as a known or anticipated carcinogen by NTP.

OSHA:        No component of this product present at levels greater than or equal to 0.1% is identified as a carcinogen or potential carcinogen by OSHA.

Overexposure may cause reproductive disorder(s) based on tests with laboratory animals.

**Signs and Symptoms of Exposure**

EPI00194

narcosis, Lung irritation, chest pain, pulmonary edema, Central nervous system depression, Dermatitis, Gastrointestinal disturbance, Liver injury may occur., Kidney injury may occur., Blood disorders

**Potential Health Effects**

| | |
|---|---|
| **Inhalation** | May be harmful if inhaled. May cause respiratory tract irritation. |
| **Skin** | May be harmful if absorbed through skin. May cause skin irritation. |
| **Eyes** | May cause eye irritation. |
| **Ingestion** | May be harmful if swallowed. |
| **Target Organs** | Liver, Kidney, Nerves., |

**Additional Information**
RTECS: ZE2450000

## 12. ECOLOGICAL INFORMATION

**Elimination information (persistence and degradability)**

no data available

**Ecotoxicity effects**

| | |
|---|---|
| Toxicity to fish | LC50 - Lepomis macrochirus (Bluegill) - 16.10 mg/l  - 96 h |
| | LC50 - Carassius auratus (goldfish) - 13.00 mg/l  - 24 h |
| Toxicity to daphnia and other aquatic invertebrates. | EC50 - Daphnia magna (Water flea) - 1.39 - 1.87 mg/l  - 48 h |
| Toxicity to algae | EC50 - Pseudokirchneriella subcapitata (green algae) - 4.70 mg/l  - 72 h |
| | EC50 - Chlorella vulgaris (Fresh water algae) - 55.00 mg/l  - 24 h |

**Further information on ecology**

no data available

## 13. DISPOSAL CONSIDERATIONS

**Product**
Burn in a chemical incinerator equipped with an afterburner and scrubber but exert extra care in igniting as this material is highly flammable. This combustible material may be burned in a chemical incinerator equipped with an afterburner and scrubber. Observe all federal, state, and local environmental regulations. Contact a licensed professional waste disposal service to dispose of this material.

**Contaminated packaging**
Dispose of as unused product.

## 14. TRANSPORT INFORMATION

**DOT (US)**
UN-Number: 1307   Class: 3          Packing group: III
Proper shipping name: Xylenes
Marine pollutant: No
Poison Inhalation Hazard: No

**IMDG**
UN-Number: 1307   Class: 3          Packing group: III          EMS-No: F-E, S-D
Proper shipping name: XYLENES
Marine pollutant: No

**IATA**

EPA0195

UN-Number: 1307   Class: 3            Packing group: III
Proper shipping name: Xylenes

## 15. REGULATORY INFORMATION

**OSHA Hazards**
Flammable Liquid

**DSL Status**
All components of this product are on the Canadian DSL list.

**SARA 302 Components**
SARA 302: No chemicals in this material are subject to the reporting requirements of SARA Title III, Section 302.

**SARA 313 Components**

|  | CAS-No. | Revision Date |
|---|---|---|
| o-Xylene | 95-47-6 | 1987-01-01 |

**SARA 311/312 Hazards**
Fire Hazard

**Massachusetts Right To Know Components**

|  | CAS-No. | Revision Date |
|---|---|---|
| o-Xylene | 95-47-6 | 1987-01-01 |

**Pennsylvania Right To Know Components**

|  | CAS-No. | Revision Date |
|---|---|---|
| o-Xylene | 95-47-6 | 1987-01-01 |

**New Jersey Right To Know Components**

|  | CAS-No. | Revision Date |
|---|---|---|
| o-Xylene | 95-47-6 | 1987-01-01 |

**California Prop. 65 Components**
This product does not contain any chemicals known to State of California to cause cancer, birth, or any other reproductive defects.

## 16. OTHER INFORMATION

**Further Information**
Copyright 2008 Sigma-Aldrich Co. License granted to make unlimited paper copies for internal use only.
The above information is believed to be correct but does not purport to be all inclusive and shall be used only as a guide. The information in this document is based on the present state of our knowledge and is applicable to the product with regard to appropriate safety precautions. It does not represent any guarantee of the properties of the product. Sigma-Aldrich Co., shall not be held liable for any damage resulting from handling or from contact with the above product. See reverse side of invoice or packing slip for additional terms and conditions of sale.

SIGMA-ALDRICH

MATERIAL SAFETY DATA SHEET

Date Printed: 05/22/2009
Date Updated: 02/23/2009
Version  1.9

---

## Section 1 - Product and Company Information

| | |
|---|---|
| Product Name | P-XYLENE, CHROMASOLV®, FOR HPLC, >=99% |
| Product Number | 317195 |
| Brand | SIAL |
| | |
| Company | Sigma-Aldrich |
| Address | 3050 Spruce Street |
| | SAINT LOUIS MO 63103 US |
| Technical Phone: | 800-325-5832 |
| Fax: | 800-325-5052 |
| Emergency Phone: | 314-776-6555 |

---

## Section 2 - Composition/Information on Ingredient

| Substance Name | CAS # | SARA 313 |
|---|---|---|
| P-XYLENE | 106-42-3 | Yes |

| | |
|---|---|
| Formula | C8H10 |
| Synonyms | Chromar * p-Dimethylbenzene * 1,4-Dimethylbenzene * p-Methyltoluene * Scintillar * 1,4-Xylene * p-Xylene (ACGIH:OSHA) * P-Xylol |
| RTECS Number: | ZE2625000 |

---

## Section 3 - Hazards Identification

EMERGENCY OVERVIEW
   Flammable. Irritant.
   Harmful by inhalation, in contact with skin and if swallowed.
   Irritating to eyes, respiratory system and skin.
   Readily absorbed through skin. Target organ(s): Nerves. Liver.
   Kidneys.

HMIS RATING
   HEALTH: 2*
   FLAMMABILITY: 3
   REACTIVITY: 0

NFPA RATING
   HEALTH: 2
   FLAMMABILITY: 3
   REACTIVITY: 0

   *additional chronic hazards present.

For additional information on toxicity, please refer to Section 11.

---

## Section 4 - First Aid Measures

ORAL EXPOSURE
   If swallowed, wash out mouth with water provided person is
   conscious. Call a physician.

INHALATION EXPOSURE
    If inhaled, remove to fresh air. If not breathing give
    artificial respiration. If breathing is difficult, give oxygen.

DERMAL EXPOSURE
    In case of skin contact, flush with copious amounts of water for
    at least 15 minutes. Remove contaminated clothing and shoes.
    Call a physician.

EYE EXPOSURE
    In case of contact with eyes, flush with copious amounts of
    water for at least 15 minutes. Assure adequate flushing by
    separating the eyelids with fingers. Call a physician.

## Section 5 - Fire Fighting Measures

FLAMMABLE HAZARDS
    Flammable Hazards: Yes

EXPLOSION HAZARDS
    Vapor may travel considerable distance to source of ignition and
    flash back. Container explosion may occur under fire conditions.
    Forms explosive mixtures in air.

FLASH POINT
    77 °F   25 °C   Method: closed cup

EXPLOSION LIMITS
    Lower: 1.1 %   Upper: 7 %

AUTOIGNITION TEMP
    529 °C

FLAMMABILITY
    N/A

EXTINGUISHING MEDIA
    Suitable: For small (incipient) fires, use media such as
    "alcohol" foam, dry chemical, or carbon dioxide. For large
    fires, apply water from as far as possible. Use very large
    quantities (flooding) of water applied as a mist or spray; solid
    streams of water may be ineffective. Cool all affected
    containers with flooding quantities of water.

FIREFIGHTING
    Protective Equipment: Wear self-contained breathing apparatus
    and protective clothing to prevent contact with skin and eyes.
    Specific Hazard(s): Flammable liquid. Emits toxic fumes under
    fire conditions.

## Section 6 - Accidental Release Measures

PROCEDURE TO BE FOLLOWED IN CASE OF LEAK OR SPILL
    Evacuate area. Shut off all sources of ignition.

PROCEDURE(S) OF PERSONAL PRECAUTION(S)
    Wear self-contained breathing apparatus, rubber boots, and heavy
    rubber gloves.

METHODS FOR CLEANING UP
    Cover with dry-lime, sand, or soda ash. Place in covered      EP100198
    containers using non-sparking tools and transport outdoors.

Ventilate area and wash spill site after material pickup is complete.

## Section 7 - Handling and Storage

HANDLING
User Exposure: Do not breathe vapor. Avoid contact with eyes, skin, and clothing. Avoid prolonged or repeated exposure.

STORAGE
Suitable: Keep container closed. Keep away from heat, sparks, and open flame.

## Section 8 - Exposure Controls / PPE

ENGINEERING CONTROLS
Safety shower and eye bath. Use nonsparking tools. Mechanical exhaust required.

PERSONAL PROTECTIVE EQUIPMENT
Respiratory: Use respirators and components tested and approved under appropriate government standards such as NIOSH (US) or CEN (EU). Where risk assessment shows air-purifying respirators are appropriate use a full-face respirator with multi-purpose combination (US) or type ABEK (EN 14387) respirator cartridges as a backup to engineering controls. If the respirator is the sole means of protection, use a full-face supplied air respirator.
Hand: Compatible chemical-resistant gloves.
Eye: Chemical safety goggles.

GENERAL HYGIENE MEASURES
Wash thoroughly after handling. Wash contaminated clothing before reuse.

EXPOSURE LIMITS, RTECS

| Country | Source | Type | Value |
|---------|--------|------|-------|
| USA | ACGIH | STEL | 150 PPM |
| USA | ACGIH | TWA | 100 PPM |
| USA | MSHA Standard-air | TWA | 100 PPM (440 MG/M3) (SKIN) |
| USA | OSHA. | PEL | 8H TWA 100 PPM (435 MG/M3) |
| USA | NIOSH | TWA | 100 PPM |
| | | STEL | 150 PPM |

EXPOSURE LIMITS

| Country | Source | Type | Value |
|---------|--------|------|-------|
| Poland | | NDS | 100 mg/m3 |
| Poland | | NDSCh | 350 mg/m3 |
| Poland | | NDSP | |

## Section 9 - Physical/Chemical Properties

| Appearance | Physical State: Clear liquid |
| | Color: Colorless |

| Property | Value | At Temperature or Pressure |
|----------|-------|----------------------------|
| Molecular Weight | 106.17 AMU | |
| pH | N/A | |
| BP/BP Range | 137.0 - 138.0 °C | |
| MP/MP Range | 13 °C | |
| Freezing Point | N/A | |
| Vapor Pressure | 9 mmHg | 20 °C |

EP:00199

```
Vapor Density              3.7 g/l
Saturated Vapor Conc.      N/A
SG/Density                 0.861 g/cm3
Bulk Density               N/A
Odor Threshold             0.05 ppm
Volatile%                  N/A
VOC Content                N/A
Water Content              N/A
Solvent Content            N/A
Evaporation Rate           N/A
Viscosity                  N/A
Surface Tension            28.3 mN/m            20 °C
Partition Coefficient      Log Kow: 3.15
Decomposition Temp.        N/A
Flash Point                77 °F 25 °C          Method: closed cup
Explosion Limits           Lower: 1.1 %
                           Upper: 7 %
Flammability               N/A
Autoignition Temp          529 °C
Refractive Index           1.495
Optical Rotation           N/A
Miscellaneous Data         N/A
Solubility                 Solubility in Water:0.2 mg/ml H2O
```

N/A = not available

## Section 10 - Stability and Reactivity

STABILITY
   Stable: Stable.
   Materials to Avoid: Strong oxidizing agents.

HAZARDOUS DECOMPOSITION PRODUCTS
   Hazardous Decomposition Products: Carbon monoxide, Carbon dioxide.

HAZARDOUS POLYMERIZATION
   Hazardous Polymerization: Will not occur

## Section 11 - Toxicological Information

ROUTE OF EXPOSURE
   Skin Contact: Causes skin irritation.
   Skin Absorption: Harmful if absorbed through skin.
   Eye Contact: Causes eye irritation.
   Inhalation: Material is irritating to mucous membranes and upper
   respiratory tract. Harmful if inhaled.
   Ingestion: Harmful if swallowed.

TARGET ORGAN(S) OR SYSTEM(S)
   Nerves. Liver. Kidneys.

SIGNS AND SYMPTOMS OF EXPOSURE
   Exposure can cause: Narcotic effect. Lung irritation, chest
   pain, and edema which may be fatal. CNS depression.
   Gastrointestinal disturbances. Damage to the liver. Damage to
   the kidneys. Blood effects.

TOXICITY DATA

   Oral
   Rat
   5000 mg/kg

EP100200

LD50

Inhalation
Rat
4,550 ppm
LC50
Remarks: Lungs, Thorax, or Respiration:Chronic pulmonary edema.
Liver:Other changes. Blood:Changes in cell count (unspecified).

Intraperitoneal
Rat
3810 MG/KG
LD50
Remarks: Blood:Changes in cell count (unspecified). Liver:Other
changes. Lungs, Thorax, or Respiration:Chronic pulmonary edema.

