IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

_____

JO ANN BISHOP, ET AL,

    Plaintiffs,

vs.                              Case No.:07-2832

SHELL OIL CO., ET AL,

    Defendants.
_____/


VIDEOTAPED TELEPHONE DEPOSITION of **JOHN SPENCER, C.I.H, C.S.P.**, held on July 1, 2009, at 6745 Rock Spring Road, Wilmington, North Carolina, commencing at 9:02 a.m., before Laura L. Van Sandt, a Court Reporter and Notary Public in and for the State of North Carolina.

EXHIBIT 1

```
                                  2
 1                   J. SPENCER, C.I.H., C.S.P.
 2    APPEARANCES:
 3
 4    On behalf of the Plaintiff:
 5    (Telephonically)
 6    L. ERIC WILLIAMS, JR. ESQUIRE
 7    3021 35th Street, Suite B
 8    Metairie, Louisiana   70001
 9    (504) 832-9898
10
11    RICHARD J. FERNANDEZ, ESQUIRE
12    3000 West Esplanade Avenue, Suite 200
13    Metairie, Louisiana   7002
14    (504) 834-8500
15
16    On behalf of the Defendants:
17    STAN PERRY, ESQUIRE
18    HAYNES AND BOONE, LLP
19    1221 McKinney Street, Suite 2100
20    Houston, Texas   77010-2007
21    (713) 547-2039
22    Attorneys for Shell Oil
23
24
25
```

```
                          3
                J. SPENCER, C.I.H., C.S.P.
    APPEARANCES:  (CONT'D.)


    GLENN M. FARNET, ESQUIRE
    KEAN, MILLER, HAWTHORNE D'ARMOND,
    McCOWAN & JARMAN, LLP
    22nd Floor, One American Place
    Post Office Box 3513
    Baton Rouge, Louisiana  70821
    (225-387-0999
    Attorneys for Shell Oil, Shell Chemical,
    Marathon Oil, El Paso


    JAMES M. RILEY, ESQUIRE
    (Telephonically)
    COATES, ROSE, YALE, RYMAN & LEE, LLC
    3 E. Greenway Plaza, Suite 2000
    Houston, Texas   77046
    (713) 653-7375
    Attorneys for Radiator Specialty Company
```

```
                                      4
 1                    J. SPENCER, C.I.H., C.S.P.
 2     APPEARANCES:  (CONT'D.)
 3
 4     CHRISTOPHER T. CHOCHELES, ESQUIRE
 5     (Telephonically)
 6     SHER GARNER LAW FIRM
 7     909 Poydras Street, 28th Floor
 8     New Orleans, Louisiana   70112
 9     (504) 299-2100
10     Attorneys for Murphy Oil
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                    5
                       J. SPENCER, C.I.H., C.S.P.

                           INDEX TO EXHIBITS


     DESCRIPTION                                              MARKED


     Exhibit-1                                                  17
     Notice of Video-Telephone Deposition


     Exhibit-2                                                  18
     Disk Containing Items Responsive to Notice
```

```
                                 9
                    J. SPENCER, C.I.H., C.S.P.
 1
 2       A.   John Spencer, 8805 Columbia 100
 3   Parkway in Columbia, Maryland.
 4       Q.   And what's your date of birth, sir?
 5       A.   12 February 1954.
 6       Q.   And your Social Security?
 7       A.   I don't want to give that out.
 8       Q.   You don't want to give that, okay.
 9   And say your date of birth again?
10       A.   12 February 1954.
11       Q.   2/12/54?
12       A.   Yes.
13       Q.   Okay, what degrees have you earned,
14   Mr. Spencer?
15       A.   I have a degree in biological
16   sciences from the University of Maryland.
17       Q.   Okay, any other degrees?
18       A.   No.
19       Q.   Okay, did you take any Masters
20   classes?
21       A.   Yes.
22       Q.   Okay, and did you finish your
23   Masters degree?
24       A.   I did not.  I did not finish my
25   thesis.
```

```
                              10
                    J. SPENCER, C.I.H., C.S.P.
   Q.   And why not?
   A.   Three kids and starting a new
business.
   Q.   Okay, were you asked to leave the
school?
   A.   No.
   Q.   Okay, and what curriculum were you
studying in your Masters program?
   A.   It was environmental biology.
   Q.   And how many hours did you complete?
   A.   Twenty-six.
   Q.   Do you consider to be an ex --
yourself to be an expert in biology?
   A.   Certainly as a consultant I work in
that area.  I've never testified as an
expert in biology, however.  So if your
question is with regards to from a legal
standpoint, frankly I've never been put up as
a biologist before.
   Q.   Do you consider yourself to be an
expert in the field of chemistry?
   A.   Again, it is a significant part of
what I do, but I've never been put up as a
-- specifically as a chemist.
```

```
                                12
 1                    J. SPENCER, C.I.H., C.S.P.
 2    to be an expert in?
 3         A.   Well, exposure assessment; employer
 4    health and safety and environmental programs;
 5    product warnings; those are the primary ones
 6    from -- again from a legal standpoint.
 7         Q.   Do you consider yourself to be an
 8    expert in the field of chemical engineering?
 9         A.   No, I do not.
10         Q.   What about the field of chemical
11    composition of substances?
12         A.   Well, again, it is a large part of
13    what I do as an industrial hygienist.
14    Certainly I've had --
15         Q.   When I say -- let me give you a
16    fairer question; the quantification of
17    chemical compositions of substances?
18         A.   I don't know that I'm following what
19    do you mean -- what you mean by
20    quantification.
21         Q.   If I gave you a solvent and I said
22    can you tell me what -- what the historical
23    amount of benzene was in that solvent, would
24    you consider yourself to be an expert in
25    that field?
```