```
 1          IN THE CIRCUIT COURT OF JACKSON COUNTY,
              SIXTEENTH JUDICIAL CIRCUIT, DIVISION 16
 2                Honorable Marco Roldan, Judge

 3   Leonard Ryan, et al.,    )
                              )
 4              Plaintiffs,   )
                              )
 5        vs.                 )   Case No. 04CV-223271
                              )
 6   BP Corporation, et al.,  )
                              )
 7              Defendants.   )

 8
                          TRANSCRIPT
 9                EXAMINATION OF JOHN SPENCER

10                    SEPTEMBER 9, 2005

11

12

13

14

15

16

17

18

19

20

21

22

23

24
           Kathy J. Foley, Certified Court Reporter #446
25            Official Court Reporter, Division 16
            Sixteenth Judicial Circuit at Independence
```

EXHIBIT 2

```
1          the octane?  Is that true?
2    A.    Yes, in the late 1970s and early 1980s, they
3          started taking the lead out of gasoline so they
4          increased the aromatic content of gasoline.
5    Q.    And there's a chemical called MTBE that has
6          been added to gasoline?
7    A.    Yes, which has an even lower odor threshold.
8    Q.    And those would change the odor threshold
9          though; wouldn't it?
10   A.    It would.  I'm not sure -- MTBE wasn't added
11         until later.  I'm not aware that it was in this
12         particular product at the Sugar Creek facility.
13   Q.    Now, I want to ask you about -- and I'm going
14         to put up here on the board -- I'm looking for
15         exhibits, Exhibit 322.  Let's look at
16         Mr. Petty's calculations here.  And let me
17         point out something, you're an industrial
18         hygienist and he's an industrial hygienist;
19         right?
20   A.    Correct.
21   Q.    And he's something that you're not and that is
22         a chemical engineer?
23   A.    Yes, he is.
24   Q.    He has a chemical engineering degree that you
25         don't hold?
```

```
 1   A.   That's correct.
 2   Q.   He has more education and training dealing with
 3        chemicals, that's what chemical engineering is;
 4        right?
 5   A.   Well, he's a chemical engineer, I'll give him
 6        that.  I have been -- I don't know that he's
 7        been in a single refinery, at least what I
 8        recall from his deposition testimony.  I have
 9        been in many refineries.  I worked with the
10        federal government investigating refineries.
11        So I also -- I know chemicals pretty well
12        having worked at the National Institutes of
13        Health in the laboratory in chemistry while I
14        was in college.
15   Q.   Let me start first with you talked about 600
16        parts per million years or 600 parts per
17        million concentration of gasoline; right?
18   A.   I talked about and 375, 225 these were the
19        average values he used.  This was the range
20        that he used from the Drinker study.
21   Q.   He never in making his calculations of her
22        ultimate exposure used a range of 600, did he?
23   A.   That's not a range.  That was the end of the
24        range.  He used 375.
25   Q.   And 375 was the most he ever used?
```