John Spencer
July 22, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

```
_____
                            )
LEWIS E. KNAPPER AND    :
LINDA KNAPPER,              )
                            :
         Plaintiffs,    )
vs.                         :
                            )
SAFETY KLEEN SYSTEMS,   :
INC., ET AL.                )
                            :
         Defendants.    )
_____:
```

---

DEPOSITION OF JOHN SPENCER, C.I.H., C.S.P.

---

REPORTED BY:

LAURA L. VAN SANDT, Court Reporter and Notary Public

DATE REPORTED:   July 22, 2009

LOCATION:        Wrightsville,NC

EXHIBIT
3

John Spencer
July 22, 2009

```
                                                    Page 2

 1                      APPEARANCES

 2    For the Plaintiff:   HECTOR G. LONGORIA, ESQUIRE
                           HEARD, ROBINS, CLOUD, BLACK
 3                          & LUBEL, LLP
                           3800 Buffalo Speedway, 5th Floor
 4                         Houston, Texas 77098
                           (713) 650-1200
 5    For the Defendants:  TIM GRAY, ESQUIRE

 6                         FORMAN, PERRY, WATKINS, KRUTZ

 7                          & TARDY, LLP
                           City Centre Building, Suite 100
 8                         200 South Lamar Street
                           Jackson, Mississippi 39201-4099
 9                         (601) 960-8600
                           Attorneys for US Steel
10                         Corporation

11                         JAMES M. RILEY, JR., ESQUIRE
                           COATS ROSE
12                         3 East Greenway Plaza, Suite 2000
                           Houston, Texas 77046-0307
13                         (713) 653-7375
                           Attorneys for Radiator Specialty
14                         Company

15                         MATTHEW C. CAIRONE, ESQUIRE
                           THE CAIRONE LAW FIRM, PLLC
16                         38 Virginia Lane

17                         Canonsburg, Pennsylvania 15317-5802
                           Attorneys for US Steel
18                         Corporation

19

20

21

22

23

24

25
```

John Spencer
July 22, 2009

Page 63

1    (EXHIBIT NUMBER 5 WAS MARKED FOR IDENTIFICATION)

2        Q      We'll get a copy during a break and then

3    we'll tag it later but Exhibit Number 5 is going to be

4    RSC23 and that's the raffinate formula; correct?

5        A      Yes.

6        Q      Okay.  And RSC25 is going to be Exhibit

7    6 and this is the Liquid Wrench formula that has

8    raffinate in it; right?

9        A      Yes.

10   (EXHIBIT NUMBER 6 WAS MARKED FOR IDENTIFICATION)

11       Q      And these are the two formulas you used

12   for purposes of your -- are they studies that you did

13   in September of 2002 and then July 2009?

14       A      This is what we used for purposes of the

15   2009 study.

16       Q      Did you use that one for purposes of the

17   2002 study as an original --

18       A      No.  Remember what I said?

19       Q      I understand you --

20       A      I said that I used an existing

21   raffinate -- or I'm sorry -- an existing Liquid Wrench

22   formulation and we added benzene to it.

23       Q      I understand but did you use the

24   original to understand what to compare it to in the

25   2002 --

John Spencer
July 22, 2009

Page 64

1          A        We looked at that but there were

2    differences in the formulation.

3          Q        But the formulation you were comparing

4    the -- what you added benzene to in 2002 was what we

5    see in Exhibit 6; right?

6                   MR. GRAY:  Object to form.

7                   THE WITNESS:  There were some chemical

8          differences.

9    BY MR. LONGORIA:

10         Q        I understand that but the one you were

11   comparing it to was the original raffinate Liquid

12   Wrench; right, which is Exhibit 6?

13         A        No.  We were using a product that

14   existed in 2002 and just simply added benzene to it.

15         Q        I understand that point but you did that

16   to try and mimic the formula that's in Exhibit 6; yes?

17         A        No.

18         Q        No?  Not at all?

19         A        No.

20         Q        Okay.  So you didn't even consider for

21   purposes of your 2002 study the original formula of

22   Liquid Wrench which had raffinate?

23         A        No.  I'm not saying we didn't consider

24   it and I'm sorry, we probably did look at this but we

25   did not use this as our guidance document.  We used an

John Spencer
July 22, 2009

Page 115

1    BY MR. LONGORIA:

2        Q        I don't know.  I'm asking you.  I'm not

3    saying that.  I'm asking you.  Is --

4        A        I'm not the physical chemist here that,

5    you know --

6        Q        Okay.

7        A        -- so I don't know that.  Obviously

8    benzene's not the magic ingredient 'cause the product

9    continued to work even after they took it out.

10       Q        Here's what -- okay.  Objection,

11   nonresponsive after I don't know.  When we look at --

12   so when we look at these numbers for this assessment

13   in terms of the air sampling I've got, I think it's

14   exhibit -- Appendix A; right?

15       A        Yes.

16       Q        Okay.  We're not sampling the same

17   amount of use of Liquid Wrench that's spiked 1

18   percent, 7 percent, or 30 percent; are we?

