1  literature is in the numbers?
2      A      Oh, no, no.  No, we didn't have to do
3  that for this -- in this situation because we were
4  doing a -- it was a mass balance analysis.  So we knew
5  how much mass we were starting with and, therefore,
6  how much we should be ending with.  So there's no need
7  to do that type of assessment.
8      Q      Okay, so you all didn't do it?
9      A      Correct.
10     Q      Okay.
11     A      Actually, you know what?
12     Q      Yes, sir.
13     A      We may have done something along those
14 lines with cyclohexane.
15     Q      It would be in your box though; right?
16     A      Yes.  I think we did that early on.  I'd
17 almost forgotten about it.  I think we did that with
18 cyclohexane.
19     Q      So there's a known evaporation rate for
20 cyclohexane?
21     A      Well, we actually did it ourselves and
22 measuring and published a study on that where we were
23 doing some validation of models.
24     Q      You all did it in a GBTEC?
25     A      No.  We did it in a different fashion by

Page 167

1 behalf of U.S.Steel or Radiator about their knowledge
2 of the dangers of benzene at any time in their
3 corporate history?
4    A    No.
5    Q    All right.  You said you got some
6 raffinate, oil base raffinate from Sunoco?
7    A    Yes.
8    Q    Do you do litigation work for Sunoco?
9    A    No.
10   Q    Have you ever?
11   A    Well, I may have at one time.  They may
12 have been listed among many others.  Now, I just want
13 to clarify, I think this product originally came from
14 Sunoco.  We actually got this from ChemRisk who had
15 gotten the product from Sunoco.
16   Q    You used to work at ChemRisk ever?
17   A    No.
18   Q    You've done some work with them?
19   A    I don't know that I ever have.
20   Q    Okay.  You don't believe you've ever
21 done any work for ChemRisk?
22   A    No, I have not.
23   Q    Do you ever do any sort of collaborative
24 efforts with ChemRisk on any type of projects?
25   A    I have not.

1  Q   Doesn't have 25 percent --
2  A   I haven't tested that. You're asking me
3  a hypothetical and I'm giving you a hypothetical
4  answer.
5  Q   Sure.
6  A   In fact maybe there would be an
7  opportunity here for Mr. Petty and I to run this study
8  ourselves and, you know, get an independent third
9  party involved and run through this study again and
10 'cause it's rather new data. And I'd be willing to do
11 that.
12           (RECESS TAKEN)
13 Q   The surface area that the 20 milliliter
14 when it hit the glass plate, fanned out; right?
15 A   Yes.
16 Q   Created, I think you said a pool?
17 A   Yes.
18 Q   Okay. Do we have a determination as to
19 the size of the pool that it made --
20 A   Yes.
21 Q   -- when it was dropped. Where is that
22 supporting data? Is it in there?
23 A   It is in here. Do you want to see
24 that?
25 Q   What Bates number? Can you just give me

John Spencer
July 22, 2009

Page 218

1    A    Yes.

2    Q    What's a confounder? What does that
3 word mean?

4    A    Something that either overlays or
5 suppresses the data.

6    Q    And am I right that you talk about
7 something overlaid or suppressed the data that should
8 have been read by ChemSense 600?

9    A    Well, two things happened that we were
10 aware of. One -- well, one we were aware of, that
11 there are some -- there were two chemicals in
12 particular that were being used here that -- that is
13 ethyl benzene and xylenes that actually increased the
14 signal from the sensor. And we accounted for that.
15 We calibrated it and removed that from over-producing.

16    We then had another issue we didn't know about
17 until afterwards which is where cyclohexane actually
18 suppresses the signal for benzene because it's a very
19 similar contaminant. And when it's -- apparently
20 through this piece of equipment when benzene and
21 cyclohexane are ionized together, there is a
22 suppression of the signal.

23    Q    And who told you that?

24    A    The technician running the equipment.

25    Q    Who's the technician running the

Stratos Legal Services
800-971-1127

1 equipment?
2     A    Adam Keil.  And we actually -- we did a
3 follow-up evaluation to demonstrate that particular
4 effect.
5         MR. GRAY:  Did he finish his earlier
6     answer.  When you said who told you that, I
7     think you cut him off in the middle of an
8     answer.  I'm not sure.
9         MR. LONGORIA:  I though he said Adam
10    Keil.
11        MR. GRAY:  Well, I know but he was in
12    the middle of an answer and you said who told
13    you that.
14        MR. LONGORIA:  Oh.
15        MR. GRAY:  And he stopped.
16        MR. LONGORIA:  I'm sorry.  I apologize.
17        MR. GRAY:  Can we go back to the
18    question before who was Adam Keil and make sure
19    Mr. Spencer was done with his answer?
20        (Court Reporter reads former answers.)
21    Q    Adam Keil, what's his title?
22    A    He's a chemist.
23    Q    Was he like certified to use the
24 ChemSense 600 that he learned about the suppression
25 of -- was it the --

Page 220

1   A   He's an analytical chemist but a Ph.D.
2   certainly isn't, you know --
3   Q   Right, right.
4   A   -- required to run equipment. There's
5   no certification for running a piece of equipment like
6   that.
7   Q   But was there some type of information,
8   a bulletin or something that tells you that the
9   ChemSense 600 somehow -- what did you say cyclohexane
10  does to benzene?
11  A   Suppresses the signal.
12  Q   Yeah, and because of the suppression of
13  the signal, the ChemSense 600's not going to read
14  benzene?
15  A   No. It reads it but it suppresses it
16  meaning that we should have been seeing a higher
17  percentage and we were seeing a lower percentage in
18  our mass measured by the ChemSense 600. So as a
19  result we saw that there was something missing. We
20  compared that to the pure benzene.
21      We then ran a series of tests using mixtures,
22  varying mixtures of cyclohexane and found that at the
23  ratio -- proximate ratio of cyclohexane to benzene in
24  Liquid Wrench we found that there was a proximate 50
25  percent -- 46 percent suppression of the benzene

