OFFICIAL FILE COPY

DATE October 12, 1977

TO R. E. Biscline

CC E. D. Keiper
R. P. Medlin

"LIQUID WRENCH"
BENZENE CONTENT

Doug Leitch advised me that while attending a professional society meeting he learned about another company's concern with the benzene concentration in Liquid Wrench. Our laboratory analysis showed thirty percent benzene by volume. This information was relayed to Corporate Safety for their confirmation and recommendations.

Doug's cooperation in helping us to achieve the Company's objectives concerning possible benzene exposure is appreciated.

Until we receive additional information from headquarters, it is suggested that the use of Liquid Wrench be minimized as much as possible and any use be confined to a well ventilated area.

JLW:ah

J. L. Wescoat

EXHIBIT 4

14-0161

408 037856

CO-273 (6-75)

**INTEROFFICE CORRESPONDENCE**

| Safety & Security |
|---|
| OCT 10 '77 |

| Action | | Info |
|---|---|---|
| | JLW | |
| | CH | |
| | JWM | |
| | PWM | |
| | GWC | |
| | EGW | |
| | PSM | |
| | JPV | |

| Reply By | File |
|---|---|
| | 110.5.2 |

M. A. Mehlman

October 6, 1977

cc: P. R. Carl
    W. J. Selfridge, Jr.
    J. L. Wescoat

"LIQUID WRENCH"
BENZENE CONTENT

"Liquid Wrench" is a common rust breaking solvent used by Maintenance personnel throughout Mobil. J. L. Wescoat of the Beaumont Refinery, had a laboratory analysis made of this product and found the Benzene content to be 30%.

This material is usually squirted from small cans, less than one pint, onto pipe threads close to a man's breathing zone and when a wrench is used, the man also is in close proximity to the material.

We feel use of this material should be discontinued. We would appreciate your arranging for a confirming analysis of this product and advices regarding future use or discontinuance. If a replacement product is advised, please provide an "acceptable" list.

W. T. Gregg

pdc

14-0162

MOB 037857

7710204

BR-201 (1-62)

110.5.2

11 - 4 1977

From: Analytical Laboratory

To: M H. MEYNIG, J.L. WESCOAT

Subject: Liquid Wrench/Chemical Aids

| Product | Benzene % Vol. |
|---|---|
| WD-40 | Nil |
| Liquid Wrench | 30.0 |

Safety & Security

OCT 5 '77.

| Action | Info |
|---|---|
| JLW | |
| CH | |
| RWH | |
| GWC | |
| EGW | |
| PSM | |
| JPV | |

Reply By | File
| | 11/3/77 |

WWM/WAB/JDF/JHL

Pls attach to corres re
Liquid Wrench

14-0163
HOB 037958

17 1018

Technical Service Laboratories
Mobil Technical Center
Princeton, New Jersey

October 18, 1977

P. R. Carl

Safety & Security

OCT 24 '77

| Action | | Info |
|---|---|---|
| | JLW | |
| | CH | |
| | J... | |
| | SWM | |
| | GWC | |
| | EG... | |
| | PSM | |
| | :PV | |
| Reply By | | File |
| | | 110.5.2 |

cc:
J. I. Butzner - Pauls. Lab.
P. L. Gerard - Pauls. Lab.
W. T. Gregg
M. A. Mehlman
W. J. Selfridge
L. Wescoat - Beaumont Refinery

ANALYSIS OF "LIQUID WRENCH"

Project: 06-343
File: 96-30C

We refer to W. T. Gregg's letter to M. A. Mehlman of October 6 requesting an analysis of "Liquid Wrench". The product is used extensively by maintenance personnel throughout Mobil and there is concern of its reportedly high benzene content.

We obtained a one pint sample of this product from a local store. Our analysis of the product showed that it was a simple mixture of two components.

        99.9% Wt. Aromatic Solvent
        0.1% Wt. Colloidal Graphite

It contained no fat and the ash content was negligible. The aromatic solvent had the following characteristics:

    Benzene Content - 7.0% Vol.
    Distillation Range
      IBP% - 106°F
      10% - 192°F
      20% - 200°F
      30% - 208°F
      40% - 216°F
      50% - 226°F
      60% - 241°F
      70% - 255°F
      80% - 268°F
      90% - 281°F

COMMENTS

The benzene content is not as high as the figure (30%) reported by J. L. Wescoat. However, we concur with the observation that a man using this material might inhale benzene vapors. In any case, since

8-1880

MOB 037547

P. R. Carl                              -2-                     October 18, 1977

this product contains more than 1% benzene, it falls within the scope of the Emergency Temporary Standard issued by OSHA(1) which requires that workers using the material be monitored. We suggest that the use of the material be discontinued and an alternate be found. If further chemical identification of the total aromatic solvent in the sample is required, we would be pleased to provide it. Beaumont maintenance personnel may have had experience with other rust-breaking solvents or can choose one after checking its effectiveness. We would be glad to check the composition (including benzene content) of any which are submitted to us for analysis.

This document contains information developed by Mobil Oil Corporation a product or process of another person or company. It is intended for use only by Mobil Oil Corporation (including its divisions and wholly owned subsidiaries). Its distribution to or use by others is prohibited.

RSRoberton/blm                          W. F. HERGRUETER

(1) Federal Register 1910.1028

8-1881

MOB 037548



78 - Mobil
Tested Liquid Wrench
2 tests 7% & 30% Bz.

In '78
L.W. took
Bz.

pQ000209 (1024x1534x246 jpg)