```
                                                                  Page 1
 1              UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF TEXAS
 3                     LUFKIN DIVISION
 4                        *   *   *
 5    LEWIS E. KNAPPER and
 6    LINDA KNAPPER,
 7          Plaintiffs,
 8       vs.              CIVIL ACTION NO. 9:08-CV-0084
 9    SAFETY KLEEN SYSTEMS,
10    INC., et al.,
11          Defendants.
12                        *   *   *
13          Deposition of STEPHEN E. PETTY, Witness
14    herein, called by the Defendants United States
15    Steel, USX Corporation and Aristech Chemical
16    Corporation, for cross-examination pursuant to
17    the Rules of Civil Procedure, taken before me,
18    Beverly W. Dillman, a Notary Public in and for
19    the State of Ohio, at the offices of EES Group,
20    Inc., 6321 Irelan Place, Dublin, Ohio, on
21    Thursday, July 16, 2009, at 8:22 o'clock a.m.
22                        *   *   *
23
24
25
```

EXHIBIT 6

```
 1              EXAMINATIONS CONDUCTED                    Page
 2     BY MR. GRAY:.........................................6
 3     BY MR. RILEY:......................................239
 4     BY MR. GRAY:.......................................312
 5     BY MR. BLACK:......................................316
 6     BY MR. RILEY:......................................320
 7                    EXHIBITS MARKED
 8     Exhibit Name  Description                          Page
 9     Exhibit 1     Notice of Deposition and              6
                     Subpoena Duces Tecum
10
       Exhibit 2     Outline of Opinions in                7
11                   Knapper Case
12     Exhibit 3     Transcript of Petty in                18
                     Oakley case
13
       Exhibit 4     Rubek and Dahl paper                  29
14
       Exhibit 5     Darrer paper                          34
15
       Exhibit 6     Combustion of Crude Oil on            34
16                   Water, Fire Safety Journal
17     Exhibit 7     Hanna and Drivas paper                39
18     Exhibit 8     Fingas paper                          62
19     Exhibit 9     Outline of Opinions in                79
                     Oakley case
20
       Exhibit 10    Combustion of Oil on Water:           108
21                   An Experimental Program
22     Exhibit 11    Calculation of Evaporative            126
                     Emissions from Multicomponent
23                   Liquid Spills
24     Exhibit 12    Guidelines for Use of Vapor           126
                     Cloud Dispersion Models
25
```

```
 1    Exhibit 13    Curriculum vitae of Stephen          136
                    Petty
 2
      Exhibit 14    USEPA Risk Management Program        155
 3                  Guidance for Offsite Consequence
                    Analysis
 4
      Exhibit 15    Exhibit 8 to Drivas deposition       160
 5
      Exhibit 16    Nicas paper, Predicting Benzene      161
 6                  Vapor Concentrations with a Near
                    Field/Far Field Model
 7
      Exhibit 17    John W. Spencer Summary Report       180
 8
      Exhibit 18    Outline of Opinions in               189
 9                  Wilkinson case
10    Exhibit 19    Handwritten notes comparing          191
                    Alpha numbers of Nicas and
11                  Petty
12    Exhibit 20    Wilkinson-Calcs spreadsheet          210
                    for dermal exposure to
13                  Liquid Wrench
14    Exhibit 21    Peter J. Drivas comments             229
                    on Petty's Benzene Evaporation
15                  Analysis
16    Exhibit 22    Barry S. Levy, M.D. report           230
17    Exhibit 23    Myron Mehlman, Ph.D. report          230
18    Exhibit 24    Four laboratory reports on           275
                    Liquid Wrench
19
      Exhibit 25    MSDS, Liquid Wrench Super            279
20                  Penetrant (Aerosol)
                    RSC 00096 and 00096-A
21
      Exhibit 26    Letter to Rosemary Dorton            290
22                  dated 04-27-78, HB00039-40
23    Exhibit 27    MSDS, Liquid Wrench (aerosol)        295
                    RSC 00109-110
24
      Exhibit 28    MSDS, Liquid Wrench No. 1            295
25                  RSC 00094-95
```

