Lewis E. Knapper
January 13, 2009

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF TEXAS
 2                     LUFKIN DIVISION
 3   LEWIS E. KNAPPER AND           )
     LINDA KNAPPER,                 )
 4        Plaintiff(s),             )
 5   V.                             )   C.A. No. 9:08-CV-84
 6   SAFETY KLEEN SYSTEMS, INC.,    )
     ET AL,                         )
 7        Defendant(s).             )
 8
 9
10        ******************************************
11            ORAL AND VIDEOTAPED DEPOSITION OF
12                      LEWIS KNAPPER
13                        VOLUME 1
14                   JANUARY 13, 2009
15        ******************************************
16
17
18   ORAL AND VIDEOTAPED DEPOSITION of LEWIS KNAPPER,
     VOLUME 1, produced as a witness at the instance of the
19   Plaintiffs, and duly sworn, was taken in the
     above-styled and numbered cause on the 13th of January,
20   2009, from 9:13 a.m. to 2:34 p.m., before Wendi Broberg,
     CSR in and for the State of Texas, reported by machine
21   shorthand, at the Law Offices of Heard, Robins, Cloud &
     Lubel, L.L.P., 3800 Buffalo Speedway, Fifth Floor,
22   Houston, Texas 77098, pursuant to the Federal Rules of
     Civil Procedure.
23
24
25
```

EXHIBIT
7

Electronically signed by Wendi Broberg (601-101-160-5376)                    53b1ef9d-4055-4599-b930-f0f6adc05900

Lewis E. Knapper
January 13, 2009

1                          INDEX

2     Index .......................................     2

3     Index of Exhibits .........................     3

4     Appearances ...............................     4

5     LEWIS KNAPPER

6         Examination by Mr. Longoria  .........     8

7     Signature of Witness ......................   129

8     Reporter's Certification  .................   130

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Electronically signed by Wendi Broberg (601-101-160-5376)                    53b1ef9d-4055-4599-b930-f0f6adc05900

Lewis E. Knapper
January 13, 2009

Page 29

1      A     Yes, sir.

2      Q     And during the summer work that you did for

3   your father, how much time do you remember on average

4   that a job would require you to be using Liquid Wrench?

5      A     Not all jobs would require it.

6      Q     Right.

7      A     If we were replacing a sink, you know, I'd have

8   to use it to loosen up bolts underneath the sink or

9   taking apart a water closet, which is a toilet.  You'd

10  have to squirt it on the closet bolts to loosen it up.

11  It still would take two or three minutes to squirt it

12  and let it sit there for about five or ten and take it

13  loose.  On the average I would say two to three minutes

14  each job.

15     Q     Each job?

16     A     Each -- each thing that needed to be loosened

17  up.

18     Q     And that's what I'm trying to do is trying of

19  get an average to kind of help us out.  You said that in

20  a week you would work about 12 hours with your dad?

21     A     Uh-huh.  Yes, sir.

22     Q     And on the average how many times -- how much

23  of that 12 hours would you be spending actually applying

24  Liquid Wrench?

25     A     I'd say about ten minutes, to be exact.  Let me

Electronically signed by Wendi Broberg (601-101-160-5376)          53b1ef9d-4055-4599-b930-f0f6adc05900

Page 30

1    explain something, can I do that?  Am I allowed to

2    explain?

3        Q    Let me ask --

4        A    Oh.

5        Q    -- you a question.

6        A    Yes.

7        Q    Stop right there.

8             All right.  Explain how you would be

9    applying that ten -- during that ten minutes?

10       A    If we had a job to do let's say to replace all

11   the fixtures in the house, the first thing I would do is

12   take Liquid Wrench and squirt it on every fixture, every

13   nut, so when it came time to remove them, they would

14   come off easy.  So it would take two to three minutes to

15   squirt it on and then about five minutes, if it wasn't

16   too rusted or real tough, to take them off, take the

17   bolts off.

18       Q    And when you are applying the Liquid Wrench,

19   what type of space do you have around you?

20       A    If I was replacing a sink, I'd have 36-inches

21   underneath the kitchen cabinet.  A lavatory cabinet

22   would be less because they're smaller.  A toilet, I'd

23   have the space to the left of the toilet where the water

24   supply came out to squirt it on it.

25       Q    When you're underneath the sink, I think you

Electronically signed by Wendi Broberg (601-101-160-5376)                    53b1ef9d-4055-4599-b930-f0f6adc05900

Lewis E. Knapper
January 13, 2009

Page 31

1   were making some hand gestures you'd have to squirt it

2   high up.

3       A    Uh-huh.  I'd be laying on my back, and I'd

4   squirt it up there.

5       Q    Okay.  And --

6       A    To the top of the sink to where the bolts came

7   through to loosen up the rusted bolts.

8       Q    And when you would squirt it to remove a

9   fixture, how much do you think Liquid Wrench would you

10  have used?

11      A    Half an ounce.  It depends on how rusted it

12  was.

13      Q    And when you would get under the sink, would

14  there ever be an occasion where you would get dizzy from

15  breathing Liquid Wrench?

16      A    Yes, sir.

17               MR. RAMSEY:  Objection.  Form and leading.

18               MS. LE:  Leading.

19               MS. PUJOL:  Join.  Leading.

20      Q    (By Mr. Longoria)  And give us a -- and what

21  would you do when that happened?

22      A    I'd get fresh air, take my head out from

23  underneath the sink.

24      Q    And when you were underneath the sink, tell us

25  how, if at all, any of the Liquid Wrench would get on

Electronically signed by Wendi Broberg (601-101-160-5376)          53b1ef9d-4055-4599-b930-f0f6adc05900