


EXHIBIT 8