```
 1      IN THE CIRCUIT COURT OF SMITH COUNTY, MISSISSIPPI
 2
 3   MILTON WATTS and
 4   EVIE LEA WATTS                              PLAINTIFFS
 5
 6   VS.                         CIVIL ACTION NO. 2002-364
 7
 8   RADIATOR SPECIALTY COMPANY, ET AL    DEFENDANTS
 9
10   **************************************************
11   TRANSCRIPT OF THE PROCEEDINGS HAD AND DONE IN
12   THE HEARING ON MOTIONS AND TRIAL OF THE ABOVE
13   STYLED AND NUMBERED CAUSE BEFORE THE HONORABLE
14   ROBERT G. EVANS, CIRCUIT COURT JUDGE OF THE
15   THIRTEENTH DISTRICT OF MISSISSIPPI, ON
16   NOVEMBER 8, 2004; NOVEMBER 9, 2004; NOVEMBER
17   10, 2004; NOVEMBER 11, 2004; NOVEMBER 16,
18   2004; NOVEMBER 17, 2004; NOVEMBER 18, 2004;
19   AND JANUARY 27, 2006.
20   **************************************************
21   APPEARANCES:
22        Present and Representing the Plaintiffs:
23             HONORABLE GENE TULLOS
24             Tullos & Tullos
25             Post Office Box 74
26             Raleigh, Mississippi  39153-0074
27
28   REPORTED BY:  Kim Garner-Ulmer, CSR No. 1376
29                 Frankie Garner, CSR No. 1047
```

EXHIBIT 9

```
 1    APPEARANCES (CONT'D):
 2
 3        Present and Representing the Plaintiffs:
 4            HONORABLE ROBERT BLACK
 5            HONORABLE LANCE H. LUBEL
 6            Heard Robins Cloud Lubel &
 7            Greenwood, L.L.P.
 8            500 Dallas, Suite 3100
 9            Houston, Texas 77002
10
11            HONORABLE LOUIS H. WATSON, JR.
12            Watson & Heidelberg, P.A.
13            520 East Capitol Street
14            Jackson, Mississippi 39201
15
16        Present and Representing the Defendant,
17        Radiator Specialty Company
18            HONORABLE GEORGE M. WALKER
19            HONORABLE JOE E. BASENBERG
20            Hand Arendall, L.L.C.
21            Post Office Box 123
22            Mobile, Alabama 36601
23
24            HONORABLE RONALD M. WEINER
25            Vice President & General Counsel
26            Radiator Specialty Company
27            1900 Wilkinson Blvd., 28208-5670
28            Post Office Box 34689
29            Charlotte, North Carolina 28234-4689
```

```
 1     APPEARANCES (CONT'D)
 2
 3        Present and Representing the Defendant,
 4        Radiator Specialty Company
 5            HONORABLE JAMES M. RILEY, JR.
 6            MS. STACEY K. YATES
 7            Coats Rose Yale Ryman & Lee, P.C.
 8            3 Greenway Plaza, Suite 2000
 9            Houston, Texas 77046
10
11        Present and Representing the Defendant,
12        U.S. Steel Corporation
13            HONORABLE STEPHEN L. THOMAS
14            Bradley Arant Rose & White, L.L.P.
15            Post Office Box 1789
16            Jackson, Mississippi 39215-1789
17
18            HONORABLE CARL B. EPPS, III
19            Nelson Mullins Riley &
20            Scarborough, L.L.P.
21            1330 Lady Street
22            Columbia, South Carolina 29201
23
24
25
26
27
28
29
```

```
 1   were in any workplaces?
 2        A.   I don't have the specifics of the fan.
 3   I mean, I know -- fans that you generally see
 4   in a work area, I mean, I know those types of
 5   fans, and I would certainly have presumed that
 6   it's the same type of fan.
 7        Q.   How many fans were there, sir?
 8        A.   No, I don't know.  It's something that
 9   was not in the testimony.  It simply said it
10   was a well-ventilated facility.
11        Q.   Well, you didn't need that information
12   to form your opinions, correct?
13        A.   I -- no.  I didn't even use that
14   information other than to say I presented data
15   that was a worse case scenario that his
16   exposure, based on his testimony when using
17   Liquid Wrench, would be less than what I even
18   presented based on that well-ventilated area.
