IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| LEWIS E. KNAPPER AND<br>LINDA KNAPPER, | §<br>§<br>§ | |
| Plaintiffs, | §<br>§ | |
| vs. | §<br>§ | CIVIL ACTION FILE NO: 9:08-CV-84 |
| SAFETY KLEEN SYSTEMS, INC.;<br>ARISTECH CHEMICAL CORP.;<br>CHARLOTTE PIPE & FOUNDRY CO.;<br>RADIATOR SPECIALTY COMPANY;<br>SUNOCO, INC. (R&M); UNITED<br>STATES STEEL CORP.; USX CORP.;<br>NIBCO, INC. AND OATEY CO., | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| Defendants. | | |

## ORDER

Having considered Plaintiff Lewis E. Knapper and Linda Knapper's Contested Motion to Exclude John Spencer's Testimony, any Response thereto, any documents or other evidence on file herein, and after considering the arguments of counsel, the Court finds that the Motion is with merit and should be granted. It is therefore

ORDERED that Plaintiff Lewis E. Knapper and Linda Knapper's Contested Motion to Exclude John Spencer's Testimony is GRANTED.