Intraperitoneal
Mouse
2450 UL/KG
LD50

IARC CARCINOGEN LIST

Rating: Group 3

ACGIH CARCINOGEN LIST

Rating: A4

CHRONIC EXPOSURE - TERATOGEN

Species: Rat
Dose: 3000 MG/M3/24H
Route of Application: Inhalation
Exposure Time: (9-10D PREG)
Result: Maternal Effects: Other effects. Effects on Embryo or
Fetus: Fetotoxicity (except death, e.g., stunted fetus).
Endocrine:Estrogenic.

Species: Rat
Dose: 150 MG/M3/24H
Route of Application: Inhalation
Exposure Time: (7-14D PREG)
Result: Specific Developmental Abnormalities: Musculoskeletal
system. Effects on Embryo or Fetus: Extra embryonic structures
(e.g., placenta, umbilical cord).

Species: Mouse
Dose: 12 MG/KG
Route of Application: Oral
Exposure Time: (12-15D PREG)
Result: Specific Developmental Abnormalities: Craniofacial
(including nose and tongue).

Species: Mouse
Dose: 500 MG/M3/12H
Route of Application: Inhalation
Exposure Time: (6-15D PREG)
Result: Specific Developmental Abnormalities: Musculoskeletal
system. Effects on Embryo or Fetus: Fetotoxicity (except death,
e.g., stunted fetus).

EPI00201

CHRONIC EXPOSURE - REPRODUCTIVE HAZARD
Result: May cause reproductive disorders.

Species: Rat
Dose: 3000 MG/M3/24H
Route of Application: Inhalation
Exposure Time: (7-14D PREG)
Result: Effects on Fertility: Post-implantation mortality (e.g.,
dead and/or resorbed implants per total number of implants).
Effects on Embryo or Fetus: Fetotoxicity (except death, e.g.,
stunted fetus).

Species: Rat
Dose: 7 GM/M3
Route of Application: Inhalation
Exposure Time: (7-16D PREG)
Result: Maternal Effects: Other effects.

Species: Rabbit
Dose: 1 GM/M3/24H
Route of Application: Inhalation
Exposure Time: (7-20D PREG)
Result: Effects on Embryo or Fetus: Fetal death. Effects on
Fertility: Abortion. Effects on Fertility: Post-implantation
mortality (e.g., dead and/or resorbed implants per total number
of implants).

---

## Section 12 - Ecological Information

PHYSICAL PROPERTIES AFFECTING ECOTOXICITY

BOD after 5 Days: 44 %

ACUTE ECOTOXICITY TESTS
Test Type: EC50 Algae
Species: Selenastrum capricornutum resp.
Time: 72 h
Value: 3.2 - 4.4 mg/l

Test Type: EC50 Daphnia
Species: Daphnia magna
Time: 48 h
Value: 35.5 - 63.1 mg/l

Test Type: LC50 Fish
Species: Onchorhynchus mykiss (Rainbow trout)
Time: 96 h
Value: 2.6 mg/l

Test Type: LC50 Fish
Species: Carassius auratus (Goldfish)
Time: 24 h
Value: 18 mg/l

---

## Section 13 - Disposal Considerations

APPROPRIATE METHOD OF DISPOSAL OF SUBSTANCE OR PREPARATION
Contact a licensed professional waste disposal service to dispose
of this material. Burn in a chemical incinerator equipped with an
afterburner and scrubber but exert extra care in igniting as this
material is highly flammable. Observe all federal, state, and
local environmental regulations.

EPI00202

## Section 14 - Transport Information

DOT
    Proper Shipping Name: Xylenes
    UN#: 1307
    Class: 3
    Packing Group: Packing Group III
    Hazard Label: Flammable liquid
    PIH: Not PIH

IATA
    Proper Shipping Name: Xylenes
    IATA UN Number: 1307
    Hazard Class: 3
    Packing Group: III

## Section 15 - Regulatory Information

EU DIRECTIVES CLASSIFICATION
    Symbol of Danger: Xn
    Indication of Danger: Harmful.
    R: 10-20/21-38
    Risk Statements: Flammable. Harmful by inhalation and in contact
    with skin. Irritating to skin.
    S: 25
    Safety Statements: Avoid contact with eyes.

US CLASSIFICATION AND LABEL TEXT
    Indication of Danger: Flammable. Irritant.
    Risk Statements: Harmful by inhalation, in contact with skin and
    if swallowed. Irritating to eyes, respiratory system and skin.
    Safety Statements: Keep away from sources of ignition - no
    smoking. In case of contact with eyes, rinse immediately with
    plenty of water and seek medical advice. Wear suitable
    protective clothing.
    US Statements: Readily absorbed through skin. Target organ(s):
    Nerves. Liver. Kidneys.

UNITED STATES REGULATORY INFORMATION
    SARA LISTED: Yes
    DEMINIMIS: 1 %
    NOTES: This product is subject to SARA section 313 reporting
    requirements.
    TSCA INVENTORY ITEM: Yes

CANADA REGULATORY INFORMATION
    WHMIS Classification: This product has been classified in
    accordance with the hazard criteria of the CPR, and the MSDS
    contains all the information required by the CPR.
    DSL: Yes
    NDSL: No

## Section 16 - Other Information

DISCLAIMER
    For R&D use only. Not for drug, household or other uses.

WARRANTY
    The above information is believed to be correct but does not
    purport to be all inclusive and shall be used only as a guide. The
    information in this document is based on the present state of our

EPI00203

knowledge and is applicable to the product with regard to appropriate safety precautions. It does not represent any guarantee of the properties of the product. Sigma-Aldrich Inc., shall not be held liable for any damage resulting from handling or from contact with the above product. See reverse side of invoice or packing slip for additional terms and conditions of sale. Copyright 2009 Sigma-Aldrich Co. License granted to make unlimited paper copies for internal use only.

SIGMA-ALDRICH

## MATERIAL SAFETY DATA SHEET

Date Printed: 10/14/2006
Date Updated: 09/07/2006
Version  1.18

---

### Section 1 - Product and Company Information

Product Name            TOLUENE, ANHYDROUS, 99.8%
Product Number          244511
Brand                   ALDRICH

Company                 Sigma-Aldrich
Address                 3050 Spruce Street
                        SAINT LOUIS MO 63103 US
Technical Phone:        800-325-5832
Fax:                    800-325-5052
Emergency Phone:        314-776-6555

### Section 2 - Composition/Information on Ingredient

| Substance Name | CAS # | SARA 313 |
|---|---|---|
| TOLUENE | 108-88-3 | Yes |

Formula         C7H8
Synonyms        Antisal 1a * Benzene, methyl- * CP 25 * Methacide
                * Methane, phenyl- * Methylbenzene * Methylbenzol
                * NCI-C07272 * Phenylmethane * RCRA waste number
                U220 * Tolueen (Dutch) * Toluen (Czech) * Toluene
                (ACGIH:OSHA) * Tolueno (Spanish) * Toluol *
                Toluolo (Italian) * Tolu-Sol
RTECS Number:   XS5250000

### Section 3 - Hazards Identification

EMERGENCY OVERVIEW
    Flammable (USA) Highly Flammable (EU). Harmful.
    Irritating to eyes and skin. Harmful: danger of serious damage to
    health by prolonged exposure through inhalation. Possible risk of
    harm to the unborn child. Harmful: may cause lung damage if
    swallowed. Vapors may cause drowsiness and dizziness.
    Target organ(s): Liver. Kidneys. Calif. Prop. 65 developmental
    hazard.

HMIS RATING
    HEALTH: 2*
    FLAMMABILITY: 3
    REACTIVITY: 0

NFPA RATING
    HEALTH: 2
    FLAMMABILITY: 3
    REACTIVITY: 0

    *additional chronic hazards present.

For additional information on toxicity, please refer to Section 11.

### Section 4 - First Aid Measures

ORAL EXPOSURE
If swallowed, do not induce vomiting; call a physician immediately.

INHALATION EXPOSURE
If inhaled, remove to fresh air. If not breathing give artificial respiration. If breathing is difficult, give oxygen.

DERMAL EXPOSURE
In case of skin contact, flush with copious amounts of water for at least 15 minutes. Remove contaminated clothing and shoes. Call a physician.

EYE EXPOSURE
In case of contact with eyes, flush with copious amounts of water for at least 15 minutes. Assure adequate flushing by separating the eyelids with fingers. Call a physician.

## Section 5 - Fire Fighting Measures

FLAMMABLE HAZARDS
Flammable Hazards: Yes

EXPLOSION HAZARDS
Vapor may travel considerable distance to source of ignition and flash back. Container explosion may occur under fire conditions.

FLASH POINT
40 °F   4 °C   Method: closed cup

EXPLOSION LIMITS
Lower: 1.2 %   Upper: 7 %

AUTOIGNITION TEMP
535 °C

FLAMMABILITY
N/A

EXTINGUISHING MEDIA
Suitable: Carbon dioxide, dry chemical powder, or appropriate foam.

FIREFIGHTING
Protective Equipment: Wear self-contained breathing apparatus and protective clothing to prevent contact with skin and eyes. Specific Hazard(s): Flammable liquid. Emits toxic fumes under fire conditions.

## Section 6 - Accidental Release Measures

PROCEDURE TO BE FOLLOWED IN CASE OF LEAK OR SPILL
Evacuate area. Shut off all sources of ignition. Use nonsparking tools.

PROCEDURE(S) OF PERSONAL PRECAUTION(S)
Wear self-contained breathing apparatus, rubber boots, and heavy rubber gloves.

METHODS FOR CLEANING UP
Ventilate area and wash spill site after material pickup is          EPI00206

complete. Cover with dry-lime, sand, or soda ash. Place in covered containers using non-sparking tools and transport outdoors.

## Section 7 - Handling and Storage

**HANDLING**
    User Exposure: Do not breathe vapor. Do not get in eyes, on skin, on clothing. Avoid prolonged or repeated exposure.

**STORAGE**
    Suitable: Keep tightly closed. Keep away from heat, sparks, and open flame.

## Section 8 - Exposure Controls / PPE

**ENGINEERING CONTROLS**
    Safety shower and eye bath. Use nonsparking tools. Mechanical exhaust required.

**PERSONAL PROTECTIVE EQUIPMENT**
    Respiratory: Use respirators and components tested and approved under appropriate government standards such as NIOSH (US) or CEN (EU). Where risk assessment shows air-purifying respirators are appropriate use a full-face respirator with multi-purpose combination (US) or type ABEK (EN 14387) respirator cartridges as a backup to engineering controls. If the respirator is the sole means of protection, use a full-face supplied air respirator. Hand: Compatible chemical-resistant gloves.
    Eye: Chemical safety goggles.

**GENERAL HYGIENE MEASURES**
    Remove and wash contaminated clothing promptly. Wash thoroughly after handling.

EXPOSURE LIMITS, RTECS

| Country | Source | Type | Value |
|---|---|---|---|
| USA | ACGIH | TWA | 50 PPM |
| Remarks: Skin | | | |
| USA | MSHA Standard-air | TWA | 100 PPM (375 MG/M3) (SKIN) |
| USA | OSHA. | PEL | 8H TWA 200 PPM;CL 300;PK 500/1 |
| New Zealand OEL | | | |
| Remarks: check ACGIH TLV | | | |
| USA | NIOSH | TWA | 100 PPM |
| | | STEL | 150 PPM |

EXPOSURE LIMITS

| Country | Source | Type | Value |
|---|---|---|---|
| Poland | | NDS | 100 MG/M3 |
| Poland | | NDSCh | 350 MG/M3 |
| Poland | | NDSP | - |
| USA | OSHA. | PEL TWA | 200 ppm |
| Remarks: 8 HOUR | | | |
| USA | OSHA. | Ceiling co | 300 ppm |
| USA | OSHA. | PEL | 500 ppm |
| Remarks: TOLUENE | | | |
| USA | NIOSH | REL TWA | 375 mg/m3 |
| | | | 100 ppm |
| Remarks: 10 HOURS | | | |
| USA | NIOSH | REL STEL | 150 mg/m3 |
| | | | 560 ppm |
| Remarks: 15 MINUTES | | | |

```
USA          ACGIH              TWA          50 ppm
Remarks: Skin
```

IDLH
    500 ppm

## Section 9 - Physical/Chemical Properties

Appearance              Physical State: Liquid
                        Color: Colorless

| Property | Value | At Temperature or Pressure |
|---|---|---|
| Molecular Weight | 92.14 AMU | |
| pH | N/A | |
| BP/BP Range | 110.6 °C | 760 mmHg |
| MP/MP Range | - 93.0 °C | |
| Freezing Point | N/A | |
| Vapor Pressure | 21.75 mmHg | 20 °C |
| Vapor Density | N/A | |
| Saturated Vapor Conc. | N/A | |
| SG/Density | 0.865 g/cm3 | 25 °C |
| Bulk Density | N/A | |
| Odor Threshold | N/A | |
| Volatile% | N/A | |
| VOC Content | N/A | |
| Water Content | N/A | |
| Solvent Content | N/A | |
| Evaporation Rate | N/A | |
| Viscosity | N/A | |
| Surface Tension | N/A | |
| Partition Coefficient | N/A | |
| Decomposition Temp. | N/A | |
| Flash Point | 40 °F 4 °C | Method: closed cup |
| Explosion Limits | Lower: 1.2 % | |
| | Upper: 7 % | |
| Flammability | N/A | |
| Autoignition Temp | 535 °C | |
| Refractive Index | 1.496 | |
| Optical Rotation | N/A | |
| Miscellaneous Data | N/A | |
| Solubility | N/A | |

N/A = not available

## Section 10 - Stability and Reactivity

STABILITY
    Stable: Stable.
    Materials to Avoid: Strong oxidizing agents.