19       A        I'm sorry, you mean the same volume of

20   Liquid Wrench?

21       Q        Quantity of Liquid Wrench.

22       A        That's correct.

23       Q        What would if we look at table --

24       A        Now, you are sampling more benzene.

25       Q        Oh, I understand that.

John Spencer
July 22, 2009

Page 122

1     A     I'm not making an assumption.  I'm going

2    based on my experience in the field.  I'm going based

3    on the testimony of people like Mr. Coleman who

4    defined the amount of product that he used over -- a

5    can over several months or I don't know he maybe even

6    said years.  So understanding how the product is used

7    I think is important and, yes, it is not -- it is my

8    opinion and my experience and also the result of the

9    testimony that allows me to speak to the, how it is

10   applied.

11       Q     Okay.  And the way it's applied is it's

12   not squirted.  It's sort of dropped on there --

13       A     Sure.

14       Q     -- correct?

15       A     Sure.  It's in drops, yes.

16       Q     And that's what you're going to

17   represent to the jury as to how Liquid Wrench is

18   applied through drops, not squirted; right?

19       A     I think -- yes.  Through the testimony

20   provided in this case I would represent how this

21   product is used.

22       Q     And some of the other testimony in other

23   cases too; right?

24       A     Perhaps.

25       Q     You've referenced --

John Spencer
July 22, 2009

Page 146

1      A      This report was related to Mr. Knapper

2   and he did not use pure benzene.

3      Q      So the Day 1 stuff is pure benzene.  You

4   didn't include it but it's somewhere within your

5   backup data?

6      A      Correct.

7      Q      Did you compare your results of pure

8   benzene with what was out there in the published

9   literature and do a comparison to see whether they

10  matched or not?

11     A      There wasn't anything out there.

12     Q      So you didn't find any sort of studies,

13  or experiments or papers that talk about somebody

14  doing a determination of the evaporation rate for pure

15  benzene; is that true?

16     A      That is true.  The closest that there is

17  out there was a recent paper by HUI, H-U-I et al.

18  That came out very recently that looked at benzene

19  added to skin tissue and then I think an in-vitro

20  assessment without any -- I'm sorry -- in-vivo

21  assessment without tissue, and they looked at varying

22  evaporation rates of benzene from that.

23     Q      Okay.  So within there they obviously

24  without the skin stuff would have been sort of an

25  evaluation of the evaporation rate of benzene, pure

John Spencer
July 22, 2009

Page 148

1       A       Sure.  We had air coming in at one

2   end --

3       Q       Of a box?

4       A       Of ducting and with a work area that was

5   enclosed with -- as a glove box and then ducting that

6   extended down from that.  We created a laminar flow

7   through the box and across the surface area that was

8   being -- where Liquid Wrench product was added.

9       And then down stream of where the Liquid Wrench

10  was added we inserted a direct reading equipment to

11  detect the benzene as it was being released.

12      Q       That's that ChemSense 600?

13      A       Correct.  And then we also collected air

14  samples at that same sampling point using the Summa

15  canisters to -- as a validation checks of the

16  ChemSense 600.

17      Q       Okay.  And I'm looking at here and is it

18  something -- it's called GB -- GBTEC; right?

19      A       Yes.

20      Q       OKay.  Is that something -- well, let me

21  back up a second.  I'm trying to understand.  Okay,

22  glove box type evaporation chamber; right?

23      A       Yes.

24      Q       Okay.  And is there some type of

25  authority that says that that's a proper way to do an

John Spencer
July 22, 2009

Page 149

1   assessment?

2        A        You mean with this GBTEC?

3        Q        Yeah.

4        A        No.   This was something that we had

5   designed.

6        Q        When you say we, you mean your company?

7        A        Yes.

8        Q        Who invented the design of it?   Was it a

9   group of people?

10       A        Well, I was -- I guess you could say

11  it's a group of people.   I mean I was leading the

12  charge in this area of setting up the experimental

13  design.

14       Q        Is there some type of, like I can go out

15  in peer review literature or some books or, you know,

16  things that talk about this -- what do we call this

17  thing; the glove box type evaporation chamber that

18  says that, you know, this is a good way to do

19  assessments and, you know, validly scientific and all

20  those good sort of bullet points?

21       A        Well, yes and no.

22       Q        Okay.

23       A        There is no ASTM method or NIOSH

24  method -- we looked -- that allows -- there is an ASTM

25  method doing single chemical constituents but we were

John Spencer
July 22, 2009

Page 154

1      A      Not for mixed hydrocarbons like we did

2   it.

3      Q      Right.  Just but other chemicals in

4   general?

5      A      Yes.  For individual constituents.  The

6   ASTM method had a piece of equipment that you could do

7   that for.  Of course they don't make it anymore but no

8   one makes it anymore but --

9      Q      But they published literature and they

10  say this is the evaporation rate of -- do you know the

11  name of the chemical that they've done it on just off

12  the top of your head?

13     A      There's a list of chemicals.  The other

14  problem is a lot of them are relativistic evaporation

15  rate.  In other words, they use butyl acetate and then

16  they compare everything to -- butyl acetate's one and

17  then everything else is either below or above butyl

18  acetate so --

19     Q      So is the butyl acetate like a baseline?

20     A      That's -- some people use that chemical

21  for that purpose.

22     Q      And I guess what I'm trying to say is

23  did you all put like a known chemical where it has a

24  known evaporation rate inside this GBTEC and figure

25  out if your numbers match what the published

Stratos Legal Services
800-971-1127