John Spencer
July 22, 2009

Page 221

1   signal due to cyclohexane.
2       Q      Was the suppression that was occurring,
3   was it because, is it suppressing the signal to the
4   machine so the machine just doesn't pick it up?
5       A      Correct.  It's reading it as something
6   else and not calling it benzene.  So it doesn't get
7   charted out as benzene.  It doesn't see the --
8       Q      So something in ChemSense 600 just
9   wasn't -- its sensitivity or its ability to decipher
10  out the two, it doesn't read it; right?
11      A      Correct.  It was seeing it as something
12  else.
13      Q      Okay.  And has something -- is there
14  something from ChemSense 600 that tells us that?
15      A      There is now.
16      Q      They sent what?  You sent -- how?
17      A      This is the first that I know of that
18  this has -- this type of product and this type of
19  mixture has been in these concentrations was done, so
20  this was a unique phenomenon.  We knew about it for
21  the other chemicals based on a Mist study.  We did not
22  know about the benzene/cyclohexane issue.
23      Q      Did you all send something to ChemSense
24  that verified that their machine couldn't read them?
25      A      No.  We conducted an in-house

John Spencer
July 22, 2009

Page 222

1  evaluation, as I mentioned, using a variety of
2  mixtures of benzene and cyclohexane to demonstrate the
3  suppression of the signal.
4       Q    How much did that ChemSense 600 cost?
5       A    We rented it.  I don't, it's like $5,000
6  for a month.
7       Q    $5,000 a month?
8       A    I believe so.
9       Q    How much is a brand new one of those
10 things?
11      A    I'm not certain.  You can check with
12 Homeland Security.  They're the ones that use them to
13 evaluate low levels of hydrocarbons in a variety of
14 probably ports and airports and harbors.
15      Q    Is this supposed to be the topnotch,
16 chemical-sensitive machine that's out there in United
17 States?
18      A    It is.  It's a lot of technology.  It's
19 a mass spectrometer but some -- the way that it
20 ionizes the material and reads those ionization
21 signals is somewhat unique and for looking at low
22 concentrations of multiple chemicals at the same
23 time --
24      Q    It's the Ferrari of mass spectrometers?
25      A    -- and doing it instantaneously.  So it

John Spencer
July 22, 2009

Page 223

1   is unique in that aspect and that's why it's been so
2   widely used by Homeland Security.
3        Q    Okay.  The Ferrari of mass
4   spectrometers; right?  Would you could call it that?
5        A    I wouldn't call it.  Your term.  It is
6   an instrument that by its design has a good
7   application.
8        Q    Best of the best?
9        A    It was a good tool for our application.
10  It was the best tool for our application.
11       Q    Okay.  And even your best according to
12  you, you found somehow that this ChemSense 600
13  regardless of it being the best of the best made a
14  mistake?
15       A    It didn't make a mistake.  Again --
16       Q    It just wasn't able -- it wasn't able to
17  pick it up; right?
18       A    -- this happens in any analytical tool.
19  We determined what that was and we accounted for it.
20  It doesn't affect the rate of evaporation.  We still
21  know when the material, when the benzene was gone and
22  how fast it was gone.
23       Q    You all believe you all discovered a
24  mistake and hypothesized as to what was causing that
25  mistake in the ChemSense 600; right?

John Spencer
July 22, 2009

Page 224

1       MR. GRAY: Object to the form.
2       THE WITNESS: Again, your words, not
3    mine. We determined that there was a
4    suppression of the signal. We weren't seeing
5    all the mass that we thought we would be
6    seeing.
7　BY MR. LONGORIA:
8       Q    Well, let me pick your words. "The
9    evaporation of pure benzene gave very good mass
10   balance value so it was hypothesized that one or more
11   compounds in the mixture was suppressing the signal
12   attributed to benzene in the mass spectrometer". Did
13   I read that correctly?
14      A    I'm sorry, I didn't -- I wasn't
15   following what you were reading. What page are you
16   on; 10?
17      Q    Uh-huh.
18      A    At the last paragraph? Oh, I see where
19   you read, yes.
20      Q    Okay. And so "The exact mechanism of
21   this signal suppression was not determined but it
22   should be noted that there is absolutely no evidence
23   to suggest this signal suppression or loss of benzene
24   is anything other than reduced sensitivity of the mass
25   spectrometer for benzene in the presence of other

1   organic compounds". Did I read that correctly?

2   A     Correctly.

3   Q     Okay. All right, so I mean you're
4   hypothesizing and that's your educated guess; right?

5   A     No. We ran a follow-up study to that
6   one evening where we actually --

7   Q     Does it tell me that in this report?

8   A     Yes. If you read the last sentence, all
9   the details on here, what we did, they are in these
10  documents here. And there's charts and tables for you
11  to review. And it says we did a mixture of a ratio of
12  3 to 1.

13  Q     So somebody needs to tell these
14  ChemSense 600 folks that they got a problem; right?

15  A     Well, you know, again any analytical
16  instrumentation has interferences. And we determined
17  this one and we determined what the extent and what
18  the cause of that interference was. But it did not
19  affect the outcome of our values.

20  Q     Objection, nonresponsive. Page 15.

21  A     Of what?

22  Q     Your report, expert report.

23  A     Okay.

24  Q     In the middle you talk about Plaintiff's
25  Industrial Hygiene Expert Report and then you go, the