1   of 75 millimeters, apparently.
2              And then Fingas looked at that issue
3   as well and concluded that so long as you're not
4   being crazy in your experimental design -- and by
5   crazy I mean reasonably thin thicknesses -- it's
6   not a primary factor.
7         Q.   Next question.  You carefully
8   explained cyclohexane and benzene, and the fact
9   that they are very similar ring structure.  If
10  you take a solvent that has cyclohexane and
11  benzene in it, and you put it under gas
12  chromatography, are you going to have an overlap?
13        A.   Oh, man.  I'm not an expert in GC.
14  I ran them about 30 years ago.
15        Q.   What prompts my question is the fact
16  that you were telling me how similar they are in
17  terms of the actual, you know, chemical ring
18  structure.
19        A.   Yeah.  But here is -- I'm drawing
20  because that's the only thing I know how to do.
21  I'm drawing a straight line on the bottom and I'm
22  drawing two peaks.  And the question you asked is
23  do these peaks overlap.  Are they like this or do
24  they have -- in other words, are they separated?
25  Because what this plot is is some sort of signal

1  out of a GC using an emission signal.
2        Q.   Let me make sure we understand each
3  other.  When I say overlap --
4        A.   And this is time.
5        Q.   -- I'm saying do they look the same
6  on the gas chromatography?  If someone is looking
7  at cyclohexane under gas chromatography and
8  benzene, are they going to have trouble
9  determining which is which?
10       A.   If you use GC/MS, gas chromatography
11 with a mass spec, you'll be able to distinguish
12 them.
13       Q.   What about gas chromatography, say,
14 in the late '70s, early '80s?
15       A.   Yeah, I'm pretty sure you could.
16 I'm not an expert on GC, I don't pretend to be.
17       Q.   They would be pretty similar,
18 though, wouldn't they?
19       A.   We were using GC/MS.  They have
20 gotten a lot better with time and electronics.
21 But the basic principle, which is to heat the
22 material and run it through a tube, and the --
23 the time at which it comes through this tube,
24 then it spreads it out, spreads all the chemicals
25 out, if you will, and then there is a detector

1   looking for emission patterns from each of these,
2   and that basic technology is -- has been around
3   since then.
4              And I know that because ASTM
5   standard methods for measuring benzene in things
6   recommended GC/MS, GC.  And this was -- those
7   were in the -- I want to say those were around
8   certainly in the mid '70s.
9         Q.   Okay.  Let me ask you something
10  about some of the other depositions in the case.
11  In your analysis of Mr. Knapper, how long are you
12  assuming he had it on his hands, Liquid Wrench?
13             MR. BLACK:  Objection, form.
14             THE WITNESS:  I would have to go to
15  each of the scenarios.
16  BY MR. RILEY:
17        Q.   Okay.  So it's different in each
18  scenario?
19        A.   Yes.
20        Q.   Is there an average that you
21  assumed?
22        A.   No.  I used -- I used the -- from
23  the interview information, I believe there were
24  eight scenarios.  It was a lot more work than I
25  thought.  So each of those eight scenarios have

1	different application times, and whatever he said
2	they were is what we used.
3		Q.	Why did you interview Mr. Knapper?
4		A.	Because I had incomplete information
5	from the depositions.
6		Q.	Okay.  Did the additional
7	information from the interview assist you in
8	formulating your opinions for the report?
9		A.	Absolutely.
10		Q.	What about Mr. Coleman's deposition,
11	did you review that?  He was Mr. Knapper's
12	coworker.
13		A.	I'm drawing a blank.  Just let me
14	check.  If I received it, I read it and I
15	summarized it.
16		Q.	Well, let me see if I can refresh
17	your memory.  Mr. Coleman testified that he
18	carried a rag and that Mr. Knapper carried a rag,
19	and Mr. Coleman would always wipe his hands off
20	when he got Liquid Wrench on him.  And my
21	question is:  Did you reduce the amount of time
22	that Liquid Wrench would be on Mr. Knapper's
23	hands due to Mr. Coleman's testimony?
24		A.	I usually have a good memory, and I
25	don't remember Mr. Coleman.  (Examining

1   documents.)  I can tell you what I did.  I mean,
2   I used the information from the interview of Mr.
3   Knapper; okay?
4           Q.   (Nodding head up and down.)
5           A.   I'm trying to see.
6           Q.   Was there a certain static space
7   that you assumed for Mr. Knapper, on average,
8   that he would be away from the Liquid Wrench when
9   he used it; in other words, 18 inches away from
10  the Liquid Wrench, is that kind of the assumed
11  average that you used?
12          A.   I asked him in each case how far
13  away he was, and I would use whatever he told me.
14  So --
15          Q.   Did you take into consideration Mr.
16  Knapper's testimony about having put drops on
17  various bolts and then walking away from it, and
18  then reducing the amount of his exposure due to
19  the fact that he would walk away from the Liquid
20  Wrench to allow it to sink in?
21          A.   I only -- the answer is yes in the
22  sense that I asked him specifically, I am only
23  interested in the time that you applied it, I
24  just want to know the time you applied it, when
25  you were in close proximity and how far away were