19        Q.   Can you tell us what the ingredients
20   were to Liquid Wrench back in 1941?
21        A.   I didn't even know they made it in
22   1941.
23        Q.   Okay. Can you tell us what the
24   ingredients were to Liquid Wrench when
25   Mr. Watts was using it?
26        A.   Well, I think it would have varied on
27   the formulation.  He indicates that there was
28   some circumstances where he used an aerosol
29   version of the product, which would have been
```

```
 1   a kerosene type product, mixed hydrocarbons.
 2   There was no benzene in that product.  It
 3   contained oils and contained a graphite
 4   material.
 5        Q.   So you actually have seen the
 6   formulations for the Liquid Wrench?
 7        A.   Well, I have reviewed MSDS's, some of
 8   the older MSDS's.
 9        Q.   How far back?
10        A.   At least into the seventies.
11        Q.   About the time they took the benzene
12   out of it in the late '70s?
13        A.   I think it was prior to that time.
14        Q.   You don't recall as you sit here, do
15   you?
16        A.   I don't have those with me, no.  I
17   can't give you specifics on that.
18        Q.   Can you tell us the difference between
19   the Liquid Wrench product that you purchased
20   in 2002 to run your studies and the Liquid
21   Wrench product that Mr. Watts was using from a
22   formulation standpoint?
23        A.   Well, the product that we were using
24   was more of a -- I mean it had soy oil in it,
25   a different type of oil --
26        Q.   Soil oil?
27        A.   -- than a mineral oil that was in the
28   historical version of --
29        Q.   How much was the soy oil?
```

1   A.   -- Liquid Wrench.
2   Q.   How much was the soy oil in the study
3   part?
4   A.   I don't -- I would have to go back and
5   look at the MSDS's.  I don't have them.  I
6   don't know.
7   Q.   Is it greater than 50 percent of the
8   entire product?
9   A.   I just don't recall.  I would have to
10  go back and look at it.  That part wasn't
11  important to us.  It was -- what was --
12  Q.   It may not be important --
13  A.   What was --
14       COURT REPORTER:  One at a time,
15  please.
16       THE COURT:  Let him finish his answer
17  before you pose another question,
18  Mr. Lubel.
19  A.   What was important to us, if we added
20  benzene, would it behave the same way, meaning
21  benzene evaporating out of the product.  And
22  after looking at the physical properties of
23  the new material, the current material, we
24  felt that there was more opportunity for the
25  benzene to volatilize from that product,
26  again, in keeping with our worse case
27  scenario.
28  MR. LUBEL CONTINUING:
29  Q.   What else was in the study product

```
 1    other than soy oil?
 2         A.   Again, I would have to go look.  I
 3    just don't specifically recall.
 4         Q.   What was in the Liquid Wrench product
 5    between 1947 and 1978, the regular Liquid
 6    Wrench?
 7         A.   Yeah, I mean it would vary.  I mean --
 8         Q.   Just tell us the materials you are
 9    familiar with.
10         A.   Well, there is aliphatic and aromatic
11    hydrocarbons.
12         Q.   In which ones?
13         A.   The whole host of them.
14         Q.   Okay.  Can you name some for us?
15         A.   Naphthalene.
16         Q.   Naphthalene.  Okay.
17         A.   At some point in time, certainly there
18    as benzene in there.  Cyclohexane.
19         Q.   Okay.
20         A.   And there were probably many other
21    hydrocarbons, both allophanic and aromatic.
22         Q.   What about Raffinate?
23         A.   Oh, I'm sorry.  Well, that's what I'm
24    talking about.  Raffinate is allophanic and
25    aromatic hydrocarbons.
26         Q.   All right.  Now --
27         A.   And I'm sorry.  There's also graphite.
28    I think it was colloidal graphite.
29         Q.   Now, which components were in the
```

```
 1   Liquid Wrench that Mr. Watts used that was in
 2   the study product before you spiked it, before
 3   you added the benzene?  Which common mixtures?
 4        A.   I don't know.  I would have to compare
 5   them, and I just didn't do that for today.