HAZARDOUS DECOMPOSITION PRODUCTS
    Hazardous Decomposition Products: Carbon monoxide, Carbon dioxide.

HAZARDOUS POLYMERIZATION
    Hazardous Polymerization: Will not occur

## Section 11 - Toxicological Information

ROUTE OF EXPOSURE
    Skin Contact: Causes skin irritation.                    EPI00208
    Skin Absorption: May be harmful if absorbed through the skin.

Eye Contact: Causes eye irritation.
Inhalation: May be harmful if inhaled. Material may be
irritating to mucous membranes and upper respiratory tract.
Ingestion: May be harmful if swallowed.

TARGET ORGAN(S) OR SYSTEM(S)
    Bladder. Kidneys. Liver. Brain.

SIGNS AND SYMPTOMS OF EXPOSURE
    Lung irritation, chest pain, and edema which may be fatal.
    Exposure can cause: Inhalation studies on toluene have
    demonstrated the development of inflammatory and ulcerous
    lesions of the penis, prepuce, and scrotum in animals.

CONDITIONS AGGRAVATED BY EXPOSURE
    May cause nervous system disturbances.

TOXICITY DATA
    Oral
    Rat
    > 5,580 mg/kg
    LD50
    Oral
    rat, male
    *
    LD50
    4 H
    Inhalation
    Rat
    28,100 mg/m3
    LC50
    4 H
    Inhalation
    Rat
    12,500.0 - 28,800.0 mg/m3
    LC50
    Skin
    Rabbit
    12,124 mg/kg
    LD50

    Oral
    Man
    719 UL/KG
    LDLO
    Remarks: Cardiac:Other changes. Lungs, Thorax, or
    Respiration:Acute pulmonary edema. Liver:Other changes.

    Oral
    Human
    50 mg/kg
    LDLO

    Oral
    Rat
    636 mg/kg
    LD50

    Inhalation
    Rat
    49,000 mg/m3
    LC50

Intraperitoneal
Rat
1332 MG/KG
LD50

Intravenous
Rat
1960 MG/KG
LD50

Inhalation
Mouse
400 ppm
LC50

Intraperitoneal
Mouse
59 MG/KG
LD50

Subcutaneous
Mouse
2250 MG/KG
LD50

Skin
Rabbit
14100 UL/KG
LD50

Intraperitoneal
Guinea pig
500 MG/KG
LD50

Oral
Mammal
4000 mg/kg
LD50

Inhalation
Mammal
30,000 mg/m3
LC50

IRRITATION DATA
Eyes
Rabbit
Remarks: Moderate irritation effect
Skin
Rabbit
Remarks: Moderate irritation effect

Eyes
Human
300 ppm

Skin
Rabbit
435 mg
Remarks: Mild irritation effect

EPI00210

```
Skin
Rabbit
500 mg
Remarks: Moderate irritation effect

Skin
Rabbit
20 mg
24H
Remarks: Moderate irritation effect

Eyes
Rabbit
0.87 mg
Remarks: Mild irritation effect

Eyes
Rabbit
2 mg
24H
Remarks: Severe irritation effect

Eyes
Rabbit
100 mg
30S
Remarks: Rinsed
```

CHRONIC EXPOSURE - CARCINOGEN
    Result: This product is or contains a component that is not
    classifiable as to its carcinogenicity based on its IARC, ACGIH,
    NTP, or EPA classification.

NTP CARCINOGEN LIST

    Rating: No evidence.
    Species: Mouse/rat
    Route: Inhalation

ACGIH CARCINOGEN LIST

    Rating: A4

CHRONIC EXPOSURE - TERATOGEN
    Result: May cause congenital malformation in the fetus.

    Species: Rat
    Dose: 7280 MG/KG
    Route of Application: Oral
    Exposure Time: (6-19D PREG)
    Result: Effects on Embryo or Fetus: Fetotoxicity (except death,
    e.g., stunted fetus).

    Species: Rat
    Dose: 1500 MG/M3/24H
    Route of Application: Inhalation
    Exposure Time: (1-8D PREG)
    Result: Specific Developmental Abnormalities: Musculoskeletal
    system. Effects on Embryo or Fetus: Fetotoxicity (except death,
    e.g., stunted fetus).

Species: Rat
Dose: 1000 MG/M3/24H
Route of Application: Inhalation
Exposure Time: (7-14D PREG)
Result: Specific Developmental Abnormalities: Musculoskeletal
system.

Species: Rat
Dose: 800 MG/M3/6H
Route of Application: Inhalation
Exposure Time: (14-20D PREG)
Result: Effects on Newborn: Behavioral. Effects on Embryo or
Fetus: Fetotoxicity (except death, e.g., stunted fetus).

Species: Mouse
Dose: 9 GM/KG
Route of Application: Oral
Exposure Time: (6-15D PREG)
Result: Effects on Embryo or Fetus: Fetal death.

Species: Mouse
Dose: 15 GM/KG
Route of Application: Oral
Exposure Time: (6-15D PREG)
Result: Effects on Embryo or Fetus: Fetotoxicity (except death,
e.g., stunted fetus).

Species: Mouse
Dose: 30 GM/KG
Route of Application: Oral
Exposure Time: (6-15D PREG)
Result: Specific Developmental Abnormalities: Craniofacial
(including nose and tongue).

Species: Mouse
Dose: 500 MG/M3/24H
Route of Application: Inhalation
Exposure Time: (6-13D PREG)
Result: Effects on Embryo or Fetus: Fetotoxicity (except death,
e.g., stunted fetus).

Species: Mouse
Dose: 1000 PPM/6H
Route of Application: Inhalation
Exposure Time: (2-17D PREG)
Result: Specific Developmental Abnormalities: Musculoskeletal
system.

Species: Mouse
Dose: 400 PPM/7H
Route of Application: Inhalation
Exposure Time: (7-16D PREG)
Result: Effects on Newborn: Biochemical and metabolic. Specific
Developmental Abnormalities: Musculoskeletal system.

Species: Mouse
Dose: 200 PPM/7H
Route of Application: Inhalation
Exposure Time: (7-16D PREG)
Result: Specific Developmental Abnormalities: Urogenital system.

Species: Rabbit

EPI00212

Dose: 100 PPM/6H
Route of Application: Inhalation
Exposure Time: (6-18D PREG)
Result: Specific Developmental Abnormalities: Cardiovascular
(circulatory) system.

CHRONIC EXPOSURE - MUTAGEN

Species: Rat
Dose: 30 UMOL/L
Cell Type: liver
Mutation test: DNA damage

Species: Rat
Route: Inhalation
Dose: 5400 UG/M3/16W-I
Mutation test: Cytogenetic analysis

Species: Rat
Route: Subcutaneous
Dose: 9600 MG/KG
Exposure Time: 12D
Mutation test: Cytogenetic analysis

Species: Mouse
Route: Oral
Dose: 200 MG/KG
Mutation test: Micronucleus test

Species: Mouse
Route: Intraperitoneal
Dose: 433 UG/KG
Exposure Time: 24H
Mutation test: Micronucleus test

CHRONIC EXPOSURE - REPRODUCTIVE HAZARD

Species: Rat
Dose: 9100 MG/KG
Route of Application: Oral
Exposure Time: (6-19D PREG)
Result: Effects on Newborn: Biochemical and metabolic. Effects
on Newborn: Growth statistics (e.g., reduced weight gain).

Species: Rat
Dose: 16 ML/KG
Route of Application: Oral
Exposure Time: (6-21D PREG)
Result: Effects on Newborn: Physical.

Species: Rat
Dose: 6000 PPM/2H
Route of Application: Inhalation
Exposure Time: (5W-I)
Result: Paternal Effects: Spermatogenesis (including genetic
material, sperm morphology,motility, and count).

Species: Rat
Dose: 2000 PPM/6H
Route of Application: Inhalation
Exposure Time: (7-17D PREG)
Result: Effects on Newborn: Physical. Maternal Effects: Other

effects.

Species: Rat
Dose: 1200 PPM/6H
Route of Application: Inhalation
Exposure Time: (9-12D PREG)
Result: Effects on Newborn: Delayed effects.

Species: Rabbit
Dose: 1 GM/M3/24H
Route of Application: Inhalation
Exposure Time: (7-20D PREG)
Result: Effects on Fertility: Abortion.

Species: Hamster
Dose: 800 MG/M3/6H
Route of Application: Inhalation
Exposure Time: (6-11D PREG)
Result: Effects on Newborn: Behavioral.

---

## Section 12 - Ecological Information

---

ACUTE ECOTOXICITY TESTS

Test Type: EC50 Algae
Species: Chlorella vulgaris
Time: 24 h
Value: 245 mg/l

Test Type: EC50 Algae
Species: Selenastrum capricornutum resp.
Time: 24 h
Value: 10 mg/l

Test Type: EC50 Daphnia
Species: Daphnia magna
Time: 24 h
Value: 8 mg/l

Test Type: LC50 Fish
Species: Lepomis macrochirus (Bluegill)
Time: 96 h
Value: 74.0 - 340.0 mg/l

Test Type: LC50 Fish
Species: Onchorhynchus mykiss (Rainbow trout)
Time: 96 h
Value: 7.63 mg/l

---

## Section 13 - Disposal Considerations

---

APPROPRIATE METHOD OF DISPOSAL OF SUBSTANCE OR PREPARATION
   Contact a licensed professional waste disposal service to dispose
   of this material. Burn in a chemical incinerator equipped with an
   afterburner and scrubber but exert extra care in igniting as this
   material is highly flammable. Observe all federal, state, and
   local environmental regulations.

---

## Section 14 - Transport Information

---

DOT
   Proper Shipping Name: Toluene

UN#: 1294
Class: 3
Packing Group: Packing Group II
Hazard Label: Flammable liquid
PIH: Not PIH

IATA
  Proper Shipping Name: Toluene
  IATA UN Number: 1294
  Hazard Class: 3
  Packing Group: II

---

## Section 15 - Regulatory Information

EU DIRECTIVES CLASSIFICATION
  Symbol of Danger: F-Xn
  Indication of Danger: Highly Flammable. Harmful.
  R: 11-38-48/20-63-65-67
  Risk Statements: Highly flammable. Irritating to skin. Harmful:
  danger of serious damage to health by prolonged exposure through
  inhalation. Possible risk of harm to the unborn child. Harmful:
  may cause lung damage if swallowed. Vapors may cause drowsiness
  and dizziness.
  S: 36/37-46-62
  Safety Statements: Wear suitable protective clothing and gloves.
  If swallowed, seek medical advice immediately and show this
  container or label. If swallowed, do not induce vomiting: seek
  medical advice immediately and show this container or label.

US CLASSIFICATION AND LABEL TEXT
  Indication of Danger: Flammable (USA) Highly Flammable (EU).
  Harmful.
  Risk Statements: Irritating to eyes and skin. Harmful: danger of
  serious damage to health by prolonged exposure through
  inhalation. Possible risk of harm to the unborn child. Harmful:
  may cause lung damage if swallowed. Vapors may cause drowsiness
  and dizziness.
  Safety Statements: In case of contact with eyes, rinse
  immediately with plenty of water and seek medical advice. Wear
  suitable protective clothing and gloves. If swallowed, seek
  medical advice immediately and show this container or label. If
  swallowed, do not induce vomiting: seek medical advice
  immediately and show this container or label.
  US Statements: Target organ(s): Liver. Kidneys. Calif. Prop. 65
  developmental hazard.

UNITED STATES REGULATORY INFORMATION
  SARA LISTED: Yes
  DEMINIMIS: 1 %
  NOTES: This product is subject to SARA section 313 reporting
  requirements.
  TSCA INVENTORY ITEM: Yes

UNITED STATES - STATE REGULATORY INFORMATION

CALIFORNIA PROP - 65
  California Prop - 65: This product is or contains chemical(s)
  known to the state of California to cause developmental
  toxicity. This product is or contains chemical(s) known to the
  state of California to cause developmental toxicity.

CANADA REGULATORY INFORMATION

WHMIS Classification: This product has been classified in accordance with the hazard criteria of the CPR, and the MSDS contains all the information required by the CPR.
DSL: Yes
NDSL: No

---

Section 16 - Other Information

---

DISCLAIMER
For R&D use only. Not for drug, household or other uses.