 6        Q.   What you took is, you took the current
 7   Liquid Wrench and you poured benzene in it,
 8   correct?
 9        A.   Yes.
10        Q.   Now, why did you pick the current
11   Liquid Wrench?  Why didn't you pick -- if the
12   mixtures -- if the components don't matter,
13   why didn't you just take a gallon of milk and
14   pour some benzene in it and run a study?
15        A.   Well, because we wanted to use a
16   product that was designed to do what the
17   original Liquid Wrench was designed to do in
18   the manner it was designed to work.  So we
19   wanted to use the same or a similar type
20   product based on its physical properties.  And
21   I don't know.  I haven't tried milk, quite
22   honestly.
23        Q.   It doesn't matter which material you
24   use to run the study.  You just -- you put
25   benzene in it and you can run a study,
26   correct?
27        A.   Well, I don't know.  It may matter.
28   we wanted to use a product that behaved the
29   same, was designed for the same purpose as the
```

```
 1    historical Liquid Wrench product.
 2         Q.   But from the standpoint of running the
 3    study, you can't tell us that they behave the
 4    same if you don't know the relative -- if you
 5    don't know the components of each and the
 6    relative mixture in each, correct?
 7         A.   Well, I just -- I can't recite it for
 8    you.  We looked at that prior to doing the
 9    study.  We evaluated that.  And again, based
10    on the physical properties of the current
11    Liquid Wrench, we felt that it would release
12    the benzene more readily than the historical
13    version of the product.
14         Q.   What is your rate?  How are you being
15    paid?
16         A.   My rate is $225 an hour.
17         Q.   Have you ever been excluded in a court
18    of law from giving testimony?
19         A.   I was excluded from -- in a case
20    not -- I wasn't excluded from the case, I was
21    excluded from talking about a specific aspect
22    of the case.
23         Q.   That was a case in West Virginia?
24         A.   Yes.
25         Q.   What was the name of that case,
26    Levender?
27         A.   Yes.
28         Q.   And were you aware that the particular
29    court in that case found that your opinions
```

```
 1    were not reliable because you were making
 2    guesstimates.
 3            MR. THOMAS:  Your Honor, that's the
 4        same thing.
 5            THE COURT:  Sustained.  The form of
 6        the question is improper.
 7    MR. LUBEL CONTINUING:
 8        Q.  Thank you for your time?
 9        A.  Thank you.
10            THE COURT:  Redirect, Mr. Epps?
11    REDIRECT EXAMINATION BY MR. EPPS:
12        Q.  I could not hear, Mr. Spencer, so I
13    apologize.  Were you -- I'm not sure if you
14    put dates on all of this.
15        A.  No.
16        Q.  Did you attempt to put dates on all of
17    this?
18        A.  No, no.
19        Q.  I just simply couldn't hear.
20        A.  I did not.  I don't recall specific
21    dates.  I just don't have that information
22    with me.
23        Q.  Okay.  Now, you said that you looked
24    at the formula that was in Liquid Wrench
25    during the time in question, and that would be
26    including during the time that Mr. Watts was
27    using Liquid Wrench.
28        A.  Yes.
29        Q.  Okay.  It's been established during
```

```
 1   the testimony that it contained Raffinate from
 2   1960 to 1978, right?
 3        A.   Yes.
 4        Q.   And that's what you were testing
 5   against.
 6        A.   Correct.
 7        Q.   Okay.  Now, it looked -- before you
 8   did the test, did you look at the chemical
 9   components of the current version of Liquid
10   Wrench and compare them to the old version of
11   Liquid Wrench -- that's the time in question
12   -- and make an analysis of whether you would
13   actually have more benzene in the air if you
14   tested the current version by spiking it with
15   benzene than you would have with the old
16   version?
17        A.   Yes.  And that's what I said a moment
18   ago.  We did look at those two things.  We
19   looked at the physical properties of the two
20   chemicals, the historical one and the current-
21   day one.  And based on the physical properties
22   of the current-day one, based on chemistry,
23   the benzene was more readily released from the
24   new product than from the historical product.
25   So, again, that was something we were doing as
26   part of our worse case analysis.
27             MR. EPPS:  That's all I have.  Thank
28        you, Your Honor.
29             THE COURT:  Is the witness finally
```