WARRANTY
The above information is believed to be correct but does not purport to be all inclusive and shall be used only as a guide. The information in this document is based on the present state of our knowledge and is applicable to the product with regard to appropriate safety precautions. It does not represent any guarantee of the properties of the product. Sigma-Aldrich Inc., shall not be held liable for any damage resulting from handling or from contact with the above product. See reverse side of invoice or packing slip for additional terms and conditions of sale. Copyright 2006 Sigma-Aldrich Co. License granted to make unlimited paper copies for internal use only.

# Material Safety Data Sheet

**Date of Issue:** 5/1/08

## 1. CHEMICAL PRODUCT AND COMPANY IDENTIFICATION

**Product Name:**   Crystal Plus 70-T
Crystal Plus TW 100
**Synonyms:**   Technical White Mineral Oil

**Chemical Family:** Petroleum Hydrocarbon
**Responsible Party:**

STE Oil Company, Inc.
2001 Clovis Barker
San Marcos, TX 78666
800-967-1931

**Emergency Overview**
**24 Hour Emergency Telephone Numbers:**
Spill, Leak, Fire or Accident Call CHEMTREC:
North America: (800) 424-9300
Others: (703) 527-3887 (collect)
California Poison Control System: (800) 356-3129
**Health Hazards/Precautionary Measures:** Avoid contact with eyes, skin and clothing. Wash thoroughly after handling.
**Physical Hazards/Precautionary Measures:** Keep away from all sources of ignition.
**Appearance:** Clear and bright, Water-white
**Physical Form:** Liquid
**Odor:** None

### NFPA 704 Hazard Class
**Health:** 0 **Flammability:** 1 **Instability:** 0 *Legend:* 0 (Least), 1 (Slight), 2 (Moderate), 3 (High), 4 (Extreme)

## 2. COMPOSITION / INFORMATION ON INGREDIENTS

| Non-Hazardous Components | | | | | |
|---|---|---|---|---|---|
| Component | Concentration (wt%) | ACGIH | OSHA | NIOSH | Other: |
| White Mineral Oil 8042-47-5 | 100 | 5 mg/m TWA 10 mg/m STEL | 5 mg/m | 2500 mg/m IDLH | As Oil Mist, if generated<br><br>5 mg/m NOHSC TWA |

Note: State, local or other agencies or advisory groups may have established more stringent limits. Consult an industrial hygienist or similar professional, or your local agencies, for further information.
1%=10,000 PPM.
NE=Not Established

## 3. HAZARD IDENTIFICATION
**Potential Health Effects**
**Eye:** Contact may cause mild eye irritation including stinging, watering, and redness.

**Skin:** Contact may cause mild skin irritation including redness, and a burning sensation. Prolonged or repeated contact can worsen irritation by causing drying and cracking of the skin leading to dermatitis (inflammation). Not acutely toxic by skin absorption, but prolonged or repeated skin contact may be harmful (see Section 11).

**Inhalation (Breathing):** No information available. Studies by other exposure routes suggest a low degree of toxicity by inhalation.

EPI00217

**Ingestion (Swallowing):** No harmful effects reported from ingestion.

**Signs and Symptoms:** Effects of overexposure may include irritation of the digestive tract, irritation of the respiratory tract, nausea and diarrhea.

**Cancer:** There is inadequate information to evaluate the cancer hazard of this material. See Section 11 for information on the individual components, if any.

**Target Organs:** Inadequate evidence available for this material. See Section 11 for target-organ toxicity information of individual components, if any.

**Developmental:** No data available for this material.

**Pre-Existing Medical Conditions:** Conditions aggravated by exposure may include skin disorders.

## 4. FIRST AID MEASURES

**Eye:** If irritation or redness develops, move victim away from exposure and into fresh air. Flush eyes with clean water. If symptoms persist, seek medical attention.

**Skin:** Wipe material from skin and remove contaminated shoes and clothing. Cleanse affected area(s) thoroughly by washing with mild soap and water and, if necessary, a waterless skin cleanser. If irritation or redness develops and persists, seek medical attention.

**Inhalation (Breathing):** If respiratory symptoms develop, move victim away from source of exposure and into fresh air. If symptoms persist, seek medical attention. If victim is not breathing, clear airway and immediately begin artificial respiration. If breathing difficulties develop, oxygen should be administered by qualified personnel. Seek immediate medical attention.

**Ingestion (Swallowing):** First aid is not normally required; however, if swallowed and symptoms develop, seek medical attention.

## 5. FIRE-FIGHTING MEASURES

**Flammable Properties:**

| | |
|---|---|
| **Flash Point:** | >340F |
| **Test Method:** | Cleveland Open Cup (COC), ASTM D92 |
| **OSHA Flammability Class:** | Not applicable |
| **LEL (vol % in air):** | No data |
| **UEL (vol % in air):** | No data |
| **Auto-Ignition Temperature:** | No data |

**Unusual Fire & Explosion Hazards:** This material may burn, but will not ignite readily. If container is not properly cooled, it can rupture in the heat of a fire.

**Extinguishing Media:** Dry chemical, carbon dioxide, foam, or water spray is recommended. Water or foam may cause frothing of materials heated above 212°F. Carbon dioxide can displace oxygen. Use caution when applying carbon dioxide in confined spaces.

**Fire Fighting Instructions:** For fires beyond the incipient stage, emergency responders in the immediate hazard area should wear bunker gear. When the potential chemical hazard is unknown, in enclosed or confined spaces, or when explicitly required by DOT, a self contained breathing apparatus should be worn. In addition, wear other appropriate protective equipment as conditions warrant (see Section 8). Isolate immediate hazard area, keep unauthorized personnel out. Water spray may be useful in minimizing or dispersing vapors and to protect personnel. Cool equipment exposed to fire with water, if it can be done with minimal risk.

## 6. ACCIDENTAL RELEASE MEASURES

This material may burn, but will not ignite readily. Keep all sources of ignition away from spill/release.

Stay upwind and away from spill/release. Notify persons downwind of the spill/release, isolate immediate hazard area and keep unauthorized personnel out. Stop spill/release if it can be done with minimal risk. Wear appropriate protective equipment including respiratory protection as conditions warrant (see Section 8).

Prevent spilled material from entering sewers, storm drains, other unauthorized drainage systems, and natural waterways. Dike far ahead of spill for later recovery or disposal. Spilled material may be absorbed into an appropriate absorbent material. Notify fire authorities and appropriate federal, state, and local agencies. Immediate cleanup of

EPI00218

any spill is recommended. If spill of any amount is made into or upon navigable waters, the contiguous zone, or adjoining shorelines, notify the National Response Center (phone number 800-424-8802).

# 7. HANDLING AND STORAGE

**Handling:** Do not enter confined spaces such as tanks or pits without following proper entry procedures such as ASTM D-4276 and 29CFR 1910.146. The use of appropriate respiratory protection is advised when concentrations exceed any established exposure limits (see Sections 2 and 8).

Do not wear contaminated clothing or shoes. Use good personal hygiene practices.

"Empty" containers retain residue and may be dangerous. Do not pressurize, cut, weld, braze, solder, drill, grind, or expose such containers to heat, flame, sparks, or other sources of ignition. They may explode and cause injury or death. "Empty" drums should be completely drained, properly bunged, and promptly shipped to the supplier or a drum re-conditioner. All containers should be disposed of in an environmentally safe manner and in accordance with governmental regulations.

Before working on or in tanks which contain or have contained this material, refer to OSHA regulations, ANSI Z49.1, and other references pertaining to cleaning, repairing, welding, or other contemplated operations.

**Storage:** Keep container(s) tightly closed. Use and store this material in cool, dry, well-ventilated areas away from heat and all sources of ignition. Store only in approved containers. Keep away from any incompatible material (see Section 10). Protect container(s) against physical damage.

# 8. EXPOSURE CONTROLS / PERSONAL PROTECTION

**Engineering controls:** If current ventilation practices are not adequate to maintain airborne concentrations below the established exposure limits (see Section 2), additional engineering controls may be required.

**Personal Protective Equipment (PPE):**

**Respiratory:** A NIOSH certified air purifying respirator with a Type 95 (R or P) particulate filter may be used under conditions where airborne concentrations are expected to exceed exposure limits (see Section 2).

Protection provided by air purifying respirators is limited (see manufacturer's respirator selection guide). Use a NIOSH approved self-contained breathing apparatus (SCBA) or equivalent operated in a pressure demand or other positive pressure mode if there is potential for an uncontrolled release, exposure levels are not known, or any other circumstances where air purifying respirators may not provide adequate protection.

A respiratory protection program that meets OSHA's 29 CFR 1910.134 and ANSI Z88.2 requirements must be followed whenever workplace conditions warrant a respirator's use.

**Skin:** The use of gloves impervious to the specific material handled is advised to prevent skin contact and possible irritation (see manufacturers literature for information on permeability).

**Eye/Face:** Approved eye protection to safeguard against potential eye contact, irritation, or injury is recommended. Depending on conditions of use, a face shield may be necessary.

**Other Protective Equipment:** A source of clean water should be available in the work area for flushing eyes and skin.

Impervious clothing should be worn as needed.

Suggestions for the use of specific protective materials are based on readily available published data. Users should check with specific manufacturers to confirm the performance of their products.

# 9. PHYSICAL AND CHEMICAL PROPERTIES

**Note:** Unless otherwise stated, values are determined at 20°C (68°F) and 760 mm Hg (1 atm).

| | |
|---|---|
| **Appearance:** | Clear and bright, Water-white |
| **Physical Form:** | Liquid |
| **Odor:** | Mild petroleum |
| **Odor Threshold:** | No data |
| **pH:** | Not applicable |
| **Vapor Pressure (mm Hg):** | <1 |
| **Vapor Density (air=1):** | >1 |
| **Boiling Point/Range:** | No data |
| **Melting/Freezing Point:** | No data |
| **Solubility in Water:** | Insoluble |
| **Partition Coefficient (n-octanol/water) (Kow):** | No data |
| **Specific Gravity:** | 0.82 – 0.88 |
| **Viscosity:** | 72 SUS@ 100F |
| **Percent Volatile:** | Nil |
| **Evaporation Rate (nBuAc=1):** | Nil |
| **Flash Point:** | >340F |

EPI00219

| | |
|---|---|
| Test Method: | Cleveland Open Cup (COC), ASTM D92 |
| LEL (vol % in air): | No data |
| UEL (vol % in air): | No data |
| Autoignition Temperature: | No data |
| Decomposition Temperature: | No data |

# 10. STABILITY AND REACTIVITY

**Stability:** Stable under normal ambient and anticipated storage and handling conditions of temperature and pressure.
**Conditions to Avoid:** Extended exposure to high temperatures can cause decomposition.
**Materials to Avoid (Incompatible Materials):** Avoid contact with strong oxidizing agents.
**Hazardous Decomposition Products:** Combustion can yield carbon, nitrogen, sulfur, phosphorus, and zinc oxides.
**Hazardous Polymerization:** Will not occur.

# 11. TOXICOLOGICAL INFORMATION

**Chronic Data:**
The petroleum base oils contained in this product have been highly refined by a variety of processes including severe hydrocracking/hydroprocessing to reduce aromatics and improve performance characteristics. All of the oils meet the IP-346 criteria of less than 3 percent PAH's and are not considered carcinogens by NTP, IARC, or OSHA.
*Target Organ:* Administration of certain mineral hydrocarbon white oils in the diet to Fischer 344 rats at 1500 mg/kg/day for 90 days resulted in the formation of microgranulomas in the liver. However, this response was not observed in studies conducted with other rat strains or dogs. Microgranulomas like those observed in the Fischer 344 rat studies have not been observed in humans.

# 12. ECOLOGICAL INFORMATION

Lubricant oil basestocks are complex mixtures of hydrocarbons (primarily branched chain alkanes and cycloalkanes) ranging in carbon number from C15 to C50. The aromatic hydrocarbon content of these mixtures varies with the severity of the refining process. White oils have negligible levels of aromatic hydrocarbons, whereas significant proportions are found in unrefined basestocks. Olefins are found only at very low concentrations. Volatilization is not significant after release of lubricating oil basestocks to the environment due to the very low vapor pressure of the hydrocarbon constituents. In water, lubricating oil basestocks will float and will spread at a rate that is viscosity dependent. Water solubilities are very low and dispersion occurs mainly from water movement with adsorption by sediment being the major fate process. In soil, lubricating oil basestocks show little mobility and adsorption is the predominant physical process.
Both acute and chronic ecotoxicity studies have been conducted on lubricant base oils. Results indicate that the acute aquatic toxicities to fish, *Daphnia*, *Ceriodaphnia* and algal species are above 1000 mg/l using either water accommodated fractions or oil in water dispersions. Since lubricant base oils mainly contain hydrocarbons having Carbon numbers in the range C15 to C50, it is predicted that acute toxicity would not be observed with these substances due to low water solubility. Results from chronic toxicity tests show that the no observed effect level (NOEL) usually exceeds 1000 mg/l for lubricant base oils with the overall weight of experimental evidence leading to the conclusion that lubricant base oils do not cause chronic toxicity to fish and invertebrates.
Large volumes spills of lubricant base oils into water will produce a layer of undissolved oil on the water surface that will cause direct physical fouling of organisms and may interfere with surface air exchange resulting in lower levels of dissolved oxygen. Petroleum products have also been associated with causing taint in fish even when the latter are caught in lightly contaminated environments. Highly refined base oils sprayed onto the surface of eggs will result in a failure to hatch.
Extensive experience from laboratory and field trials in a wide range of crops has confirmed that little or no damage is produced as a result of either aerosol exposure or direct application of oil emulsion to the leaves of crop plants. Base oils incorporated into soil have resulted in little or no adverse effects on seed germination and plant growth at contamination rates up to 4%.

# 13. DISPOSAL CONSIDERATIONS

This material under most intended uses would become used oil due to contamination by physical or chemical impurities. RECYCLE ALL USED OIL. While being recycled, used oil is regulated by 40 CFR 279. Use resulting in chemical or physical change or contamination may also subject it to regulation as hazardous waste. Under federal regulations, used oil is a solid waste managed under 40 CFR 279. However, in California, used oil is managed as hazardous waste until tested to show it is not hazardous. Consult state and local regulations regarding the proper handling of used oil. In the case of used oil, the intent to discard it may cause the used oil to be regulated as hazardous waste.
Contents should be completely used and containers emptied prior to discard. Rinsate may be considered a RCRA hazardous waste and must be disposed of with care and in compliance with federal, state and local regulations.

Large empty containers, such as drums, should be returned to the distributor or a drum re-conditioner. To assure proper disposal of small empty containers, consult with state and local regulations and disposal authorities.

# 14. TRANSPORTATION INFORMATION

**U.S. Department of Transportation (DOT)**
**Shipping Description:** Not regulated
**Note:** Material is unregulated unless shipped by land in a packaging having a capacity of 3,500 gallons or more. Then the provisions of 49 CFR, Part 130 apply.
**International Maritime Dangerous Goods (IMDG)**
**Shipping Description:** Not regulated
**International Civil Aviation Org. / International Air Transport Assoc. (ICAO/IATA)**
**Shipping Description:** Not regulated

# 15. REGULATORY INFORMATION

**U.S. Regulations:**
**CERCLA/SARA - Section 311/312 (Title III Hazard Categories)**
**Acute Health:** No
**Chronic Health:** No
**Fire Hazard:** No
**Pressure Hazard:** No
**Reactive Hazard:** No
**CERCLA/SARA - Section 313 and 40 CFR 372:**
This material contains the following chemicals subject to the reporting requirements of SARA 313 and 40 CFR 372:
--None Known--
**EPA (CERCLA) Reportable Quantity (in pounds):**
--None Known--
**CERCLA/SARA - Section 302 Extremely Hazardous Substances and TPQs (in pounds):**
This material contains the following chemicals subject to the reporting requirements of SARA 302 and 40 CFR 372:
-- None Known --
**California Proposition 65:**
Warning: This material contains the following chemicals which are known to the State of California to cause cancer, birth defects or other reproductive harm, and are subject to the requirements of California Proposition 65 (CA Health & Safety Code Section 25249.5):
-- None Known --
**Carcinogen Identification:**
This material has not been identified as a carcinogen by NTP, IARC, or OSHA. See Section 11 for carcinogenicity information of individual components, if any.
**TSCA:**
All components are listed on the TSCA inventory.
**International Regulations:**
**Canadian Regulations:** This product has been classified in accordance with the hazard criteria of the Controlled Products Regulations (CPR) and the MSDS contains all the information required by the CPR.
**Domestic Substances List:** Listed
**WHMIS Hazard Class:**
Not Regulated
**International Inventories:**
This material is listed on the following inventories:
Australia (AICS)
Canada (DSL)
China
Europe (EINECS)
Korea (Existing and Evaluated Chemical Substances)
Philippines (PICCS)
Japan (ENCS)

# 16. OTHER INFORMATION

**Disclaimer of Expressed and Implied Warranties:**
The information presented in this Material Safety Data Sheet is based on data believed to be accurate as of the date this Material Safety Data Sheet was prepared. HOWEVER, NO WARRANTY OF MERCHANTABILITY, FITNESS FOR ANY PARTICULAR PURPOSE, OR ANY OTHER WARRANTY IS EXPRESSED OR IS TO BE IMPLIED

REGARDING THE ACCURACY OR COMPLETENESS OF THE INFORMATION PROVIDED ABOVE, THE RESULTS TO BE OBTAINED FROM THE USE OF THIS INFORMATION OR THE PRODUCT, THE SAFETY OF THIS PRODUCT, OR THE HAZARDS RELATED TO ITS USE. No responsibility is assumed for any damage or injury resulting from abnormal use or from any failure to adhere to recommended practices.  The information provided above, and the product, are furnished on the condition that the person receiving them shall make their own determination as to the suitability of the product for their particular purpose and on the condition that they assume the risk of their use.  In addition, no authorization is given nor implied to practice any patented invention without a license

EPI00222



## MATERIAL SAFETY DATA SHEET

## 1. CHEMICAL PRODUCT AND COMPANY INFORMATION

**Product Name:** RAFFINATE - CHEMICALS

**Manufacturer Information:**

Sunoco, Inc. (R&M)
Ten Penn Center
1801 Market Street
Philadelphia, Pennsylvania, 19103-1699

**Product Use:**

Chemical intermediate

**Emergency Phone Numbers:**

Chemtrec          (800) 424-9300
Sunoco Inc.       (800) 964-8861

**Information:**

Product Safety Information      (610) 859-1120

## 2. COMPOSITION/INFORMATION ON INGREDIENTS

| Component | CAS No. | Amount (Vol%) |
|---|---|---|
| 2,3-DIMETHYLBUTANE | 79-29-8 | 0 - 20 |
| 2-METHYLPENTANE | 107-83-5 | 0 - 20 |
| 3-METHYLPENTANE | 96-14-0 | 0 - 15 |
| HEXANE | 110-54-3 | 0 - 15 |
| METHYLCYCLOPENTANE | 96-37-7 | 0 - 10 |
| PENTANE | 109-66-0 | 0 - 8 |
| TOLUENE | 108-88-3 | 0 - 8 |
| ISOPENTANE | 78-78-4 | 0 - 5 |
| 2,2-DIMETHYLBUTANE | 75-83-2 | 0 - 5 |
| CYCLOHEXANE | 110-82-7 | 0 - 5 |
| BENZENE | 71-43-2 | 0 - 4 |
| BUTANE | 106-97-8 | 0 - 3 |
| XYLENE | 1330-20-7 | 0 - 2 |

**EXPOSURE GUIDELINES (SEE SECTION 15 FOR ADDITIONAL EXPOSURE LIMITS)**

| | CAS No. | Governing Body | Exposure Limits | | |
|---|---|---|---|---|---|
| BENZENE | 71-43-2 | OSHA | C | 5 | ppm Ceiling |
| BENZENE | 71-43-2 | ACGIH | STEL | 2.5 | ppm |
| BENZENE | 71-43-2 | OSHA | STEL | 5 | ppm |
| BENZENE | 71-43-2 | ACGIH | TWA | 0.5 | ppm |
| BENZENE | 71-43-2 | OSHA | TWA | 1 | ppm |
| BUTANE | 106-97-8 | ACGIH | TWA | 1000 | ppm |

| CYCLOHEXANE | 110-82-7 | ACGIH | TWA | 100 | ppm |
|---|---|---|---|---|---|
| CYCLOHEXANE | 110-82-7 | OSHA | TWA | 300 | ppm |
| HEXANE | 110-54-3 | ACGIH | TWA | 50 | ppm |
| HEXANE | 110-54-3 | OSHA | TWA | 500 | ppm |
| ISOPENTANE | 78-78-4 | Sunoco | STEL | 750 | ppm |
| ISOPENTANE | 78-78-4 | ACGIH | TWA | 600 | ppm |
| ISOPENTANE | 78-78-4 | Sunoco | TWA | 600 | ppm |
| PENTANE | 109-66-0 | ACGIH | TWA | 600 | ppm |
| PENTANE | 109-66-0 | OSHA | TWA | 1000 | ppm |
| TOLUENE | 108-88-3 | OSHA | C. | 0 | ppm |
| TOLUENE | 108-88-3 | Sunoco | STEL | 150 | ppm |
| TOLUENE | 108-88-3 | NIOSH | STEL | 150 | ppm |
| TOLUENE | 108-88-3 | ACGIH | TWA | 50 | ppm |
| TOLUENE | 108-88-3 | OSHA | TWA | 200 | ppm |
| XYLENE | 1330-20-7 | ACGIH | STEL | 150 | ppm |
| XYLENE | 1330-20-7 | ACGIH | TWA | 100 | ppm |
| XYLENE | 1330-20-7 | OSHA | TWA | 100 | ppm |

## 3. HAZARDS IDENTIFICATION

- **EMERGENCY OVERVIEW**
  Danger! Extremely flammable liquid and vapor. Vapors may cause flash fire or explosion. Harmful if inhaled. May produce nervous system effects, including drowsiness, dizziness, coma and even death. Harmful or fatal if swallowed. Pulmonary aspiration hazard. After ingestion, may enter lungs and produce damage. May cause skin irritation. Contains material or materials that can cause cancer. May cause severe chronic toxicity.

  Hazards Ratings:
  *Key: 0 = least, 1 = slight, 2 = moderate, 3 = high, 4 = extreme*

  | | Health | Fire | Reactivity | PPI |
  |---|---|---|---|---|
  | NFPA | 1 | 4 | 0 | |
  | HMIS | 2 | 4 | 0 | X |

- **POTENTIAL HEALTH EFFECTS**

  - **PRE-EXISTING MEDICAL CONDITIONS**
    The following diseases or disorders may be aggravated by exposure to this product:  Skin;  Eye;  Blood forming organs;  Respiratory system;  Lung (asthma-like conditions);
  - **INHALATION**
    Can cause severe central nervous system depression (including unconsciousness).  May cause headaches and dizziness.  Repeated excessive exposures may cause blood disorders such as anemia and leukemia.  Contains a material that has been related to cancer in humans.

    | LC50 (mg/l): | no data |
    |---|---|
    | LC50 (mg/m3): | no data |
    | LC50 (ppm): | no data |

  - **SKIN**
    May be absorbed through the skin in harmful amounts.  Moderately irritating to the skin.  Prolonged or repeated contact can result in defatting and drying of the skin which may result in skin irritation and dermatitis (rash).

    | Draize Skin Score: | no data | Out of 8.0 |
    |---|---|---|
    | LD50 (mg/kg): | no data | |

  - **EYES**
    Substance causes slight eye irritation.
  - **INGESTION**
    Product may be harmful or fatal if swallowed.  Pulmonary aspiration hazard.  After ingestion, may enter lungs and produce damage.  Irritating to mouth, throat, and stomach.

LD50 (g/kg):        no data

## 4. FIRST AID MEASURES

- **INHALATION**
  Remove to fresh air.  If not breathing, give artificial respiration.  If breathing is difficult, give oxygen and continue to monitor.  Get immediate medical attention.
- **SKIN**
  Wash with soap and water.  Get medical attention if irritation develops or persists.  Wash clothing before reuse.  Destroy contaminated shoes and other leather products.
- **EYES**
  Flush eye with water for 15 minutes.  Get medical attention.
- **INGESTION**
  Do not induce vomiting!  Do not give liquids!  Get medical attention immediately.

## 5. FIRE FIGHTING MEASURES

- **EXTINGUISHING MEDIA**
  Water spray; Regular foam; Dry chemical; Carbon dioxide;
- **FIRE FIGHTING INSTRUCTIONS**
  Use water spray.  Use water spray to cool fire exposed tanks and containers.  Wear structural fire fighting gear.  As in any fire, wear self-contained breathing apparatus pressure-demand, MSHA/NIOSH (approved or equivalent) and full protective gear.

### FLAMMABLE PROPERTIES

|  | Typical | Minimum | Maximum | Text Result | Units | Method |
|---|---|---|---|---|---|---|
| Flash Point | -40 |  |  |  | F | N/A |
| Autoignition Temperature | 750 |  |  | Estimated | F | N/A |
| Lower Explosion Limit | 1.5 |  |  | Estimated | % | N/A |
| Upper Explosion Limit | 7.6 |  |  | Estimated | % | N/A |

## 6. ACCIDENTAL RELEASE MEASURES

Prevent ignition, stop leak and ventilate the area.  Contain spilled liquid with sand or earth.  DO NOT use combustible materials such as sawdust.  Vapor can be controlled using a water fog.  Water streams should not be directed to the liquid as this will cause the liquid to boil and generate more vapor.  Keep personnel upwind from leak.  Use appropriate personal protective equipment as stated in Section 8 of this MSDS.  Advise the Environmental Protection Agency (EPA) and appropriate state agencies, if required.  Absorb spill with inert material (e.g., dry sand or earth), then place in a chemical waste container.  Vacuum or sweep up material and place in a disposal container.

## 7. HANDLING AND STORAGE

- **HANDLING**
  Use only in a well-ventilated area.  Ground and bond containers when transferring material.  NFPA class IA storage.  Flash point is less than 73 degrees F and boiling point is less than 100 degrees F.  Avoid breathing (dust, vapor, mist, gas).  Avoid prolonged or repeated contact with skin.  Avoid contact with eyes.  Wash thoroughly after handling.  Never siphon by mouth.
- **STORAGE**
  Keep away from heat, sparks, and flame.  Keep container closed when not in use.  Consult NFPA and / or OSHA codes for additional information.

## 8. EXPOSURE CONTROLS/PERSONAL PROTECTION

R00000495200, RAFFINATE - CHEMICALS
04/21/05

CHEMRISK SUPP 000023

3

EPI00225

Consult With a Health and Safety Professional for Specific Selections

- **ENGINEERING CONTROLS**
  Use with adequate ventilation. Ventilation is normally required when handling or using this product to keep exposure to airborne contaminants below the exposure limit. Use explosion-proof ventilation equipment.
- **PERSONAL PROTECTION**

  - **EYE PROTECTION**
    Use chemical splash goggles and face shield (ANSI Z87.1 or approved equivalent).
  - **GLOVES or HAND PROTECTION**
    Protective gloves are recommended when prolonged skin contact cannot be avoided. The glove(s) listed below may provide protection against permeation. Gloves of other chemically resistant materials may not provide adequate protection. Neoprene; Nitrile; Polyvinyl alcohol; Viton;
  - **RESPIRATORY PROTECTION**
    Concentration in air determines the level of respiratory protection needed. Use only NIOSH certified respiratory equipment. Half-mask air purifying respirator with organic vapor cartridges is acceptable for exposures to ten (10) times the exposure limit. Full-face air purifying respirator with organic vapor cartridges is acceptable for exposures to fifty (50) times the exposure limit. Exposure should not exceed the cartridge limit of 1000 ppm. Protection by air purifying respirators is limited. Use a positive pressure-demand full-face supplied air respirator or SCBA for exposures greater than fifty (50) times the exposure limit. If exposure is above the IDLH (Immediately Dangerous to Life and Health) or there is the possibility of an uncontrolled release, or exposure levels are unknown, then use a positive pressure-demand full-face supplied air respirator with escape bottle or SCBA. Wear a NIOSH-approved (or equivalent) full-facepiece airline respirator in the positive pressure mode with emergency escape provisions.
  - **OTHER**
    Where splashing is possible, full chemically resistant protective clothing (e.g., acid suit) and boots are required. The following materials are acceptable for use as protective clothing: Polyvinyl alcohol (PVA); Neoprene; Nitrile; Viton; Facilities storing or utilizing this material should be equipped with an eyewash facility and a safety shower. Remove contaminated clothing and wash before reuse. For non-fire emergencies, positive pressure SCBA and structural firefighter's protective clothing will provide only limited protection.

## 9. PHYSICAL AND CHEMICAL PROPERTIES

| Physical Property | Typical | Units | Text Result | Reference |
|---|---|---|---|---|
| Appearance | | N/A | Colorless liq | |
| Boiling Point | | F | | |
| Bulk Density | | lb/gal | no data | |
| Melting Point | | F | no data | |
| Molecular Weight | | g/mole | no data | |
| Octanol/Water Coefficient | | N/A | no data | |
| pH | | N/A | no data | |
| Specific Gravity | 0.75 | N/A | | |
| Solubility in Water | | wt % | Nil | |
| Odor | | N/A | Gasoline | |
| Odor Threshold | 15 | ppm | Estimated | |
| Vapor Pressure | 525 | mmHg | | @ 20 C |
| Viscosity (F) | | SUS | no data | |
| Viscosity (C) | | CsT | no data | |
| % Volatile | 100 | wt % | | |

## 10. STABILITY AND REACTIVITY

- **STABILITY**
  Stable
- **CONDITIONS TO AVOID**
  Avoid heat, sparks and open flame.
- **INCOMPATIBILITY**
  Strong oxidizers
- **HAZARDOUS DECOMPOSITION PRODUCTS**
  Combustion may produce carbon monoxide, carbon dioxide and other asphyxiants.
- **HAZARDOUS POLYMERIZATION**
  Will not polymerize.

## 11. ECOLOGICAL INFORMATION
No data available

## 12. DISPOSAL CONSIDERATIONS
Follow federal, state and local regulations.  This material is a RCRA hazardous waste.  Do not flush material to drain or storm sewer.  Contract to authorized disposal service.

## 13. TRANSPORT INFORMATION

| Governing Body | Mode | Proper Shipping Name |
|---|---|---|
| DOT | Ground | Naphtha, solvent |

| Governing Body | Mode | Hazard Class | UN/NA No. | Label |
|---|---|---|---|---|
| DOT | Ground | 3 (Flammable liquid) | UN1256 | No data available |

## 14. REGULATORY INFORMATION

| Regulatory List | Component | CAS No. |
|---|---|---|
| ACGIH - Occupational Exposure Limits - Carcinogens | BENZENE | 71-43-2 |
| ACGIH - Occupational Exposure Limits - Carcinogens | TOLUENE | 108-88-3 |
| ACGIH - Occupational Exposure Limits - Carcinogens | XYLENE | 1330-20-7 |
| ACGIH - Occupational Exposure Limits - TWAs | BENZENE | 71-43-2 |
| ACGIH - Occupational Exposure Limits - TWAs | BUTANE | 106-97-8 |
| ACGIH - Occupational Exposure Limits - TWAs | CYCLOHEXANE | 110-82-7 |
| ACGIH - Occupational Exposure Limits - TWAs | HEXANE | 110-54-3 |
| ACGIH - Occupational Exposure Limits - TWAs | ISOPENTANE | 78-78-4 |
| ACGIH - Occupational Exposure Limits - TWAs | PENTANE | 109-66-0 |
| ACGIH - Occupational Exposure Limits - TWAs | TOLUENE | 108-88-3 |
| ACGIH - Occupational Exposure Limits - TWAs | XYLENE | 1330-20-7 |
| ACGIH - Short Term Exposure Limits | BENZENE | 71-43-2 |
| ACGIH - Short Term Exposure Limits | XYLENE | 1330-20-7 |
| ACGIH - Skin Absorption Designation | BENZENE | 71-43-2 |
| ACGIH - Skin Absorption Designation | HEXANE | 110-54-3 |
| ACGIH - Skin Absorption Designation | TOLUENE | 108-88-3 |
| CAA (Clean Air Act) - HON Rule - Organic HAPs | BENZENE | 71-43-2 |
| CAA (Clean Air Act) - HON Rule - Organic HAPs | HEXANE | 110-54-3 |
| CAA (Clean Air Act) - HON Rule - Organic HAPs | TOLUENE | 108-88-3 |
| CAA (Clean Air Act) - HON Rule - Organic HAPs | XYLENE | 1330-20-7 |
| CAA (Clean Air Act) - HON Rule - SOCMI Chemicals | BENZENE | 71-43-2 |
| CAA (Clean Air Act) - HON Rule - SOCMI Chemicals | CYCLOHEXANE | 110-82-7 |
| CAA (Clean Air Act) - HON Rule - SOCMI Chemicals | HEXANE | 110-54-3 |
| CAA (Clean Air Act) - HON Rule - SOCMI Chemicals | TOLUENE | 108-88-3 |
| CAA (Clean Air Act) - HON Rule - SOCMI Chemicals | XYLENE | 1330-20-7 |

| | | |
|---|---|---|
| CAA - 1990 Hazardous Air Pollutants | BENZENE | 71-43-2 |
| CAA - 1990 Hazardous Air Pollutants | HEXANE | 110-54-3 |
| CAA - 1990 Hazardous Air Pollutants | TOLUENE | 108-88-3 |
| CAA - 1990 Hazardous Air Pollutants | XYLENE | 1330-20-7 |
| California - Prop. 65 - Developmental Toxicity | BENZENE | 71-43-2 |
| California - Prop. 65 - Developmental Toxicity | TOLUENE | 108-88-3 |
| California - Prop. 65 - Reproductive - Male | BENZENE | 71-43-2 |
| California - Proposition 65 - Carcinogens List | BENZENE | 71-43-2 |
| Canada - WHMIS - Ingredient Disclosure | 2,2-DIMETHYLBUTANE | 75-83-2 |
| Canada - WHMIS - Ingredient Disclosure | 2,3-DIMETHYLBUTANE | 79-29-8 |
| Canada - WHMIS - Ingredient Disclosure | 2-METHYLPENTANE | 107-83-5 |
| Canada - WHMIS - Ingredient Disclosure | BENZENE | 71-43-2 |
| Canada - WHMIS - Ingredient Disclosure | BUTANE | 106-97-8 |
| Canada - WHMIS - Ingredient Disclosure | CYCLOHEXANE | 110-82-7 |
| Canada - WHMIS - Ingredient Disclosure | HEXANE | 110-54-3 |
| Canada - WHMIS - Ingredient Disclosure | PENTANE | 109-66-0 |
| Canada - WHMIS - Ingredient Disclosure | TOLUENE | 108-88-3 |
| CERCLA/SARA - Haz Substances and their RQs | BENZENE | 71-43-2 |
| CERCLA/SARA - Haz Substances and their RQs | BENZENE | 71-43-2 |
| CERCLA/SARA - Haz Substances and their RQs | BENZENE | 71-43-2 |
| CERCLA/SARA - Haz Substances and their RQs | CYCLOHEXANE | 110-82-7 |
| CERCLA/SARA - Haz Substances and their RQs | CYCLOHEXANE | 110-82-7 |
| CERCLA/SARA - Haz Substances and their RQs | CYCLOHEXANE | 110-82-7 |
| CERCLA/SARA - Haz Substances and their RQs | HEXANE | 110-54-3 |
| CERCLA/SARA - Haz Substances and their RQs | HEXANE | 110-54-3 |
| CERCLA/SARA - Haz Substances and their RQs | HEXANE | 110-54-3 |
| CERCLA/SARA - Haz Substances and their RQs | TOLUENE | 108-88-3 |
| CERCLA/SARA - Haz Substances and their RQs | TOLUENE | 108-88-3 |
| CERCLA/SARA - Haz Substances and their RQs | TOLUENE | 108-88-3 |
| CERCLA/SARA - Haz Substances and their RQs | XYLENE | 1330-20-7 |
| CERCLA/SARA - Haz Substances and their RQs | XYLENE | 1330-20-7 |
| CERCLA/SARA - Haz Substances and their RQs | XYLENE | 1330-20-7 |
| CERCLA/SARA - Section 313 - Emission Reporting | BENZENE | 71-43-2 |
| CERCLA/SARA - Section 313 - Emission Reporting | CYCLOHEXANE | 110-82-7 |
| CERCLA/SARA - Section 313 - Emission Reporting | HEXANE | 110-54-3 |
| CERCLA/SARA - Section 313 - Emission Reporting | TOLUENE | 108-88-3 |
| CERCLA/SARA - Section 313 - Emission Reporting | XYLENE | 1330-20-7 |
| CWA (Clean Water Act) - Hazardous Substances | BENZENE | 71-43-2 |
| CWA (Clean Water Act) - Hazardous Substances | CYCLOHEXANE | 110-82-7 |
| CWA (Clean Water Act) - Hazardous Substances | TOLUENE | 108-88-3 |
| CWA (Clean Water Act) - Hazardous Substances | XYLENE | 1330-20-7 |
| CWA (Clean Water Act) - Priority Pollutants | BENZENE | 71-43-2 |
| CWA (Clean Water Act) - Priority Pollutants | TOLUENE | 108-88-3 |
| CWA (Clean Water Act) - Toxic Pollutants | BENZENE | 71-43-2 |
| CWA (Clean Water Act) - Toxic Pollutants | TOLUENE | 108-88-3 |
| IARC - Group 1 (carcinogenic to humans) | BENZENE | 71-43-2 |
| IARC - Group 3 (not classifiable) | TOLUENE | 108-88-3 |
| IARC - Group 3 (not classifiable) | XYLENE | 1330-20-7 |
| Inventory - Australia (AICS) | 2,2-DIMETHYLBUTANE | 75-83-2 |
| Inventory - Australia (AICS) | 2,3-DIMETHYLBUTANE | 79-29-8 |
| Inventory - Australia (AICS) | 2-METHYLPENTANE | 107-83-5 |
| Inventory - Australia (AICS) | 3-METHYLPENTANE | 96-14-0 |
| Inventory - Australia (AICS) | BENZENE | 71-43-2 |
| Inventory - Australia (AICS) | BUTANE | 106-97-8 |
| Inventory - Australia (AICS) | CYCLOHEXANE | 110-82-7 |
| Inventory - Australia (AICS) | HEXANE | 110-54-3 |
| Inventory - Australia (AICS) | ISOPENTANE | 78-76-4 |
| Inventory - Australia (AICS) | METHYLCYCLOPENTANE | 96-37-7 |
| Inventory - Australia (AICS) | PENTANE | 109-66-0 |
| Inventory - Australia (AICS) | TOLUENE | 108-88-3 |
| Inventory - Australia (AICS) | XYLENE | 1330-20-7 |
| Inventory - Canada - Domestic Substances List | 2,2-DIMETHYLBUTANE | 75-83-2 |

| | | |
|---|---|---|
| Inventory - Canada - Domestic Substances List | 2,3-DIMETHYLBUTANE | 79-29-8 |
| Inventory - Canada - Domestic Substances List | 2-METHYLPENTANE | 107-83-5 |
| Inventory - Canada - Domestic Substances List | 3-METHYLPENTANE | 96-14-0 |
| Inventory - Canada - Domestic Substances List | BENZENE | 71-43-2 |
| Inventory - Canada - Domestic Substances List | BUTANE | 106-97-8 |
| Inventory - Canada - Domestic Substances List | CYCLOHEXANE | 110-82-7 |
| Inventory - Canada - Domestic Substances List | HEXANE | 110-54-3 |
| Inventory - Canada - Domestic Substances List | ISOPENTANE | 78-78-4 |
| Inventory - Canada - Domestic Substances List | METHYLCYCLOPENTANE | 96-37-7 |
| Inventory - Canada - Domestic Substances List | PENTANE | 109-66-0 |
| Inventory - Canada - Domestic Substances List | TOLUENE | 108-88-3 |
| Inventory - Canada - Domestic Substances List | XYLENE | 1330-20-7 |
| Inventory - China | 2,2-DIMETHYLBUTANE | 75-83-2 |
| Inventory - China | 2,3-DIMETHYLBUTANE | 79-29-8 |
| Inventory - China | 2-METHYLPENTANE | 107-83-5 |
| Inventory - China | 3-METHYLPENTANE | 96-14-0 |
| Inventory - China | BENZENE | 71-43-2 |
| Inventory - China | BUTANE | 106-97-8 |
| Inventory - China | CYCLOHEXANE | 110-82-7 |
| Inventory - China | HEXANE | 110-54-3 |
| Inventory - China | ISOPENTANE | 78-78-4 |
| Inventory - China | METHYLCYCLOPENTANE | 96-37-7 |
| Inventory - China | PENTANE | 109-66-0 |
| Inventory - China | TOLUENE | 108-88-3 |
| Inventory - China | XYLENE | 1330-20-7 |
| Inventory - European EINECS Inventory | 2,2-DIMETHYLBUTANE | 75-83-2 |
| Inventory - European EINECS Inventory | 2,3-DIMETHYLBUTANE | 79-29-8 |
| Inventory - European EINECS Inventory | 2-METHYLPENTANE | 107-83-5 |
| Inventory - European EINECS Inventory | 3-METHYLPENTANE | 96-14-0 |
| Inventory - European EINECS Inventory | BENZENE | 71-43-2 |
| Inventory - European EINECS Inventory | BUTANE | 106-97-8 |
| Inventory - European EINECS Inventory | CYCLOHEXANE | 110-82-7 |
| Inventory - European EINECS Inventory | HEXANE | 110-54-3 |
| Inventory - European EINECS Inventory | ISOPENTANE | 78-78-4 |
| Inventory - European EINECS Inventory | METHYLCYCLOPENTANE | 96-37-7 |
| Inventory - European EINECS Inventory | PENTANE | 109-66-0 |
| Inventory - European EINECS Inventory | TOLUENE | 108-88-3 |
| Inventory - European EINECS Inventory | XYLENE | 1330-20-7 |
| Inventory - Japan - (ENCS) | 2,2-DIMETHYLBUTANE | 75-83-2 |
| Inventory - Japan - (ENCS) | 2,3-DIMETHYLBUTANE | 79-29-8 |
| Inventory - Japan - (ENCS) | 2-METHYLPENTANE | 107-83-5 |
| Inventory - Japan - (ENCS) | 3-METHYLPENTANE | 96-14-0 |
| Inventory - Japan - (ENCS) | BENZENE | 71-43-2 |
| Inventory - Japan - (ENCS) | BUTANE | 106-97-8 |
| Inventory - Japan - (ENCS) | CYCLOHEXANE | 110-82-7 |
| Inventory - Japan - (ENCS) | HEXANE | 110-54-3 |
| Inventory - Japan - (ENCS) | ISOPENTANE | 78-78-4 |
| Inventory - Japan - (ENCS) | PENTANE | 109-66-0 |
| Inventory - Japan - (ENCS) | TOLUENE | 108-88-3 |
| Inventory - Japan - (ENCS) | XYLENE | 1330-20-7 |
| Inventory - Korea - Existing and Evaluated | 2,2-DIMETHYLBUTANE | 75-83-2 |
| Inventory - Korea - Existing and Evaluated | 2,3-DIMETHYLBUTANE | 79-29-8 |
| Inventory - Korea - Existing and Evaluated | 2-METHYLPENTANE | 107-83-5 |
| Inventory - Korea - Existing and Evaluated | 3-METHYLPENTANE | 96-14-0 |
| Inventory - Korea - Existing and Evaluated | BENZENE | 71-43-2 |
| Inventory - Korea - Existing and Evaluated | BUTANE | 106-97-8 |
| Inventory - Korea - Existing and Evaluated | CYCLOHEXANE | 110-82-7 |
| Inventory - Korea - Existing and Evaluated | HEXANE | 110-54-3 |
| Inventory - Korea - Existing and Evaluated | ISOPENTANE | 78-78-4 |
| Inventory - Korea - Existing and Evaluated | METHYLCYCLOPENTANE | 96-37-7 |
| Inventory - Korea - Existing and Evaluated | PENTANE | 109-66-0 |
| Inventory - Korea - Existing and Evaluated | TOLUENE | 108-88-3 |

R00000495200, RAFFINATE - CHEMICALS
04/21/05

7

CHEMRISK SUPP 000027

EPI00229

| | | |
|---|---|---|
| Inventory - Korea - Existing and Evaluated | XYLENE | 1330-20-7 |
| Inventory - Philippines Inventory (PICCS) | 2,2-DIMETHYLBUTANE | 75-83-2 |
| Inventory - Philippines Inventory (PICCS) | 2,3-DIMETHYLBUTANE | 79-29-8 |
| Inventory - Philippines Inventory (PICCS) | 2-METHYLPENTANE | 107-83-5 |
| Inventory - Philippines Inventory (PICCS) | 3-METHYLPENTANE | 96-14-0 |
| Inventory - Philippines Inventory (PICCS) | BENZENE | 71-43-2 |
| Inventory - Philippines Inventory (PICCS) | BUTANE | 106-97-8 |
| Inventory - Philippines Inventory (PICCS) | CYCLOHEXANE | 110-82-7 |
| Inventory - Philippines Inventory (PICCS) | HEXANE | 110-54-3 |
| Inventory - Philippines Inventory (PICCS) | ISOPENTANE | 78-78-4 |
| Inventory - Philippines Inventory (PICCS) | METHYLCYCLOPENTANE | 96-37-7 |
| Inventory - Philippines Inventory (PICCS) | PENTANE | 109-66-0 |
| Inventory - Philippines Inventory (PICCS) | TOLUENE | 108-88-3 |
| Inventory - Philippines Inventory (PICCS) | XYLENE | 1330-20-7 |
| Inventory - TSCA - Sect. 8(b) Inventory | 2,2-DIMETHYLBUTANE | 75-83-2 |
| Inventory - TSCA - Sect. 8(b) Inventory | 2,3-DIMETHYLBUTANE | 79-29-8 |
| Inventory - TSCA - Sect. 8(b) Inventory | 2-METHYLPENTANE | 107-83-5 |
| Inventory - TSCA - Sect. 8(b) Inventory | 3-METHYLPENTANE | 96-14-0 |
| Inventory - TSCA - Sect. 8(b) Inventory | BENZENE | 71-43-2 |
| Inventory - TSCA - Sect. 8(b) Inventory | BUTANE | 106-97-8 |
| Inventory - TSCA - Sect. 8(b) Inventory | CYCLOHEXANE | 110-82-7 |
| Inventory - TSCA - Sect. 8(b) Inventory | HEXANE | 110-54-3 |
| Inventory - TSCA - Sect. 8(b) Inventory | ISOPENTANE | 78-78-4 |
| Inventory - TSCA - Sect. 8(b) Inventory | METHYLCYCLOPENTANE | 96-37-7 |
| Inventory - TSCA - Sect. 8(b) Inventory | PENTANE | 109-66-0 |
| Inventory - TSCA - Sect. 8(b) Inventory | TOLUENE | 108-88-3 |
| Inventory - TSCA - Sect. 8(b) Inventory | XYLENE | 1330-20-7 |
| Massachusetts - Right To Know List | 2,2-DIMETHYLBUTANE | 75-83-2 |
| Massachusetts - Right To Know List | 2,3-DIMETHYLBUTANE | 79-29-8 |
| Massachusetts - Right To Know List | 2-METHYLPENTANE | 107-83-5 |
| Massachusetts - Right To Know List | 3-METHYLPENTANE | 96-14-0 |
| Massachusetts - Right To Know List | BENZENE | 71-43-2 |
| Massachusetts - Right To Know List | BUTANE | 106-97-8 |
| Massachusetts - Right To Know List | CYCLOHEXANE | 110-82-7 |
| Massachusetts - Right To Know List | HEXANE | 110-54-3 |
| Massachusetts - Right To Know List | ISOPENTANE | 78-78-4 |
| Massachusetts - Right To Know List | METHYLCYCLOPENTANE | 96-37-7 |
| Massachusetts - Right To Know List | PENTANE | 109-66-0 |
| Massachusetts - Right To Know List | TOLUENE | 108-88-3 |
| Massachusetts - Right To Know List | XYLENE | 1330-20-7 |
| New Jersey - Department of Health RTK List | 2,2-DIMETHYLBUTANE | 75-83-2 |
| New Jersey - Department of Health RTK List | 2,3-DIMETHYLBUTANE | 79-29-8 |
| New Jersey - Department of Health RTK List | BENZENE | 71-43-2 |
| New Jersey - Department of Health RTK List | BUTANE | 106-97-8 |
| New Jersey - Department of Health RTK List | CYCLOHEXANE | 110-82-7 |
| New Jersey - Department of Health RTK List | HEXANE | 110-54-3 |
| New Jersey - Department of Health RTK List | ISOPENTANE | 78-78-4 |
| New Jersey - Department of Health RTK List | METHYLCYCLOPENTANE | 96-37-7 |
| New Jersey - Department of Health RTK List | PENTANE | 109-66-0 |
| New Jersey - Department of Health RTK List | TOLUENE | 108-88-3 |
| New Jersey - Department of Health RTK List | XYLENE | 1330-20-7 |
| New Jersey - Env Hazardous Substances List | BENZENE | 71-43-2 |
| New Jersey - Env Hazardous Substances List | BUTANE | 106-97-8 |
| New Jersey - Env Hazardous Substances List | CYCLOHEXANE | 110-82-7 |
| New Jersey - Env Hazardous Substances List | HEXANE | 110-54-3 |
| New Jersey - Env Hazardous Substances List | ISOPENTANE | 78-78-4 |
| New Jersey - Env Hazardous Substances List | PENTANE | 109-66-0 |
| New Jersey - Env Hazardous Substances List | TOLUENE | 108-88-3 |
| New Jersey - Env Hazardous Substances List | XYLENE | 1330-20-7 |
| New Jersey - Special Hazardous Substances | 2,2-DIMETHYLBUTANE | 75-83-2 |
| New Jersey - Special Hazardous Substances | 2,3-DIMETHYLBUTANE | 79-29-8 |
| New Jersey - Special Hazardous Substances | BENZENE | 71-43-2 |

R00000495200, RAFFINATE - CHEMICALS
04/21/05

CHEMRISK SUPP 000028

| | | |
|---|---|---|
| New Jersey - Special Hazardous Substances | BUTANE | 106-97-8 |
| New Jersey - Special Hazardous Substances | CYCLOHEXANE | 110-82-7 |
| New Jersey - Special Hazardous Substances | HEXANE | 110-54-3 |
| New Jersey - Special Hazardous Substances | ISOPENTANE | 78-78-4 |
| New Jersey - Special Hazardous Substances | METHYLCYCLOPENTANE | 96-37-7 |
| New Jersey - Special Hazardous Substances | PENTANE | 109-66-0 |
| New Jersey - Special Hazardous Substances | TOLUENE | 108-88-3 |
| New Jersey - Special Hazardous Substances | XYLENE | 1330-20-7 |
| NTP - Report on Carcinogens - Known Carcinogens | BENZENE | 71-43-2 |
| OSHA - Final PELs - Ceiling Limits | BENZENE | 71-43-2 |
| OSHA - Final PELs - Ceiling Limits | TOLUENE | 108-88-3 |
| OSHA - Final PELs - Time Weighted Averages | BENZENE | 71-43-2 |
| OSHA - Final PELs - Time Weighted Averages | CYCLOHEXANE | 110-82-7 |
| OSHA - Final PELs - Time Weighted Averages | HEXANE | 110-54-3 |
| OSHA - Final PELs - Time Weighted Averages | PENTANE | 109-66-0 |
| OSHA - Final PELs - Time Weighted Averages | TOLUENE | 108-88-3 |
| OSHA - Final PELs - Time Weighted Averages | XYLENE | 1330-20-7 |
| OSHA - Regulated Carcinogens | BENZENE | 71-43-2 |
| OSHA - Select Carcinogens | BENZENE | 71-43-2 |
| Pennsylvania - RTK (Right to Know) List | 2,2-DIMETHYLBUTANE | 75-83-2 |
| Pennsylvania - RTK (Right to Know) List | 2,3-DIMETHYLBUTANE | 79-29-8 |
| Pennsylvania - RTK (Right to Know) List | 2-METHYLPENTANE | 107-83-5 |
| Pennsylvania - RTK (Right to Know) List | 3-METHYLPENTANE | 96-14-0 |
| Pennsylvania - RTK (Right to Know) List | BENZENE | 71-43-2 |
| Pennsylvania - RTK (Right to Know) List | BUTANE | 106-97-8 |
| Pennsylvania - RTK (Right to Know) List | CYCLOHEXANE | 110-82-7 |
| Pennsylvania - RTK (Right to Know) List | HEXANE | 110-54-3 |
| Pennsylvania - RTK (Right to Know) List | ISOPENTANE | 78-78-4 |
| Pennsylvania - RTK (Right to Know) List | METHYLCYCLOPENTANE | 96-37-7 |
| Pennsylvania - RTK (Right to Know) List | PENTANE | 109-66-0 |
| Pennsylvania - RTK (Right to Know) List | TOLUENE | 108-88-3 |
| Pennsylvania - RTK (Right to Know) List | XYLENE | 1330-20-7 |
| Pennsylvania - RTK - Special Hazardous Substances | BENZENE | 71-43-2 |
| TSCA - Sect. 12(b) - Export Notification | CYCLOHEXANE | 110-82-7 |
| TSCA - Sect. 12(b) - Export Notification | HEXANE | 110-54-3 |
| TSCA - Sect. 12(b) - Export Notification | METHYLCYCLOPENTANE | 96-37-7 |
| TSCA - Sect. 12(b) - Export Notification | PENTANE | 109-66-0 |
| TSCA - Section 4 - Chemical Test Rules | CYCLOHEXANE | 110-82-7 |
| TSCA - Section 4 - Chemical Test Rules | PENTANE | 109-66-0 |
| TSCA - Section 8(a) - PAIR Reporting List | PENTANE | 109-66-0 |

## Title III Classifications Sections 311,312:

- Acute: **YES**
- Chronic: **YES**
- Fire: **YES**
- Reactivity: **NO**
- Sudden Release of Pressure: **NO**

## 15. OTHER INFORMATION

Follow all MSDS/label precautions even after container is emptied because it may retain product residue.

# Support Document 17

**Study Protocol**

EPI00232

**Protocol for the Determination of the Evaporation Rate for Pure Benzene and Benzene as a Component of Liquid Wrench**

<u>Purpose</u>

The purpose of this evaluation is to measure the evaporation rate of HPLC-grade benzene and the evaporation rate of benzene from a reformulation of the benzene containing version of Liquid Wrench.

<u>Objectives:</u>

The objectives of this evaluation will be to determine the evaporation rates when:

1. HPLC grade benzene is dispersed onto a flat surface under controlled environmental conditions and the mass-loss rate during evaporation is determined using air sampling instrumentation.
2. A reformulation of the benzene containing version of Liquid Wrench is dispersed onto a flat surface under controlled environmental conditions and the mass-loss rate during evaporation is determined using air sampling instrumentation.
3. A reformulation of the benzene containing version of Liquid Wrench is dispensed onto the surface of a machined metal part under controlled environmental conditions and the mass-loss rate during evaporation is determined using air sampling instrumentation.

<u>Location and Apparatus</u>

This evaluation will be performed at the Environmental Profiles, Inc. (EPI) corporate facility located in Columbia, Maryland inside a specially constructed room. The room will measure approximately 14' x 18' x 10' and contain approximately 2,500 cubic feet (cu. ft.). It will be constructed from nominal 2" x 4" lumber covered with 6 mil polyethylene sheeting.

Within the room, a glove box-type enclosure measuring approximately 2-feet by 2-feet by 3-feet (2'x2'x3') will be constructed along with an air transport system to deliver and exhaust the air through the chamber that will be chemical resistant. The air transport system must be capable of delivering laminar flow air through the chamber and post chamber. The system shall provide adequate mixing of the vapor in the downstream air where sampling points and viewing windows are located, at least ten duct diameters downstream of any bends or obstructions. Solvent evaporation trials will be performed within the glove-box-type enclosure in order to control for air currents and related environmental factors.

<u>Glove Box-Type Evaporation Chamber (GBTEC)</u>

- EPI will identify and purchase construction materials that are chemically resistant to absorption or degradation from the testing of benzene and the benzene-containing Liquid Wrench formulations.
- EPI will construct the GBTEC with the appropriate ports and access points to allow for air monitoring, air sampling, photo documentation, and manipulation of materials inside the GBTEC.

EPI00233

**Protocol for the Determination of the Evaporation Rate for Pure Benzene and Benzene as a Component of Liquid Wrench**

- The GBTEC will be ventilated by means of a fan drawing air into the upstream side and exhausting through a duct located downstream of the evaporation chamber.

Equipment and Associated Materials Requirements

The following materials and equipment will be procured for this evaluation:

- One ChemSense 600 ion trap mass spectrometer
- 0, 5 and 250 part per million (ppm) calibration gases
- Summa canisters with a 0.4 liter (L) capacity
- Sampling tube and swedge lock for canisters
- TSI Q-Trak Model 8550 IAQ meter
- VelociCheck thermo-anemometer made by TSI
- Kestrel 4200 Barometric pressure meter
- Calibrated pipettes
- Plate glass with grid sectioned off in one square centimeter squares
- Adjustable platform (glass) to level and hold flat sample plate and plate glass grid in air stream
- Chemical resistant gloves
- Digital and Video Cameras
- Stopwatch
- Sampling and field log forms
- Bulk sample jars
- Coconut charcoal sampling tubes
- Personal sampling pumps
- IR surface temperature reading instrument
- Work pieces and assorted wrenches

Products to be Tested

Two products will be evaluated.  HPLC-grade benzene and reformulated benzene containing Liquid Wrench will be used.

- Environmental Profiles, Inc. (EPI) will obtain a sufficient quantity of HPLC grade benzene for use in this evaluation.
- Reformulated Liquid Wrench.
  - o EPI will prepare a reformulation of the benzene containing version of Liquid Wrench. The intent is to reproduce, to the extent possible, a reformulated version of Liquid Wrench product L1, which was a benzene-containing raffinate-based product produced from approximately 1960 to 1978.
  - o Other constituents may be added to the formulation as needed to closer replicate the historic Liquid Wrench L1 formulation.

**Page 2**                                                                                                    EPI00234

**Protocol for the Determination of the Evaporation Rate for Pure Benzene and Benzene as a
Component of Liquid Wrench**

o   EPI will send a sample of the modified reformulated Liquid Wrench to an AIHA
accredited laboratory for Gas Chromatography analysis to determine if the
composition of the benzene and other constituents are contained in the appropriate
percentage by weight concentrations in the modified reformulated Liquid Wrench.

Testing and Validation of GBTEC

- Establish a laminar air flow through the GBTEC of approximately 25 feet per minute
(fpm) and introduce chemical smoke upstream of the glove box section.  Visually observe
air flow characteristics to verify laminar flow over the flat plate evaporation platform
area.
- Dispense 20 ml of test solvent e.g. cyclohexane onto the flat evaporation plate.
- Verify concentration levels across the interior of the downstream duct to verify the
solvent vapors are adequately mixed to result in uniform concentrations across the
interior of the duct.
- Verify that digital photography will adequately capture the surface area of the solvent on
the flat evaporation plate.
- Verify no re-entrainment of volatiles into the GBTEC.
- Test and calibrate all atmospheric monitoring equipment.

Product Testing

**Test Day 1**
1) Place plate glass over gridded plate glass inside GBTEC.  Verify the plate glass is level
using a bubble level.
2) Calibrate ChemSense 600 (using calibration gases).  Setup data logging interval for
approximately one second or less per measurement.
3) Establish flow rate of approximately 25 fpm through GBTEC and verify with velometer.
4) Conduct cross sectional velometer traverse to determine average air flow through the duct
and calculate volumetric flow rate.  Conduct a second location velometer traverse to
confirm volumetric air flow.
5) Setup Q-Trak data logging capability for 60 second intervals and position it near the inlet
to the duct system.
6) Setup Kestrel data logging capability for 60 second intervals and position it near the inlet
to the duct system.
7) Setup the personal sampling pump and charcoal tube at the entrance to the duct system
set to a flow rate of 0.2 liters per minute (lpm).
8) Conduct background sampling for baseline benzene concentration in supplied air using
ChemSense 600.
9) Insert sampling device probe into chamber and have equipment on standby.
10) Dispense 20 ml of pure benzene onto flat evaporation plate (glass) from a 40 ml vial and
simultaneously start ChemSense 600.  The rate of product application will be timed and
should be less than 3 seconds.  Leave the vial open with the inside of the cap in the up
position after dispensing.

EPI00235

**Protocol for the Determination of the Evaporation Rate for Pure Benzene and Benzene as a Component of Liquid Wrench**

11) Summa canister samples of seven second (7 sec.) duration will be taken at t = one minute and t = seven minutes.
12) Multiple digital photographs of the surface area covered by the benzene will be taken immediately upon dispensing starting at t = 0. Then photographs will be taken twice per minute until completion of the test.
13) Temperature measurements of the glass will be taken prior to dispensing the liquid. After dispensing of the liquid, the temperature of the liquid will be taken. Then the temperature of the liquid will be taken at one minute intervals until the completion of the test.
14) Purge GBTEC upon completion of test.
15) Clean glass plate with Windex after each test run.
16) Repeat Steps 1 – 10 above two more times.
17) On test run #2, Summa canister samples of seven second (7 sec.) duration will be taken at t = two minutes and t = five minutes.
18) Summa canister samples of seven second (7 sec.) duration will be taken at t = three minutes and t = six minutes.

**Test Day 2**
1) Repeat steps 1 – 16 above except for Step 10.
2) In this test from Step 11 above, 20 ml of reformulated Liquid Wrench will be substituted for pure benzene.
3) Repeat Steps 1 and 2 above two more times.

**Test Day 3**
1) Remove the flat evaporation plate from the glove box and install the plywood with glass plate on top. Insert a dual flanged pipe connector, wrenches, and 40 ml vial containing 20 ml Liquid Wrench.
2) Repeat Steps 1 – 8 from Day 1.
3) Dispense the Liquid Wrench from the 40 ml vial onto the nuts and bolts on the flange. The rate of product application will be timed and should take around 30 seconds per 4 bolt set.
4) Start ChemSense 600 upon first dispensing of Liquid Wrench.
5) Summa canister samples of seven second (7 sec.) duration will be taken at t = one minute and t = seven minutes.
6) Digital photographs of the wetted areas on the work piece will be taken as appropriate but as a minimum, photos shall depict each side of the work piece.
7) Purge chamber upon completion of the test.
8) Clean up dual flanged pipe connector of any residual oil.
9) Repeat Steps 1 – 9 for Test Day 1 two more times except for Step 11. On test run #2, Summa canister samples of seven second (7 sec.) duration will be taken at t = three minutes and t = nine minutes. On test run #3, Summa canister samples of seven second (7 sec.) duration will be taken at t = five minutes and t = eleven minutes.

EPI00236

**Protocol for the Determination of the Evaporation Rate for Pure Benzene and Benzene as a Component of Liquid Wrench**

Test Methods and Data Collection

- Background (ambient) benzene concentrations will be measured initially using the ChemSense 600. During the test, ambient (supplied air) benzene concentrations will be measured using a personal sampling pump and solid sorbent tube.
- Download the barometric pressure, air temperature, and relative humidity of the test air.
- Summa canister samples will be analyzed by an AIHA accredited laboratory using the EPA Method TO-15 for benzene.  Sorbent tubes will be analyzed by an AIHA accredited laboratory using the EPA TO-17 method.
- Download data from the ChemSense 600.  Convert the data to a benzene concentration per unit time.
- Compare Summa canister data with ChemSense 600 data for the same sampling interval.
- Convert concentration data to mass loss per unit time data, mg/minute
- Normalize mass loss per unit time data for surface area, mg/minute-cm$^2$.

The preceding procedures and test parameters may be subject to change or revision depending on actual environmental conditions observed during testing.  Such revisions may include actual sampling times, established air flow rates, solvent quantities or equipment substitutions.

If actual test conditions necessitate major changes to, or a re-evaluation of, the testing protocol, the client will be contacted to discuss recommended modifications to the test procedures.

EPI00237